UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                                  :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,                    :    Case No. 19-11292 (KG)
:
Debtors.[1]                                            :    Jointly Administered
:
:    Re: D.I. 29
:
:    Obj. Deadline: June 25, 2019 at 4:00 p.m. (ET)
:    Hearing Date: July 2, 2019 at 9:00 a.m. (ET)
---------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on June 10, 2019, Insys Therapeutics, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for (I) Entry of Orders Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Establishing Procedures and Schedule for Estimation Proceedings and (B) Estimating Debtors' Aggregate Liability for Certain Categories of Claims, (II) Entry of Protective Order, and (III) Subordination of Certain Penalty Claims* [D.I. 29] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Motion is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion, if any, must be in writing and filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 25, 2019 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 1333 South Spectrum Blvd #100, Chandler, Arizona 85286.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **July 2, 2019 at 9:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 11, 2019
       Wilmington, Delaware

                                */s/ Amanda R. Steele*
                                RICHARDS, LAYTON & FINGER, P.A.
                                Mark D. Collins (No. 2981)
                                John H. Knight (No. 3848)
                                Paul N. Heath (No. 3704)
                                Amanda R. Steele (No. 5530)
                                Zachary I. Shapiro (No. 5103)
                                One Rodney Square
                                920 N. King Street
                                Wilmington, Delaware 19801
                                Telephone:  (302) 651-7700
                                Facsimile:  (302) 651-7701

                                -and-

                                WEIL, GOTSHAL & MANGES LLP
                                Gary T. Holtzer (admitted *pro hac vice*)
                                Ronit J. Berkovich (admitted *pro hac vice*)
                                Candace M. Arthur (admitted *pro hac vice*)
                                Olga F. Peshko (admitted *pro hac vice*)
                                767 Fifth Avenue
                                New York, New York  10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007

                                *Proposed Attorneys for the Debtors*
                                *and Debtors in Possession*