# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INSYS THERAPEUTICS, INC., *et al.,* <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 19-11292 (KG) <br> ) <br> ) (Jointly Administered) <br> ) |

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that counsel for Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, in their individual capacities and as representatives of the putative classes of claimants they propose to represent , parties in interest in the captioned bankruptcy case, pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, demand that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned:

| | |
|---|---|
| Joseph H. Huston, Jr. <br> jhh@stevenslee.com <br> Stevens & Lee, P.C. <br> 919 North Market Street, 13th Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 425-3310 <br> Fax: (610) 371-7972 | Nicholas F. Kajon <br> nfk@stevenslee.com <br> Constantine D. Pourakis <br> cp@stevenslee.com <br> Stevens & Lee, P.C. <br> 485 Madison Avenue, 20th Floor <br> New York, New York 10022 <br> Telephone: (212) 319-8500 <br> Fax: (212) 319-8505 |

SL1 1590762v1 099999.00891

Ashley Keller
ack@kellerlenkner.com
Seth Meyer
sam@kellerlenkner.com
Keller Lenkner LLC
150 North Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Telephone: (312) 741-5220

Juan R. Martinez
juanmartinez@forthepeople.com
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 393-5463
Fax: (813) 393-5489

James Young
jyoung@forthepeople.com
Morgan & Morgan
76 South Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 361-0012
Fax: (904) 361-4307

U. Seth Ottensoser
so@kellerlenkner.com
Keller Lenkner LLC
477 Madison Avenue, Suite 621
New York, New York 10022
Telephone: (516) 782-3817

William S. Consovoy
will@consovoymccarthy.com
J. Michael Connolly
mike@consovoymccarthy.com
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Telephone: (703) 243-9423
Fax: (571) 216-9450

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, disclosure statements, plans of reorganization, operating reports, orders and notices of any application, motion, petition, pleading, request, complaint or demand, answering or reply papers, memoranda or briefs, and any other document brought before the Court with respect to this case or any proceeding in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier, facsimile, telephone, electronic medium or otherwise.

Neither this Notice of Appearance, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to or should be deemed to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher

court; (ii) right to trial by jury in any proceeding so triable in this or any related case, controversy or proceeding, or any right to arbitration; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this case or any proceeding related to this case; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement or in law or in equity, all of which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the counsel listed above request to be added to any official service list for notices of all contested matters or other proceedings in this case.

Date:  June 13, 2019

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
jhh@stevenslee.com
Stevens & Lee, P.C.
919 North Market Street, 13th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Fax: (610)371-7972

Nicholas F. Kajon (*pro hac vice pending*)
nfk@stevenslee.com
Constantine D. Pourakis (*pro hac vice pending*)
cp@stevenslee.com
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505

Ashley Keller (*pro hac vice pending*)
ack@kellerlenkner.com
Seth Meyer (*pro hac vice pending*)
sam@kellerlenkner.com
Keller Lenkner LLC
150 North Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Telephone: (312) 741-5220

U. Seth Ottensoser (*pro hac vice pending*)
so@kellerlenkner.com
Keller Lenkner LLC
477 Madison Avenue, Suite 621
New York, New York 10022
Telephone: (516) 782-3817

Juan R. Martinez (*pro hac vice pending*)
juanmartinez@forthepeople.com
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 393-5463
Fax: (813) 393-5489

James Young (*pro hac vice pending*)
jyoung@forthepeople.com
Morgan & Morgan
76 South Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 361-0012
Fax: (904) 361-4307

William S. Consovoy (*pro hac vice pending*)
will@consovoymccarthy.com
J. Michael Connolly (*pro hac vice pending*)
mike@consovoymccarthy.com
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Telephone: (703) 243-9423
Fax: (571) 216-9450

*Attorneys for Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, and the Putative Classes*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 13, 2019, he caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interest registered to receive notice through the Court's CM/ECF System.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.
