Case 19-11292-KG   Doc 88   Filed 06/20/19   Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Insys Therapeutics, Inc., *et al.*, | : | Case No. 19-11292 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **McKesson Corporation**, Attn: Ben Carlsen, 1 John Henry Drive, Robbinsville, NJ 08691, Phone: 609-312-4665

2. **Infirmary Health Hospitals, Inc.,** Attn: Mark Nix, 5 Mobile Infirmary Circle, Mobile, AL 36607, Phone: 251-435-2400

3. **Louisiana Health Service & Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana and HMO, LA, Inc.** Attn: Allison Pham, 5525 Reitz Avenue (70809) P.O. Box 98029, Baton Rouge, Louisiana 70898-9029

4. **LifePoint Health, Inc.,** Attn: Jonah Fecteau, 330 Seven Springs Way, Brentwood, TN 37027, Phone: 615-920-7647

5. **Deborah Fuller, administrator for Estate of Sarah Fuller,** Attn: Richard Hollawell, Esq., 121 Saratoga Lane, Woolwich Twp, NJ 08085, Phone: 215-498-8609, Fax: 856-467-5101

6. **Julie Key,** Attn: Anne Andrews, Esq., Andrews & Thornton, 4701 Von Karman Ave, Suite 300, Newport Beach, CA 92660, Phone: 949-748-1000, Fax: 949-315-3540

7. **James Starling, Jr.,** Attn: Phillip Edwards, Esq., Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805, Phone: 302-472-8102, Fax: 302-472-8135

8. **Angela Mistrulli-Cantone,** Attn: S. Randall Hood, McGowan, Hood and Felder, LLC, 1539 Healthcare Drive, Rock Hill, SC 29732, Phone: 803-327-7828, Fax: 803-324-1483

9. **Lisa Mencucci,** Attn: Zachary Mandell, Esq., Mandell, Boisclair & Mandell, Ltd, One Park Row, Providence, RI 02903, Phone: 401-273-8330, Fax: 401-751-7830

         ANDREW R. VARA
         Acting United States Trustee, Region 3

         /s/ *Jane Leamy* for
         T. PATRICK TINKER
         ASSISTANT UNITED STATES TRUSTEE

DATED: June 20, 2019

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Collins, Esq., Phone: 302-651-7700, Fax: 302-651-7701