**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                : Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,  : Case No. 19-11292 (KG)
:
Debtors.[1]                          : Jointly Administered
:
: Re: D.I. 29 & 55
:
: Obj. Deadline: June 25, 2019 at 4:00 p.m. (ET)
: Hearing Date: <u>July 8, 2019 at 9:00 a.m. (ET)</u>
---------------------------------------------------------x

## <u>AMENDED NOTICE OF MOTION AND HEARING</u>

**PLEASE TAKE NOTICE** that, on June 10, 2019, Insys Therapeutics, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for (I) Entry of Orders Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Establishing Procedures and Schedule for Estimation Proceedings and (B) Estimating Debtors' Aggregate Liability for Certain Categories of Claims, (II) Entry of Protective Order, and (III) Subordination of Certain Penalty Claims* [D.I. 29] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). <u>**You were previously served with a copy of the Motion.**</u>

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested with respect to the Scheduling Order and the Estimation Procedures as set forth in the Motion, if any, must be in writing and filed with the Clerk of the Court, 824 N. Market Street,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 1333 South Spectrum Blvd #100, Chandler, Arizona 85286.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

RLF1 21454845v.2

3rd Floor, Wilmington, Delaware 19801, on or before **June 25, 2019 at 4:00 p.m. (prevailing Eastern Time)**[3], **unless otherwise agreed to by the Debtors.**

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Scheduling Order and the Estimation Procedures as set forth in the Motion are received, the relief requested with respect thereto and such objections shall be considered at a hearing before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, **5th Floor, Courtroom No. 5**, Wilmington, Delaware 19801 on **July 8, 2019 at 9:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE RELIEF REQUESTED IN THE MOTION WITH RESPECT TO THE SCHEDULING ORDER AND THE ESTIMATION PROCEDURES ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] The objection deadline has been extended to July 1, 2019 at 4:00 p.m. (ET) solely for the Official Committee of Unsecured Creditors.

Dated: June 24, 2019
      Wilmington, Delaware

                                                                                                              /s/ *Megan E. Kenney*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Peter D. Isakoff (admitted *pro hac vice*)
Brenda L. Funk (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for the Debtors
and Debtors in Possession*