UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re : Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*, : Case No. 19-11292 (KG)
:
Debtors.[1] : Jointly Administered
:
: Re: D.I. 25 & 60
:
: Hearing Date: <u>July 8, 2019 at 9:00 a.m. (ET)</u>
---------------------------------------------------------x

## AMENDED NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on June 10, 2019, Insys Therapeutics, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines* [D.I. 25] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  **<u>You were previously served with a copy of the Motion.</u>**

**PLEASE TAKE FURTHER NOTICE** that the Motion and any objections thereto shall be considered at a hearing before The Honorable Kevin Gross, United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).  The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

RLF1 21463300v.1

for the District of Delaware, at the Court, 824 N. Market Street, **5th Floor, Courtroom No. 5**, Wilmington, Delaware 19801 on **July 8, 2019 at 9:00 a.m. (prevailing Eastern Time)**.

Dated: June 26, 2019
      Wilmington, Delaware

*/s/ Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for the Debtors
and Debtors in Possession*