**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>INSYS THERAPEUTICS, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11292 (KG)<br><br>Jointly Administered |
| INSYS THERAPEUTICS, INC., *et al.*<br><br>Plaintiffs,<br><br>– against –<br><br>STATE OF ARIZONA, *ex. rel.* Mark Brnovich, Attorney General; STATE OF FLORIDA, Office of the Attorney General, Department of Legal Affairs; COMMONWEALTH OF KENTUCKY, *ex rel.* Andy Beshear, Attorney General; *et al.*<br><br>Government Defendants. | Adv. Pro. No. 19-50261 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 2, 2019 AT 9:00 A.M. (ET)[2]**

**I.    CONTINUED MATTERS:**

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines [Docket No. 25 – filed June 10, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 2, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Monday, July 1, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Objection / Response Deadline:   June 25, 2019 at 4:00 p.m. (ET); extended to July 1, 2019 for the Official Committee of Unsecured Creditors (the "Committee")

Objections / Responses Received:

A. Informal comments received from the Office of the United States Trustee (the "U.S. Trustee")

B. Informal comments received from the Committee

C. Limited Objection of the MDL Plaintiffs to Motion of the Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines [Docket No. 158 – filed June 25, 2019]

Related Documents:

i. Notice of Motion and Hearing [Docket No. 60 – filed June 11, 2019]

ii. Amended Notice of Motion and Hearing [Docket No. 167 – filed June 26, 2019]

Status:  The hearing on this matter has been continued to July 8, 2019 at 9:00 a.m. (ET).

2. Motion of Debtors for (I) Entry of Orders Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Establishing Procedures and Schedule for Estimation Proceedings and (B) Estimating Debtors' Aggregate Liability for Certain Categories of Claims, (II) Entry of Protective Order, and (III) Subordination of Certain Penalty Claims [Docket No. 29 – filed June 10, 2019]

Objection / Response Deadline:   June 25, 2019 at 4:00 p.m. (ET); extended to June 28, 2019 at 12:00 p.m. (ET) for the states of Kentucky, Washington, and Rhode Island; extended to July 1, 2019 at 4:00 p.m. (ET) for the Committee

Objections / Responses Received:

A. Objection of Class Creditors to Debtors' Motion for (I) Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Establishing Procedures and Schedule for Estimation Proceedings and (B) Estimating Debtors' Aggregate Liability for Certain Categories of Claims, (III) Entry of Protective Order, and (III) Subordination of Certain Penalty Claims

2

      [Docket No. 153 – filed June 25, 2019]

B.    The State of Florida's Objection to Debtors' Motion to Estimate Claims [Docket No. 154 – filed June 25, 2019]

C.    The State of New Jersey's Joinder in the State of Florida's Objection to Debtors' Motion to Estimate Claims [Docket No. 155 – filed June 25, 2019]

D.    Objection of the MDL Plaintiffs to Motion of Debtors for (I) Entry of Orders Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Establishing Procedures and Schedule for Estimation Proceedings and (B) Estimating Debtors' Aggregate Liability for Certain Categories of Claims, (II) Entry of Protective Order, and (III) Subordination of Certain Penalty Claims [Docket No. 157 – filed June 25, 2019]

E.    Joinder in the State of Florida's Objection to Debtors' Motion to Estimate Claims [Docket No. 161 – filed June 25, 2019]

F.    The City of Prescott, Arizona; City of Surprise, Arizona; Carroll County, Maryland; and Henry County, Missouri Objection to Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) [Docket No. 162 – filed June 25, 2019]

G.    Non-MDL Municipal Plaintiffs' Joinder in Objections of the MDL Plaintiffs and Various Municipalities to Motion of Debtors for (I) Entry of Orders Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Establishing Procedures and Schedule for Estimation Proceedings and (B) Estimating Debtors' Aggregate Liability for Certain Categories of Claims, (II) Entry of Protective Order, and (III) Subordination of Certain Penalty Claims [Docket No. 171 – filed June 26, 2019]

H.    Joinder of Commonwealth of Kentucky to the State of Florida's Objection to Debtors' Motion to Estimate Claims [Docket No. 180 – filed June 28, 2019]

I.    Joinder of State of Rhode Island to the State of Florida's Objection to Debtors' Motion to Estimate Claims [Docket No. 181 – filed June 28, 2019]

J.    Joinder of State of Washington to the State of Florida's Objection to Debtors' Motion to Estimate Claims [Docket No. 182 – filed June 28, 2019]

Related Documents:

i.    Declaration of Andrew G. Long in Support of Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Motion for

    Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Establishing Procedures and Schedule for Estimation Proceedings [Docket No. 30 – filed June 10, 2019]

  ii. Notice of Motion and Hearing [Docket No. 55 – filed June 11, 2019]

  iii. Amended Notice of Motion and Hearing [Docket No. 132 – filed June 25, 2019]

 <u>Status</u>:  The hearing on this matter has been continued to July 8, 2019 at 9:00 a.m. (ET).

