**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**
                                                         :
**INSYS THERAPEUTICS, INC.,** *et al.,*                  :          **Case No. 19-11292 (KG)**
                                                         :
            **Debtors.[1]**                              :          **Jointly Administered**
                                                         :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 15, 2019 AT 9:30 A.M. (ET)[2]**

I.    **CONTINUED MATTERS:**

1.    Motion of the Class Claimants for Leave to File Class Proof of Claim [Docket No. 76 – filed June 16, 2019]

      Objection / Response Deadline:    July 1, 2019 at 4:00 p.m. (ET); extended to August 9, 2019 at 4:00 p.m. (ET) for the Debtors and the Official Committee of Unsecured Creditors (the "Committee")

      Objections / Responses Received:  None.

      Related Documents:

      i.    Amended Notice of Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 77 – filed June 17, 2019]

      ii.   Notice of Submission of Proposed Form of Order Granting Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 170 – filed June 26, 2019]

      Status:   The hearing on this matter has been continued to August 15, 2019 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).  The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the July 15, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Friday, July 12, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

2.    Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 135 – filed June 29, 2019]

      Objection / Response Deadline:   July 1, 2019 at 4:00 p.m. (ET); extended to July 9, 2019 at 4:00 p.m. (ET) for the Committee

      Objections / Responses Received:

      A.    Informal comments received from the Committee

      Related Documents:   None.

      Status:  The hearing on this matter has been continued to July 24, 2019 at 9:30 a.m. (ET).

## II.    MATTERS SUBMITTED UNDER CERTIFICATION:

3.    Application of Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 80 – filed June 17, 2019]

      Objection / Response Deadline:   July 1, 2019 at 4:00 p.m. (ET); extended to July 10, 2019 at 4:00 p.m. (ET) for the Committee

      Objections / Responses Received:

      A.    Informal comments received from the Committee

      Related Documents:

      i.    Certificate of No Objection Regarding Application of Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 271 - filed July 11, 2019]

      Status:  On July 11, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

4.    Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date [Docket No. 81 – filed June 17, 2019]

RLF1 21515176v.1

Objection / Response Deadline:  July 1, 2019 at 4:00 p.m. (ET); extended to July 10, 2019 at 9:00 p.m. (ET) for the Committee

Objections / Responses Received:

A.    Informal comments received from the Committee

B.    Informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

Related Documents:   None.

Status: The Debtors have resolved the informal comments of the Committee and the U.S. Trustee and intend to file a revised form of order under certification of counsel prior to the hearing.  Accordingly, a hearing on this matter will only be necessary to the extent the Court has any questions or concerns.

5.    Motion of Debtors for Authority to Retain and Employ Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date [Docket No. 137 – filed June 24, 2019]

Objection / Response Deadline:  July 1, 2019 at 4:00 p.m. (ET); extended to July 10, 2019 at 9:00 p.m. (ET) for the Committee

Objections / Responses Received:

A.    Informal comments received from the Committee

B.    Informal comments received from the U.S. Trustee

Related Documents:   None.

Status: The Debtors have resolved the informal comments of the Committee and U.S. Trustee and intend to file a revised form of order under certification of counsel prior to the hearing.  Accordingly, a hearing on this matter will only be necessary to the extent the Court has any questions or concerns.

## III.   MATTER GOING FORWARD:

6.    Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines [Docket No. 25 – filed June 10, 2019]

Objection / Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended to July 11, 2019 at 12:00 noon (ET) for the Committee

Objections / Responses Received:

A.    Informal comments received from the U.S. Trustee

B.    Informal comments received from the Committee

C.    Limited Objection of the MDL Plaintiffs to Motion of the Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines [Docket No. 158 – filed June 25, 2019]

Related Documents:

i.    Notice of Motion and Hearing [Docket No. 60 – filed June 11, 2019]

ii.    Amended Notice of Motion and Hearing [Docket No. 167 – filed June 26, 2019]

Status: The Debtors are working to resolve the objection of the MDL Plaintiffs and informal comments of the Committee and the U.S. Trustee prior to the hearing.  The hearing on this matter will go forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

7.    Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) of the Bankruptcy Code, Fed. R. Bankr. P. 2014 and 2016 and Local Rules 2014-1 and 2016-2 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date and Waive Certain Information Requirements of Local Rule 2016-2 [Docket No. 78 – filed June 17, 2019]

Objection / Response Deadline:    July 1, 2019 at 4:00 p.m. (ET); extended to July 10, 2019 at 4:00 p.m. (ET) for the Committee

Objections / Responses Received:

A.    Informal comments received from the U.S. Trustee

B.    MDL Plaintiffs' Limited Objection and Reservation of Rights to Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) of the

RLF1 21515176v.1

Bankruptcy Code, Fed. R. Bankr. P. 2014 and 2016 and Local Rules 2014-1 and 2016-2 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date and Waive Certain Information Requirements of Local Rule 2016-2 [Docket No. 198 – filed July 1, 2019]

C.   Limited Objection of the Official Committee of Unsecured Creditors of Insys Therapeutics, Inc., *et al.*, to the Debtors' Application to Retain and Employ Lazard Frères & Co. LLC as Investment Banker [Docket No. 266 – filed July 10, 2019]

   i.   Declaration of Michael Atkinson in Support of Limited Objection of the Official Committee of Unsecured Creditors of Insys Therapeutics, Inc., *et al.*, to the Debtors' Application to Retain and Employ Lazard Frères & Co. LLC as Investment Banker [Docket No. 267 – filed July 10, 2019]

D.   The State of Florida's Joinder in the Limited Objection of the Official Committee of Unsecured Creditors of Insys Therapeutics, Inc., *et al.*, to the Debtors' Application to Retain and Employ Lazard Frères & Co. LLC as Investment Banker [Docket No. 269 – filed July 10, 2019]

Related Documents:  None.

Status:  The hearing on this matter will go forward.  The Debtors intend to file a reply to the Committee's objection [Docket No. 266] prior to the hearing.

8.   Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 134 – filed June 24, 2019]

Objection / Response Deadline:   July 5, 2019 at 12:00 noon (ET); extended by notice to July 10, 2019 at 4:00 p.m. (ET); extended for the Debtors and the Committee to July 11, 2019 at 3:00 p.m. (ET)

Objections / Responses Received:

A.   United States Trustee's Objection to Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 265 – filed July 10, 2019]

Related Documents:

i.   Order Granting Motion to Shorten Notice and Expedited Consideration Regarding Municipality Litigation Claimants' Motion [Docket No. 184 – entered June 28, 2019]

ii.   Notice of Adjourned Hearing [Docket No. 192 – filed July 1, 2019]

5

Status:  The hearing on this matter will go forward.

Dated: July 11, 2019
        Wilmington, Delaware

*/s/ Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

RLF1 21515176v.1