**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
: **Chapter 11**
**In re** :
: **Case No. 19-11292 (KG)**
**INSYS THERAPEUTICS, INC.,** *et al.,* :
: **Jointly Administered**
Debtors.[1] :
: **Ref. Docket Nos. 290 and 292**
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Lead Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Notice of Filing Revised Proposed Order Pursuant to 11 U.S.C. §§ 327(A) and 328(A), Fed. R. Bankr. P. 2014 and 2016, and Local Rules 2014-1 and 2016-2 Authorizing the Retention and Employment of Lazard Frères & Co. LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date and Waiving Certain Information Requirements of Local Rule 2016-2," dated July 14, 2019 [Docket No. 290], and

   b. "Notice of Amended Agenda of Matters Scheduled for Hearing on July 15, 2019 at 9:30 A.M. (ET)," dated July 14, 2019 [Docket No. 292],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 1333 South Spectrum Blvd #100, Chandler, Arizona 85286.

by causing true and correct copies to be:

i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on July 14, 2019 and

ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, on July 15, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
16th day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

**INSYS THERAPEUTICS, INC.,** *et al.* **– Case No. 19-11292 (KG)**
**Electronic Mail Master Service List**

| | |
|---|---|
| john.yagerline@ankura.com | hal.morris@oag.texas.gov |
| ldorman@thinkbrg.com | jhh@stevenslee.com |
| aschwartz@carltonfields.com | nfk@stevenslee.com |
| ghobart@cov.com | cp@stevenslee.com |
| dstuart@cravath.com | bk-jstern@oag.texas.gov |
| attorney.general@delaware.gov | dmolton@brownrudnick.com |
| steven.pidgeon@dlapiper.com | gcicero@brownrudnick.com |
| bill.kettlewell@hoganlovells.com | kaulet@brownrudnick.com |
| matt.donohue@hklaw.com | cmullarney@brownrudnick.com |
| jeffrey.acre@klgates.com | spohl@brownrudnick.com |
| scott.resnik@kattenlaw.com | gilberts@gilbertlegal.com |
| wsollers@kslaw.com | litherlandc@gilbertlegal.com |
| kmarino@khmarino.com | quinnk@gilbertlegal.com |
| jeff.reinke@mckesson.com | hudsonj@gilbertlegal.com |
| tminer@mosllp.com | tarr@blankrome.com |
| bkelly@nixonpeabody.com | guilfoyle@blankrome.com |
| dalowenthal@pbwt.com | tleday@mvbalaw.com |
| jadlerstein@paulweiss.com | bankruptcyunit@azag.gov |
| jonathanbunge@quinnemanuel.com | james.canaday@ag.state.mn.us |
| brien.oconnor@ropesgray.com | wendy.tien@ag.state.mn.us |
| nyrobankruptcy@sec.gov | eric.maloney@ag.state.mn.us |
| info@senzer.com | jc@agentislaw.com |
| jmuehlberger@shb.com | rpc@agentislaw.com |
| matthew.kipp@skadden.com | rriley@wtplaw.com |
| michael.manfredi@specialcounsel.com | sgerald@wtplaw.com |
| david.t.cohen@usdoj.gov | cajones@wtplaw.com |
| agbankdelaware@ag.tn.gov | mbranzburg@klehr.com |
| john.lee2@usdoj.gov | myurkewicz@klehr.com |
| david.t.cohen@usdoj.gov | mdumee@azag.gov |
| amanda.strachan@usdoj.gov | dckerrick@dkhogan.com |
| michael.kendall@whitecase.com | metkin@lowenstein.com |
| apreis@akingump.com | abehlmann@lowenstein.com |
| mhurley@akingump.com | jwhitman@ktmc.com |
| dgolden@akingump.com | jmcevilly@ktmc.com |
| efay@bayardlaw.com | jneumann@ktmc.com |
| jalberto@bayardlaw.com | jjoost@ktmc.com |
| dbrogan@bayardlaw.com | evan.romanoff@ag.state.mn.us |
| jgarfinkle@buchalter.com | kevin@kmeehanlaw.com |
| will@consovoymccarthy.com | stonnesen@oag.state.md.us |
| mike@consovoymccarthy.com | mary.caloway@bipc.com |
| ack@kellerlenkner.com | deecf@dor.mo.gov |
| sam@kellerlenkner.com | |
| so@kellerlenkner.com | |
| muthigk@mcao.maricopa.gov | |
| jyoung@forthepeople.com | |
| juanmartinez@forthepeople.com | |

| Agenda Email Adds |
|---|
| bedmunds@oag.state.md.us |
| Greg.Slemp@myfloridalegal.com |
| mbusenkell@gsbblaw.com |
| rbounds@oag.state.md.us |
| Russell.Kent@myfloridalegal.com |
| Scott.Palmer@myfloridalegal.com |
| sennis@gsbblaw.com |
| Trish.Conners@myfloridalegal.com |

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. | ATTN: FRANCIS J. BALINT, JR. & ANDREW S. FRIEDMAN (LIAISON COUNSEL TO LEAD PLAINTIFF & PPSD CLASS) 2325 E. CAMELBACK ROAD, SUITE 300 PHOENIX AZ 85016 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, SUITE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C. WEISS 1007 ORANGE STREET SUITE 700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE DISTRICT OF DELAWARE ATTN: JANE LEAMY 844 KING STREET SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PRA HEALTH SCIENCES | ATTN: VICE PRESIDENT, LEGAL AFFAIRS 4130 PARKLAKE AVENUE SUITE 400 RALEIGH NC 27612 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| UNITED STATES DEPARTMENT OF DEFENSE | DEFENSE HEALTH AGENCY ATTN: LEIGH A. BRADLEY 7700 ARLINGTON BLVD, SUITE 5101 FALLS CHURCH VA 22042-5101 |
| UNITED STATES DEPARTMENT OF HEALTH AND | HUMAN SERVICES OFFICE OF COUNSEL TO INSPECTOR GENERAL ATTN: LISA M. RE 330 INDEPENDENCE AVENUE, SW WASHINGTON DE 20201 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: ANDREW E. LELLING, U.S . ATTORNEY JOHN JOSEPH MOAKLEY U.S. FEDERAL COURTHOUSE 1 COURTHOUSE WAY, SUITE 9200 BOSTON MA 02210 |
| WILKINSON WALSH & ESKOVITZ LLP | BETH WILKINSON 2001 M STREET, NW, SUITE 1000 WASHINGTON DC 20036 |

**Total Creditor count  12**

INS_ADDS_FCM_07-15-19

HUGHES HUBBARD & REED LLP
(COUNSEL TO CITY OF PRESCOTT, ET AL.)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004