UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
: 
In re                                              :   Chapter 11
                                                   :
INSYS THERAPEUTICS, INC., *et al.,*                :   Case No. 19-11292 (KG)
                                                   :
Debtors.[1]                                        :   Jointly Administered
                                                   :
                                                   :   Re: D.I. 32, 56 & 210
---------------------------------------------------x

## NOTICE OF EXTENSION OF BID DEADLINE

**PLEASE TAKE NOTICE** that, on July 2, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief* [D.I. 210] (the "**Bidding Procedures Order**"),[2] which, among other things, established certain dates and deadlines in connection with the sale of the Assets, including July 23, 2019 at 4:00 p.m. (prevailing Eastern Time) as the Bid Deadline and July 25, 2019 at 4:00 p.m. (prevailing Eastern Time) as the deadline for the Debtors to notify Prospective Bidders of their status as Qualified Bidders.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 4 of the Bidding Procedures Order, the Debtors, in consultation with the Committee, have the right to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Bidding Procedures Order.

extend the Bid Deadline for any reason whatsoever, in their reasonable business judgment, for all or certain parties.

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline has been extended for all parties through and including **July 26, 2019 at 4:00 p.m. (prevailing Eastern Time)**. Consistent with the Bidding Procedures, the Debtors, in consultation with the Committee, will use commercially reasonable efforts to notify Prospective Bidders whether their bids have qualified as Qualified Bids by **July 31, 2019**.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the Debtors' extension of the Bid Deadline to July 26, 2019, the Auction will take place as scheduled in the Bidding Procedures Order on **August 5, 2019 at 10:00 a.m. (prevailing Eastern Time)**, at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

**PLEASE TAKE FURTHER NOTICE** that all other dates and deadlines established pursuant to the Bidding Procedures Order and the Bidding Procedures remain unchanged. The Debtors reserve the right to further extend the Bid Deadline and all other dates and deadlines set forth in the Bidding Procedures Order and the Bidding Procedures in accordance with the Bidding Procedures Order and the Bidding Procedures.

Dated: July 22, 2019
      Wilmington, Delaware

                                          */s/ Christopher M. De Lillo*
                                          RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*