**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>INSYS THERAPEUTICS, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11292 (KG)<br><br>Jointly Administered |
| INSYS THERAPEUTICS, INC., *et al.*<br><br>Plaintiffs,<br><br>– against –<br><br>STATE OF ARIZONA, *ex. rel.* Mark Brnovich, Attorney General; STATE OF FLORIDA, Office of the Attorney General, Department of Legal Affairs; COMMONWEALTH OF KENTUCKY, *ex rel.* Andy Beshear, Attorney General; *et al.*<br><br>Government Defendants. | Adv. Pro. No. 19-50261 (KG) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 24, 2019 AT 9:30 A.M. (ET)[3]**

**I.    RESOLVED MATTER:**

1.  Motion of Debtors Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 for Authorization to (I) Reject Unexpired Leases of Nonresidential Real Property Effective as of the Effective Date and (II) Abandon Property in Connection Therewith [Docket No. 188 – filed June 28, 2019]

    <u>Objection / Response Deadline:</u>    July 12, 2019 at 4:00 p.m. (ET); extended to July 16, 2019 at 4:00 p.m. for Paloma Round Rock

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] **Amended items noted in bold.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 24, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Tuesday, July 23, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Objections / Responses Received:

A.   Informal comments received from Paloma Round Rock

Related Documents:

i.   Certification of Counsel Regarding Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property Effective as of the Effective Date and (II) Abandon Property in Connection Therewith [Docket No. 317 – filed July 19, 2019]

ii.  Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 Authorizing Debtors to (I) Reject Unexpired Leases of Nonresidential Real Property Effective as of the Effective Date and (II) Abandon Property in Connection Therewith [Docket No. 318 – entered July 19, 2019]

Status:  On July 19, 2019, the Court entered an order resolving this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.   CONTINUED MATTERS:

2.   Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 5 – filed June 10, 2019]

Objection / Response Deadline:   July 1, 2019 at 4:00 p.m. (ET); extended to July 25, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee") solely with respect to Severance Obligations

Objections / Responses Received:

A.   Informal comments received from the Committee

Related Documents:

i.   Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 49 – entered June 11, 2019]

ii.  Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363

   and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 63 – filed June 12, 2019]

  iii. Amended Final Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 231 – entered July 3, 2019]

 <u>Status</u>: The relief requested in the Motion solely with respect to the Debtors' request for authority to continue and honor the Severance Program for non-insiders and to satisfy the related Severance Obligations has been continued to August 1, 2019 at 10:00 a.m. (ET). On July 3, 2019, the Court entered an order regarding the relief requested in the Motion other than with respect to the Severance Obligations.

3. Motion of Debtors Pursuant to 11 U.S.C. §§105(a) and 366 Requesting Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 7 – filed June 10, 2019]

  <u>Objection / Response Deadline</u>: July 1, 2019 at 4:00 p.m. (ET); extended to July 3, 2019 at 4:00 p.m. (ET) for the Committee

  <u>Objections / Responses Received</u>:

  A. Objection of Salt River Project to the Motion of Debtors Pursuant to 11 U.S.C. §§105(a) and 366 Requesting Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 179 – filed June 28, 2019]

  <u>Related Documents</u>:

  i. Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 51 – entered June 11, 2019]

RLF1 21678183v.1

      ii.      Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service and (B) Final Hearing Thereon [Docket No. 64 – filed June 12, 2019]

      iii.      Final Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Services and Resolving the Objection of Salt River Project, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 237 – entered July 3, 2019]

    Status:   The hearing on this matter solely with respect to the objection of Salt River Project has been continued to August 15, 2019 at 10:00 a.m. (ET). On July 3, 2019, the Court entered an order regarding this matter other than with respect to the Salt River Project.

4.      Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Stipulation and Agreement Between the Debtors and the United States [Docket No. 28 – filed June 10, 2019]

    Objection / Response Deadline:   July 1, 2019 at 4:00 p.m. (ET); extended to July 26, 2019 at 5:00 p.m. (ET) for the Committee

    Objections / Responses Received:

    A.      Informal comments received from the Committee

    B.      State of Florida's Limited Objection to Debtors' Motion to Approve Compromise with the United States [Docket No. 200 – filed July 1, 2019]

    Related Documents:

    i.      Notice of Motion and Hearing [Docket No. 59 – filed June 11, 2019]

    Status:   The hearing on this matter has been continued to August 1, 2019 at 10:00 a.m. (ET).

5.      Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Wilson, Sonsini, Goodrich & Rosati, P.C. as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date and (II) Modifying the Automatic Stay to Allow Wilson, Sonsini, Goodrich & Rosati, P.C. to Draw Down its Pre-Petition Retainer [Docket No. 131 – filed June 24, 2019]

Objection / Response Deadline: July 8, 2019 at 4:00 p.m. (ET); extended to a date to be determined for the Committee

Objections / Responses Received: None.

