IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INSYS THERAPEUTICS, INC., *et al.*, ) | Case No. 19-11292(KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Re: D.I.134 |

## ORDER DENYING MOTION SEEKING APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§1102(a)(2) & 105(a) (the "Motion")

The Court heard argument on the Motion on July 24, 2019 (the "Hearing"). The Debtors, the Official Committee of Unsecured Creditors, the Office of the United States Trustee, the MDL Entities, the Attorney General of the State of New York and the moving Public Entities all participated.

For the reasons the Court stated on the record and which will be contained in the transcript of the Hearing, the Court denies the Motion. If the Public Entities appeal the Court's ruling, the Court reserves its right to file a written opinion supporting its ruling. *See Del. Bankr. L.R. 8003-2.*

**SO ORDERED.**

Dated: July 24, 2019

_____
KEVIN GROSS, U.S.B.J.