**II. <u>MATTER SUBMITTED UNDER CERTIFICATION</u>:**

3. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521(a) and Fed. R. Bankr. P. 1007 for Entry of Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 26 – filed June 10, 2019]

 <u>Objection / Response Deadline</u>: June 25, 2019 at 4:00 p.m. (ET); extended to June 28, 2019 at 12:00 p.m. (ET) for the Committee

 <u>Objections / Responses Received</u>:  None.

 <u>Related Documents</u>:

  i. Notice of Motion and Hearing [Docket No. 61 – filed June 11, 2019]

  ii. Certificate of No Objection Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521(a) and Fed. R. Bankr. P. 1007 for Entry of Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 183 – filed June 28, 2019]

 <u>Status</u>:  On June 28, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

**III. <u>MATTER GOING FORWARD</u>:**

4. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 32 – filed June 10, 2019]

Objection / Response Deadline:  June 25, 2019 at 4:00 p.m. (ET); extended to July 1, 2019 at 12:00 p.m. (ET) for the Committee

Objections / Responses Received:

A. Informal comments received from the U.S. Trustee

B. Informal comments received from the Committee

Related Documents:

i. Declaration of Andrew Yearley in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 33 – filed June 10, 2019]

ii. Notice of Motion and Hearing [Docket No. 56 – filed June 11, 2019]

Status:  The hearing on this matter will go forward.

IV. **ADVERSARY PROCEEDING:**

5. Debtors' Motion for Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) [Adv. Docket No. 2 – filed June 10, 2019]

Objection / Response Deadline:  June 25, 2019 at 4:00 p.m. (ET); extended to June 28, 2019 at 12:00 p.m. (ET) for and the Non-MDL Municipal Plaintiffs and the Committee; extended to 3:00 p.m. (ET) for the states of Kentucky, Washington, and Rhode Island

Objections / Responses Received:

A. Answering Brief of Defendants State of Minnesota, By its Attorney General, Keith Ellison, Minnesota Board of Pharmacy, and State of Maryland in Opposition to Debtors' Motion for a Preliminary Injunction [Adv. Docket No. 15 – filed June 25, 2019]

   i. Declaration of Eric J. Maloney in Support of Answering Brief of Defendants State of Minnesota, By its Attorney General, Keith


Ellison, Minnesota Board of Pharmacy, and State of Maryland in Opposition to Debtors' Motion for a Preliminary Injunction [Adv. Docket No. 18 – filed June 25, 2019]

    ii.    Declaration of Brian T. Edmunds [Adv. Docket No. 19 – filed June 25, 2019]

B.    Partial Joinder by Defendant State of Arizona and its Attorney General, Mark Brnovich, to Answering Brief of the States of Minnesota and Maryland [Adv. Docket No. 16 – filed June 25, 2019]

C.    The State of New Jersey's Joinder in the Answering Brief of Defendants State of Minnesota, By its Attorney General, Keith Ellison, Minnesota Board of Pharmacy, and State of Maryland in Opposition to Debtors' Motion for a Preliminary Injunction [Adv. Docket No. 17 – filed June 25, 2019]

D.    Joinder [of the State of New York] in the Answering Brief in Opposition to Debtors' Motion for a Preliminary Injunction Filed by Defendant States Minnesota and Maryland [Adv. Docket No. 20 – filed June 25, 2019]

E.    Non-MDL Municipal Plaintiffs' Joinder in the Answering Brief in Opposition to Debtors' Motion for a Preliminary Injunction Filed by Defendant States Minnesota and Maryland [Adv. Docket No. 30 – filed June 28, 2019]

Related Documents:

i.    Complaint for Injunctive Relief [Adv. Docket No. 1- filed June 10, 2019]

ii.    Debtors' Opening Brief in Support of Their Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) [Adv. Docket No. 3 – filed June 10, 2019]

iii.    Declaration of Andrew G. Long in Support of Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Establishing Procedures and Schedule for Estimation Proceedings [Adv. Docket No. 4 – filed June 10, 2019]

iv.    Notice of Motion, Briefing Schedule, and Hearing [Adv. Docket No. 6 – filed June 11, 2019]

v.    Debtors' Omnibus Reply Brief in Support of Their Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) [Adv. Docket No. 31 - filed June 28, 2019]

vi.    Order [Adv. Docket No. 32 – entered June 28, 2019]

vii.     Order Approving Stipulation Between the Debtors and the State of Florida Regarding a Stay of Litigation [Adv. Docket No. 33 – entered June 28, 2019]

viii.     Official Committee of Unsecured Creditors' Joinder to Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Statement in Support of Complaint for Injunctive Relief [Adv. Docket No. 34 - filed June 28, 2019]

Status: The hearing on this matter will go forward.

Dated: June 28, 2019
       Wilmington, Delaware

     */s/ Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for the Debtors and Debtors in Possession*