Related Documents: None.

Status: The hearing on this matter has been continued to August 15, 2019 at 10:00 a.m. (ET).

### III. MATTER FILED UNDER CERTIFICATION:

6. Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 135 – filed June 24, 2019]

    Objection / Response Deadline: July 1, 2019 at 4:00 p.m. (ET); extended to July 9, 2019 at 4:00 p.m. (ET) for the Committee

    Objections / Responses Received:

    A. Informal comments received from the Committee

    Related Documents:

    i. Notice of Filing (A) Revised Proposed Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief and (B) Blackline [Docket No. 293 – filed July 15, 2019]

    ii. Certification of Counsel Regarding Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 322 - filed July 22, 2019]

    iii. **Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 329 – entered July 23, 2019]**

    **Status: On July 23, 2019, the Court entered an order resolving this matter. Accordingly, a hearing on this matter is no longer necessary.**

### IV. UNCONTESTED MATTER GOING FORWARD:

7. Motion of the Official Committee of Unsecured Creditors of Insys Therapeutics, Inc., *et al.*, for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 264 – filed July 10, 2019]

    Objection / Response Deadline:   July 17, 2019 at 4:00 p.m. (ET); extended for the Debtors to July 22, 2019 at 12:00 noon (ET)

    Objections / Responses Received:

    A.    Informal comments received from the Debtors

    Related Documents:   None.

    Status:  The hearing on this matter will go forward.

**V.    CONTESTED MATTER GOING FORWARD:**

8.    Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 134 – filed June 24, 2019]

    Objection / Response Deadline:   July 5, 2019 at 12:00 noon (ET); extended by notice to July 10, 2019 at 4:00 p.m. (ET); extended for the Debtors and the Committee to July 12, 2019 at 11:00 a.m. (ET)

    Deadline to Respond to Revised Agreed Proposed Order:   July 19, 2019 at 5:00 p.m. (ET)

    Objections / Responses Received:

    A.    United States Trustee's Objection to Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 265 – filed July 10, 2019]

    B.    MDL Plaintiffs' Statement in Connection with Invitation to Join Committee Under the Proposed Order Regarding Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 319 – filed July 19, 2019]

    C.    United States Trustee's Objection to Notice of Filing of Revised Agreed Proposed Order [Docket No. 320 – filed July 19, 2019]

    D.    State of Maryland's Objection to Entry of Proposed Order Resolving Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 321 – filed July 19, 2019]

    **E.    Reply of the Official Committee of Unsecured Creditors to Various Objections Filed to the Proposed Form of Order with Regard to the Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 332 – filed**

July 23, 2019]

**F.** **Debtors' Objection to Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a) [Docket No. 333 - filed July 23, 2019]**

**G.** **Non-MDL Municipal Plaintiffs' Limited Joinder in Reply of the Official Committee of Unsecured Creditors to Various Objections Filed to the Proposed Form of Order with Regard to the Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 336 – filed July 23, 2019]**

Related Documents:

i. Order Granting Motion to Shorten Notice and Expedited Consideration Regarding Municipality Litigation Claimants' Motion [Docket No. 184 – entered June 28, 2019]

ii. Notice of Adjourned Hearing [Docket No. 192 – filed July 1, 2019]

iii. Notice of Filing of Revised Agreed Proposed Order [Docket No. 291 – filed July 14, 2019]

iv. **Reply in Further Support of Motion Seeking Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) & 105(a) [Docket No. 334 – filed July 23, 2019]**

Status: As a result of the objection filed by the MDL Plaintiffs to the revised agreed proposed form of order, the Debtors and the Committee **filed** objections to the relief requested in the Motion on July 23, 2019. The hearing on this matter will go forward.

## VI. STATUS CONFERENCE:

9. Agreed Order Regarding Estimation Motion, PI Motion and Approving Case Procedures [Adv. Docket No. 45 – entered July 2, 2019]

Status: A status conference will go forward with respect to the case protocol.

## VII. ADVERSARY PROCEEDING:

10. Pre-Trial Conference

Status: The pre-trial conference has been continued to a date to be determined with permission of the Court.

Dated: July 23, 2019
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    John H. Knight (No. 3848)
    Paul N. Heath (No. 3704)
    Amanda R. Steele (No. 5530)
    Zachary I. Shapiro (No. 5103)
    Christopher M. De Lillo (No. 6355)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Gary T. Holtzer (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Candace M. Arthur (admitted *pro hac vice*)
    Olga F. Peshko (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for the Debtors*
    *and Debtors in Possession*