## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x
*In re:*                                         :
                                                 :          **Chapter 11**
                                                 :
**Insys Therapeutics, Inc.,** *et al.*           :          **Case No. 19-11292 (KG)**
                                                 :
                    Debtors.[1]                  :          **(Jointly Administered)**
                                                 :
------------------------------------------------------------ x

### GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On June 10, 2019 (the "**Petition Date**"), Insys Therapeutics, Inc. ("**Insys Therapeutics**") and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only under case number 19-11292 (KG) pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

### OVERVIEW OF GLOBAL NOTES

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs ("**Statements**"). These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, and are incorporated by reference in, each Debtor's Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These Global Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements**. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Information in the Schedules and Statements is presented as of the Petition Date and on an individual Debtor-by-Debtor basis, in each case unless otherwise noted. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); IPSC, LLC (6577); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); IPT 355, LLC (0155); and Insys Pharma, Inc. (9410). The Debtors' mailing address is 410 S. Benson Lane; Chandler, AZ  85224.

shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

The Schedules and Statements have been prepared pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 by the Debtors' management with the assistance of their advisors and other professionals and have necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to it at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.  Moreover, the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment.

The Schedules and Statements for each Debtor have been signed by Andrew Long, Chief Executive Officer.  In reviewing and signing the Schedules and Statements, Mr. Long necessarily relied upon the efforts, statements, and representations of the Debtors' advisors other personnel and professionals.  Mr. Long has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.  **General Reservation of Rights**.  Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material.  Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.  The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Description of Cases and "As Of" Information Date**.  Unless otherwise stated herein, liabilities are reported as of the Petition Date.

3. **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements.  Where practicable, the Schedules and Statements reflect the assets and liabilities of each separate Debtor.  Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors, and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States nor are they intended to be fully reconciled to audited financial statements of each Debtor.

4. **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

5. **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, and liabilities from the Schedules and Statements, including goodwill, intangibles, and certain accrued liabilities including, but not limited to, certain accrued employee compensation and benefits, certain customer accruals, tax accruals, accrued accounts payable, accrued contract termination damages, deferred income accruals, litigation accruals, and certain deposits.  The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist.  Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6. **Amendments and Supplements; All Rights Reserved**.  The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7. **References**.  Reference to applicable agreements and related documents is necessary for a complete description of the nature, extent, and priority of liens and/or claims.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8. **Currency**.  All amounts are reflected in U.S. dollars.

9.   **Intercompany**. The Debtors have reported for each Debtor the aggregate net intercompany balances between such Debtors and each other Debtor as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate, and as of May 31, 2019. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

10.  **Book Value**. Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of May 31, 2019, and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

11.  **Paid Claims**. The Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims—including, but not limited to, payments to employees, independent contractors, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court (the "**First Day Orders**"). Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any First Day Order, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. The Debtors will provide any creditor listed on these Schedules and Statements with notice of the bar date, regardless of whether the Debtors have subsequently paid such creditor's claim. The Debtors have not listed any claims for Employee Obligations (as defined in the Wages Motion)[2], Critical Vendors (as defined in the Critical Vendor Motion)[3], and Customer Obligations (as defined in the Customer Programs Motion)[4] that have since had their prepetition claims satisfied in full pursuant to the First Day Orders.

---

[2] *See the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs and (II) Related Relief* [ECF No. 5] (the "**Wages Motion**").

[3] *See the Motion of Debtors for Entry of an Order (I) Authorizing Payment of Certain Prepetition Claims of Critical Vendors (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief* [ECF No. 8] (the "**Critical Vendor Motion**").

[4] *See the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authority to (I) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (II) Pay and Honor Related Prepetition Obligations*, [ECF No. 9] (the "**Customer Programs Motion**").

12. **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, certain items may have been improperly characterized, classified, categorized, or designated.  The Debtors are continuing to review all relevant documents and expressly reserve all rights to amend, recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

13. **Claims of Third-Party Entities**.  Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates, and are continuing to review all relevant documents.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, for example, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

14. **Liabilities**.  The Debtors have allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' accounts payable, the allocation of liabilities between the prepetition and post-petition periods may change.  The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

15. **Guarantees and Other Secondary Liability Claims**.  The Debtors have not identified or scheduled any known guarantees or other secondary liability claims. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights to amend the Schedules to the extent that guarantees are identified.

16. **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual

property to the rightful Debtor owner; however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all rights with respect to the legal status and proper attribution of any and all such intellectual property rights.

17. **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

18. **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated."  In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19. **Causes of Action**.  Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, affirmative claims, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all rights to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20. **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined".  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21. **Liens**.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22. **Employee Addresses**.  For current and former employees and directors the last known address is listed where applicable.

23. **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

24. **Confidentiality**.  There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of

an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

### General Disclosures Applicable to Schedules

1. **Classifications**.  Listing a Claim on Schedule D as "secured," or on Schedule E/F as "priority," or "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

2. **Schedule A/B - Real and Personal Property**.

   a) **Schedule A/B.3**.  Bank account and investment account balances are as of the Petition Date. Certificates of Deposit are listed inclusive of accrued interest as of the Petition Date.

   b) **Schedule A/B.11.** Schedule A/B identifies the net accounts receivable balance as of the Petition Date. The value of the net accounts receivable balance is lower than the gross accounts receivable balance due to offsets on accounts receivable incurred as part of the Debtors' various customer programs, otherwise known as "gross-to-net" programs.

   c) **Schedule A/B.15.** The Debtors' equity interest in Centrexion Therapeutics Corp. arises from its common stock ownership. For purposes of these Schedules, the Debtors have listed the book value of this investment.

   d) **Schedule A/B.16**.  Investments are listed at their accrued value as of the Petition Date.

   e) **Schedules A/B.39-41**. Interest in office furniture, equipment, and collectibles are scheduled as being owned by a specific Debtor based on the Debtors' books and records.  It would be burdensome and an inefficient use of estate resources, as well as impracticable, to review, verify and assign each interest in office furniture, fixtures, equipment, and collectibles to a specific Debtor.  Accordingly, Schedules A/B.39-41 of any particular Debtor may list interests in office furniture, fixtures, equipment, and collectibles that are owned by other Debtors.

   f) **Schedule A/B.50**.  Interest in machinery, fixtures, and equipment are scheduled as being owned by a specific Debtor based on the Debtors' books and records.  If any such machinery, fixtures, and equipment are leased, the applicable leases will appear on the relevant Debtor's Schedule G of executory contracts and unexpired leases.

   g) **Schedule A/B.72.** Debtors have filed extensions for all Federal and State tax returns for the calendar year 2018.  Taxable income or Net Operating Loss from the current year's activity has not been determined as of Petition Date.  Prepaid tax assets derived from prior tax year overpayments, estimated tax payments, and amounts

paid with extension are included in Schedule A/B.72.

h) **Schedule A/B.73.** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of May 31, 2019, and any prefunded claim tails. To the extent the Debtors have made a determination of the amount of prepaid insurance premiums or prefunded claim tails as of May 31, 2019, such amounts are listed on Exhibit A/B, Part 2, Question 8.

i) **Schedule A/B.74.** Despite exercising their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' book and records as of the Petition Date. The Debtors reserve all of their rights with respect to any claims and causes of action they may have. Neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

j) **Schedule A/B.75.** In the ordinary course of business, the Debtors may have accrued, or may in the future accrue, certain rights to counter-claims, cross-claims, setoffs, and/or refunds with Debtors' customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.75.

k) **Schedule A/B.77.** Debtors Insys Therapeutics, Inc., Insys Development Company, Inc. and Insys Manufacturing Company, LLC record right of use assets for lease accounting purposes in accordance with GAAP under ASC 842. Right of use assets have been excluded from Schedule A/B.77.

3. **Schedule D – Creditors Holding Secured Claims.** The Debtors are not aware of any secured claims against the Debtors.

Real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D claims that may be secured through setoff rights or inchoate statutory lien rights. The Debtors have not investigated which of the claims against the Debtors may include such rights, and their population is currently

unknown.

4.   **Schedule E/F– Creditors Holding Unsecured Claims**.

The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred.  The claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose may be an open issue of fact.  In addition, the claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors.

Certain former directors, officers and/or employees of the Debtors have asserted indemnification claims against the Debtors.  In these cases, the Debtors listed such claimants' counsel as the creditors rather than the claimants themselves, and identified such claims as indemnification claims.

The Debtors have not listed any tax, wage, wage-related obligations, or certain trade payables that the Debtors were granted authority to pay and have paid pursuant to First Day Orders on Schedule E/F.

The Debtors believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. Unpaid amounts for severed employees have not been analyzed to determine whether such amounts should be viewed as priority claims. In addition, for severed employees, there has been no analysis of whether any unpaid amounts exceed the priority claim limit or whether there should be a bifurcation of amounts owed between priority and nonpriority unsecured amounts. Accordingly, such claims are listed in Part 2 of Schedule E/F. The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Claims owing to various taxing and regulatory authorities to which the Debtors may potentially be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtors are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as nonpriority, pending final resolution of on-going audits or other outstanding issues.

Notwithstanding the foregoing, where creditors have yet to provide proper invoices for prepetition goods or services, such amounts may not be reflected on Schedule E/F. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

On June 10, 2019, the Debtors filed a motion [ECF No. 28] (the "9019 Motion") seeking approval under Bankruptcy Rule 9019 of a stipulation entered into between Insys Therapeutics, Inc. and the United States that fixes a general unsecured claim of the United States in these Chapter 11 Cases in the amount of $243 million, capped at a recovery of $195 million (inclusive of a $5 million prepetition payment), on account of the Covered Conduct and any claims under the Civil Settlement Agreement, as such terms are defined and more fully described in the 9019 Motion. The 9019 Motion is currently scheduled to be considered by the Bankruptcy Court at a hearing on August 15, 2019.

Generally, the Debtors' accounts payable are scheduled as being owed by a specific Debtor based on the Debtors' books and records. There may be instances when one Debtor engages in a transaction or series of transactions which might generate accounts payable or other entries reported in the Schedules and Statements of another Debtor. It would be burdensome and an inefficient use of estate resources for the Debtors to allocate their accounts payable on a Debtor-by-Debtor basis in certain instances. Additionally, certain accounts payable reported in the Schedules of one of the Debtors may, in fact, be owed by one or more of the other Debtors. Consequently, Schedule E/F of each Debtor may list accounts payable liabilities of other Debtors.

5. **Schedule G – Executory Contracts and Unexpired Leases.** While every effort has been made to ensure the accuracy of Schedule G, review is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as indemnity agreements, non-executory supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. The Debtors may have included such contracts on the Schedule G of only one Debtor and excluded it from other Debtor counterparties.

In certain circumstances, the specific Debtor obligor(s) to certain of the Agreements could not be specifically identified. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the agreement. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor on which to

list such executory contracts or unexpired leases.  Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The agreements listed on Schedule G may have expired or may have been renewed, modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements, which may not be listed on Schedule G.

Any and all of the Debtors' rights, claims, and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved, including, but not limited to, the Debtors' rights to (i) dispute the validity, status, or enforceability of any agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G and (iii) amend or supplement Schedule G as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

The Debtors have made reasonable efforts to list each executory contract or unexpired lease at the correct Debtor or Debtor(s).  However, liabilities associated with certain executory contracts or unexpired leases may be reported on the Schedules of a particular Debtor while the corresponding executory contract or unexpired lease is listed on the Schedule G of a different Debtor.

6.   **Schedule H - Codebtors**. In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties.  Because such claims are listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases and other such agreements.  The Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that guarantees are identified.

## General Disclosures Applicable to Statements

a.   **Statements – Question 1 – Revenue**.  Historically, revenue is reported on the Debtors' consolidated financials; however, revenue is recorded in the Debtors' books and records on an individual Debtor basis.  In response to Question 1, revenue is listed on an individual Debtor basis.

b.   **Statements – Question 3 - 90 Day Payments**.  The Debtors have responded to Question 3 in the Statements in a detailed format, categorized by payee.  All disbursements listed in Question 3 are made through the Debtors' cash management system, more fully described in the Cash

Management Motion.[5]  Dates listed in Question 3 reflect the date upon which the Debtor transferred funds to the relevant payee.  The response to Question 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders (which payments are listed in response to Question 4, where applicable), gifts and charitable contributions (which payments are listed in response to Question 9, where applicable) and bankruptcy professionals (which payments are listed in response to Question 11, where applicable).  Not all payees are creditors of the Debtors.  Certain payees have received payments listed on behalf of other parties or have received payments that are not on account of antecedent debts.  In addition, the response to Question 3 does not include checks that were either voided or not presented before the Petition Date.

In April 2019, thirty of the Debtors' employees were paid a Key Employee Retention Bonus ("KERP Bonus").  The KERP Bonus payments totaled $4.876 million, of which $2.113 million was paid to three insiders: (1) Andrew Long, Chief Executive Officer ($1.1 million), (2) Andrece Housley, Chief Financial Officer ($400,000), and (3) Mark Nance, Chief Legal Officer and General Counsel ($613,000). KERP Bonus payments to insiders are included in the response to Question 4. The KERP Bonus payments to non-insiders are excluded from Question 3.

c.  **Statements – Question 4 – Payments to or for the Benefit of Insiders**.  For purposes of the Schedules and Statements, the Debtors define insiders as individuals who, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over, the respective Debtor so as to unqualifiedly dictate corporate policy and the disposition of assets. Individuals listed in the Statements as insiders have been included for informational purposes only.  The Debtors do not take any position with respect to (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority or such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose.  As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  For more information regarding each Debtor's officers and directors, see Questions 28 and 29.

The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings.

d.  **Statements – Question 7: Legal Actions or Assignments**.  The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors

---

[5] *See Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, and 507 for (I) Authority to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Obligations Relating Thereto, and (C) Implement Ordinary Course Changes to Cash Management System, (II) Administrative Expense Priority for Postpetition Intercompany Claims, (III) Waiver or Extension of Time to Comply with Requirements of 11 U.S.C § 345(b), and (IV) Related Relief* [D.I. 4] (the "**Cash Management Motion**").

of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to Statements Question 7 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, information the Debtors were unable to locate for proceedings that were listed was left blank.

e.  **Statements – Question 9: Charitable Contributions**.  The donations and/or charitable contributions listed in response to Question 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.

f.  **Statements – Question 11 – Payments Related to Bankruptcy**.  The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately before the Petition Date. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders. Not all payments made and listed are on account of debt counseling or restructuring services.

g.  **Statements – Question 13 – Transfers Not Already Listed**.  While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.  In addition, the Debtors buy and sell certain assets in the ordinary course of business.  Such dispositions made in the ordinary course of business have not been reflected in responses to Question 13.  The Debtors further do not take any position with respect to whether transfers identified in response to Question 13 are made in the ordinary course of business.  Certain transfers listed in this response are included solely out of an abundance of caution.

h.  **Statements – Question 14 – Previous Addresses.**  With the exception of Insys Manufacturing, LLC, the Debtors list 1333 S. Spectrum Blvd., Chandler, AZ, 85286 (the "Spectrum Location") as a previous address on Statements Question 14. The Spectrum Location was the corporate headquarters address as of Petition Date.  Debtors vacated the Spectrum Location after the Petition Date. As such, the Spectrum Location address has been listed as a previous address on Statements Question 14, with "Present" reflecting that the address was active as of the Petition Date.

i.  **Statements – Question 16 – Personally Identifiable Information ("PII").**  In the ordinary course of business, the Debtors collect certain PII, consisting of trial patients' full names, signatures, home addresses, telephone numbers, insurance denial letters, letters of medical necessity, verification of label indication, and other unsolicited PII. The Debtors maintain a privacy policy covering PII.

**Fill in this information to identify the case:**

Debtor   Insys Therapeutics, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   19-11292 (KG)
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $2,421,024,013.63 |
|---|

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $2,421,024,013.63 |
|---|

---

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| NOT APPLICABLE |
|---|

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| + | $1,554,611,616.15 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $1,554,611,616.15 |
|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Insys Therapeutics, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>19-11292 (KG)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

04/19

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

| Part 1: | CASH AND CASH EQUIVALENTS |
| --- | --- |

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. CASH ON HAND**

**NONE**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | DEUTSCHE BANK | MONEY MARKET | DBDA | $640,341.58 |
| 3.2. | JP MORGAN | CHECKING | 2808 | $494,802.12 |
| 3.3. | JP MORGAN | CHECKING | 2816 | $0.00 |
| 3.4. | JP MORGAN | CHECKING | 5031 | $2,072.20 |
| 3.5. | JP MORGAN | CHECKING | 6815 | $279,462.90 |
| 3.6. | JP MORGAN | CHECKING | 6826 | $0.00 |
| 3.7. | JP MORGAN | SAVINGS | 1272 | $603,491.01 |
| 3.8. | MORGAN STANLEY | MONEY MARKET | U700 | $33,266.66 |
| 3.9. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $251,014.04 |
| 3.10. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $250,136.99 |
| 3.11. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $249,273.17 |
| 3.12. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $249,094.18 |
| 3.13. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $225,711.24 |
| 3.14. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $200,148.79 |
| 3.15. | OPPENHEIMER | CERTIFICATES OF DEPOSIT (CD) | 4071 | $125,692.25 |
| 3.16. | OPPENHEIMER | MONEY MARKET | 6208 | $437,221.45 |
| 3.17. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $247,367.22 |
| 3.18. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $247,311.79 |

Debtor   Insys Therapeutics, Inc.                                    Case Number (if known) 19-11292 (KG)
        (Name)

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.19. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $247,121.50 |
| 3.20. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $246,644.25 |
| 3.21. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $246,380.73 |
| 3.22. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $246,365.05 |
| 3.23. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $246,265.95 |
| 3.24. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $246,042.01 |
| 3.25. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,823.32 |
| 3.26. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,738.37 |
| 3.27. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,395.36 |
| 3.28. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,217.48 |
| 3.29. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,204.05 |
| 3.30. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,169.15 |
| 3.31. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,143.98 |
| 3.32. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,136.93 |
| 3.33. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,132.90 |
| 3.34. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,130.89 |
| 3.35. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,128.88 |
| 3.36. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,128.88 |
| 3.37. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $245,021.48 |
| 3.38. | WELLS FARGO | CERTIFICATES OF DEPOSIT (CD) | 9735 | $244,979.33 |
| 3.39. | WELLS FARGO | MONEY MARKET | W273 | $802,934.61 |
| 3.40. | WESTERN ALLIANCE | CHECKING | 5149 | $134,844.23 |
| 3.41. | WESTERN ALLIANCE | CHECKING | 9155 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5 Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE
TOTAL TO LINE 80.

| $10,386,356.91 |
|---|

**Part 2:   DEPOSITS AND PREPAYMENTS**

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1. | SECURITY DEPOSIT - JMP | $100,000.00 |
|---|---|---|
| 7.2. | SECURITY DEPOSIT -BAKER DONELSON | $20,000.00 |

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
           (Name)

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.3. | SECURITY DEPOSIT -ELLMAN LAW GROUP | $20,000.00 |
|---|---|---|
| 7.4. | SECURITY DEPOSIT -GELBER SANTILLO | $25,000.00 |
| 7.5. | SECURITY DEPOSIT -SACKS, RICKETTS & CASE, LLP | $50,000.00 |
| 7.6. | SECURITY DEPOSIT -SHEPPARD RETAINER | $20,900.00 |
| 7.7. | SECURITY DEPOSIT -SPIRO HARRISON | $50,000.00 |
| 7.8. | SECURITY DEPOSIT -WINSTON & STRAWN | $45,300.00 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | LONG-TERM PREPAID EXPENSE - AON INSURANCE | $564,159.48 |
|---|---|---|
| 8.2. | LONG-TERM PREPAID EXPENSE - MARSH | $2,534,299.23 |
| 8.3. | LT PREPAID - AON INSURANCE | $564,159.48 |
| 8.4. | LT PREPAID - MARSH | $2,534,299.23 |
| 8.5. | PREPAID EXPENSES - ADOBE SYSTEMS INC | $67,375.00 |
| 8.6. | PREPAID EXPENSES - AIRWATCH | $1,599.77 |
| 8.7. | PREPAID EXPENSES - ALLIANZ | $12,691.50 |
| 8.8. | PREPAID EXPENSES - ALPHA IR | $30,000.00 |
| 8.9. | PREPAID EXPENSES - ALTO LITIGATION | $117,156.70 |
| 8.10. | PREPAID EXPENSES - AON | $601,679.14 |
| 8.11. | PREPAID EXPENSES - APTTUS | $40,777.15 |
| 8.12. | PREPAID EXPENSES - AUDITBOARD | $27,074.94 |
| 8.13. | PREPAID EXPENSES - DELL MARKETING | $46,953.53 |
| 8.14. | PREPAID EXPENSES - DILIGENT | $6,956.25 |
| 8.15. | PREPAID EXPENSES - DONNELLEY FINANCIAL SOLUTIONS | $5,772.80 |
| 8.16. | PREPAID EXPENSES - FDA | $619,830.00 |
| 8.17. | PREPAID EXPENSES - GUARD | $4,955.59 |
| 8.18. | PREPAID EXPENSES - HIGHFIVE | $5,922.00 |
| 8.19. | PREPAID EXPENSES - INTELLIGENT MANAGEMENT SOLUTIONS | $25,000.00 |
| 8.20. | PREPAID EXPENSES - LAW 360 | $1,927.50 |
| 8.21. | PREPAID EXPENSES - LINKEDIN | $2,655.49 |
| 8.22. | PREPAID EXPENSES - LOGICMONITOR | $3,745.00 |
| 8.23. | PREPAID EXPENSES - MARSH | $2,386,596.32 |
| 8.24. | PREPAID EXPENSES - MORRISON COHEN | $12,053.50 |
| 8.25. | PREPAID EXPENSES - NASDAQ | $53,001.71 |
| 8.26. | PREPAID EXPENSES - NATIONAL ASSOCIATION OF CORPORATE DIRECTORS | $3,364.56 |
| 8.27. | PREPAID EXPENSES - RICHARDS, LAYTON, & FINGER | $33,217.12 |
| 8.28. | PREPAID EXPENSES - SAI GLOBAL | $10,850.00 |
| 8.29. | PREPAID EXPENSES - SECUREWORKS | $7,515.16 |
| 8.30. | PREPAID EXPENSES - SIMULATIONS PLUS | $7,058.36 |
| 8.31. | PREPAID EXPENSES - SOFTCHOICE CORPORATION | $7,647.91 |
| 8.32. | PREPAID EXPENSES - THOMSON REUTERS | $12,209.34 |
| 8.33. | PREPAID EXPENSES - TRIDEA | $28,134.98 |
| 8.34. | PREPAID EXPENSES - WEIL, GOTSHAL, MANGES | $2,368,764.56 |
| 8.35. | PREPAID EXPENSES - WOLTERS KLUWER | $5,689.16 |
| 8.36. | PREPAID EXPENSES - WOOD PHILLIPS | $79,000.00 |
| 8.37. | PREPAID JUNE SPECTRUM 2019 RENT - CAZ 1 LLC | $83,436.43 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $13,248,728.89 |
|---|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Debtor    Insys Therapeutics, Inc.     Case 19-11292-JTD    Doc 363    Filed 07/30/19    Page 18 of 407
Case number (if known) 19-11292 (KG)
(Name)

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| | face amount | doubtful or uncollectable accounts | |
|---|---|---|---|
| RECEIVABLE FROM IC OPERATIONS, INC. | $16,401,166.63 | $0.00   = → | $16,401,166.63 |
| RECEIVABLE FROM INSYS DEVELOPMENT COMPANY, INC. | $189,116,003.22 | $0.00   = → | $189,116,003.22 |
| RECEIVABLE FROM INSYS MANUFACTURING, LLC | $164,831,032.18 | $0.00   = → | $164,831,032.18 |
| RECEIVABLE FROM INSYS PHARMA, INC. | $1,432,391,120.30 | $0.00   = → | $1,432,391,120.30 |
| RECEIVABLE FROM IPSC, LLC | $13,768,075.14 | $0.00   = → | $13,768,075.14 |

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

| $1,816,507,397.47 |
|---|

---

**Part 4:  INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:
**NONE**

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.1. CENTREXION THERAPEUTICS CORP (287,899 SHARES SERIES C STOCK) | UNKNOWN-NON CONTROLLING % | $518,219.18 |
| 15.2. INSYS PHARMA, INC. | 100% | UNKNOWN |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| | | |
|---|---|---|
| 16.1. | AGENCY BOND | $1,505,182.67 |
| 16.2. | AGENCY BOND | $1,002,747.50 |
| 16.3. | AGENCY BOND | $1,001,481.00 |
| 16.4. | AGENCY BOND | $1,000,652.33 |
| 16.5. | AGENCY BOND | $998,432.00 |
| 16.6. | AGENCY BOND | $752,791.00 |
| 16.7. | AGENCY BOND | $750,470.42 |
| 16.8. | AGENCY BOND | $750,218.17 |
| 16.9. | AGENCY BOND | $750,035.33 |
| 16.10. | AGENCY BOND | $748,422.63 |
| 16.11. | AGENCY BOND | $502,886.22 |
| 16.12. | COMMERCIAL PAPER | $1,000,000.00 |
| 16.13. | COMMERCIAL PAPER | $999,863.33 |
| 16.14. | COMMERCIAL PAPER | $999,794.17 |
| 16.15. | COMMERCIAL PAPER | $998,871.11 |
| 16.16. | COMMERCIAL PAPER | $597,125.00 |
| 16.17. | COMMERCIAL PAPER | $550,000.00 |
| 16.18. | COMMERCIAL PAPER | $499,412.08 |
| 16.19. | CORPORATE DEBT | $1,467,067.62 |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| | | |
|---|---|---|
| 16.20. CORPORATE DEBT | | $1,363,317.75 |
| 16.21. CORPORATE DEBT | | $504,960.67 |
| 16.22. CORPORATE DEBT | | $500,947.78 |
| 16.23. CORPORATE DEBT | | $500,947.78 |
| 16.24. MUNICIPAL BONDS | | $349,207.18 |
| 16.25. TREASURY BILL | | $1,496,769.80 |
| 16.26. TREASURY BILL | | $998,060.96 |
| 16.27. TREASURY BILL | | $996,805.42 |
| 16.28. TREASURY BILL | | $498,628.06 |
| 16.29. YANKEE BONDS | | $1,004,950.33 |

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

$25,608,267.47

---

**Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

NOT APPLICABLE

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6: FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** | | | |

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
         (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**

**31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

> NOT APPLICABLE

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. OFFICE FURNITURE**

  39.1.   FURNITURE & FIXTURES | $79,831.45 | BOOK VALUE | $79,831.45

**40. OFFICE FIXTURES**

  40.1.    INCLUDED IN QUESTION 39

**41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

  41.1.   COMPUTER EQUIPMENT AND SOFTWARE | $93,518.73 | BOOK VALUE | $93,518.73

**42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES**

  NONE

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

> $173,350.18

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Insys Therapeutics, Inc.
          (Name)

Case Number (if known) 19-11292 (KG)

---

## Part 8: MACHINERY, EQUIPMENT, AND VEHICLES

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

NONE

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS**

NONE

**49. AIRCRAFT AND ACCESSORIES**

NONE

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | |
|---|---|---|---|
| 50.1. LEASEHOLD IMPROVEMENTS | $7,917.95 | BOOK VALUE | $7,917.95 |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$7,917.95

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 1333 SOUTH SPECTRUM BLVD. #100, CHANDLER, AZ 85286 (OFFICE BUILDING) | LEASED | | N/A | |
| 55.2. 2700 OAKMONT, ROUND ROCK, TEXAS 78665 (MANUFACTURING FACILITY) | LEASED | | N/A | |
| 55.3. 410 SOUTH BENSON LANE, CHANDLER AZ, 85224 (OFFICE BUILDING / LAB) | LEASED | | N/A | |
| 55.4. 444 S. ELLIS STREET, CHANDLER, AZ 85224 (OFFICE BUILDING / LAB) | LEASED | | N/A | |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

UNKNOWN

Debtor    Insys Therapeutics, Inc.                                          Case number (if known) 19-11292 (KG)
          (Name)

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |

59. **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.    SUBSYS Patent No. AU 2007208229 | $0.00 | | UNKNOWN |
| 60.2.    SUBSYS Patent No. AU 2008282743 | $0.00 | | UNKNOWN |
| 60.3.    SUBSYS Patent No. CA 2637672 | $0.00 | | UNKNOWN |
| 60.4.    SUBSYS Patent No.CN101378735 | $0.00 | | UNKNOWN |
| 60.5.    SUBSYS Patent No.JP5241514 | $0.00 | | UNKNOWN |
| 60.6.    SUBSYS Patent No.JP5630877 | $0.00 | | UNKNOWN |
| 60.7.    SUBSYS Patent No.MX329452 | $0.00 | | UNKNOWN |
| 60.8.    SUBSYS Patent No.NZ569949 | $0.00 | | UNKNOWN |
| 60.9.    SUBSYS Patent No.RU2432950 | $0.00 | | UNKNOWN |
| 60.10.   SUBSYS Publication No.BR PI 0707235-0 | $0.00 | | UNKNOWN |
| 60.11.   SUBSYS Publication No.IN 1434/DELNP/2010 | $0.00 | | UNKNOWN |
| 60.12.   SUBSYS Publication No.IN 3043/KOLNP/2008 | $0.00 | | UNKNOWN |

**61. INTERNET DOMAIN NAMES AND WEBSITES**

61.1.    INSYSRX.COM
61.2.    SUBSYS.COM
61.3.    SYNDROS.COM

**62. LICENSES, FRANCHISES, AND ROYALTIES**

NONE

**63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS**

NONE

**64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

NONE

**65. GOODWILL**

NONE

66 **Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

| UNKNOWN |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
          (Name)

## Part 11:    ALL OTHER ASSETS

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.  NOTES RECEIVABLE** | | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | | |
| NONE | | |
| **72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | | |
| AZ NOL | Tax year 2017 | $15,365,951.00 |
| AZ OVERPAYMENT (CREDITED TO 2018 ESTIMATED TAX) | Tax year 2017 | $200.00 |
| CA AMENDED RETURN REFUND RECEIVABLE | Tax year 2014 | $33,002.76 |
| CA AMENDED RETURN REFUND RECEIVABLE | Tax year 2015 | $572,952.00 |
| CA OVERPAYMENT (CREDITED TO 2018 ESTIMATED TAX) | Tax year 2017 | $9,600.00 |
| CT STATE TAX EXTENSION PREPAYMENT | Tax year 2018 | $250.00 |
| FEDERAL AMT CREDIT CARRYFORWARD | Tax year 2017 | $288,306.00 |
| FEDERAL SECTION 382 NOL | Tax year 2000 | $3,296,533.00 |
| FEDERAL SECTION 382 NOL | Tax year 2001 | $12,499,564.00 |
| FEDERAL SECTION 382 NOL | Tax year 2002 | $35,487,543.00 |
| FEDERAL SECTION 382 NOL | Tax year 2003 | $52,200,430.00 |
| FEDERAL SECTION 382 NOL | Tax year 2004 | $57,596,769.00 |
| FEDERAL SECTION 382 NOL | Tax year 2005 | $40,989,867.00 |
| FEDERAL SECTION 382 NOL | Tax year 2006 | $33,072,908.00 |
| FEDERAL SECTION 382 NOL | Tax year 2007 | $11,928,211.00 |
| FEDERAL SECTION 382 NOL | Tax year 2008 | $8,667,369.00 |
| FEDERAL SECTION 382 NOL | Tax year 2009 | $5,671,800.00 |
| FEDERAL SECTION 382 NOL | Tax year 2010 | $4,599,136.00 |
| IL NOL | Tax year 1997 | $1,436,634.00 |
| IL NOL | Tax year 1998 | $3,122,108.00 |
| IL NOL | Tax year 2000 | $3,296,533.00 |
| IL NOL | Tax year 2001 | $12,499,564.00 |
| IL NOL | Tax year 2002 | $35,487,543.00 |
| IL NOL | Tax year 2003 | $52,200,430.00 |
| IL NOL | Tax year 2004 | $57,596,769.00 |
| IL NOL | Tax year 2005 | $40,989,867.00 |
| IL NOL | Tax year 2006 | $33,072,908.00 |
| IL NOL | Tax year 2007 | $11,928,211.00 |
| IL NOL | Tax year 2008 | $8,667,369.00 |
| IL NOL | Tax year 2009 | $5,671,800.00 |
| IL NOL | Tax year 2010 | $4,599,135.00 |
| IL NOL | Tax year 2010 | $29,309.00 |
| IL NOL | Tax year 2011 | $33,846.00 |
| MA OVERPAYMENT (CREDITED TO 2018 ESTIMATED TAX) | Tax year 2017 | $457.00 |
| MA STATE TAX EXTENSION PREPAYMENT | Tax year 2018 | $456.00 |
| MI NOL | Tax year 2017 | $121,808.00 |
| NY NOL | Tax year 2017 | $1,977,549.00 |
| NY OVERPAYMENT (CREDITED TO 2018 RETURN) | Tax year 2017 | $18,484.00 |
| TX FRANCISE TAXE PREPAYMENT | Tax year 2018 | $13,000.00 |
| UT NOL | Tax year 2017 | $44,066.00 |
| UT OVERPAYMENT (CREDITED TO 2018 RETURN) | Tax year 2017 | $3,757.00 |

**73.  INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

NONE

**74.  CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| | | **Current value of debtor's interest** |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

Nature of claim          PATENT INTERFERENCE

Amount requested          N/A

PATENT INTERFERENCE PROCEEDINGS RELATED TO PUBLICATION #20150150844 LICENSED FROM MCALLISTER          $0.00

Nature of claim          PATENT INFRINGEMENT

Amount requested          N/A

PATENT LITIGATION AGAINST TEVA C.A. NO. 17-1303 (CFC)          $0.00

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.          $555,091,994.76

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,386,356.91 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $13,248,728.89 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $1,816,507,397.47 | |
| **83. Investments.** *Copy line 17, Part 4.* | $25,608,267.47 | |
| **84. Inventory.** *Copy line 23, Part 5.* | | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $173,350.18 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,917.95 | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNKNOWN |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90. All other assets.** *Copy line 78, Part 11.*          **+** | $555,091,994.76 | |

Debtor    Insys Therapeutics, Inc.                     Case number (if known) 19-11292 (KG)
          (Name)

| 91. | **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $2,421,024,013.63 | **+** 91b | UNKNOWN |
|-----|-----|-----|-----|-----|

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $2,421,024,013.63

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Insys Therapeutics, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 19-11292 (KG) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

04/19

**Be as complete and accurate as possible.**

1.    1.  **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Insys Therapeutics, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>19-11292 (KG)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>A.M.H, INDIVIDUALLY AND IN HER CAPACITY AS LEGAL CUSTODIAN OF BABY C.E.<br>C/O DONALD CREADORE, THE CREADORE LAW FIRM<br>450 SEVENTH AVE., STE 1408<br>NEW YORK, NY  10123<br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45052<br>(1:18-CV-01018)<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ABBEVILLE COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>903 WEST GREENWOOD ST.<br>SUITE 2800<br>ABBEVILLE, SC  29620<br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019-CP-01-00154<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ACADEMY FOR PAIN AND ONCOLOGY EDUCATION<br>P.O. BOX 855<br>FRANKLIN LAKES, NJ  07417<br>**Date or dates debt was incurred**<br>6/20/19<br>**Last 4 digits of account number:** DEMY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VENDOR<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,700.00 |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ACCENTURE LLP<br>161 N CLARK ST<br>CHICAGO, IL 60601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: C001** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,136.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>ACCOMACK COUNTY, VIRGINIA<br>ATTN COUNTY ATTORNEY OR ATTORNEY FOR THE COMMONWEALTH<br>23296 COURTHOUSE AVENUE, SUITE 203,<br>P.O. BOX 388<br>ACCOMAC, VA 23301<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2:19-CV-00184<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>ACKAL<br>JOSEPH A. WETCH , JR.<br>P.O. BOX 6017<br>FARGO, ND 58108<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46052<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>ADA, CITY OF<br>ATTN CHIEF EXECUTIVE OFFICER, CLERK, SEC OR OFFICIAL RECORDS OFFICIAL<br>231 S. TOWNSEND STREET<br>ADA, OK 74820<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 6:19-CV-00034 (CJ-2019-3)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>ADAIR COUNTY<br>ATTN AUDITOR OR CHAIR OF BOARD<br>ADAIR COUNTY COURTHOUSE<br>400 PUBLIC SQUARE STE. 5<br>GREENFIELD, IA 50849<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

<table>
<tr><td style="background:#000;color:#fff"><b>Part 2:</b></td><td><b>Additional Page</b></td><td style="text-align:right; background:#ddd"><b>Amount of claim</b></td></tr>
</table>

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | ADAMS COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>THE SECRETARY OR CLERK<br>201 INDUSTRIAL<br>COUNCIL, ID 83612 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45093-DAP | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | ADAMS COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>THE SECRETARY OR CLERK<br>201 INDUSTRIAL<br>COUNCIL, ID 83612 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,750.62 |
|---|---|---|---|
| | ADLER POLLOCK & SHEEHAN P.C.<br>ONE CITZENS PLAZA, 8TH FLOOR<br>PROVIDENCE, RI 02903-1345 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PROFESSIONAL SERVICES | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: DLER** | ☑ No<br>☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | AIKEN COUNTY, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>GOVERNMENT CENTER<br>1930 UNIVERSITY PKWY<br>AIKEN, SC 29801 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 2019-CP-02-01086 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | AKIAK NATIVE COMMUNITY<br>ALAKANUK NATIVE CORP<br>ATTN CEO, CLERK OR SECRETARY<br>P.O. BOX 148<br>ALAKANUK, AK 99554 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46309<br>(3:18-CV-00273) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.14

**Nonpriority creditor's name and mailing address**

ALACHUA COUNTY
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
12 SE 1ST STREET
GAINESVILLE, FL  32601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45685
(18CA00322)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.15

**Nonpriority creditor's name and mailing address**

ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
ATTN CEO, CLERK OR SECRETARY
4000 AMBASSADOR DRIVE
ANCHORAGE, AK  99508

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46293
(3:18-CV-00269)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.16

**Nonpriority creditor's name and mailing address**

ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC.
ATTN PRESIDENT, MANAGING OR GEN AGENT
1131 EAST INTERNATIONAL AIRPORT RD.
ANCHORAGE, AK  99518

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45024
(3:18-CV-00294)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.17

**Nonpriority creditor's name and mailing address**

ALEXANDER MELBA
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45502-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.18

**Nonpriority creditor's name and mailing address**

ALICIA SIMONSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45479-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.19** | **Nonpriority creditor's name and mailing address**

ALLAMAKEE COUNTY
ATTN AUDITOR, CHAIR OF BOARD
ALLAMAKEE COUNTY COURTHOUSE
110 ALLAMAKEE ST
WAUKON, IA 52172

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45983
(4:18-CV-00245)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.20** | **Nonpriority creditor's name and mailing address**

ALLEGHANY COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
9212 WINTERBERRY AVENUE
COVINGTON, VA 24426

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:19-CV-00275

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.21** | **Nonpriority creditor's name and mailing address**

ALLEN COUNTY BOARD OF COUNTY COMMISSIONERS
ATTN OFFICER OR PROSECUTING ATTORNEY
204 N MAIN ST
STE 301
LIMA, OH 45801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45401
(3:18-CV-00815)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.22** | **Nonpriority creditor's name and mailing address**

ALYSSA LYLE
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45524-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.23** | **Nonpriority creditor's name and mailing address**

AMANDA GIBSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45515-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.24 | **Nonpriority creditor's name and mailing address**<br>AMANDA MUFFLEY<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45507-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.25 | **Nonpriority creditor's name and mailing address**<br>AMBER ZIBRITOSKY<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>STOW MUNICIPAL COURT<br>4400 COURTHOUSE DR<br>STOW, OH 44224<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address**<br>AMBER ZIBRITOSKY, LAW DIR THE CITY OF STOW<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>3760 DARROW RD<br>STOW, OH 44224-4038<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address**<br>AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL<br>EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY<br>PLAN<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>125 BARCLAY ST<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45013<br>(1:17CV2585)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.28 | **Nonpriority creditor's name and mailing address**<br>AMY SHEPARD<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45536-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,065.00

ANALYSIS GROUP INC.
111 HUNTINGTON AVE
14TH FLOOR
BOSTON, MA  02199

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

5/31/19

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** A001

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $828.00

ANDERSEN TAX LLC
P.O. BOX 200988
PITTSBURGH, PA  15251-0988

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

6/15/19

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** WTAS

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ANGELA CHERRY
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45490-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ANGELA SAWYERS
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45478-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ANGELA SPRINGBORN
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45478-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $401,746.15 |
| | ANKURA CONSULTING GROUP, LLC JOHN YAGERLINE 1220 19TH STREET, NW SUITE 700 WASHINGTON, DC 20036 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PROFESSIONAL SERVICES | |
| | **Last 4 digits of account number:** KURA | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | ANNE ARUNDEL COUNTY ATTN OFFICER OR AGENCY ARUNDEL CENTER 44 CALVERT STREET ANNAPOLIS, MD 21401 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18CV519 (C02CV18000021) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | ANSONIA ATTN CLERK, ASSIST CLERK, MAYOR OR MANAGER 253 MAIN STREET ANSONIA, CT 06401 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. HHD-CV-18-6098036-S (AAN-CV18-6028560-S) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $254.00 |
| | AON RISK INSURANCE SERVS WEST PO BOX 849832 LOS ANGELES, CA 90084-9832 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 5/31/19 | **Basis for the claim:** INSURANCE | |
| | **Last 4 digits of account number:** AON | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | APRIL BERZINSKI C/O COOPER LAW FIRM ATTN CELESTE BRUSTOWICZ 1525 RELIGIOUS ST NEW ORLEANS, LA 70130 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45503-DAP | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.39 | **Nonpriority creditor's name and mailing address**<br>APTAR CONGERS<br>A DIVISION OF APTARGROUP INC<br>250 NORTH ROUTE 303<br>CONGERS, NY  10920-1408<br><br>**Date or dates debt was incurred**<br>6/30/19<br><br>**Last 4 digits of account number: PTAR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108,495.00 |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>APTTUS<br>APTTUS CORPORATION<br>1400 FASHION ISLAND BLVD., SUITE 100<br>SAN MATEO, CA  94404<br><br>**Date or dates debt was incurred**<br>5/7/19<br><br>**Last 4 digits of account number: T003** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,777.17 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>ARACYA JOHNSON<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45521-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>ARCTIC SLOPE NATIVE ASSOCIATION<br>ATTN CEO, CHIEF CLERK OR SECRETARY<br>PO BOX 1232<br>7000 UULA ST<br>BARROW, AK  99723<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP46268<br>(3:18-CV-00260<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>ARMSTRONG, COUNTY, PA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>450 EAST MARKET ST, STE 200<br>KITTANNING, PA  16201<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.44**

**Nonpriority creditor's name and mailing address**

AROOSTOOK COUNTY
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
 144 SWEDEN STREET, SUITE 1
CARIBOU, ME  04736

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45183
(1:19-CV-00018)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.45**

**Nonpriority creditor's name and mailing address**

ASA'CARSARMIUT TRIBE
ATTN CEO, CLERK OR SECRETARY
1 AIRPORT WAY
MOUNTAIN VILLAGE, AK  99632

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46309
(3:18-CV-00273)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.46**

**Nonpriority creditor's name and mailing address**

ASCENSION PARISH GOVERNMENT
ATTN CEO OR OFFICIAL ATTORNEY
ASCENSION PARISH GOVERNMENTAL COMPLEX
615 E. WORTHEY ST.
GONZALES, LA  70737

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45027
(3:18-CV-01088)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.47**

**Nonpriority creditor's name and mailing address**

ASHLAND COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
201 WEST MAIN ST
ASHLAND, WI  54806

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45130-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.48**

**Nonpriority creditor's name and mailing address**

AUDITBOARD INC
12800 CENTER COURT DRIVE S.
SUITE 100
CERRITOS, CA  90703

**Date or dates debt was incurred**

5/30/19

**Last 4 digits of account number: OARD**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,536.32

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.49** **Nonpriority creditor's name and mailing address**

AUDRAIN COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
101 N. JEFFERSON STREET
MEXICO, MO 65265

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46265

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.50** **Nonpriority creditor's name and mailing address**

AUDUBON COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
800 MARKET STREET
AUDUBON, IA 50025

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.51** **Nonpriority creditor's name and mailing address**

AVOYELLES PARISH POLICE JURY
ATTN CHIEF EXECUTIVE OFFICER
312 N MAIN ST
MARKSVILLE, LA 71351

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45444

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.52** **Nonpriority creditor's name and mailing address**

AX FOR PHARMA NORTH AMERICA LLC
ATTN MASSIMO CRUDELI
2100 E BAY DR, STE 213
LARGO, FL 33771

**Date or dates debt was incurred**

1/9/19

**Last 4 digits of account number: X001**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,100.00

---

**3.53** **Nonpriority creditor's name and mailing address**

BACON COUNTY HOSPITAL FOUNDATION, INC. DOING
BUSINESS AS BACON COUNTY HOSPITAL AND HEALTH
SYSTEM
PATRICK HUGH O'DONNELL
150 W MAIN ST, STE 2100
NORFOLK, VA 23510

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46285
(1:18-CV-12363)
()1873CV00740)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>BALDWINLAW LLC<br>111 SOUTH CALVERT STREET<br>SUITE 1805<br>BALTIMORE, MD 21202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** L002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,286.43 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>BALLANCE<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>HEWLETTS RD<br>MOUNT MAUNGANUI, TAURANGA<br>NEW ZEALAND<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45925<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>BALLARD SPAHR LLP<br>1 EAST WASHINGTON STREET, SUITE 2500<br>PHOENIX, AZ 85004-2555<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** LARD | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120,982.21 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>BALTIMORE COUNTY MARYLAND<br>ATTN OFFICER OR AGENT<br>400 WASHINGTON AVENUE<br>TOWSON, MD 21204<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-OP-45554<br>(1:18-CV-01215-MJG)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>BANNOCK COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>THE SECRETARY OR CLERK<br>624 E CENTER #200<br>POCATELLO, ID 83201<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV00151<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
BAPTIST HEALTH MADISONVILLE INC D/B/A BAPTIST
HEALTH MADISONVILLE
GRANT EDWARD MORRIS
611 COMMERCE ST, STE 3100
NASHVILLE, TN  37203

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46058
(3:18-MC-99999)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
BAPTIST HEALTH RICHMOND INC D/B/A BAPTIST HEALTH
RICHMOND
JIM H GUYNN JR
415 S COLLEGE AVE
SALEM, VA  24153

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

3.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46058
(3:18-MC-99999)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
BAPTIST HEALTHCARE SYSTEM INC D/B/A BAPTIST
HEALTH CORBIN D/B/A BAPTIST HEALTH LAGRANGE D/B/A
BAPTIST HEALTH LEXINGTON D/B/A BAPTIST HEALTH
LOUISVILLE  AGENT OF BAPTIST HEALTH PAUCAH D/B/A
BAPTIST HEALTH  FLOYD
LAUREN TALLENT ROGERS
150 W MAIN ST 2100
PO BOX 3037
NORFOLK, VA  23510

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

3.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46058
(3:18-MC-99999)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
BARBARA A LANGHENRY, DIR OF FOR CITY OF
CLEVELAND
ATTN OFFICER OR PROSECUTING ATTORNEY
601 LAKESIDE AVE
ROOM 106
CLEVELAND, OH  44114

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

3.62

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18OP45132

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
BARBARA RIVERS
JAY EDELSON
350 N LASALLE STREET, 14TH FL
CHICAGO, IL  60654

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

3.63

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45962
(1:18CV3116)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
BARRON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
260 N 7TH ST
BARRON, WI 54812

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45277-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.65 **Nonpriority creditor's name and mailing address**
BARTOW COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
135 WEST CHEROKEE AVENUE
CARTERSVILLE, GA 30120

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45045
(4:19-CV-00007)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.66 **Nonpriority creditor's name and mailing address**
BAY MILLS INDIAN COMMUNITY
ATTN PRESIDENT, MANAGING OR GEN AGENT
12140 W LAKESHORE DR
BRIMLEY, MI 49715

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45287

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.67 **Nonpriority creditor's name and mailing address**
BAYFIELD COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
117 E 5TH ST, PO BOX 878
WASHBURN, WI 54891

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45168-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.68 **Nonpriority creditor's name and mailing address**
BEAR RIVER BAND OF ROHNERVILLE RANCHERIA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
266 KEISNER ROAD
LOLETA, CA 95551

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46362
(3:18-CV-07431)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|--------|--------------------------|--------------------------------------|
| | (Name) | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|
| | | Amount of claim |

| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>BEAVER COUNTY UTAH<br>ATTN COUNTY CLERK<br>105 E. CENTER ST.<br>P.O. BOX 392<br>BEAVER, UT  84713<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 190500179<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|------|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>BEAVER COUNTY, PA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>810 THIRD ST<br>BEAVER, PA  15009<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>BELCHER, RHONDA<br>GARY C JOHNSON<br>110 CAROLINE AVE<br>PO BOX 110<br>PIKEVILLE, KY  41502<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46143<br>(6:18-CV-00246)<br>(18CI00134)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.72 | **Nonpriority creditor's name and mailing address**<br><br>BELKNAP COUNTY<br>ATTN COUNTY COMMISSIONERS OR TREASURER<br>34 COUNTY DRIVE<br>LACONIA, NH  03246<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00326<br>(18-CV-00240)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>BENSALEM, PA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>2400 BYBERRY RD<br>BENSALEM, PA  19020<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.74** | **Nonpriority creditor's name and mailing address**
BENSON SECURITY SYSTEMS, INC.
2065 W. OBISPO AVE 101
GILBERT, AZ 85233

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NSON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,007.90

---

**3.75** | **Nonpriority creditor's name and mailing address**
BENTON COUNTY
BENTON COUNTY COURTHOUSE
CLERK OF COURT, 2ND FLOOR
111 E 4TH STREET
VINTON, IA 52349

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.76** | **Nonpriority creditor's name and mailing address**
BERGEN COUNTY
ATTN PRESIDING OFFICER, CLERK OR SECR
ONE BERGEN COUNTY PLAZA
HACKENSACK, NJ 07601-7076

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP045616
(2:18-CV-8845)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.77** | **Nonpriority creditor's name and mailing address**
BERKELEY RESEARCH GROUP, LLC
LAURA DORMAN, MANAGING DIRECTOR
& ASSOC. GENERAL COUNSEL
2200 POWELL STREET, SUITE 1200
EMERYVILLE, CA 94608

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ELEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR JOHN KAPOOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,440.84

---

**3.78** | **Nonpriority creditor's name and mailing address**
BERLIN
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
240 KENSINGTON ROAD
BERLIN, CT 06037

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.79 | **Nonpriority creditor's name and mailing address**<br>BESSEMER TRUST CO.<br>100 WOODBRIDGE CENTER DRIVE<br>ATTN: FEE DEPARTMENT<br>WOODBRIDGE, NJ 07095<br><br>**Date or dates debt was incurred**<br>6/26/19<br><br>**Last 4 digits of account number: EMER** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,500.00 |

| 3.80 | **Nonpriority creditor's name and mailing address**<br>BETHLEHEM<br>ATTN CLERK, ASSIST CLERK, MANAGER<br>OR SELECTMEN<br>36 MAIN ST SOUTH<br>BETHLEHEM, CT 06751<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHD-CV18-6099290<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.81 | **Nonpriority creditor's name and mailing address**<br>BILL CHIRS<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>1755 TOWN PARK BLVD<br>PO BOX 278<br>GREEN, OH 44232-0278<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.82 | **Nonpriority creditor's name and mailing address**<br>BILL CHRIS, LAW DIR THE CITY OF GREEN<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>1755 TOWN PARK BLVD<br>PO BOX 278<br>GREEN, OH 44232-0278<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.83 | **Nonpriority creditor's name and mailing address**<br>BILLIE IVIE<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45489-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.84**

**Nonpriority creditor's name and mailing address**

BIOS COMPANIES INC AS PLAN SPONSOR AND FIDUCIARY OF BIOS CO INC WELFARE PLAN
NATHAN J POSTILLION
11 N WASHINGTON ST, STE 400
ROCKVILLE, MD  20850

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46186
(5:18-CV-00994)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.85**

**Nonpriority creditor's name and mailing address**

BIOS COMPANIES INC WELFARE PLAN
ATTN PRESIDENT, MANAGING OR GEN AGENT
309 EAST DEWEY AVENUE
SAPULPA, OK  74066

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46186
(5:18-CV-00994)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.86**

**Nonpriority creditor's name and mailing address**

BIOS COMPANIES INC WELFARE PLAN ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
JESSICA LYNN FARMER
800 17TH ST NW, STE 1100
WASHINGTON, DC  20006

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46186
(5:18-CV-00994)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.87**

**Nonpriority creditor's name and mailing address**

BIOTECH RESEARCH GROUP CORPORATION
3810 GUNN HIGHWAY
TAMPA, FL  33618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TECH**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,365.00

---

**3.88**

**Nonpriority creditor's name and mailing address**

BLACK HAWK COUNTY
ATTN AUDITOR OR
CHAIR OF BOARD OF SUPERVISORS
316 EAST 5TH STREET
WATERLOO, IA  50703

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45303-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.
          (Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BLACKFEET TRIBE OF THE BLACKFEET INDIAN
RESERVATION
HELLY HIGHTOWER HIBBERT
1301 K ST NW
STE 1000 EAST TOWER
WASHINGTON, DC  20005

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45749

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BLUE CROSS AND BLUE SHIELD OF LOUISIANA
ATTN PRESIDENT, MANAGING OR GEN AGENT
5525 REITZ AVENUE
BATON ROUGE, LA  70809-3802

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-CV-12538

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOARD OF CO COMMISSIONERS OF ANADARKO, OK
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
PO BOX 1427
ANADARKO, OK  73005-1427

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00004

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOARD OF CO. COMM./KIOWA CO.
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
PO BOX 653
HOBART, OK  73651-0653

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00009

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOARD OF COMMISSIONERS FOR LUCAS COUNTY, OHIO
ATTN OFFICER OR PROSECUTING ATTORNEY
1 GOVERNMENT CTR STE 800
TOLEDO, OH  43604

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46177
(FILING ERROR 3:18-CV-02445)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.94**

**Nonpriority creditor's name and mailing address**

BOARD OF COMMISSIONERS FOR SAN MIGUEL COUNTY
ATTN COUNTY CLERK
500 W NATIONAL
STE 201
LAS VEGAS, NM 87701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45354
(1:19-CV-00400)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.95**

**Nonpriority creditor's name and mailing address**

BOARD OF COMMISSIONERS OF FULTON COUNTY
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
141 PRYOR ST SW, 10TH FL
ATLANTA, GA 30303

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45440

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.96**

**Nonpriority creditor's name and mailing address**

BOARD OF COMMISSIONERS OF THE COUNTY OF ALLEN
ATTN SEC, OFFICER OR AGENT
CITIZENS SQUARE, SUITE 410
200 EAST BERRY STREET
FORT WAYNE, IN 46802

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45121-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.97**

**Nonpriority creditor's name and mailing address**

BOARD OF COMMISSIONERS OF THE COUNTY OF
FRANKLIN
ATTN SECRETARY OF STATE
OFFICER, OR AGENT
373 S. HIGH STREET, 26TH FLOOR
COLUMBUS, OH 43215

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45827-
(18-CV-01647)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.98**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONER OF TEXAS COUNTY
ATTN CLERK OF THE COUNTY COURT
210 N. GRAND AVE
STE 301
HOUSTON, MO 65483

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-11

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.99**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS FOR SAN MIGUEL COUNTY
ATTN COUNTY CLERK
500 W NATIONAL AVE
STE 113
LAS VEGAS, NM  87701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. D-412-CV-2018-00711

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.100**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS JOHNSTON COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
403 W MAIN STREET
TISHOMINGO, OK  73460-1753

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00010

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.101**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF ATOKA COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
200 E COURT ST, STE 201
ATOKA, OK  75425-2056

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00010

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.102**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF ATOKA COUNTY
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
922 ROBERTS RD
BOKCHITO, OK  74726

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-19-10

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.103**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF CADDO COUNTY
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
PO BOX 1427
ANADARKO, OK  73005

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-4

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.104 | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS OF CLEVELAND COUNTY, OKLAHOMA<br>ATTN CHIEF EXECUTIVE OFFICER, CLERK, SECRETARY OR OFFICIAL RECORDS OFFICIAL<br>201 S. JONES, SUITE 210<br>NORMAN, OK 73069<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-592<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS OF COMANCHE COUNTY<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>315 SW 5TH ST, STE 304<br>LAWTON, OK 73501<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2018-737<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS OF COUNTY OF TULSA, THE<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>500 SOUTH DENVER AVENUE<br>TULSA, OK 74103<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:19-CV-00205<br>(CJ-2019-01116)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS OF COUNTY OF TULSA, THE<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>500 SOUTH DENVER AVENUE<br>TULSA, OK 74103<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-22<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS OF DELAWARE COUNTY, OK<br>ATTN CEO, CLERK, SECRETARY, REC OFFICIAL<br>327 S 5TH ST<br>JAY, OK 74346<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:18-CV00460<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BOARD OF COUNTY COMMISSIONERS OF DEWEY COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
PO BOX 368
TALOGA, OK  73667-0368

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-5

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
326 W CHOCTAW AVE
CHICKASHA, OK  73018

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-12

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BOARD OF COUNTY COMMISSIONERS OF HARPER COUNTY
ATTN COUNTY COMMISSIONERS, THE
COUNTY CLERK OR THE COUNTY TREASURER
201 N JENNINGS
ANTHONY, KS  67003

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-8

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BOARD OF COUNTY COMMISSIONERS OF HASKELL COUNTY, OK
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
202 E MAIN STREET #8
STIGLER, OK  74462-2439

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-19-8

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY
ATTN GOVERNOR OR ATTORNEY
100 JEFFERSON COUNTY PARKWAY
SUITE 5550
GOLDEN, CO  80419

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-1

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

3.114 | **Nonpriority creditor's name and mailing address**
BOARD OF COUNTY COMMISSIONERS OF KAY COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
201 S MAIN ST
NEWKIRK, OK  74647

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-56

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.115 | **Nonpriority creditor's name and mailing address**
BOARD OF COUNTY COMMISSIONERS OF KIOWA COUNTY
ATTN GOVERNOR OR ATTORNEY
1305 GOFF STREET
PO BOX 100
EADS, CO  81036

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-19-9

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.116 | **Nonpriority creditor's name and mailing address**
BOARD OF COUNTY COMMISSIONERS OF LE FLORE COUNTY, OK
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
100 S BROADWAY, PO BOX 607
POTEAU, OK  74953

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-19-34

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.117 | **Nonpriority creditor's name and mailing address**
BOARD OF COUNTY COMMISSIONERS OF LOGAN COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
301 E HARRISON STE 102
GUTHERIE, OK  73044

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-35

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.118 | **Nonpriority creditor's name and mailing address**
BOARD OF COUNTY COMMISSIONERS OF LOVE COUNTY
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
405 WEST MAIN
SUITE 203
MARIETTA, OK  73448

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-08

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>BOARD OF COUNTY COMMISSIONERS OF MAJOR<br>COUNTY, OKALAHOMA<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>500 E BROADWAY, PO BOX 379<br>FAIRVIEW, OK 73737-0379<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-00005<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>BOARD OF COUNTY COMMISSIONERS OF NOBLE<br>COUNTY, OK<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>300 COURTHOUSE DR #11<br>PERRY, OK 73077<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-05<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>BOARD OF COUNTY COMMISSIONERS OF OSAGE<br>COUNTY, OK<br>ATTN CEO, CLERK, SECRETARY, REC OFFICIAL<br>600 GRANDVIEW AVE<br>PAWHUSKA, OK 74056<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:18-CV00461<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>BOARD OF COUNTY COMMISSIONERS OF OTTAWA<br>COUNTY, STATE OF OKLAHOMA, THE<br>ATTN CEO, CLERK, SECRETARY, REC OFFICIAL<br>102 E CENTRAL<br>MIAMI, OK 74354<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46323<br>(4:18-CV00466)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>BOARD OF COUNTY COMMISSIONERS OF PAWNEE<br>COUNTY, OK<br>ATTN CEO, CLERK, SECRETARY, REC OFFICIAL<br>500 HARRISON STREET<br>PAWNEE, OK 74058<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:18-CV-00459<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.124

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF POTTAWATOMIE COUNTY
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
325 N BROADWAY
SHAWNEE, OK 74801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-80

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.125

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF STEPHENS COUNTY
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
37 W TUGALO ST
TOCCOA, GA 30577

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-07-R

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.126

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF TEXAS COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
PO BOX 197-319 N MAIN ST, STE 202
GUYMON, OK 73942

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00011

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.127

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BERNALILLO
ATTN COUNTY CLERK
PO BOX 542
ALBUQUERQUE,, NM 87103

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45301
(1:19-CV-00342)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.128

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CATRON
ATTN COUNTY CLERK
PO BOX 546
DATIL, NM 87821

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19OP45320
(2:19-CV-00370)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | | Amount of claim |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CIBOLA ATTN COUNTY CLERK 700 EAST ROOSEVELT, SUITE 50 GRANTS, NM 87020 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45321 (1:19-CV-00371) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CIBOLA ATTN COUNTY CLERK 700 EAST ROOSEVELT, SUITE 50 GRANTS, NM 87020 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION CASE NO. 7:19-CV-00371 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CURRY, NEW MEXICO ATTN COUNTY CLERK 1620 LAURA LANE CLOVIS, NM 88101 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45347 (2:19-CV-00414) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LEA NEW MEXICO ATTN COUNTY CLERK 100 N. MAIN AVENUE, SUITE 1C P.O. BOX 1507 LOVINGTON, NM 88260 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45266 (2:19-CV-00222) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LINCOLN, NEW MEXICO ATTN COUNTY CLERK 300 CENTRAL AVENUE PO BOX 711 CARRIZOZO, NM 88301 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION CASE NO. 2:19-CV-00462 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.134**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MCKINLEY
NEW MEXICO
ATTN COUNTY CLERK
PO BOX 70
GALLUP, NM 87305

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45033
(1:19-CV-00023)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.135**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OTERO, NEW MEXICO
ATTN COUNTY CLERK
1101 N NEW YORK AVE
ALAMOGORDO, NM 88310

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45216
(1:19-CV-00208)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.136**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE
ATTN COUNTY CLERK
102 GRANT AVE
SANTA FE, NM 87501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45776
(1:18-CV-534)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.137**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SIERRA
ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER
100 COURTHOUSE SQ., RM 11
DOWNIEVILLE, CA 95936

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45322
(2:19-CV-00372)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.138**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SOCORRO
ATTN COUNTY CLERK
198 NEEL ST
SOCORRO, NM 87801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45323
(2:19-CV-00374)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.139**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TAOS
NEW MEXICO
ATTN COUNTY CLERK
105 ALBRIGHT STREET
TAOS, NM  87571

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45051
(1:19-CV-00056)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.140**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF VALENICA
ATTN COUNTY CLERK
444 LUNA AVENUE
LOS LUNAS, NM  87031

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45324
(1:19-CV-00375)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.141**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF WASHINGTON COUNTY, MARYLAND
ATTN OFFICER OR AGENCY
100 W WASHINGTON ST #226
HAGERSTOWN, MD  21740

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46060
(1:18-CV-02592)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.142**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS OF WOODS COUNTY, OK
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
318 EAST OKLAHOMA BOULEVARD
ALVA, OK  73717

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-6

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.143**

**Nonpriority creditor's name and mailing address**

BOARD OF COUNTY COMMISSIONERS, LATIMER COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
200 W. OAK STREET
FORT COLLINS, CO  80521

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00009

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| **3.144** | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS, LOVE COUNTY OK<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>405 WEST MAIN, STE 203<br>MARIETTA, OK  73448<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-00008<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.145** | **Nonpriority creditor's name and mailing address**<br>BOARD OF COUNTY COMMISSIONERS, STEPHENS<br>COUNTY<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>101 S 11TH ST, ROOM 200<br>DUNCAN, OK  73533-4758<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-00007R<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.146** | **Nonpriority creditor's name and mailing address**<br>BOARD OF SUPERVISORS OF PRINCE WILLIAM COUNTY,<br>VIRGINIA<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>1 COUNTY COMPLEX CT<br>WOODBRIDGE, VA  22192<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00365<br>(CL19002560-00)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.147** | **Nonpriority creditor's name and mailing address**<br>BOB HEYDORN<br>MOTLEY RICE-WASHINGTON<br>ATTN LINDA J SINGER<br>401 NINTH STREET NW, STE 100<br>WASHINGTON, DC  20004<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.148** | **Nonpriority creditor's name and mailing address**<br>BOD HEYDORN, SOLICITOR FOR VILLAGE OF SILVER LAKE<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2961 KENT RD<br>SILVER LAKE, OH  44224<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| | | Amount of claim |

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | BOONE COUNTY COMMISSION ATTN COMMISSIONER, CLERK, OR PROSECUTING ATTORNEY 206 COURT ST 300 MADISON, WV  25130 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:17-OP-45061 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | BOONE COUNTY, MISSOURI ATTN CLERK OF THE COUNTY COURT 801 E WALNUT COLUMBIA, MO  65201 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45375 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | BOROUGH OF RIDGEFIELD ATTN PRESIDING OFFICER OR CLERK OR SEC RIDGEFIELD MUNICIPAL BUILDING 604 BROAD AVENUE RIDGEFIELD, NJ  07657 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18OP46117 (2:18-CV-10842) (BER-L-7640-17) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | BOSTON HOUSING AUTHORITY ATTN TREASURER OR THE CLERK 52 CHAUNCY ST 52 CHAUNCY ST BOSTON, MA  02111 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-CV-12174 (1884CV02860) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | BOSTON PUBLIC HEALTH COMMISSION ATTN TREASURER OR THE CLERK 1010 MASSACHUSETTS AVE 6TH FLOOR BOSTON, MA  02118 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-CV-12174 (1884CV02860) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>BOSTON TOWNSHIP<br>ATTN TRUSTEE OR CLERK<br>OR PROSECUTING ATTORNEY OR LAW DIRECTOR<br>PO BOX 123<br>PENINSULA, OH  44264<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45090-DAP<br>(5:18-CV-00170; CV-2017-12-5235)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>BOSTON TOWNSHIP, OHIO<br>ATTN TRUSTEE OR CLERK<br>OR PROSECUTING ATTORNEY OR LAW DIRECTOR<br>1775 MAIN STREET<br>PENINSULA, OH  44264<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>BOSTON TOWNSHIP, OHIO<br>ATTN TRUSTEE OR CLERK<br>PO BOX 123<br>PENINSULA, OH  44264<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>BOULDER CITY<br>ATTN PRESIDING OFFICER OR AGENT<br>401 CALIFORNIA AVE<br>BOULDER CITY, NV  89005<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45648<br>(2:19-CV-01057)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>BOWLING GREEN WARREN COUNTY COMMUNITY<br>HOSPITAL CORPORATION D/B/A THE MEDICAL CENTER AT<br>BOWLING GREEN D/B/A THE MEDICAL CENTER AT<br>CAVERNA D/B/A THE MEDICAL CENTER AT SCOTTSDALE<br>MATTHEW S. LANDRY<br>935 GRAVIER STREET<br>STE. 2150<br>NEW ORLEANS, LA  70112<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46058<br>(3:18-MC-99999)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor   Insys Therapeutics, Inc.
         (Name)                                           Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRAD BRYAN
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC 20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRAD BRYAN, SOLICITOR FOR VILLAGE OF PENINSULA
ATTN CITY SOLICITOR OR LEGAL OFFICER
3075 SMITH ROAD, SUITE 204
AKRON, OH 44333

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRADFORD COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
945 N TEMPLE AVE
STARKE, FL 32091

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45564
(3:19-CV-00702)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRADFORD COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
301 MAIN ST
TOWANDA, PA 18848

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRANCH COUNTY, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
31 DIVISION ST.
COLDWATER, MI 49036

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46096
(1:18CV983)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
BRANDI BRUMBARGER
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45469-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.165 **Nonpriority creditor's name and mailing address**
BREMER COUNTY
ATTN AUDITOR OR
CHAIR OF BOARD OF SUPERVISORS
415 E. BREMER AVENUE
WAVERLY, IA 50677

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.166 **Nonpriority creditor's name and mailing address**
BRIDGE HOUSE CORPORATION
ATTN PRESIDENT, MANAGING OR GEN AGENT
4150 EARHART BOULEVARD
NEW ORLEANS, LA 70125

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46061
(2:18-CV-07821)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.167 **Nonpriority creditor's name and mailing address**
BRITTANY FLACH
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45488-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.168 **Nonpriority creditor's name and mailing address**
BROADRIDGE ICS
P.O. BOX 416423
BOSTON, MA 02241-6423

**Date or dates debt was incurred**

5/31/19

**Last 4 digits of account number:** O002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,283.26

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.169** | **Nonpriority creditor's name and mailing address**

BROWARD BEHAVIORAL HEALTH COALITION
ATTN PRESIDENT, MANAGING OR GEN AGENT
3521 W BROWARD BLVD
FT LAUDERDALE, FL  33312

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45338
(0:19-CV-61172)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.170** | **Nonpriority creditor's name and mailing address**

BROWARD BEHAVIORAL HEALTH COALITION
ATTN PRESIDENT, MANAGING OR GEN AGENT
3521 W BROWARD BLVD
FT LAUDERDALE, FL  33312

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 0:19-CV-61172

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.171** | **Nonpriority creditor's name and mailing address**

BROWARD COUNTY, FLORIDA
OFFICE OF THE PROSECUTING ATTORNEY
ANDREW JEFFREY MEYERS
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL  33301

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP45332
(0:18-CV-60535)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.172** | **Nonpriority creditor's name and mailing address**

BROWN
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
305 EAST WALNUT STREET
GREEN BAY, WI  54301

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45926

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.173** | **Nonpriority creditor's name and mailing address**

BROWN COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
305 EAST WALNUT STREET
GREEN BAY, WI  54301

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address**<br>BRYAN CAVE LLP<br>P.O. BOX 503089<br>ST LOUIS, MO  63150-3089<br><br>**Date or dates debt was incurred**<br>5/23/19<br><br>**Last 4 digits of account number:** RYAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,304.23 |

| 3.175 | **Nonpriority creditor's name and mailing address**<br>BRYAN NACE<br>MOTLEY RICE-WASHINGTON<br>ATTN LINDA J SINGER<br>401 NINTH STREET NW, STE 100<br>WASHINGTON, DC  20004<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.176 | **Nonpriority creditor's name and mailing address**<br>BUCHANAN COUNTY<br>ATTN AUDITOR<br>OR CHAIR OF BOARD OF SUPERVISORS<br>210 5TH AVE NE<br>INDEPENDENCE, IA  50644<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.177 | **Nonpriority creditor's name and mailing address**<br>BUCHANAN COUNTY, VIRGINIA<br>ATTN COUNTY OR COMMONWEALTH ATTORNEY<br>4447 SLATE CREEK ROAD<br>GRUNDY, VA  24614<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45253<br>(1:18-CV-00047)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.178 | **Nonpriority creditor's name and mailing address**<br>BUCKS COUNTY<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>55 EAST COURT STREET<br>DOYLESTOWN, PA  18901<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-03144<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.179** **Nonpriority creditor's name and mailing address**
BUENA VISTA COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
215 EAST 5TH STREET
STORM LAKE, IA  50588

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.180** **Nonpriority creditor's name and mailing address**
BUFFALO COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
407 S. 2ND ST, PO BOX 58
ALMA, WI  54610

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45141-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.181** **Nonpriority creditor's name and mailing address**
BULLOCK COUNTY, ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
217 PRAIRIE ST N
UNION SPRINGS, AL  36089

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP45246
(2:18-CV-00119)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.182** **Nonpriority creditor's name and mailing address**
BURNETT COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
7410 COUNTY ROAD K 105
SIREN, WI  54872

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45131-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.183** **Nonpriority creditor's name and mailing address**
BUTLER COUNTY
ATTN CLERK OF THE COUNTY COURT
100 N. MAIN STREET
POPLAR BLUFF, MO  63901

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    Insys Therapeutics, Inc.                    Case number (if known) 19-11292 (KG)

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.184** **Nonpriority creditor's name and mailing address**

BUTZEL LONG
ATTN: ACCOUNTS RECEIVABLE
150 W JEFFERSON AVE SUITE 100
DETROIT, MI 48226-4430

**Date or dates debt was incurred**

12/31/17

**Last 4 digits of account number: T001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR BRETT
SZYMANSKI

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,928.00

---

**3.185** **Nonpriority creditor's name and mailing address**

BYAN NACE, LAW DIR THE CITY OF FAIRLAWN
ATTN CITY SOLICITOR OR LEGAL OFFICER
3487 S SMITH ROAD
FAIRLAWN, OH 44333

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.186** **Nonpriority creditor's name and mailing address**

CABARRUS COUNTY
ATTN COUNTY MANAGER OR TO THE CHAIRMAN,
CLERK OR BOARD MEMBER
65 CHURCH ST S
CONCORD, NC 28025

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45747
(1:18-CV-474)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.187** **Nonpriority creditor's name and mailing address**

CABELL COUNTY
ATTN OFFICER OR PROSECUTING ATTORNEY
SUITE 300 - COURTHOUSE
750 - 5TH AVENUE
HUNTINGTON, WV 25701-2072

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45053

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.188** **Nonpriority creditor's name and mailing address**

CACHE COUNTY, UTAH;
ATTN COUNTY CLERK
179 N MAIN STREET
LOGAN, UT 84321

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 190100112

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.189**

**Nonpriority creditor's name and mailing address**
CALCASIEU PARISH POLICE JURY
ATTN CHIEF EXECUTIVE OFFICER
PARISH GOVERNMENT BLDG
1015 PITHON ST, 2ND FL, PO BOX 1583
LAKE CHARLES, LA 70602

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45445

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.190**

**Nonpriority creditor's name and mailing address**
CALHOUN COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
412 MAIN STREET
ROCKWELL CITY, IA 50579

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.191**

**Nonpriority creditor's name and mailing address**
CALHOUN COUNTY, ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
1702NOBLE ST, STE 103
ANNISTON, AL 36201

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-145191 /
1:18-OP-45191
(1:18-CV-00159)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.192**

**Nonpriority creditor's name and mailing address**
CALHOUN COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
102 COURTHOUSE DR
ST MATTHEWS, SC 29135

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP0900065

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.193**

**Nonpriority creditor's name and mailing address**
CALIFORNIA ATTORNEY GENERALS OFFICE
OFFICE OF THE ATTORNEY GENERAL
CA DEPT OF JUSTICE
MICHIYO MICHELLE BURKART
LOS ANGELES, CA 90013

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-02307 /
3:19-CV-02307
(RG-10912661)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.194 | **Nonpriority creditor's name and mailing address**

CALLAWAY COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
COUNTY COURTHOUSE
10 E 5TH ST
FULTON, MO 65251

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45378

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.195 | **Nonpriority creditor's name and mailing address**

CALUMET COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
206 COURT STREET
CHILTON, WI 53014

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45142-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.196 | **Nonpriority creditor's name and mailing address**

CALVERT COUNTY, MARYLAND
ATTN OFFICER OR AGENCY
175 MAIN ST
PRINCE FREDERICK, MD 20678

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45609
(8:19-CV-01735)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.197 | **Nonpriority creditor's name and mailing address**

CAMAS COUNTY, IDAHO
ATTN CHIEF EXECUTIVE OFFICER OR
THE SECRETARY OR CLERK
501 SOLDIER RD, PO BOX 430
FAIRFIELD, ID 83327

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45407

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.198 | **Nonpriority creditor's name and mailing address**

CAMBRIA COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
200 SOUTH CENTER ST
EBENSBURG, PA 15931

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.                                    Case number (if known)  19-11292 (KG)
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.199**  **Nonpriority creditor's name and mailing address**

CAMDEN COUNTY, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SEC
520 MARKET STREET
SUITE 306
CAMDEN, NJ  08102

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46306
(1:18-CV-11983)
(CAM-L-000695-18)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.200**  **Nonpriority creditor's name and mailing address**

CAMPBELL COUNTY, TENNESSEE
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
570 MAIN STREET, PO BOX 435
JACKSBORO, TX  37757

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45133

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.201**  **Nonpriority creditor's name and mailing address**

CANADA REVENUE AGENCY
PO BOX 3800 STN A
SUDBURY, ON  P3A 0C3
CANADA

**Date or dates debt was incurred**

6/30/19

**Last 4 digits of account number:  REV**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,764.54

---

**3.202**  **Nonpriority creditor's name and mailing address**

CANNON COUNTY, TENNESSEE
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
200 WEST MAIN ST.
WOODBURY, TN  37190

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45924
(3:18-CV-00614)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.203**  **Nonpriority creditor's name and mailing address**

CANYON COUNTY
ATTN CHIEF EXECUTIVE OFFICER OR
THE SECRETARY OR CLERK
1115 ALBANY ST
CALDWELL ID, ID  83605

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46277
(1:18-CV-00479)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    Insys Therapeutics, Inc.                    Case number (if known) 19-11292 (KG)

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.204**

**Nonpriority creditor's name and mailing address**

CAPE GIRARDEAU COUNTY
ATTN CLERK OF THE COUNTY COURT
100 COURT ST.
SUITE 301
JACKSON, MO 63755

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.205**

**Nonpriority creditor's name and mailing address**

CARBON COUNTY
ATTN COMMISSIONER OR CLERK
OR PROSECUTING ATTORNEY
415 WEST PINE ST, PO BOX 67
RAWLINS, WY 82301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45625
(1:18-CV-00074)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.206**

**Nonpriority creditor's name and mailing address**

CARBON COUNTY, PA
ATTN COMMISSIONER OR CLERK
OR PROSECUTING ATTORNEY
415 WEST PINE ST, PO BOX 67
RAWLINS, WY 82301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-0990

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.207**

**Nonpriority creditor's name and mailing address**

CARLTON FIELDS
PO BOX 3239
TAMPA, FL 33601-3239

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: R019**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$232,357.39

---

**3.208**

**Nonpriority creditor's name and mailing address**

CAROL LIVELY
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45523-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.209**

**Nonpriority creditor's name and mailing address**

CAROLINE COUNTY, MARYLAND
ATTN OFFICER OR AGENT
109 MARKET ST.
DENTON, MD 21629

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45853
(1:18-CV-01913)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.210**

**Nonpriority creditor's name and mailing address**

CAROLINE VONCANNON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45540-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.211**

**Nonpriority creditor's name and mailing address**

CARPENTERS HEALTH & WELFARE FUND OF
PHILADELPHIA AND VICINITY
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
1811 SPRING GARDEN ST #1
PHILADELPHIA, PA 19130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2017-008095

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.212**

**Nonpriority creditor's name and mailing address**

CARROLL COUNTY
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
311 NEWNAN ST., 2ND FL
CARROLLTON, GA 30117

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46269
(3:18-CV-00131)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.213**

**Nonpriority creditor's name and mailing address**

CASS COUNTY, NORTH DAKOTA
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED
WILLIAM NELSON SINCLAIR
201 N. CHARLES STREET
STE 2600
BALTIMORE, MD 21201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45276
(3:19-CV-00055)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.214** | **Nonpriority creditor's name and mailing address**
CBIZ MHM, LLC
FILE 50034
LOS ANGELES, CA  90074-0034

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** I002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,780.00

---

**3.215** | **Nonpriority creditor's name and mailing address**
CEDAR COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
400 CEDAR STREET
TIPTON, IA  52772

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.216** | **Nonpriority creditor's name and mailing address**
CENTRAL FLORIDA CARES HEALTH SYSTEM INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
ATTN PRESIDENT, MANAGING OR GEN AGENT
707 MENDHAM BLVD, SUITE 201
ORLANDO, FL  32825

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45493
(4:18CV183)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.217** | **Nonpriority creditor's name and mailing address**
CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
HEALTH & WELFARE FUND
ATTN PRESIDENT, MANAGING OR GEN AGENT
8647 W HIGGINS RD
CHICAGO, IL  60631

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45623

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.218** | **Nonpriority creditor's name and mailing address**
CHANDLER POLICE DEPT.
ALARM UNIT
P.O. BOX 4008, MAIL STOP 303
CHANDLER, AZ  85224

**Date or dates debt was incurred**
5/20/19

**Last 4 digits of account number:** A001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.00

---

Debtor    Insys Therapeutics, Inc.                                    Case number (if known) 19-11292 (KG)
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.219**

**Nonpriority creditor's name and mailing address**

CHARLOTTE COUNTY, VIRGINA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
250 LEGRANDE AVE, STE A
CHARLOTTE COURT HOUSE, VA  23923

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00029
(CL19000179-00)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.220**

**Nonpriority creditor's name and mailing address**

CHARTER TOWNSHIP OF CLINTON, MICHIGAN
ATTN SUPERVISOR OR TOWNSHIP CLERK
40700 ROMEO PLANK RD
CLINTON TOWNSHIP, MI  48038

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46135
(4:18CV12950)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.221**

**Nonpriority creditor's name and mailing address**

CHARTER TOWNSHIP OF HARRISON
ATTN MAYOR, THE CITY CLERK, OR CITY ATTORNEY
38151 LANSE CREUSE
HARRISON TOWNSHIP, MI  48045

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 19-001562-CZ

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.222**

**Nonpriority creditor's name and mailing address**

CHARTER TOWNSHIP OF PITTSFIELD, MICHIGAN
ATTN SUPERVISOR OR TOWNSHIP CLERK
6201 W MICHIGAN AVE
ANN ARBOR, MI  48108-9721

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45566
(2:19-CV-11703)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.223**

**Nonpriority creditor's name and mailing address**

CHESHIRE COUNTY
ATTN COUNTY COMMISSIONERS OR TREASURER
12 COURT STREET
KEENE, NH  03431

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00328
(18-CV-00168)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.224**

**Nonpriority creditor's name and mailing address**

CHESTER COUNTY, PENNSYLVANIA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
313 WEST MARKET STREET
WEST CHESTER, PA 19380

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45233
(2:19-CV-01018)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.225**

**Nonpriority creditor's name and mailing address**

CHESTERFIELD COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
178 MILL ST
CHESTERFIELD, SC 29709

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-CP-13410

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.226**

**Nonpriority creditor's name and mailing address**

CHEYENNE WY
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, COUNCIL, OR BOARD
2101 ONEIL AVE
CHEYENNE, WY 82001

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45280
(1:19-CV-00049)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.227**

**Nonpriority creditor's name and mailing address**

CHIEF CRIEDEL
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC 20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.228**

**Nonpriority creditor's name and mailing address**

CHIPPEWA COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
711 N. BRIDGE STREET
CHIPPEWA FALLS, WI 54729

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45132-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.229**

**Nonpriority creditor's name and mailing address**

CHIPPEWA CREE TRIBE
OF THE ROCKY BOY'S RESERVATION
ATTN OFFICER OR LEGAL OFFICER
96 CLINIC RD N
BOX ELDER, MT  59521

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45395

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.230**

**Nonpriority creditor's name and mailing address**

CHIPPEWA, COUNTY OF
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
319 COURT ST
SAULT STE. MARIE, MI  49783

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45066
(2:17-CV-00206)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.231**

**Nonpriority creditor's name and mailing address**

CHLOE PAUL
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45467-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.232**

**Nonpriority creditor's name and mailing address**

CHRIS STEVERSON
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
19 EAST OAK ST.
MCRAE, GA  31055

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45313

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.233**

**Nonpriority creditor's name and mailing address**

CHRISTIAN COUNTY
ATTN CLERK OF THE COUNTY COURT
CHRISTIAN COUNTY COURTHOUSE
110 W. ELM
OZARK, MO  65721

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.234**

**Nonpriority creditor's name and mailing address**

CHRISTINA DELANCEY
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45480-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.235**

**Nonpriority creditor's name and mailing address**

CHU
RONALD H. STRAWBRIDGE
44695 HWY 17
PO BOX 522
FAYETTE, AL 35592

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45930
(3:18CV2576)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.236**

**Nonpriority creditor's name and mailing address**

CHUCK SMITH, IN HIS OFFICIAL CAPACITY AS THE
SHERIFF OF MERIWETHER COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
17234 ROOSEVELT HWY BLDG B
GREENVILLE, GA 30222

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45306

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.237**

**Nonpriority creditor's name and mailing address**

CHUGACHMIUT INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
1840 BRAGAW SQUARE PL #110
ANCHORAGE, AK 99508

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46268
(3:18-CV-00260

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.238**

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
PO BOX 29059
PHOENIX, AZ 85038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: N001**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$794.99

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.239** | **Nonpriority creditor's name and mailing address**

CITIES OF ANSONIA, DANBURY, DERBY, NORWALK
ATTN CLERK, ASSIST CLERK, MAYOR
OR MANAGER
253 MAIN STREET
ANSONIA, CT 06401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV-18-6098036-S
(AAN-CV18-6028560-S)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.240** | **Nonpriority creditor's name and mailing address**

CITIES OF ANSONIA, DANBURY, DERBY, NORWALK
ATTN CLERK, ASSIST CLERK, MAYOR
OR MANAGER
253 MAIN STREET
ANSONIA, CT 06401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. AAN-CV18-6028560-S

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.241** | **Nonpriority creditor's name and mailing address**

CITY OF BEVERLY
ATTN TREASURER OR THE CLERK
BEVERLY CITY HALL
191 CABOT STREET
BEVERLY, MA 01915

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45219
(1:19-CV-10398)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.242** | **Nonpriority creditor's name and mailing address**

CITY OF AKRON
ATTN CITY SOLICITOR OR LEGAL OFFICER
CITICENTER BUILDING
146 SOUTH HIGH STREET, ROOM 211
AKRON, OH 44308-1894

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.243** | **Nonpriority creditor's name and mailing address**

CITY OF AKRON, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
217 S. HIGH STREET
AKRON, OH 44308

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.                                    Case number (if known) 19-11292 (KG)
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CITY OF ALBANY GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
401 PINE AVENUE
ALBANY, GA 31701

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-O-P46337
(1:18-CV-00221)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CITY OF ALEXANDRIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
301 KING STREET
ALEXANDRIA, VA 22314

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45246
(1:18-CV-01536)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CITY OF ALEXANDRIA, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
CITY COURT
515 WASHINGTON STREET
ALEXANDRIA, LA 71301

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46050

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CITY OF ANADARKO
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
501 WEST VIRGINIA
ANADARKO, OK 73005

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-23

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CITY OF ANNAPOLIS, MARYLAND
ATTN OFFICER OR AGENCY
160 DUKE OF GLOUCESTER
ANNAPOLIS, MD 21401

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. C02CV19000594

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ANNAPOLIS, MARYLAND<br>ATTN OFFICER OR AGENCY<br>160 DUKE OF GLOUCESTER<br>ANNAPOLIS, MD  21401<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-01162<br>(C02CV19000594)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ARLINGTON GEORGIA<br>ATTN CHIEF EXECUTIVE OFFICER<br>OR CITY ATTORNEY<br>567 PIONEER ROAD, N.E.<br>ARLINGTON, GA  39813<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45129<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ATLANTA GEORGIA<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>55 TRINITY AVE SW<br>ATLANTA, GA  30303<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46308<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF AUBURN<br>ATTN CLERK, TREASURER, OR MANAGER<br>60 COURT STREET<br>AUBURN, ME  04210<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45188<br>(2:19-CV-00013)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF AUGUSTA<br>ATTN CHAIRMAN OF BOARD OF COMMISSIONERS<br>PRESIDENT OF THE COUNCIL OF TRUSTEES,<br>535 TELFAIR ST.<br>AUGUSTA, GA  30901<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45182<br>(1:19-CV-00017)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF BALTIMORE<br>ATTN OFFICER OR AGENCY<br>CITY HALL - ROOM 250<br>100 N. HOLLIDAY ST<br>BALTIMORE, MD 21202<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 24-C-18-000515<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF BANGOR, MAINE<br>ATTN CLERK, TREASURER, OR MANAGER<br>73 HARLOW ST, 3RD FL<br>BANGOR, ME 04401<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46314<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF BARBERTON<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>576 W PARK AVENUE<br>BARBERTON, OH 44203<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45090-DAP<br>(5:18-CV-00170; CV-2017-12-5235)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF BARBERTON, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>576 W PARK AVENUE<br>BARBERTON, OH 44203<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF BARBETON<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>576 W PARK AVENUE<br>BARBERTON, OH 44203<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.259** | **Nonpriority creditor's name and mailing address**
CITY OF BASTROP, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
PO BOX 431
BASTROP, LA 71221

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45771

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.260** | **Nonpriority creditor's name and mailing address**
CITY OF BELMONT
ATTN MAYOR, ALDERMAN, OR CLERK
143 MAIN STREET
BELMONT, NH 03220

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-CV-00241

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.261** | **Nonpriority creditor's name and mailing address**
CITY OF BERLIN, NH
ATTN MAYOR, ALDERMAN, OR CLERK
168 MAIN STREET
BERLIN, NH 03570

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46040

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.262** | **Nonpriority creditor's name and mailing address**
CITY OF BERWYN
ATTN MAYOR OR CITY CLERK
6700 26TH STREET
BERWYN, IL 60402

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46312
(2018-CH-06601)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.263** | **Nonpriority creditor's name and mailing address**
CITY OF BIDDEFORTD
ATTN CLERK, TREASURER, OR MANAGER
205 MAIN STREET
BIDDEFORD, ME 04005

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45258
(2:19-CV-00092)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | Amount of claim |

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | CITY OF BOGALUSA, LOUISIANA ATTN CEO OR OFFICIAL ATTORNEY 202 ARKANSAS AVE BOGALUSA, LA 70427 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-46297 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | CITY OF BOISE ATTN CHIEF EXECUTIVE OFFICER OR THE SECRETARY OR CLERK 150 NORTH CAPITAL BLVD BOISE, ID 83702 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-46289 (1:18-CV-00500) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | CITY OF BOSTON ATTN TREASURER OR THE CLERK 1 CITY HALL SQUARE ROOM M-35 BOSTON, MA 02201-2004 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-CV-12174 (1884CV02860) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | CITY OF BOWIE, MARYLAND ATTN OFFICER OR AGENT 15901 EXCALIBUR ROAD BOWIE, MD 20716 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45853 (1:18-CV-01913) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | CITY OF BRIDGEPORT, ALABAMA ATTN MAYOR OR THE PRESIDING OFFICER OR COUNCILMAN, COMMISSIONER, OR MEMBER PO BOX 747 BRIDGEPORT, AL 35740 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45634 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF BRISTOL, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
300 LEE STREET
BRISTOL, VA  24201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00011

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF BROADVIEW HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
9543 BROADVIEW ROAD
BROADVIEW HEIGHTS, OH  44147

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP45330
(1:18CV721) (CV 18 893586)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF BROCKTON MASSACHUSETTS
ATTN TREASURER OR THE CLERK
BROCKTON CITY HALL
45 SCHOOL STREET
BROCKTON, MA  02301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46089
(1:18-CV-11887)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF BROKEN ARROW
ATTN CHIEF EXECUTIVE OFFICER, CLERK, SEC
OR OFFICIAL RECORDS OFFICIAL
220 S FIRST STREET
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00047
(CJ-2019-63)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF BURNS FLAT
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
BOX 410
BURNS FLAT, OK  73624

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-29

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.274 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CAMBRIDGE<br>ATTN TREASURER OR THE CLERK<br>795 MASSACHUSETTS AVE<br>CAMBRIDGE, MA  02139<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1981CV01044<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CAMBRIDGE<br>ATTN TREASURER OR THE CLERK<br>795 MASSACHUSETTS AVE<br>1ST, FL<br>CAMBRIDGE, MA  02139<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-11005<br>(1981CV01044)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CAMBRIDGE, MARYLAND<br>ATTN OFFICER OR AGENCY<br>410 ACADEMY ST<br>CAMBRIDGE, MD  21613<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45611<br>(8:19-CV-01737)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.277 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CHARLES TOWN<br>PO BOX 14<br>CHARLES TOWN, WV  25414<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45250<br>(3:19-CV-00040)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CHESAPEAKE, VIRGINIA<br>OFFICE OF THE CITY ATTORNEY<br>CITY OF CHESAPEAKE<br>306 CEDAR RD 6TH FLOOR<br>CHESAPEAKE, VA  23322<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2:19-CV-00183<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CHESTER SOUTH CAROLINA<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>100 W END ST<br>CHESTER, SC 29706<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45606<br>(0:19-CV-01704)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CHICOPEE<br>ATTN TREASURER OR THE CLERK<br>17 SPRINGFIELD STREET<br>CHICOPEE, MA 01013<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1979-CV-00074<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CHULA VISTA, CALIFORNIA<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>276 4TH AVE<br>CHULA VISTA, CA 91910<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-01115<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CLAREMONT<br>ATTN PRESIDING OFFICER OR CLERK OR SECRETARY<br>58 OPERA HOUSE SQUARE<br>CLAREMONT, NH 03743<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00331<br>(18-CV-00127)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CLEARWATER IN THE COUNTY OF PINELLAS<br>MICHAEL W CZACK<br>THE GRAY'S BLOCK<br>1360 W 9TH STREET, STE 300<br>CLEVELAND, OH 44113<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45009<br>(8:18-CV-03084)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.284 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CLEVELAND<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>601 LAKESIDE AVE<br>CLEVELAND, OH  44114<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45132<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.285 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CLEVELAND, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>601 LAKESIDE AVE<br>CLEVELAND, OH  44114<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18OP45132<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF COCONUT CREEK, FLORIDA<br>OFFICE OF CITY ATTORNEY<br>TERRILL C. PYBURN<br>4800 WEST COPANS ROAD<br>COCONUT CREEK, FL  33063<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45089<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CONCORD, NH<br>ATTN MAYOR, ALDERMAN, OR CLERK<br>CITY HALL<br>41 GREEN STREET<br>CONCORD, NH  03301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45573<br>(1:18-CV-00328)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF CORAL GABLES<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>405 BILTMORE WAY<br>CORAL GABLES, FL  33134<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45852<br>(18-CV-22580-UU)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|--------|--------------------------|------------------------|---------------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|-------------|-----------------|---|-----------------|

**3.289** **Nonpriority creditor's name and mailing address**

CITY OF CORDOVA, ALABAMA, THE
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
154 MAIN STREET
CORDOVA, AL  35550

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45737
(6:18-CV-00799-LSC)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.290** **Nonpriority creditor's name and mailing address**

CITY OF COSTA MESA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
77 FAIR DRIVE
COSTA MESA, CA  92626

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CGC-19-574865

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.291** **Nonpriority creditor's name and mailing address**

CITY OF COSTA MESA
OFFICE OF THE CITY ATTORNEY FOR COSTA MESA
KIMBERLY HALL BARLOW
3777 N HARBOR BLVD
FULLERTON, CA  92835

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-02320
(CGC-19-574865)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.292** **Nonpriority creditor's name and mailing address**

CITY OF COVINGTON, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
333 W. LOCUST STREET
COVINGTON, VA  24426

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:19-CV-000372

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.293** **Nonpriority creditor's name and mailing address**

CITY OF COVINGTON, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
333 W. LOCUST STREET
COVINGTON, VA  24426

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:19-CV-00372

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor  Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CITY OF CUYAHOGA FALLS<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2310 SECOND STREET<br>CUYAHOGA FALLS, OH  44221 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
|  | **Date or dates debt was incurred**<br>UNDETERMINED | **Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45090-DAP<br>(5:18-CV-00170; CV-2017-12-5235) | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CITY OF CUYAHOGA FALLS, OH<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2310 SECOND STREET<br>CUYAHOGA FALLS, OH  44221 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
|  | **Date or dates debt was incurred**<br>UNDETERMINED | **Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767 | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CITY OF CUYAHOGA FALLS, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2310 SECOND STREET<br>CUYAHOGA FALLS, OH  44221 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
|  | **Date or dates debt was incurred**<br>UNDETERMINED | **Basis for the claim:**<br>LITIGATION CASE NO. 180500119 | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CITY OF DANVILLE, VIRGINIA<br>ATTN CITY ATTORNEY, MAYOR, MANAGER,<br>OR TRUSTEE<br>PO BOX 3300<br>DANVILLE, VA  24543 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
|  | **Date or dates debt was incurred**<br>UNDETERMINED | **Basis for the claim:**<br>LITIGATION CASE NO. 4:19-CV-00025 | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CITY OF DAYTON<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>101 W 3RD STREET<br>DAYTON, OH  45402 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
|  | **Date or dates debt was incurred**<br>UNDETERMINED | **Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45032 | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF DAYTONA BEACH SHORES, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
2990 S ATLANTIC AVE
DAYTONA BEACH SHORES, FL 32118

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45587
(6:19-CV-01094)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF DAYTONA BEACH, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
301 S RIDGEWOOD AVE
DAYTONA BEACH, FL 32114

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45598
(6:19-CV-01103)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF DEERFIELD BEACH, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
150 NE 2ND AVENUE
DEERFIELD BEACH, FL 33441

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45021
(0:18-CV-63076_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF DELRAY BEACH
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
100 NW FIRST AVENUE
DELRAY BEACH, FL 33444

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45051
(9:17-CV-81384)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CITY OF DELTONA, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
2345 PROVIDENCE BLVD
DELTONA, FL 32725

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45586
(6:19-CV-01092)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |

---

**3.304**

**Nonpriority creditor's name and mailing address**

CITY OF DETROIT, MICHIGAN, A MUNICIPAL CORPORATION
ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY
2 WOODWARD AVENUE,
SUITE 1126
DETROIT, MI 48209

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45084
(2:17-CV-14075)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.305**

**Nonpriority creditor's name and mailing address**

CITY OF DONALDSONVILLE
ATTN CEO OR OFFICIAL ATTORNEY
609 RAILROAD AVE
DONALDSONVILLE, LA 70346

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45028
(3:18-CV-01089)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.306**

**Nonpriority creditor's name and mailing address**

CITY OF DOVER
ATTN CHIEF EXECUTIVE OFFICER
CITY HALL
15 LOOCKERMAN PLAZA
DOVER, DE 19903

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. K19C-06-022 JJC

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.307**

**Nonpriority creditor's name and mailing address**

CITY OF DOVER, DE
ATTN CHIEF EXECUTIVE OFFICER
CITY HALL
15 LOOCKERMAN PLAZA
DOVER, DE 19901

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.308**

**Nonpriority creditor's name and mailing address**

CITY OF DOVER, NH
ATTN MAYOR, ALDERMAN, OR CLERK
288 CENTRAL AVE
DOVER, NH 03820

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45573
(1:18-CV-00328)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.309 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF DULUTH, MINNESOTA<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>411 W 1ST STREET<br>DULUTH, MN  55802<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45304<br>(0:19-CV01077)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.310 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF EAGLE PASS<br>ATTN CHIEF EXECITVE OFFICER, CO ATTORNEY<br>OR COUNTY COURT CLERK<br>100 S. MONROE<br>EAGLE PASS, TX  78852<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46033<br>(2:18-CV-00051)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF EAST CLEVELAND, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>14340 EUCLID AVENUE<br>EAST CLEVELAND, OH  44112<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45448<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF EAST LANSING, MICHIGAN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>410 ABBOT ROAD<br>EAST LANSING, MI  48823<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45902<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF EDMOND, OK<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>101 E FIRST ST<br>EDMOND, OK  73034<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-158<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.314

CITY OF EL MONTE
OFFICE OF THE CITY ATTORNEY
RICARDO A OLIVAREZ
500 S GRAND AVE, FLOOR 12
LOS ANGELES,, CA 90071

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:19-CV-03588
(19STCV10532)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.315

CITY OF EL MONTE, CA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
11333 VALLEY BOULEVARD
EL MONTE, CA 91731

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:19-CV-03588

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.316

CITY OF EMPORIA, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
201 S MAIN ST, PO BOX 511
EMPORIA, VA 23847

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00513
(CL19-232)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.317

CITY OF EUCLID
ATTN CITY SOLICITOR OR LEGAL OFFICER
585 EAST 222ND ST.
EUCLID, OH 44123

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46013
(CV 18 901359)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.318

CITY OF EUNICE, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
300 S 2ND ST
EUNICE, LA 70535

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46328

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.319** | **Nonpriority creditor's name and mailing address**

CITY OF FAIRLAWN
ATTN CITY SOLICITOR OR LEGAL OFFICER
3487 S SMITH ROAD
FAIRLAWN, OH 44333

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.320** | **Nonpriority creditor's name and mailing address**

CITY OF FAIRLAWN, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
3487 S SMITH ROAD
FAIRLAWN, OH 44333

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.321** | **Nonpriority creditor's name and mailing address**

CITY OF FAIRLAWN, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
3487 S SMITH ROAD
FAIRLAWN, OH 44333

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.322** | **Nonpriority creditor's name and mailing address**

CITY OF FINDLAY
ATTN CITY SOLICITOR OR LEGAL OFFICER
318 DORNEY PLAZA
FINDLAY, OH 45840

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46339
(2018-CV-00423)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.323** | **Nonpriority creditor's name and mailing address**

CITY OF FITCHBRUG
ATTN TREASURER OR THE CLERK
166 BOULDER DRIVE, SUITE 108
FITCHBURG, MA 01420

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45030
(1:18-CV-12580)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CITY OF FLORENCE
ATTN CHIEF EXECUTIVE OFFICER
OR OFFICIAL ATTORNEY
324 W. EVANS STREET
FLORENCE, SC 29501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45084
(2:19-CV-00007)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CITY OF FLORENCE ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
110 WEST COLLEGE ST
FLORENCE, AL 35630

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45073
(5:19-CV-00191)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CITY OF FLORIDA CITY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
404 W PALM DR
FLORIDA CITY, FL 33034

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45594
(1:19-CV-22476)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CITY OF FORT LAUDERDALE, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
100 N. ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46329
(0:18-CV-62830)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CITY OF FORT PIERCE, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
100 N US HIGHWAY 1
FORT PIERCE, FL 34950

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:19-CV-14203

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF FRAMINGHAM<br>ATTN TREASURER OR THE CLERK<br>150 CONCORD STREET<br>FRAMINGHAM, MA  01702<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1984CV01487-BLS2 (1881CV03483)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF FRAMINGHAM<br>ATTN TREASURER OR THE CLERK<br>150 CONCORD STREET<br>FRAMINGHAM, MA  01702<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1881CV03483<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.331 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF FREDERICK, MARYLAND<br>ATTN OFFICER OR AGENT<br>101 N COURT STREET<br>FREDERICK, MD  21701<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45853 (1:18-CV-01913)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.332 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF FREDERICKSBURG, VIRGINIA<br>ATTN CITY ATTORNEY, MAYOR, MANAGER, OR TRUSTEE<br>715 PRINCESS ANNE ST<br>FREDERICKSBURG, VA  22401<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00457<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.333 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF FULLERTON<br>ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER<br>303 W COMMWEALTH<br>FULLERTON, CA  92832<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:19-CV-02321 / 3:19-CV-0232 (CGC-19-574867)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.334**

**Nonpriority creditor's name and mailing address**

CITY OF FULLERTON
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
303 W. COMMONWEALTH AVE
FULLERTON, CA 92832

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CGC-19-574867

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.335**

**Nonpriority creditor's name and mailing address**

CITY OF GALAX, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
111 E GRAYSON ST
GALAX, VA 24333

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:18-CV-00617

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.336**

**Nonpriority creditor's name and mailing address**

CITY OF GARFIELD HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
5407 TURNEY ROAD
GARFIELD HEIGHTS, OH 44125

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45999 (CV 18
901104)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.337**

**Nonpriority creditor's name and mailing address**

CITY OF GARY, INDIANA
ATTN SECRETARY OF STATE
OFFICER, OR AGENT
401 BROADWAY 102
GARY, IN 46402

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45929
(18-00117)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.338**

**Nonpriority creditor's name and mailing address**

CITY OF GENEVA, NEW YORK
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
47 CASTLE STREET, 1ST FL
GENEVA, NY 14456

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45214
(6:19-CV-06186)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | CITY OF GLOUCESTER ATTN TREASURER OR THE CLERK 9 DALE AVE. GLOUCESTER, MA 01930 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1877-CV-01773 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | CITY OF GLOUCESTER ATTN TREASURER OR THE CLERK CITY HALL 9 DALE AVENUE GLOUCESTER, MA 01930 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1984-CV-01351-BLS2 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | CITY OF GRAND FORKS, NORTH DAKOTA INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED J. BURTON LEBLANC , IV 2600 CITIPLACE DRIVE STE. 400 BATON ROUGE, LA 70808 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45276 (3:19-CV-00055) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | CITY OF GRAYSON ATTN CHIEF EXECUTIVE OFFICER OR OFFICIAL ATTORNEY 475 GRAYSON PARKWAY GRAYSON, GA 30017 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP45085 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | CITY OF GREEN ATTN CITY SOLICITOR OR LEGAL OFFICER 1755 TOWN PARK BLVD. UNIONTOWN, OH 44685 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45090-DAP (5:18-CV-00170; CV-2017-12-5235) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CITY OF GREEN, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
1755 TOWN PARK BLVD.
UNIONTOWN, OH  44685

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.345 **Nonpriority creditor's name and mailing address**
CITY OF GREEN, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
1755 TOWN PARK BLVD.
UNIONTOWN, OH  44685

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.346 **Nonpriority creditor's name and mailing address**
CITY OF GULFPORT, MISSISSIPPI
ATTN MAYOR OR MUNICIPAL CLERK
P.O. BOX 1780
GULFPORT, MS  39502

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45291

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.347 **Nonpriority creditor's name and mailing address**
CITY OF HALLANDALE BEACH, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
400 SOUTH FEDERAL HIGHWAY
HALLANDALE BEACH, FL  33009

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45119
0:19-CV-60431)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.348 **Nonpriority creditor's name and mailing address**
CITY OF HARVEY
ATTN MAYOR OR CITY CLERK
15320 BROADWAY AVE
HARVEY, IL  60423

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF HAVERHILL<br>ATTN TREASURER OR THE CLERK<br>4 SUMMER STREET<br>HAVERHILL, MA  01830<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1984-CV-01311-BLS2<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF HENAGAR, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>PO BOX 39<br>HENAGAR, AL  35978<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45634<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF HOPEWELL, VIRGINIA<br>ATTN CITY ATTORNEY, MAYOR, MANAGER,<br>OR TRUSTEE<br>100 E BROADWAY<br>HOPEWELL, VA  23860<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45433<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF HUEYTOWN ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>1318 HUEYTOWN ROAD<br>HUEYTOWN, AL  35023<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-OP-45558<br>(18-CV-00626)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF HURON, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>MUNICIPAL BUILDING<br>417 MAIN STREET<br>HURON, OH  44839<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45431<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.354 | **Nonpriority creditor's name and mailing address**<br>CITY OF INEZ, KY<br>ATTN CHIEF EXECUTIVE OFFICER<br>OR OFFICIAL ATTORNEY<br>MAIN ST, PO BOX 540<br>INEZ, KY 41224<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45499<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.355 | **Nonpriority creditor's name and mailing address**<br>CITY OF IRON MOUNTAIN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>501 S STEPHENSON AVENUE<br>IRON MOUNTAIN, MI 49801<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45344<br>(2:18-CV-00037)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.356 | **Nonpriority creditor's name and mailing address**<br>CITY OF IRVINE<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>1 CIVIC CENTER PLAZA, PO BOX 19575<br>IRVINE, CA 92623-9575<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CGC-19-574866<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.357 | **Nonpriority creditor's name and mailing address**<br>CITY OF ITHACA<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>108 E. GREEN ST.<br>ITHACA, NY 14850<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. EF2018-0032<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.358 | **Nonpriority creditor's name and mailing address**<br>CITY OF JACKSON, MICHIGAN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>161 W MICHIGAN AVENUE<br>JACKSON, MI 49201<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45904<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | | Case number (if known) | 19-11292 (KG) |
|--------|--------|--|--|--|--|
| | (Name) | | | | |

| **Part 2:** | Additional Page | | |
|-------------|-----------------|--|--|

| | | Amount of claim |
|--|--|-----------------|

**3.359**

**Nonpriority creditor's name and mailing address**

CITY OF JACKSONVILLE
OFFICE OF GENERAL COUNSEL
TIFFANY DOUGLAS SAFI
117 W. DUVAL STREET STE 480
JACKSONVILLE, FL  32202

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46120
(3:18-CV-00751)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.360**

**Nonpriority creditor's name and mailing address**

CITY OF JENKS
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
211 N ELM ST, PO BOX 2007
JENKS, OK  74037

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00380
(CJ-2019-2431)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.361**

**Nonpriority creditor's name and mailing address**

CITY OF JERSEY CITY, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SEC
280 GROVE STREET
JERSEY CITY, NJ  07302

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45948
(2:18-CV-11210)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.362**

**Nonpriority creditor's name and mailing address**

CITY OF JOPLIN
ATTN MAYOR, CITY CLERK OR CITY ATTORNEY
303 E. 3RD STREET
JOPLIN, MI  64801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.363**

**Nonpriority creditor's name and mailing address**

CITY OF KANSAS CITY, MISSOURI
ATTN MAYOR, CITY CLERK OR CITY ATTORNEY
414 E. 12TH ST
KANSAS CITY, MO  64106

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46029
(4:18CV605)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

---

**3.364** | **Nonpriority creditor's name and mailing address**

CITY OF LACKAWANNA, NEW YORK
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
714 RIDGE ROAD, RM 215
LACKAWANNA, NY 14218

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45303
(1:19-CV-00485)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.365** | **Nonpriority creditor's name and mailing address**

CITY OF LAKE CHARLES
ATTN CHIEF EXECUTIVE OFFICER
326 PUJO ST
LAKE CHARLES, LA 70601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45449

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.366** | **Nonpriority creditor's name and mailing address**

CITY OF LANSING
ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY
124 W MICHIGAN AVENUE
LANSING, MI 48933

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45054
(1:17-CV-01114)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.367** | **Nonpriority creditor's name and mailing address**

CITY OF LEWISTON
ATTN CHIEF EXECUTIVE OFFICER OR
THE SECRETARY OR CLERK
1134 F STREET
LEWISTON, ID 83501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46315

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.368** | **Nonpriority creditor's name and mailing address**

CITY OF LEWISTON
ATTN CLERK, TREASURER, OR MANAGER
27 PINE STREET
LEWISTON, ME 04240

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46315
(2:18-CV-00310)
(CV-18-86)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

CITY OF LEXINGTON
ATTN MAYOR OR CITY CLERK
329 WEST MAIN STREET
LEXINGTON, IL 61753

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 6:19-CV00021
(2018CP3202207)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

CITY OF LEXINGTON, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
300 E. WASHINGTON ST.
LEXINGTON, VA 24450

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 6:19-CV-00021
(CL1900328-00)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

CITY OF LIMA
ATTN CITY SOLICITOR OR LEGAL OFFICER
50 TOWN SQUARE
LOMA, OH 45801

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45333
(3:18CV755)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

CITY OF LINCOLN, ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
150 MAGNOLIA STREET
LINCOLN, AL 35096

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45786
(1:18-CV-00819)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

CITY OF LIVONIA
ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY
33000 CIVIC CENTER DRIVE
LIVONIA, MI 48154

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46134
(2:18-CV-12938)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Insys Therapeutics, Inc.
            (Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.374 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF LOCK HAVEN<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>20 E CHURCH ST<br>LOCK HAVEN, PA 17745<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CV-2018-007778<br>(1126-2018)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.375 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF LONG BEACH, MISSISSIPPI<br>ATTN MAYOR OR MUNICIPAL CLERK<br>201 JEFF DAVIS AVE<br>LONG BEACH, MS 39560<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45517<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.376 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF LORAIN<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>200 W ERIE AVENUE<br>LORAIN, OH 44052<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45000<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.377 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF LOREDO TEXAS<br>ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY<br>OR COUNTY COURT CLERK<br>1110 HOUSTON STREET<br>LAREDO, TX 78042<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46026<br>(5:18-CV-00118)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.378 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF LOS ANGELES, CALIFORNIA<br>THE OFFICE OF MIKE FEUER<br>CITY ATTORNEY<br>JAMES K KHAN CITY HALL E. STE 800<br>LOS ANGELES, CA 90012<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45601<br>(1:19-CV-10147)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
CITY OF LYNDHURST
ATTN CITY SOLICITOR OR LEGAL OFFICER
5301 MAYFIELD RD
LYNDURST, OH  44124

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45636

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

| 3.380 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
CITY OF MACEDONIA
ATTN CITY SOLICITOR OR LEGAL OFFICER
9691 VALLEY VIEW ROAD
MACEDONIA, OH  44056

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

| 3.381 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
CITY OF MACEDONIA, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
9691 VALLEY VIEW ROAD
MACEDONIA, OH  44056

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45447

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

| 3.382 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
CITY OF MANDERVILLE
ATTN CEO OR OFFICIAL ATTORNEY
ATTN CHIEF EXECUTIVE OFFICER
3101 EAST CAUSEWAY APPROACH
MANDEVILLE, LA  70448

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-12787

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

| 3.383 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
CITY OF MARIETTA, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
MARIETTA CITY COUNCIL
304 PUTNAM ST, STE 2120
MARIETTA, OH  45750

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

Debtor   Insys Therapeutics, Inc.

(Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.384** **Nonpriority creditor's name and mailing address**

CITY OF MARTINSVILLE, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
55 W CHRUCH ST ROOM 216
MARTINSVILLE, VA  24112

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-CV-00072

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.385** **Nonpriority creditor's name and mailing address**

CITY OF MARYS, WV
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
418 SECOND ST
ST MARYS, WV  26170

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.386** **Nonpriority creditor's name and mailing address**

CITY OF MAYFIELD HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
6154 MAYFIELD ROAD
MAYFIELD HEIGHTS, OH  44124

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45635

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.387** **Nonpriority creditor's name and mailing address**

CITY OF MEDFORD
ATTN TREASURER OR THE CLERK
411 WEST 8TH STREET
MEDFORD, MA  97501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45110
(1:19-CV-10262)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.388** **Nonpriority creditor's name and mailing address**

CITY OF MELROSE MASSACHUSETTS
ATTN TREASURER OR THE CLERK
562 MAIN ST
MELROSE, MA  02176

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45951
(1:18CV11411 )

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor   Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  |  | Amount of claim |
|--|--|--|-----------------|

**3.389**   **Nonpriority creditor's name and mailing address**

CITY OF MESQUITE
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
1515 N GALLOWAY AVE
MESQUITE, TX  75149

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45649
(2:19-CV-01058)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.390**   **Nonpriority creditor's name and mailing address**

CITY OF MIAMI
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
444 SW 2ND AVE
MIAMI, FL  33130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45664
(18-C-21920) (18-12165CA01)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.391**   **Nonpriority creditor's name and mailing address**

CITY OF MIDDLETOWN
ATTN CITY SOLICITOR OR LEGAL OFFICER
ONE DONHAM PLAZA
MIDDLETOWN, OH  45042-1932

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00919-VAB
(MMX-CV19-6024949)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.392**   **Nonpriority creditor's name and mailing address**

CITY OF MIDDLETOWN
ATTN CLERK, ASSIST CLERK, MAYOR
OR MANAGER
245 DEKOVEN DRIVE
MIDDLETOWN, CT  06457

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. MMX-CV-19-6024949-S

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.393**   **Nonpriority creditor's name and mailing address**

CITY OF MIDWEST CITY, OK
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
100 N MIDWEST BLVD
MIDWEST CITY, OK  73110

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-19-1596

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.394**

**Nonpriority creditor's name and mailing address**

CITY OF MIRAMAR, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
2300 CIVIC CENTER PLACE
MIRAMAR, FL  33025

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45088
(0:19-CV-60313)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.395**

**Nonpriority creditor's name and mailing address**

CITY OF MONROE FALLS
ATTN CITY SOLICITOR OR LEGAL OFFICER
43 MUNROE FALLS AVENUE
43 MUNROE FALLS AVENUE
MUNROE FALLS, OH  44262

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.396**

**Nonpriority creditor's name and mailing address**

CITY OF MONROE, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
400 LEA JOYNER EXPRESSWAY
MONROE, LA  71201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45732

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.397**

**Nonpriority creditor's name and mailing address**

CITY OF MOUND BAYOU, MISSISSIPPI
ATTN MAYOR OR MUNICIPAL CLERK
PO BOX 679
106 GREEN AVE, STE 106
MOUND BAYOU, MS  38762

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45422

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.398**

**Nonpriority creditor's name and mailing address**

CITY OF MOUNTAINBROOK ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
56 CHURCH STREET
MOUNTAIN BROOK, AL  35213

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45558
(18-CV-00626)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.399 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF MUNROE FALLS<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>43 MUNROE FALLS AVENUE<br>MUNROE FALLS, OH  44262<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.400 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF MYRTLE BEACH, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>937 BROADWAY ST, PO BOX 2468<br>MYRTLE BEACH, SC  29578<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.401 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NANTICOKE, PENNSYLVANIA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>15 E. RIDGE STREET<br>NANTICOKE, PA  18634<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45081<br>(3:19-CV-00190)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.402 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW BEDFORD<br>ATTN TREASURER OR THE CLERK<br>CITY HALL<br>133 WILLIAM ST, RM 215<br>NEW BEDFORD, MA  2740<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45569<br>(1:19-CV-11266)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.403 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW BRITAIN<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>27 WEST MAIN ST<br>NEW BRITAIN, OH  06051<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHB-CV18-6041154-S<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.404 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW BRITAIN<br>ATTN CLERK, ASSIST CLERK, MAYOR<br>OR MANAGER<br>27 WEST MAIN STREET<br>NEW BRITAIN, CT 06051<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHD-CV18-6087132-S<br>(HHB-CV18-6041154-S)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.405 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW FRANKLIN<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>5611 MANCHESTER ROAD<br>NEW FRANKLIN, OH 44319<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.406 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW FRANKLIN, OH<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>5611 MANCHESTER ROAD<br>NEW FRANKLIN, OH 44319<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW HAVEN<br>ATTN CLERK, ASSIST CLERK, MAYOR<br>OR MANAGER<br>165 CHURCH STREET<br>NEW HAVEN, CT 06510<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHD-CV17-6086134-S<br>(NNH-CV17-6074956)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NEW HOPE, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>5484 MAIN DR<br>NEW HOPE, AL 35760<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45634<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor   Insys Therapeutics, Inc.
(Name)

Case Number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**3.409**

**Nonpriority creditor's name and mailing address**

CITY OF NEW LONDON
ATTN CLERK, ASSIST CLERK, MAYOR
OR MANAGER
181 STATE STREET
NEW LONDON, CT 06320

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV-18-6094421-S

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.410**

**Nonpriority creditor's name and mailing address**

CITY OF NEW ROADS, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
211 WEST MAIN ST.
POST OFFICE BOX 280
NEW ROADS, LA 70760

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45011

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.411**

**Nonpriority creditor's name and mailing address**

CITY OF NEWARK, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SEC
280 GROVE STREET
JERSEY CITY, NJ 07302

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-CV-10310
(ESXL717217)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.412**

**Nonpriority creditor's name and mailing address**

CITY OF NORFOLK, VA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
810 UNION ST
NORFOLK, VA 23510

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:19-CV-00299

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.413**

**Nonpriority creditor's name and mailing address**

CITY OF NORTH OLMSTED
ATTN CITY SOLICITOR OR LEGAL OFFICER
5200 DOVER CENTER ROAD
NORTH OLMSTED, OH 44070

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46012
(CV18 901350)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NORTH RIDGEVILLE<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>7307 AVON BELDEN ROAD,<br>NORTH RIDGEVILLE, OH  44039<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46015<br>(18CV195864)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NORTON<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>4060 COLUMBIA WOODS DR.<br>NORTON, OH  44203<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45249<br>(2:18-CV-00050)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.416 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NORTON, OH<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>4060 COLUMBIA WOODS DR.<br>NORTON, OH  44203<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.417 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF NORWICH<br>ATTN CLERK, ASSIST CLERK, MAYOR OR MANAGER<br>NORWICH CITY HALL<br>100 BROADWAY, NORWICH<br>NORWICH, CT  06360<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. KNL-CV-19-6040618-S<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.418 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF OLMSTED FALLS<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>26100 BAGLEY ROAD<br>OLMSTED FALLS, OH  44138<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46014<br>(CV-18-901368)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.419** | **Nonpriority creditor's name and mailing address**

CITY OF ORANGEBURG, SOUTH CAROLINA
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
979 MIDDLETON ST
ORANGEBURG, SC  29115

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-01692

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.420** | **Nonpriority creditor's name and mailing address**

CITY OF OVIEDO, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
400 ALEXANDRIA BLVD
OVIEDO, FL  32765

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45584
(6:19-CV-01095)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.421** | **Nonpriority creditor's name and mailing address**

CITY OF OWASSO
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
200 S MAIN
OWASSO, OK  74055

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-784

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.422** | **Nonpriority creditor's name and mailing address**

CITY OF PAINTSVILLE, KY
ATTN CHIEF EXECUTIVE OFFICER
OR OFFICIAL ATTORNEY
CITY HALL BLDG
PAINTSVILLE, KY  41240

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45559

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.423** | **Nonpriority creditor's name and mailing address**

CITY OF PALMETTO
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
516 8TH AVENUE WEST
PALMETTO, FL  34221

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46055
(8:18-CV-02036)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.424**

**Nonpriority creditor's name and mailing address**

CITY OF PARMA HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
6281 PEARL ROAD
PARMA HEIGHTS, OH 44130

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45773
(CV 18 898654)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.425**

**Nonpriority creditor's name and mailing address**

CITY OF PATERSON
ATTN PRESIDING OFFICER OR CLERK OR SEC
155 MARKET ST
PATERSON, NJ 07505

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45371
(2-17-CV-13433 (PAS-L-003502-17))

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.426**

**Nonpriority creditor's name and mailing address**

CITY OF PEABODY MASSACHUSETTS
ATTN TREASURER OR THE CLERK
24 LOWELL STREET
PEABODY, MA 01960

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45860
(1:18-CV-11408)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.427**

**Nonpriority creditor's name and mailing address**

CITY OF PEMBROKE PINES, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
601 CITY CENTER WAY
PEMBROKE PINES, FL 33025

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46363
(0:18-CV-62995)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.428**

**Nonpriority creditor's name and mailing address**

CITY OF PEORIA
ATTN MAYOR OR CITY CLERK
8401 W. MONROE ST.
PEORIA, IL 85345

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.429**

**Nonpriority creditor's name and mailing address**

CITY OF PHILADELPHIA, MISSISSIPPI
ATTN MAYOR OR MUNICIPAL CLERK
525 MAIN STREET
PHILADELPHIA, MS  39350

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45279
(3:18-CV-143)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.430**

**Nonpriority creditor's name and mailing address**

CITY OF PINEVILLE, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
910 MAIN STREET
PINEVILLE, LA  71360

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45037

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.431**

**Nonpriority creditor's name and mailing address**

CITY OF PLEASANTGROVE ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
501 PARK ROAD
PLEASANT GROVE, AL  35127

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45558
(18-CV-00626)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.432**

**Nonpriority creditor's name and mailing address**

CITY OF POCATELLO
ATTN CHIEF EXECUTIVE OFFICER OR
THE SECRETARY OR CLERK
911 N 7TH AVENUE
POCATELLO, ID  83201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00189

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.433**

**Nonpriority creditor's name and mailing address**

CITY OF POMPANO BEACH, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
100 WEST ATLANTIC BLVD
POMPANO BEACH, FL  33060

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45087
(0:19-CV-60305)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.434 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PORT ST LUCIE, FLORIDA<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>121 SW PORT ST LUCIE BLVD<br>PORT ST LUCIE, FL 34984<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45596<br>(2:19-CV-14207)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.435 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PORTLAND<br>ATTN CLERK, TREASURER, OR MANAGER<br>1221 SW 4TH AVENUE<br>ROOM 110<br>PORTLAND, ME 97204<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46313<br>(CV-18-140)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.436 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PORTSMOUTH<br>ATTN CITY ATTORNEY, MAYOR, MANAGER,<br>OR TRUSTEE<br>801 CRAWFORD STREET<br>PORTSMOUTH, VA 23704<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 740CL19000234-00<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.437 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PRESCOTT<br>ATTN CEO, SECRETARY, CLERK,<br>OR RECORDING OFFICER<br>201 SOUTH CORTEZ<br>PRESCOTT, AZ 86303<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CV201900393<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.438 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PRESTON<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>THE SECRETARY OR CLERK<br>70 W ONEIDA<br>PRESTON, ID 83263<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45067<br>(1:19-CV-00031)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.439**

**Nonpriority creditor's name and mailing address**

CITY OF PRESTONBURG KY
ATTN CHIEF EXECUTIVE OFFICER
OR OFFICIAL ATTORNEY
200 NORTH LAKE DRIVE
PRESTONSBURG, KY  41653

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45294

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.440**

**Nonpriority creditor's name and mailing address**

CITY OF PRINCETON, ILLINOIS
ATTN MAYOR OR CITY CLERK
2 MAIN STREET S.
PRINCETON, IL  61356

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45599
(4:18-CV-4088)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.441**

**Nonpriority creditor's name and mailing address**

CITY OF PROVIDENCE, RHODE ISLAND
ATTN OFFICER, DIRECTOR OR MANAGER
25 DORRANCE STREET
PROVIDENCE, RI  02903

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45844
(1:18-CV-00360)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.442**

**Nonpriority creditor's name and mailing address**

CITY OF QUINCY
ATTN TREASURER OR THE CLERK
1305 HANCOCK ST
QUINCY, MA  02169

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45008
(1:18-CV-12627)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.443**

**Nonpriority creditor's name and mailing address**

CITY OF RADFORD, VIRGINIA
ATTN CITY ATTORNEY, MAYOR, MANAGER,
OR TRUSTEE
10 ROBERSON ST
RANDFORD, VA  24141

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:19-CV-00525
(CL19-5697)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.444 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RAINSVILLE, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>42 MCCURDY AVE SOUTH<br>RAINSVILLE, AL  35986<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45135<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.445 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RAVENSWOOD, WV<br>ATTN MAYOR, CITY MGR, RECORDER, CLERK,<br>TREASURER, OR MEMBER OF COUNCIL OR BOARD<br>212 WALNUT ST<br>RAVENSWOOD, WV  26164<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.446 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RED BAY, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>203 4TH AVE SE<br>RED BAY, AL  35582<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45136<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.447 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RENO<br>ATTN PRESIDING OFFICER OF THE GOVERNING BODY<br>OR AGENT<br>1 E. FIRST STREET<br>RENO, NV  89505<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CV18-01895<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.448 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RICHMOND<br>ATTN CITY ATTORNEY, MAYOR, MANAGER,<br>OR TRUSTEE<br>900 E BROAD ST<br>RICHMOND, VA  23219<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00404<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.449 | **Nonpriority creditor's name and mailing address**<br>CITY OF RIPLEY, WV<br>ATTN MAYOR, CITY MGR, RECORDER, CLERK,<br>TREASURER, OR MEMBER OF COUNCIL OR BOARD<br>203 S CHURCH ST<br>RIPLEY, WV  25271<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.450 | **Nonpriority creditor's name and mailing address**<br>CITY OF RIVERTON<br>ATTN MAYOR, CITY MANAGER, RECORDER, CLERK,<br>TREASURER, MEMBER OF COUNCIL,<br>816 N FEDERAL BLVD<br>RIVERTON, WY  82501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00109<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.451 | **Nonpriority creditor's name and mailing address**<br>CITY OF RIVERTON, WYOMING<br>ATTN MAYOR, CITY MGR, RECORDER, CLERK,<br>TREASURER, MEMBER OF COUNCIL,<br>816 N. FEDERAL BLVD<br>RIVERTON, WY  82501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00109<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.452 | **Nonpriority creditor's name and mailing address**<br>CITY OF ROANOKE, VIRGINIA<br>ATTN CITY ATTORNEY, MAYOR, MANAGER,<br>OR TRUSTEE<br>215 CHURCH AVENUE<br>ROANOKE, VA  24011<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 7:19-CV-00272<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.453 | **Nonpriority creditor's name and mailing address**<br>CITY OF ROCHESTER<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>201 4TH STREET SE<br>201 4TH STREET SE<br>ROCHESTER, MN  55904<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 0:19-CV-01317<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.454

**Nonpriority creditor's name and mailing address**

CITY OF ROCHESTER, NH
OFFICE OF THE CITY ATTORNEY CITY OF ROCHESTER
TERENCE MURPHY O'ROURKE
31 WAKEFIELD STREET
ROCHESTER, NH  03867

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46106
(1:18-CV-00808)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.455

**Nonpriority creditor's name and mailing address**

CITY OF ROCKLAND, MAINE
ATTN CLERK, TREASURER, OR MANAGER
270 PLEASANT ST
ROCKLAND, ME  04841

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.456

**Nonpriority creditor's name and mailing address**

CITY OF ROME, NEW YORK
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
198 N. WASHINGTON STREET
ROME, NY  13440

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45284
(19-38)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.457

**Nonpriority creditor's name and mailing address**

CITY OF SACO
ATTN CLERK, TREASURER, OR MANAGER
300 MAIN STREET
SACO, ME  04072

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45310
(2:19-CV-00143)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.458

**Nonpriority creditor's name and mailing address**

CITY OF SAINT MARTINVILLE
ATTN CEO OR OFFICIAL ATTORNEY
P.O. BOX 379
ST. MARTINSVILLE, LA  70582

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45013
(6:18-CV-01635)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.459 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SAINT PAUL, MINNESOTA<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>15 KELLOGG BLVD W<br>SAINT PAUL, MN  55102<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45424<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.460 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SALEM<br>ATTN TREASURER OR THE CLERK<br>93 WASHINGTON STREET<br>SALEM, MA  01970<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1877CV01767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.461 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SALEM, VIRGINIA<br>ATTN CITY ATTORNEY, MAYOR, MANAGER,<br>OR TRUSTEE<br>114 NORTH BROAD STREET<br>SALEM, VA  24153<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 7:19-CV-00273<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.462 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SAN CLEMENTE<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>910 CALLE NEGOCIO<br>SANE CLEMENTE, CA  92673<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CGC-19-574868<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.463 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SAN DIEGO<br>OFFICE OF THE CITY ATTORNEY - SAN DIEGO<br>MARNI VON WILPERT<br>1200 THIRD AVE<br>SAN DIEGO, CA  92101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45192<br>(3:19-CV-00420)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.464** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNDETERMINED

CITY OF SANDY SPRINGS, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
7840 ROSWELL RD. BLDG. 500
SANDY SPRINGS, GA  30350

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45516
(1:18-CV-01006)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNDETERMINED

CITY OF SANFORD
ATTN CLERK, TREASURER, OR MANAGER
300 N. PARK AVE.
SANDFORD, FL  32771

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45311
(2:19-CV00146)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNDETERMINED

CITY OF SANFORD, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
300 N PARK AVE
SANFORD, FL  32771

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45599
(6:19-CV-01098)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNDETERMINED

CITY OF SANTA ANA; AND THE PEOPLE OF THE STATE OF
CALIFORNIA, BY AND THROUGH SANTA  ANA ATTORNEY
SONIA R. CARVALHO
ATTN CLERK, SECRETARY, PRES. OR
PRESIDING OFFICER
20 CIVIC CENTER PLAZA,
SANTA ANA, CA  92701

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CGC-19-574872

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | UNDETERMINED

CITY OF SARASOTA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
1565 1ST ST
SARASOTA, FL  34236

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45513
(8:18-CV-00859)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.469 | **Nonpriority creditor's name and mailing address**<br>CITY OF SAULT STE. MARIE, MICHIGAN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>225 EAST PORTAGE AVE<br>SAULT STE MARIE, MI 49783<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45928<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.470 | **Nonpriority creditor's name and mailing address**<br>CITY OF SCOTTSBORO, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>316 S BROAD STREET<br>SCOTTSBORO, AL 35768<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45634<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.471 | **Nonpriority creditor's name and mailing address**<br>CITY OF SEAFORD<br>ATTN CHIEF EXECUTIVE OFFICER<br>414 HIGH STREET<br>SEAFORD, DE 19973<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. K19C-06-022 JJC<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.472 | **Nonpriority creditor's name and mailing address**<br>CITY OF SEAFORD, DE<br>ATTN CHIEF EXECUTIVE OFFICER<br>414 HIGH ST, PO BOX 1100<br>SEAFORD, DE 19973<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.473 | **Nonpriority creditor's name and mailing address**<br>CITY OF SEAT PLEASANT, MARYLAND<br>ATTN OFFICER OR AGENCY<br>311 68TH PLACE<br>SEAT PLEASANT, MD 20743<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45288<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SEVEN HILLS, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>7325 SUMMITVIEW DR<br>SEVEN HILLS, OH  44131<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45413<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SHAWNEE<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>16 WEST 9TH STREET<br>SHAWNEE, OK  74801-6812<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-0004<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SHREVEPORT<br>ATTN CEO OR OFFICIAL ATTORNEY<br>505 TRAVIS STREET<br>SHREVEPORT, LA  71101<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46064<br>(5:18-CV-01021)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SLIDELL<br>ATTN CHIEF EXECUTIVE OFFICER<br>2045 SECOND ST<br>SLIDELL, LA  70458<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019-13022<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.478 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SPENCER, WV<br>ATTN MAYOR, CITY MGR, RECORDER, CLERK,<br>TREASURER, OR MEMBER OF COUNCIL OR BOARD<br>116 COURT ST<br>SPENCER, WV  25276<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

---

3.479 **Nonpriority creditor's name and mailing address**

CITY OF SPRINGFIELD
ATTN TREASURER OR THE CLERK
36 COURT STREET
SPRINGFIELD, MA  01103

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1879-CV-00938

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.480 **Nonpriority creditor's name and mailing address**

CITY OF ST ALBANS, VT
ATTN CLERK, TREASURER, OR MANAGER
CITY HALL
100 N MAIN ST
ST ALBANS, VT  5478

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-00098

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.481 **Nonpriority creditor's name and mailing address**

CITY OF ST AUGUSTINE, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
75 KING ST, PO BOX 210
ST AUGUSTINE, FL  32084

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45592
(3:19-CV-00714)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.482 **Nonpriority creditor's name and mailing address**

CITY OF ST. MARYS, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
101 EAST SPRING STREET
ST MARY, OH  45885

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45638

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.483 **Nonpriority creditor's name and mailing address**

CITY OF STERLING HEIGHTS
ATTN MAYOR, THE CITY CLERK, OR CITY ATTORNEY
40555 UTICA ROAD
STERLING HEIGHTS, MI  48313

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 19-001563-CZ

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.484 | **Nonpriority creditor's name and mailing address**<br>CITY OF STOW<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>3760 DARROW RD.<br>3760 DARROW RD.<br>STOW, OH 44224-4038<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45090-DAP<br>(5:18-CV-00170; CV-2017-12-5235)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.485 | **Nonpriority creditor's name and mailing address**<br>CITY OF STOW, OH<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>3760 DARROW RD.<br>STOW, OH 44224-4038<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.486 | **Nonpriority creditor's name and mailing address**<br>CITY OF STOW, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>3760 DARROW RD.<br>STOW, OH 44224-4038<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.487 | **Nonpriority creditor's name and mailing address**<br>CITY OF STRONGSVILLE<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>16099 FOLTZ PARKWAY<br>STRONGSVILLE, OH 44149<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46111<br>(CV-18-902898)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.488 | **Nonpriority creditor's name and mailing address**<br>CITY OF SUMMERVILLE<br>ATTN TREASURER OR THE CLERK<br>TOWN OF SUMMERVILLE<br>200 S. MAIN STREET<br>SUMMERVILLE, SC 29483<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP45319<br>(1:19-CV-11009)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.

(Name)

Case Number (if known) 19-11292 (KG)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CITY OF SUPERIOR
ATTN MAYOR, CITY MANAGER, OR CLERK
1316 N. 14TH STREET
SUPERIOR, WI 54880

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45331
(3:19-CV-00340)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.490 **Nonpriority creditor's name and mailing address**

CITY OF SUPERIOR
ATTN MAYOR, CITY MANAGER, OR CLERK
1316 N. 14TH STREET
SUPERIOR, WI 54880

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00340

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.491 **Nonpriority creditor's name and mailing address**

CITY OF SYRACUSE, NEW YORK
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
233 EAST WASHINGTON ST
SYRACUSE, NY 13202

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46169
(5:18-CV-01184)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.492 **Nonpriority creditor's name and mailing address**

CITY OF TALLMADGE
ATTN CITY SOLICITOR OR LEGAL OFFICER
46 NORTH AVENUE
46 NORTH AVENUE
TALLMADGE, OH 44278

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.493 **Nonpriority creditor's name and mailing address**

CITY OF TALLMADGE, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
46 NORTH AVENUE
TALLMADGE, OH 44278

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF TALLMADGE, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>46 NORTH AVENUE<br>TALLMADGE, OH  44278<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.495 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF TAMPA<br>CITY OF TAMPA, OFFICE OF THE CITY ATTORNEY CITY OF TAMPA<br>SALVATORE TERRITO<br>315 E. KENNDY BLVD, 4TH FLOOR<br>TAMPA, FL  33602<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46282<br>(8:18-CV-02792)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.496 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF TOLEDO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>ONE GOVERNMENT CENTER<br>640 JACKSON STREET<br>TOLEDO, OH  43604<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45005<br>(17CV2516<br>(G-4801-CI-0201704628-000))<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.497 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF TRAVERSE CITY, MICHIGAN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>400 BOARDMAN AVENUE<br>TRAVERSE CITY, MI  49684<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45901<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.498 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF TRENTON<br>ATTN PRESIDING OFFICER OR CLERK OR SECR<br>319 EAST STATE STREET<br>TRENTON, NJ  08608<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. MER-L-1167-19<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.499** | **Nonpriority creditor's name and mailing address**

CITY OF TUSCUMBIA ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
116 E. 6TH STREET
TUSCUMBIA, AL  35674

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45005
3:17CV2086 (33-CV-17-900247)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.500** | **Nonpriority creditor's name and mailing address**

CITY OF UTICA, NEW YORK
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
1 KENNEDY PLAZA
UTICIA, NY  13502

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46359
(18-155)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.501** | **Nonpriority creditor's name and mailing address**

CITY OF VESTAVIA HILLS, ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
1032 MONTGOMERY HIGHWAY
VESTAVIA HILLS, AL  35216

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45141

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.502** | **Nonpriority creditor's name and mailing address**

CITY OF VIENNA, WEST VIRGINIA
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
609 29TH ST
VIENNA, WV  26105

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45042
(2:19-CV-00052)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.503** | **Nonpriority creditor's name and mailing address**

CITY OF VIRGINIA BEACH
OFFICE OF THE CITY ATTORNEY
CITY OF VIRGINIA BEACH MUNICIPAL CENTER    BUILDING
ONE
2401 COURTHOUSE DRIVE
VIRGINIA BEACH, VA  23456

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46137
(2:18-CV-00485)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.504 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WARREN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>ONE CITY SQUARE<br>SUITE 215<br>WARREN, MI  48903<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45434<br>(4:18-CV-00852, 2018CV469)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.505 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WARREN<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>ONE CITY SQUARE<br>SUITE 215<br>WARREN, MI  48903<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 19-001561-CZ<br>(2:19-CV-11687)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.506 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WATERVILLE<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>25 N SECOND ST<br>WATERVILLE, OH  43566<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45193<br>(1:19-CV-00014)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.507 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WEST LIBERTY KENTUCKY<br>ATTN CHIEF EXECUTIVE OFFICER<br>OR OFFICIAL ATTORNEY<br>565 MAIN STREET<br>WEST LIBERTY, KY  41472<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45329<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.508 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WEST MONROE, LOUISIANA<br>ATTN CEO OR OFFICIAL ATTORNEY<br>2303 NORTH 7TH STREET<br>WEST MONROE, LA  71291<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46133<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.509**

**Nonpriority creditor's name and mailing address**

CITY OF WESTCHESTER
ATTN CHIEF EXECUTIVE OFFICER
OR OFFICIAL ATTORNEY
148 MARTINE AVENUE
WHITE PLAINS, NY  10601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46348
(5:18-CV-00627)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.510**

**Nonpriority creditor's name and mailing address**

CITY OF WESTLAND, MICHIGAN
ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY
36300 WARREN RD
WESTLAND, MI  48185

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45903

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.511**

**Nonpriority creditor's name and mailing address**

CITY OF WESTMINSTER
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
8200 WESTMINSTER BLVD
WESTMINSTER, CA  92683

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-02325
(CGC-19-574864)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.512**

**Nonpriority creditor's name and mailing address**

CITY OF WICKLIFFE
ATTN CEO, OR OFFICIAL ATTORNEY
321 COURT ST
WICKLIFFE, KY  42087

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45637

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.513**

**Nonpriority creditor's name and mailing address**

CITY OF WILLIAMSTOWN, WV
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
100 WEST FIFTH ST
WILLIAMSTOWN, WV  26187

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 3.514 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WINFIELD, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>111 BANKHEAD HIGHWAY<br>WINFIELD, AL 35594<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45738<br>(6:18-CV-00800)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNDETERMINED |
| 3.515 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF WORCESTER<br>ATTN TREASURER OR THE CLERK<br>455 MAIN STREET<br>455 MAIN STREET<br>WORCESTER, MA 01608<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:18-CV-11958<br>(1885CV01160)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNDETERMINED |
| 3.516 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF YONKERS<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>40 S BROADWAY<br>YONKERS, NY 10701<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 052919-W1<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNDETERMINED |
| 3.517 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF YUKON, OK<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>500 W MAIN ST<br>YUKON, OK 73099<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CJ-2019-119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNDETERMINED |
| 3.518 | **Nonpriority creditor's name and mailing address**<br><br>CITY VAN WERT<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>102 EAST MAIN ST<br>VAN WERT, OH 45891<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46345<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
          (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.519**

**Nonpriority creditor's name and mailing address**
CLARION COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
330 MAIN ST
CLARION, PA 16214

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.520**

**Nonpriority creditor's name and mailing address**
CLARK COUNTY
ATTN PRESIDING OFFICER
OR AGENT
500 S GRAND CENTRAL PKWY
LAS VEGAS, NV 89155-1111

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45150-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.521**

**Nonpriority creditor's name and mailing address**
CLARK COUNTY
ATTN PRESIDING OFFICER OF THE GOVERNING BODY
OR AGENT
500 S GRAND CENTRAL PKWY
LAS VEGAS, NV 89155-1111

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. A-17-765828-C

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.522**

**Nonpriority creditor's name and mailing address**
CLARKE COUNTY, MISSISSIPPI
ATTN PRESIDENT OR
CLERK OF THE BOARD OF SUPERVISORS
100 SOUTH RAILROAD AVE, PO BOX 172
QUITMAN, MS 39355

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45278
(2:18-CV-36)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.523**

**Nonpriority creditor's name and mailing address**
CLAY COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
427 COURT STREET
CLAY CENTER, KS 67432

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.524**

**Nonpriority creditor's name and mailing address**

CLAY COUNTY, ALABAMA
ATTN CHAIRMAN OR PRESIDING OFFICER
OR MEMBER
41771 HWY 77 NORTH, SUITE 1
ASHLAND, AL 36251

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45248
(1:18-CV-00275)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.525**

**Nonpriority creditor's name and mailing address**

CLAY COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
477 HOUSTON ST, PO BOX 988
GREEN COVE SPRINGS, FL 32043

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45591
(3:19-CV-00712)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.526**

**Nonpriority creditor's name and mailing address**

CLAYTON COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
112 SMITH STREET
JONESBORO, GA 30236

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.527**

**Nonpriority creditor's name and mailing address**

CLAYTON COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
112 SMITH STREET
JONESBORO, GA 30236

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46298

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.528**

**Nonpriority creditor's name and mailing address**

CLEARWATER
777 W MAIN ST. SUITE 900
BOISE, ID 83702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: E003**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,917.81

Debtor  Insys Therapeutics, Inc.
(Name)

Case Number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**3.529**

**Nonpriority creditor's name and mailing address**

CLEVELAND BAKERS & TEAMSTERS HEALTH & WELFARE FUND
ATTN PRESIDENT, MANAGING OR GEN AGENT
9665 ROCKSIDE ROAD
VALLEY VIEW, OH  44125

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45432
(1:18-CV-00854)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.530**

**Nonpriority creditor's name and mailing address**

CLEVELAND COUNTY
ATTN COUNTY MANAGER OR TO THE CHAIRMAN,
CLERK OR BOARD MEMBER
P.O. BOX 1210
SHELBY, NC  28151

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45304

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.531**

**Nonpriority creditor's name and mailing address**

CLEVELAND TEACHERS UNION, LOCAL 279
ATTN PRESIDENT, MANAGING OR GEN AGENT
1228 EUCLID AVE. SUITE 300
CLEVELAND, OH  44115

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-CV-00241

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.532**

**Nonpriority creditor's name and mailing address**

CLINTON COUNTY
ATTN AUDITOR OR CHAIR OF BOARD
1900 NORTH THIRD STREET
PO BOX 2957
CLINTON, IA  52733-2957

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.533**

**Nonpriority creditor's name and mailing address**

CLINTON COUNTY BOARD OF COMMISSIONERS
ATTN OFFICER OR PROSECUTING ATTORNEY
 46 S. SOUTH STREET
WILMINGTON, OH  45177

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 752-2018
(2:17-CV-01117)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.534 | **Nonpriority creditor's name and mailing address**<br>CLOUDELY, INC.<br>2880 ZANKER RD, SUITE 203<br>SAN JOSE, CA 95134<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** O003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,000.00 |
|---|---|---|---|
| 3.535 | **Nonpriority creditor's name and mailing address**<br>CLOVERDALE RANCHERIA OF POMO INDIANS<br>ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER<br>555 SOUTH CLOVERDALE BOULEVARD, SUITE A<br>CLOVERDALE, CA 95425<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46241<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.536 | **Nonpriority creditor's name and mailing address**<br>COBB COUNTY<br>OFFICE OF PROSECUTING ATTORNEY COBB COUNTY<br>100 CHEROKEE ST<br>STE 350<br>MARIETTA, GA 30090<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45817<br>(1:18-CV-2865)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.537 | **Nonpriority creditor's name and mailing address**<br>COEUR D'ALENE TRIBE<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>THE SECRETARY OR CLERK<br>850 A STREET, PO BOX 408<br>PLUMMER, ID 83851<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45115<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.538 | **Nonpriority creditor's name and mailing address**<br>COHEN DOWD QUIGLEY<br>800 THIRD AVE<br>NEW YORK, NY 10022<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** H005 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INDEMNITY - COUNSEL FOR DANIEL DAVIS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,732.40 |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.539 | **Nonpriority creditor's name and mailing address**<br><br>COLE COUNTY, MISSOURI<br>ATTN CLERK OF THE COUNTY COURT<br>311 E HIGH STREET<br>2227 S STATE ROUTE 157<br>JEFFERSON CITY, MO 65101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46189<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.540 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBIA COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>112 E. EDGEWATER STREET<br>PORTAGE, WI 53901<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45118-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.541 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBIANA COUNTY BOARD OF COUNTY<br>COMMISSIONERS<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>105 S MARKET ST<br>PO BOX 349<br>LISBON, OH 44432<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45289<br>(4:18-CV-00607)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.542 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBUS US<br>3001 BROADWAY ST NE SUITE 320<br>MINNEAPOLIS, MN 55413<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** MBUS | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,525.00 |

| 3.543 | **Nonpriority creditor's name and mailing address**<br><br>COMANCHE NATION<br>ATTN CEO, CLERK, SECRETARY<br>OR OFFICIAL RECORDS OFFICIAL<br>584 NW BINGO RD<br>LAWTON, OK 73507<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45442<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.544** | **Nonpriority creditor's name and mailing address**

COMMERCIAL CUSTODIAL SERVICES
2040 S. ALMA SCHOOL RD. 1-501
CHANDLER, AZ  85286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: M002**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,515.44

---

**3.545** | **Nonpriority creditor's name and mailing address**

COMMISSIONERS OF ST. MARYS'S COUNTY, MYRLAND
ATTN OFFICER OR AGENT
PO BOX 653
41770 BALDRIDGE STREET
LEONARDTOWN, MD  20650

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46334
(8:18-CV-03597)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.546** | **Nonpriority creditor's name and mailing address**

COMMONWEALTH OF KENTUCKY, EX REL.,
ANDY BESHEAR, ATTORNEY GENERAL
700 CAPITOL AVENUE, SUITE 118
FRANKFORT, KY  40601-3449

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-CI-01845

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.547** | **Nonpriority creditor's name and mailing address**

COMPUTERSHARE, INC.
DEPT CH 19228
PALATINE, IL  60055-9228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: MPUT**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,570.51

---

**3.548** | **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: NCUR**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,150.69

Debtor   Insys Therapeutics, Inc.
_____
(Name)

Case Number (if known) 19-11292 (KG)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|---|------------------|

| 3.549 | **Nonpriority creditor's name and mailing address**<br><br>CONFEDERATE TRIBES OF THE COLVILLE RESERVATION<br>ATTN MAYOR, CITY MANAGER, OR AGENT<br>21 COLVILLE ST<br>NESPELEM, WA  99155<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45312<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.550 | **Nonpriority creditor's name and mailing address**<br><br>CONFEDERATED TRIBES & BANDS OF THE YAKAMA NATION<br>ATTN COUNTY OR COMMONWEALTH ATTORNEY<br>4447 SLATE CREEK ROAD<br>GRUNDY, VA  24614<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46202<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.551 | **Nonpriority creditor's name and mailing address**<br><br>CONFEDERATED TRIBES OF WARM SPRINGS<br>ATTN OFFICER, DIRECTOR, MANAGING AGENT<br>OR ATTORNEY<br>1233 VETERANS STREET, PO BOX C<br>WARM SPRINGS, OR  97761<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45069<br>(3:19-CV-00125)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.552 | **Nonpriority creditor's name and mailing address**<br><br>COOS COUNTY, OREGON<br>ATTN OFFICER, DIRECTOR, MANAGING AGENT<br>OR ATTORNEY<br>250 NORTH BAXTER STREET<br>COQUILLE, OR  97423<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46300<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.553 | **Nonpriority creditor's name and mailing address**<br><br>COPLEY TOWNSHIP<br>ATTN TRUSTEE OR CLERK<br>1540 S CLEVELAND-MASSILLON ROAD<br>COPLEY, OH  44321<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.554**

**Nonpriority creditor's name and mailing address**

COPLEY TOWNSHIP
ATTN TRUSTEE OR CLERK
OR PROSECUTING ATTORNEY OR LAW DIRECTOR
1540 S. CLEVELAND-MASSILLON ROAD
COPLEY, OH 44321-1853

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.555**

**Nonpriority creditor's name and mailing address**

COPLEY TOWNSHIP, OHIO
ATTN TRUSTEE OR CLERK
1540 S CLEVELAND-MASSILLON ROAD
COPLEY, OH 44321

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.556**

**Nonpriority creditor's name and mailing address**

COPPER RIVER NATIVE ASSOCIATION
ATTN CEO, CHIEF CLERK OR SECRETARY
MILE 111.5 RICHARDSON HIGHWAY
ROBERT MARSHALL BUILDING
COPPER CENTER, AK 99573

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46268
(3:18-CV-00260

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.557**

**Nonpriority creditor's name and mailing address**

COREY MEANS
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45470-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.558**

**Nonpriority creditor's name and mailing address**

CORNERSTONE RESEARCH, INC.
TWO EMBARCADERO CENTER, 20TH FL.
SAN FRANCISCO, CA 94111-3922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RNER**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,808.20

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.559 | **Nonpriority creditor's name and mailing address**<br><br>CORPORATION SERVICE COMPANY<br>P.O. BOX 13397<br>PHILADELPHIA, PA  19101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** C001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,082.45 |
|---|---|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY BOARD OF ARLINGTON COUNTY<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>2100 CLARENDON BLVD 300<br>ARLINGTON, VA  22201<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CL-19001081-00<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.561 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY COMMISSION OF CLAY COUNTY<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>246 MAIN ST, PO BOX 190<br>CLAY, WV  25043<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45670<br>(2:18-CV-00413) (18-C-2)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.562 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY COMMISSION OF CREEK COUNTY, OKLAHOMA<br>ATTN CHIEF EXECUTIVE OFFICER, CLERK,<br>SECRETARY OR OFFICIAL RECORDS OFFICIAL<br>317 E LEE AVE  103<br>SAPULPA, OK  74066<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45226<br>(4:19-CV-00134)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.563 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY COMMISSION OF MINGO COUNTY<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>75 E 2ND AVE 308<br>WILLIAMSON, WV  25661<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45940<br>(2:18CV476 (18-V-2))<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.564 | **Nonpriority creditor's name and mailing address**<br>COUNTY COMMISSION OF MONROE COUNTY, FLORIDA<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>1100 SIMONTON STREET<br>KEY WEST, FL  33040<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45273<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.565 | **Nonpriority creditor's name and mailing address**<br>COUNTY COMMISSION OF ROGERS COUNTY, OKLAHOMA<br>ATTN CHIEF EXECUTIVE OFFICER, CLERK,<br>SECRETARY OR OFFICIAL RECORDS OFFICIAL<br>200 S LYNN RIGGS BLVD<br>CLAREMORE, OK  74017<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45224<br>(4:19-CV-00132)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.566 | **Nonpriority creditor's name and mailing address**<br>COUNTY COMMISSION OF WASHINGTON COUNTY,<br>OKLAHOMA<br>ATTN CHIEF EXECUTIVE OFFICER, CLERK,<br>SECRETARY OR OFFICIAL RECORDS OFFICIAL<br>400 S JOHNSTONE AVE  201<br>BARTLESVILLE, OK  74003<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45222<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.567 | **Nonpriority creditor's name and mailing address**<br>COUNTY COMMISSIONERS OF CHARLES COUNTY,<br>MARYLAND<br>ATTN OFFICER OR AGENT<br>200 BALTIMORE ST<br>LA PLATA, MD  20646<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45094<br>(8:19-CV-00336)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.568 | **Nonpriority creditor's name and mailing address**<br>COUNTY COMMISSIONERS OF DONA ANA COUNTY, NEW<br>MEXICO<br>BOARD OF<br>OFFICE OF PROSECUTING ATTORNEY<br>COUNTY OF DONA ANA<br>NELSON J. GOODIN<br>845 N. MOTEL BLVD.<br>LAS CRUCES, NM  88007<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP46206<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.569** | **Nonpriority creditor's name and mailing address**

COUNTY OF AIKEN
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
1930 UNIVERSITY PKWY
1930 UNIVERSITY PKWY
AIKEN, SC  29801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP0201086

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.570** | **Nonpriority creditor's name and mailing address**

COUNTY OF ALAMEDA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
1221 OAK STREET, SUITE 555
OAKLAND, CA  94612

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-02307

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.571** | **Nonpriority creditor's name and mailing address**

COUNTY OF ALAMEDA, CALIFORNIA
ROBINS KAPLAN LLP
BERNICE CONN
2049 CENTURY PLAZA EAST, STE 3700
LOS ANGELES, CA  90067-3283

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-02307 /
3:19-CV-02307
(RG-10912661)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.572** | **Nonpriority creditor's name and mailing address**

COUNTY OF ALCONA, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
301 N MAIN ST, 2ND FL
ADRIAN, MI  49221

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45340
(1:18-CV-10820)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.573** | **Nonpriority creditor's name and mailing address**

COUNTY OF ALGER
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
101 COURT STREET
MUNISING, MI  49862

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45360
(2:18-CV-00032)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|--------|--------------------------|--------------------------------------|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.574 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ALLENDALE<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>P.O. BOX 190<br>ALLENDALE, SC 29810<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP0300125<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.575 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ALPENA, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>720 W. CHISHOLM STREET, STE 2<br>ALPENA, MI 49707<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45871<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.576 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF AMADOR<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>810 COURT ST<br>JACKSONVILLE, CA 95642<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46075<br>(2:18-CV-02299)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.577 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ANDERSON<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>101 SOUTH MAIN STREET<br>101 SOUTH MAIN STREET<br>ANDERSON, SC 29624<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP0401108<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.578 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ANOKA, MINNESOTA<br>ATTN CHAIR OF COUNTY BOARD OR AUDITOR<br>2100 3RD AVE<br>ANONKA, MN 55303-2489<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45101<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.579** | **Nonpriority creditor's name and mailing address**

COUNTY OF ANTRM, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
203 E. CAYUGA ST.
BELLAIRE, MI 49615

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45354
(1:18-CV-00265)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.580** | **Nonpriority creditor's name and mailing address**

COUNTY OF ARENAC, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
120 N. GROVE ST.
STANDISH, MI 48658

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45341
(1:18-CV-10821)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.581** | **Nonpriority creditor's name and mailing address**

COUNTY OF ASHTABULA
ATTN OFFICER OR PROSECUTING ATTORNEY
25 W. JEFFERSON ST.
JEFFERSON, OH 44047

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45050 DAP
(1-18-CV-00100; 2017 CV00821)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.582** | **Nonpriority creditor's name and mailing address**

COUNTY OF BAMBERG
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
1234 NORTH STREET
1234 NORTH STREET
BAMBERG, SC 29003

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP0500189

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.583** | **Nonpriority creditor's name and mailing address**

COUNTY OF BARAGA, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
2 S. MAIN STREET
L'ANSE, MI 49946

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP45361
(2:18-CV-00033)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

3.584

**Nonpriority creditor's name and mailing address**

COUNTY OF BARNWELL
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
COUNTY ADMINISTRATION BUILDING
57 WALL STREET
BARNWELL, SC 29812

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP0600329

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.585

**Nonpriority creditor's name and mailing address**

COUNTY OF BEAUFORT
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
100 RIBAUT ROAD
100 RIBAUT ROAD
BEAUFORT, SC 29902

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP0701245

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.586

**Nonpriority creditor's name and mailing address**

COUNTY OF BENZIE
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
448 COURT PLACE
BEULAH, MI 49617

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45356
(1:18-CV-00266)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.587

**Nonpriority creditor's name and mailing address**

COUNTY OF BERKELEY, SOUTH CAROLINA
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
1003 US HWY 52
MONCKS CORNER, SC 29461

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45436

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.588

**Nonpriority creditor's name and mailing address**

COUNTY OF BERRIEN, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
701 MAIN STREET
ST. JOSEPH, MI 49085

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45887

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.589 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF BEXAR<br>ATTN MAYOR, CLERK, SECRETARY<br>OR TREASURER<br>100 DOLOROSA,<br>SAN ANTONIO, TX 78205<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CI08728<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF BOARD OF ARLINGTON COUNTY<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>2100 CLARENDON BLVD 300<br>ARLINGTON, VA 22201<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00402<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF BREVARD, FLORIDA<br>OFFICE OF THE PROSECUTING ATTORNEY<br>CHRISTINE MICHELE SCHVERAK<br>2725 JUDGE FRAN JAMIESON WAY STE 308<br>VIERA, FL 32940<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45064<br>(6:19-CV-00145)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.592 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF BURLESON<br>ATTN MAYOR, CLERK, SECRETARY<br>OR TREASURER<br>100 WEST BUCK<br>CALDWELL, TX 77836<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 29267<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.593 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF BURLINGTON, NEW JERSEY<br>ATTN PRESIDING OFFICER OR CLERK OR SECRETARY<br>49 RANCOCAS ROAD<br>49 RANCOCAS ROAD<br>MOUNT HOLLY, NJ 08060<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. BUR-L-000952-19<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.594** **Nonpriority creditor's name and mailing address**

COUNTY OF BUTTE
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
25 COUNTY CENTER DR
OROVILLE, CA  95965

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45627
(2:18-CV-01151-WBS-CMK / 1:18-AT-675)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.595** **Nonpriority creditor's name and mailing address**

COUNTY OF CALAVERAS
OFFICE OF COUNTY ATTORNEY
CALAVERAS COUNTY
891 MOUNTAIN RANCH RD
SAN ANDREAS, CA  95249

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45645
(1:18-CV-00637-LJO-BAM)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.596** **Nonpriority creditor's name and mailing address**

COUNTY OF CALHOUN
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR COUNTY CLERK
200 PIASA ST.
ALTON, IL  62002

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46294

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.597** **Nonpriority creditor's name and mailing address**

COUNTY OF CALHOUN
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
102 COURTHOUSE DRIVE
102 COURTHOUSE DRIVE
ST. MATTHEWS, SC  29135

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP0900065

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.598** **Nonpriority creditor's name and mailing address**

COUNTY OF CAMERON
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
1100 E MONROE ST, DANCY BUILDING
BROWNSVILLE, TX  78520

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-DCL-02237

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

3.599

**Nonpriority creditor's name and mailing address**

COUNTY OF CARBON
ATTN COMMISSIONER OR CLERK
OR PROSECUTING ATTORNEY
415 WEST PINE ST, PO BOX 67
RAWLINS, WY 82301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-0990

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.600

**Nonpriority creditor's name and mailing address**

COUNTY OF CARBON
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
PO BOX 107
PA 18229

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45337

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.601

**Nonpriority creditor's name and mailing address**

COUNTY OF CASS, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
120 N BROADWAY ST
CASSOPOLIS, MI 49031

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45868

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.602

**Nonpriority creditor's name and mailing address**

COUNTY OF CATTARAUGUS
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
303 COURT STREET
LITTLE VALLEY, NY 14755

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 87139/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.603

**Nonpriority creditor's name and mailing address**

COUNTY OF CHARLEVOIX, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
301 STATE ST
CHARLEVOIX, MI 49720

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45897

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **3.604** | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF CHAUTAUQUA<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>1 N. ERIE ST., PO BOX 170<br>MAYVILLE, NY 14757<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. K1-2018-57<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.605** | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF CHEBOYGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>870 S MAIN ST<br>CHEBOYGAN, MI 49721<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45636<br>(1:19-CV-11769)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.606** | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF CHEMUNG<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>210 LAKE STREET, PO BOX 588<br>ELMIRA, NY 14902<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-1909<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.607** | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF CHENANGO<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>5 COURT STREET<br>NORWICH, NY 13815<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-5072<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.608** | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF CHEROKEE<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>110 RAILROAD AVENUE<br>110 RAILROAD AVENUE<br>GAFFNEY, SC 29340<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP1100503<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

3.609 **Nonpriority creditor's name and mailing address**

COUNTY OF CHESTERFIELD
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
178 MILL STREET
178 MILL STREET
CHESTERFIELD, SC  29709

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP1300410

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.610 **Nonpriority creditor's name and mailing address**

COUNTY OF CHILDRESS
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
100 AVENUE EAST NW BOX 1
CHILDRESS, TX  79201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45229
(2:18CV31)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.611 **Nonpriority creditor's name and mailing address**

COUNTY OF CLARENDON
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
411 SUNSET DR.
411 SUNSET DR.
MANNING, SC  29102

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-CP-14-00236

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.612 **Nonpriority creditor's name and mailing address**

COUNTY OF CLATSOP
ATTN OFFICER, DIRECTOR, MANAGING AGENT
OR ATTORNEY
800 EXCHANGE ST STE 410
ASTORIA, OR  97103

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45442
(3:18-CV-00520)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.613 **Nonpriority creditor's name and mailing address**

COUNTY OF CLAY
ATTN CHIEF EXECUTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
100 N BRIDGE ST
HENRIETTA, TX  76365

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45169
(7:18-CV000017)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.614** 

**Nonpriority creditor's name and mailing address**

COUNTY OF CLINTON, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
100 E STATE STREET
ST. JOHNS, MI 48879

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45345
(1:18-CV-10828)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.615**

**Nonpriority creditor's name and mailing address**

COUNTY OF CLINTON, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
100 E STATE STREET, STE 2600
ST. JOHNS, MI 48879

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45889

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.616**

**Nonpriority creditor's name and mailing address**

COUNTY OF COLLETON
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
109 BENSON STREET
OLD JAIL BUILDING, 2ND FL
WALTERBORO, SC 29488

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP1500438

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.617**

**Nonpriority creditor's name and mailing address**

COUNTY OF COLUMBIA
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
401 STATE STREET
HUDSON, NY 12534

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 12018012476
(400015/2018)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.618**

**Nonpriority creditor's name and mailing address**

COUNTY OF CONTRA COSTA
OFFICE OF COUNTY ATTORNEY
CONTRA COSTA COUNTY
651 PINE ST
9TH FLOOR
MARTINEZ, CA 94553

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45656
(3:18-CV-02705-JSC)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.                                  Case number (if known) 19-11292 (KG)
          (Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.619** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

COUNTY OF CRAWFORD, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
200 W MICHIGAN AVENUE
GRAYLING, MI  49738

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45105
(5:18-CV-10077)

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

COUNTY OF CUMBERLAND
ATTN PRESIDING OFFICER OR CLERK OR SECR
60 W. BROAD STREET
BRIDGETON, NJ  08302

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 2018-002723
(2018-02147)

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

COUNTY OF CURRY
ATTN OFFICER, DIRECTOR, MANAGING AGENT
OR ATTORNEY
94235 MOORE STREET
GOLD BEACH, OR  97444

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00815

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.622** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

COUNTY OF CUYAHOGA
ATTN OFFICER OR PROSECUTING ATTORNEY
2079 EAST NINTH STREET
CLEVELAND, OH  44115

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45004-DAP
(1:17-CV-02482;
(CV-17-888099)

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

COUNTY OF DEL NORTE
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
981 H STREET, STE 160
CRESCENT CITY, CA  95531

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45655
(1:18-CV-02732-RMI)

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.624**

**Nonpriority creditor's name and mailing address**

COUNTY OF DELTA
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
310 LUDINGTON ST
ESCANABA, MI 49829

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45067
(2:17-CV-00207)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.625**

**Nonpriority creditor's name and mailing address**

COUNTY OF DORCHESTER
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
201 JOHNSTON STREET
201 JOHNSTON STREET
ST. GEORGE, SC 29477

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP1801122

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.626**

**Nonpriority creditor's name and mailing address**

COUNTY OF DOUGLAS, STATE OF NEBRASKA
COUNTY COMMISSIONERS ADMIN OFC
OMAHA-DOUGLAS CIVIC CENTER
1819 FARNAM ST, LC2
OMAHA, NE 68183

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45068
(8:19-CV-00049)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.627**

**Nonpriority creditor's name and mailing address**

COUNTY OF DUTCHESS
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
22 MARKET STREET
POUGHKEEPSIE, NY 12601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 400005/2017
(400005/2017)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.628**

**Nonpriority creditor's name and mailing address**

COUNTY OF DUVAL
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
400 E GRAVIS
SAN DIEGO, TX 78384

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. DC-18-266

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor   Insys Therapeutics, Inc.                          Case number (if known) 19-11292 (KG)
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.629**  **Nonpriority creditor's name and mailing address**

COUNTY OF EATON
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
1045 INDEPENDENCE BLVD
CHARLOTTE, MI  48813

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45971
(1:18-CV-00823)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.630**  **Nonpriority creditor's name and mailing address**

COUNTY OF EDGEFIELD
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
124 COURTHOUSE SQUARE
124 COURTHOUSE SQUARE
EDGEFIELD, SC  29824

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP1900120

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.631**  **Nonpriority creditor's name and mailing address**

COUNTY OF EL DORADO
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
330 FAIR LANE
PLACERVILLE, CA  95667

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45629
(2:18-CV-01157-KJM-DB)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.632**  **Nonpriority creditor's name and mailing address**

COUNTY OF EL PASO
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
500 E SAN ANTONIO
EL PASO, TX  79901

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CV1928

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.633**  **Nonpriority creditor's name and mailing address**

COUNTY OF FANNIN, GA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
400 WEST MAIN ST
BLUE RIDGE, GA  30513

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.634 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF FLORENCE<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>180 NORTH IRBY STREET<br>180 NORTH IRBY STREET<br>FLORENCE, SC 29501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019CP2101213<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.635 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF FLOYD<br>ATTN COUNTY JUDGE OR THE COUNTY ATTORNEY<br>313 WESTMINSTER ST<br>PRESTONBURG, KY 41653<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45369<br>(7:17CV186)<br>(17CI00797)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.636 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF FRANKLIN<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>P.O. BOX 159, 141 ATHENS ST<br>CARNESVILLE, GA 30521<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-317<br>(400012/2018)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.637 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF FRESNO<br>OFFICE OF COUNTY ATTORNEY<br>COUNTY OF FRESNO<br>2220 TULARE ST<br>STE 500<br>FRESNO, CA 93721<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45644<br>(1:18-CV-00634-LJO-SAB / 1:18-AT-341)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.638 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF FULTON<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>1875 CENTURY BLVD, STE 100<br>ATLANTA, GA 30345<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-06213<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | COUNTY OF FULTON OFFICE OF THE PROSECUTING ATTORNEY FULTON COUNTY 141 PRYOR ST SW STE 4038 ATLANTA, GA 30303 | ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45374 ((17CV4757) (17CV005007)) | |
| | **Date or dates debt was incurred** UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | COUNTY OF GALVESTON ROBERT BARRON BOEMER GALVESTON COUNTY COURTHOUSE 722 MOODY 5TH FLOOR GALVESTON, TX 77550 | ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45239 (4:18-CV-04708) | |
| | **Date or dates debt was incurred** UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | COUNTY OF GENESEE ATTN CHAIRPERSON OF THE BOARD OF COMMISSIONERS OR THE COUNTY CLERK 1101 BEACH STREET FLINT, MI 48502 | ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45083 (2:17-CV-14074) | |
| | **Date or dates debt was incurred** UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | COUNTY OF GLENN ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER 525 W SYCAMORE ST WILLOWS, CA 95988 | ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45639-DAP (2:18-CV-01139-JAM/AC / 18-663) | |
| | **Date or dates debt was incurred** UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | COUNTY OF GRATIOT, MICHIGAN ATTN CHAIRPERSON OF THE BOARD OF COMMISSIONERS OR THE COUNTY CLERK 214 E. NEWARK STREET ITHACA, MI 48847 | ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LITIGATION CASE NO. 1:18-OP-45339 (1:18-CV-10810) | |
| | **Date or dates debt was incurred** UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

COUNTY OF GREENVILLE
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
301 UNIVERSITY RIDGE
GREENVILLE, SC 29601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 6:18-CV-01085
(2018CP2301294)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

COUNTY OF HAMPTON
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
200 JACKSON AVENUE EAST
200 JACKSON AVENUE EAST
HAMPTON, SC 29924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 2018CP2500258

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

COUNTY OF HARRIS
OFFICE OF THE PROSECUTING ATTORNEY
1019 CONGRESS, 15TH FL
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45677
(28:1332 NR. (4:18CV490 (2017-82618))

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

COUNTY OF HARRISON
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
200 W HOUSTON, SUITE 143, PO BOX 1365
MARSHALL, TX 75761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 18-0442

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

COUNTY OF HIDALGO
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
100 NORTH CLOSNER
EDINBURG, TX 78539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. C-1349-18-C

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.649 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF HILLSDALE, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>29 N HOWELL ST RM 1<br>HILLSDALE, MI 49242<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45355<br>(1:18-CV-00275)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.650 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF HORRY<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>1301 SECOND AVENUE<br>1301 SECOND AVENUE<br>CONWAY, SC 29526<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019CP2602684<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.651 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF HOUGHTON, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>401 EAST HOUGHTON AVENUE<br>HOUGHTON, MI 49931<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45866<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.652 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF HUDSON<br>ATTN PRESIDING OFFICER OR CLERK OR SEC<br>ADMINISTRATION BLDG ANNEX<br>567 PAVONIA AVE<br>JERSEY CITY, NJ 07306<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45937<br>(2:18-CV-09029-ES-CLW (HUD-L-001272-18))<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.653 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF IMPERIAL<br>OFFICE OF COUNTY ATTORNEY<br>IMPERIAL COUNTY<br>940 W MAIN ST<br>STE 205<br>EL CENTRO, CA 92243<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45631-DAP<br>(3:18-CV-00892-LAB-BLM)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.
          (Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

3.654 **Nonpriority creditor's name and mailing address**

COUNTY OF INGHAM, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
341 S JEFFERSON ST
MASON, MI 48854

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46178

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.655 **Nonpriority creditor's name and mailing address**

COUNTY OF INYO
OFFICE OF COUNTY ATTORNEY
INYO COUNTY
PO BOX DRAWER M
INDEPENDENCE, CA 93526

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45646
(1:18-CV-00639-DAD-JLT)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.656 **Nonpriority creditor's name and mailing address**

COUNTY OF IONIA, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
101 W MAIN ST
IONIA, MI 48846

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45261

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.657 **Nonpriority creditor's name and mailing address**

COUNTY OF IOSCO, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
422 W LAKE STREET
TAWAS CITY, MI 48763

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45343
(1:18-CV-10823)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.658 **Nonpriority creditor's name and mailing address**

COUNTY OF IRON, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
2 S 6TH ST STE 7
CRYSTAL FALLS, MI 49920

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45888

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |

### 3.659

**Nonpriority creditor's name and mailing address**

COUNTY OF ISABELLA, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
200 N. MAIN STREET, RM 225
MT. PLEASANT, MI  48858

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45349
(1:18-CV-10864)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.660

**Nonpriority creditor's name and mailing address**

COUNTY OF JACKSON, WV
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
PO BOX 800
RIPLEY, WV  25271

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.661

**Nonpriority creditor's name and mailing address**

COUNTY OF JASPER
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
CLEMENTA C. PINCKNEY GOVERNMENT BUILDING
358 THIRD AVENUE
RIDGELAND, SC  29936

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP2700332

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.662

**Nonpriority creditor's name and mailing address**

COUNTY OF JERSEY
ATTN CHAIR OR COUNTY CLERK
200 N. LAFAYETTE
 P. O. BOX 216
JERSEYVILLE, IL  62052

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018--L-003908

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.663

**Nonpriority creditor's name and mailing address**

COUNTY OF JOHNSON
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR COUNTY CLERK
400 COURT STREET
VIENNA, IL  62995

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46148

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.664 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF JONES<br>ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY<br>OR COUNTY COURT CLERK<br>1100 12TH STREET<br>ANSON, TX  79501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45139<br>(1:18-CV-00003)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF KALAMAZOO<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>201 W KALAMAZOO AVE<br>KALAMAZOO, MI  49007<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00439<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.666 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF KENT, DE<br>ATTN CHIEF EXECUTIVE OFFICER<br>555 BAY RD<br>DOVER, DE  19901<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.667 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF KENT, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>300 MONROE AVE, NW<br>GRAND RAPIDS, MI  49503<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45000<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.668 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF KERN<br>OFFICE OF KERN COUNTY COUNSEL<br>KERN COUNTY ADMINISTRATIVE CENTER<br>1115 TRUXTUN AVE<br>4TH FLOOR<br>BAKERSFIELD, CA  93301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00557<br>(T19-305)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.669** | **Nonpriority creditor's name and mailing address**

COUNTY OF KERR
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
700 MAIN STREET, SUITE 122
KERRVILLE, TX 78028

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18389B

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.670** | **Nonpriority creditor's name and mailing address**

COUNTY OF KERSHAW
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
515 WALNUT ST
515 WALNUT ST
CAMDEN, SC 29020

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP2800553

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.671** | **Nonpriority creditor's name and mailing address**

COUNTY OF KNOTT, THE
ATTN COUNTY JUDGE OR THE CO ATTORNEY
53 W MAIN ST
PO BOX 1317
HINDMAN, KY 41822

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45370
(7:18CV00006) (17CV00257)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.672** | **Nonpriority creditor's name and mailing address**

COUNTY OF KNOX, MAINE
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
62 UNION STREET
ROCKLAND, ME 04841

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.673** | **Nonpriority creditor's name and mailing address**

COUNTY OF KNOX, MAINE
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
62 UNION STREET
ROCKLAND, ME 04841

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.674** **Nonpriority creditor's name and mailing address**

COUNTY OF KNOX, STATE OF NEBRASKA
ATTN CHIEF EXECUTIVE OFFICER, OR CLERK
206 MAIN STREET
CENTER, NE  98724

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45555
(8:18-CV-00181)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.675** **Nonpriority creditor's name and mailing address**

COUNTY OF LA SALLE
ATTN CHIEF EXECITVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
204 NE LANE ST, PO BOX 1530
CORTULLA, TX  78014

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45234
(5:18-CV-00021)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.676** **Nonpriority creditor's name and mailing address**

COUNTY OF LAKE
ATTN CHAIR OR COUNTY CLERK
18 N COUNTY STREET
ROOM 101
WAUKEGAN, IL  60085

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45032
(1:18-CV-00089; 17CV001972)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.677** **Nonpriority creditor's name and mailing address**

COUNTY OF LAKE, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
800 TENTH ST, STE 200
BALDWIN, MI  49304

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45366
(1:18-CV-00267)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.678** **Nonpriority creditor's name and mailing address**

COUNTY OF LASSEN
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
2610 ROVERSIASE DRIVE
SUSANVILLE, CA  96130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45609
(2:18-CV-01137-KJM-CMK)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | COUNTY OF LAURENS | *Check all that apply.* | |
| | ATTN CHIEF EXECUTIVE OFFICER OR CLERK | ☑ Contingent | |
| | 100 HILLCREST SQUARE | ☑ Unliquidated | |
| | LAURENS, SC 29360 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | UNDETERMINED | LITIGATION CASE NO. 2018CP3000606 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | COUNTY OF LEE | *Check all that apply.* | |
| | ATTN CHIEF EXECUTIVE OFFICER OR CLERK | ☑ Contingent | |
| | PO BOX 309 | ☑ Unliquidated | |
| | BISHOPVILLE, SC 29010 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | UNDETERMINED | LITIGATION CASE NO. 2018CP3100207 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | COUNTY OF LEELANAU | *Check all that apply.* | |
| | ATTN CHAIRPERSON OF THE BOARD OF | ☑ Contingent | |
| | COMMISSIONERS OR COUNTY CLERK | ☑ Unliquidated | |
| | 8527 E GOVERNMENT CENTER DR, STE 201 | ☑ Disputed | |
| | SUTTONS BAY, MI 49682 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 1:18-OP-45111 | |
| | UNDETERMINED | (1:18-CV-00030) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | COUNTY OF LENAWEE, MICHIGAN | *Check all that apply.* | |
| | ATTN CHAIRPERSON OF THE BOARD OF | ☑ Contingent | |
| | COMMISSIONERS OR THE COUNTY CLERK | ☑ Unliquidated | |
| | 301 N. MAIN STREET, OLD COURTHOUSE, 2ND FLOOR | ☑ Disputed | |
| | ADRIAN, MI 49221 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 1:18-OP-45351 | |
| | UNDETERMINED | (2:18-CV-10835) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | COUNTY OF LEON | *Check all that apply.* | |
| | ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY | ☑ Contingent | |
| | OR COUNTY COURT CLERK | ☑ Unliquidated | |
| | 114 TX-75 | ☑ Disputed | |
| | CENTERVILLE, TX 75833 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 1:19-OP-45240 | |
| | UNDETERMINED | (4:18-CV-04709) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.684 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF LEWIS<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>345 W. MAIN STREET<br>CHEHALIS, WA  98532<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CA2018-000148<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.685 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF LEXINGTON<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>212 SOUTH LAKE DRIVE<br>212 SOUTH LAKE DRIVE<br>LEXINGTON, SC  29072<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP3202207<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.686 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF LIBERTY<br>ATTN MAYOR, CLERK, SECRETARY<br>OR TREASURER<br>1923 SAM HOUSTON ST<br>LIBERTY, TX  77575<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CV1813222<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.687 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF LIVINGSTON<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>304 E GRAND RIVER AVENUE, SUIRE 201<br>HOWELL, MI  48843<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 000240-2018<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.688 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF LIVINGSTON, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>304 E GRAND RIVER AVENUE, SUIRE 201<br>HOWELL, MI  48843<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45262<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.689**    **Nonpriority creditor's name and mailing address**

COUNTY OF LORAIN
ATTN OFFICER OR PROSECUTING ATTORNEY
226 MIDDLE AVE
4TH FL
ELYRIA, OH  44035

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45078
(1:18-CV-145; 17CV194035)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.690**    **Nonpriority creditor's name and mailing address**

COUNTY OF LUCE, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
407 W. HARRIE ST
NEWBERRY, MI  49868

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45362
(2:18-CV-00034)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.691**    **Nonpriority creditor's name and mailing address**

COUNTY OF LYCOMING
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
48 W 3RD ST
WILLIAMSPORT, PA  17701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45655
(4:19-CV-01039)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.692**    **Nonpriority creditor's name and mailing address**

COUNTY OF MACOMB
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
1 S MAIN STREET, 9TH FLOOR
MOUNT CLEMENS, MI  48043

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45085
(4:17-CV-14077)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.693**    **Nonpriority creditor's name and mailing address**

COUNTY OF MADERA
OFFICE OF COUNTY ATTORNEY
MADERA COUNTY
200 W FOURTH ST
MADERA, CA  93637

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45647
(1:18-AT-00343)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.694 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF MADERA<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>200 W 4TH ST<br>MADERA, CA  93637<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45647<br>(3:18-CV-02730-JCS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.695 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF MADISON<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>91 ALBANY AVENUE<br>DANIELSVILLE, GA  30633<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-1046<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.696 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF MARION<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>2523 EAST HIGHWAY 76<br>P.O. BOX 183<br>MARION, SC  29571<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019CP3300299<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.697 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF MARIPOSA,<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>5088 BULLION ST, PO BOX 28<br>MARIPOSA, CA  95338<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45618<br>(1:18-CV-00626)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.698 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF MARQUETTE<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>234 W. BARAGA AVE<br>MARQUETTE, MI  49855<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45104<br>(2:18-CV-00001)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MASON
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
350 OTTAWA NW
GRAND RAPIDS, MI 49503

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45112
(1:18-CV-00032)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MCCORMICK
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
610 SOUTH MINE STREET
610 SOUTH MINE STREET
MCCORMICK, SC 29835

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP3500031

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MCLENNAN
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
501 WASHINGTON AVE
WACO, TX 76701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45075
(6:17-CV-00298)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MENDOCINO
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
501 LOW GAP RD, RM 1030
UKIAH, CA 95482

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45654
(1:18-CV-02712)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MERCED
OFFICE OF COUNTY ATTORNEY
MERCED COUNTY
2222 M ST
ROOM 309
MERCED, CA 95340

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45643
(1:18-CV-00631-DAD-SAMB)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

---

**3.704**   **Nonpriority creditor's name and mailing address**

COUNTY OF MERCER
ATTN PRESIDING OFFICER OR CLERK OR SECR
209 SOUTH BROAD STREET
TRENTON, NJ 08608

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-1596

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.705**   **Nonpriority creditor's name and mailing address**

COUNTY OF MODOC
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
204 S. COURT ST, STE 100
ALTURAS, CA 96101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45641
(2:18-AT-00664)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.706**   **Nonpriority creditor's name and mailing address**

COUNTY OF MONCALM, MI
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
639 N. STATE STREET
STANTON, MI 48888

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45865

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.707**   **Nonpriority creditor's name and mailing address**

COUNTY OF MONO
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
452 OLD MAMMOTH RD STE J3
MAMMOTH LAKE, CA 93546

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45626
(2:18-CV-01149-JAM-KJN)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.708**   **Nonpriority creditor's name and mailing address**

COUNTY OF MONROE
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
38 WEST MAIN STREET, PO BOX 189
FORSYTH, GA 31029

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 400017/2018
(I2018000561)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.709** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF MONROE
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
125 EAST 2ND STREET
MONROE, MI 48161

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45158
(2:18-CV-10251)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF MONTCALM, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
211 W. MAIN ST, PO BOX 368
STANTON, MI 48888

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45865

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF MONTEREY
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MONTEREY
168 W ALISAL ST
THIRD FLOOR
SALINAS, CA 93901

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45615
(5:18-CV-02693-HRL)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF MONTGOMERY
ATTN CHIEF EXECUTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
210 WEST DAVIS
CONROE, TX 77301

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45030
(4:17CV3756)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF MONTGOMERY
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
P.O. BOX 311
NORRISTOWN, PA 19401

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION CASE NO. 2018-681

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | | Case Number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MONTMORENCY, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
12265 M-32, PO BOX 789
ATLANTA, MI 49709

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45347
(1:18-CV-10834)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MORA
ATTN CHAIR OF COUNTY BOARD OR AUDITOR
P.O. BOX 580
MORA, MN 87732

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45080

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF MULTNOMAH
ATTN OFFICER, DIRECTOR, MANAGING AGENT
OR ATTORNEY
1021 SW 4TH AVE
PORTLAND, OR 97204

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45377
(3:17CV2010 (17CV33413))

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF NAPA, CALIFORNIA
OFFICE OF THE SONOMA COUNTY COUNSEL
575 ADMINISTRATION DR
ROOM 105A
SANTA ROSA, CA 95403

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45750
(4:18-CV-3374)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

COUNTY OF NASSAU
ATTN CHAIR OR CLERK OF BOARD OF SUPERVISORS
CLERK, ATTORNEY OR TREASURER
240 OLD COUNTRY ROAD
MINEOLA, NY 11501

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 400008/2017

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Insys Therapeutics, Inc.

(Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

3.719

**Nonpriority creditor's name and mailing address**

COUNTY OF NEVADA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
950 MAIDU AVENUE, STE 200
NEVADA CITY, CA 95959

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45628-DAP
(2:18-CV-01152-JAM-DB)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.720

**Nonpriority creditor's name and mailing address**

COUNTY OF NEWAYGO, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
1087 NEWELL ST. P.O. BOX 885
WHITE CLOUD, MI 49349

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46187

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.721

**Nonpriority creditor's name and mailing address**

COUNTY OF NIAGARA
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
59 PARK AVE, 2ND FL
LOCKPORT, NY 14094

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. E162958/2017

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.722

**Nonpriority creditor's name and mailing address**

COUNTY OF NOLAN TX
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
100 EAST 3RD ST
SWEETWATER, TX 79556

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45061
(1:17-CV-00196-C)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.723

**Nonpriority creditor's name and mailing address**

COUNTY OF NORTHAMPTON
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
669 WASHINGTON STREET, FL 3
EASTON, PA 18042

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. C48-CV-2017-11557

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|--------|--------------------------|--------------------------------------|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF NORTHUMBERLAND<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>399 STADIUM DRIVE<br>SUNBURY, PA  17801 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 4:19-CV-00945 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF OCEAN, NEW JERSEY<br>ATTN PRESIDING OFFICER OR CLERK OR SECR<br> 101 HOOPER AVE<br>TOMS RIVER, NJ  08754-2191 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. OCN-L-1474-19 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF OCEANA, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>100 S. STATE STREET, SUITE M-4<br>HART, MI  49420 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45359<br>(1:18-CV-00274) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF OCONEE<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>415 S. PINE ST.<br>415 S. PINE ST.<br>WALHALLA, SC  29691 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 2018CP3700458 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF OGEMAW, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>806 WEST HOUGHTON AVENUE<br>WEST BRANCH, MI  48661 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45348<br>(1:18-CV-10839) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No<br>☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.729 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ONEIDA, NEW YORK<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>800 PARK AVENUE<br>UTICIA, NY 13501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45338<br>(6:18-CV-00314)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.730 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ONONDAGA, NEW YORK<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>401 MONTGOMERY ST., RM 200<br>SYRACUSE, NY 13202<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45170<br>(5:18-CV-00100)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.731 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ONTONGON, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>315 QUARTZ STREET<br>ONTONAGON, MI 49953<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45893<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.732 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ORANGEBURG<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>1437 AMELIA STREET<br>1437 AMELIA STREET<br>ORANGEBURG, SC 29115<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP3800841<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.733 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ORLEANS<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>14016 STATE ROUTE 31<br>ALBION, NY 14411<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-45005<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

COUNTY OF OSCEOLA
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
301 W. UPTON AVE, 2ND FL
REED CITY, MI  49677

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45357
(1:18-CV-00271)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.735**

**Nonpriority creditor's name and mailing address**

COUNTY OF OSCEOLA
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
301 W. UPTON AVE, 2ND FL
REED CITY, MI  49677

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45669
(OKE/6:18-CV-00056) (6:18CV164
(2017CA002928))

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.736**

**Nonpriority creditor's name and mailing address**

COUNTY OF OSWEGO
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
46 EAST BRIDGE ST
OSWEGO, NY  13126

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. EFC-2018-0022

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.737**

**Nonpriority creditor's name and mailing address**

COUNTY OF PICKENS
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
222 MCDANIEL AVENUE, B-2
222 MCDANIEL AVENUE, B-2
PICKENS, SC  29671

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP3900675

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.738**

**Nonpriority creditor's name and mailing address**

COUNTY OF PIKE, THE
ATTN COUNTY JUDGE OR THE CO ATTORNEY
146 MAIN STREET
PIKEVILLE, KY  41501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45368
(7:17-CV-00193) (17CI01283)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.739 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF PIMA<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>CHIEF CLERK OR SECRETARY<br>130 W. CONGRESS ST<br>TUCSON, AZ  85701<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45268<br>(4:19-CV-00166)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.740 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF PLACER<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>175 FULWEILER AVENUE<br>AUBURN, CA  95603<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45642<br>(2:18-CV-01143-KJM-CKD)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.741 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF PLUMAS<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>520 MAIN STREET, RM 309<br>QUINCY, CA  95971<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45649<br>(2:18-CV-01146-TLN-EFB / 2:18-AT-699)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.742 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF PRESQUE ISLE, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>151 E. HURON AVE, PO BOX 110<br>ROGERS CITY, MI  49779<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45894<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.743 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF RENO<br>ATTN COUNTY COMMISSIONERS, THE<br>COUNTY CLERK OR THE COUNTY TREASURER<br>206 W 1ST AVENUE<br>HUTCHINSON, KS  67501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45718<br>(6:18-CV-01144)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.744 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF RENSSELAER<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>105 THIRD STREET<br>TROY, NY 12180<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2017-00257543<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.745 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF RIVERSIDE<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>4080 LEMON ST.<br>RIVERSIDE, CA 92501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45878<br>(18-01372)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ROANE, WV<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>200 MAIN STREET<br>SPENCER, WV 25276<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ROSCOMMON, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>500 LAKE STREET<br>ROSCOMMON, MI 48653<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45102<br>(1:18-CV-10078)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.748 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SALUDA<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>400 WEST HIGHLAND ST.<br>400 WEST HIGHLAND ST.<br>SALUDA, SC 29138<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019-CP-41-00111<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor  Insys Therapeutics, Inc.                     Case number (if known) 19-11292 (KG)
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.749** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF SAN BENITO
OFFICE OF COUNTY ATTORNEY
COUNTY OF SAN BENITO
481 FOURTH ST
2ND FLOOR
HOLLISTER, CA  95023

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45653
(5:18-CV-02733-SVK)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF SAN BERNARDINO
OFFICE OF COUNTY COUNSEL
COUNTY OF SAN BERNARDINO
MICHELLE DANIELLE BLAKEMORE
385 N ARROWHEAD AVE
SAN BERNARDINO, CA  92415

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46032
(5:18-CV-01527)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF SAN DIEGO
OFFICE OF THE COUNTY COUNSEL - SAN DIEGO
1600 PACIFIC HWY
ROOM 355
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45613
(3:18-CV-00882)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF SAN LUIS OBISPO, CALIFORNIA
OFFICE OF COUNTY COUNSEL
COUNTY OF SAN LUIS OBISPO COUNTY
RITA L. SCIARONI
1035 PALM STREET, RM 386
SAN LUIS OBISPO, CA  93408

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46290
(2:18-CV-09516)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

COUNTY OF SAN MATEO
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
400 COUNTY CENTER
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45126
(3:19-CV-00949)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.754 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SANILAC, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>60 WEST SANILAC AVENUE, ROOM 105<br>SANDUSKY, MI  48471<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45352<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.755 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SANTA CRUZ, CALIFORNIA<br>OFFICE OF COUNTY ATTORNEY<br>COUNTY OF SANTA CRUZ<br>701 OCEAN ST<br>ROOM 505<br>SANTA CRUZ, CA  95060<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45679<br>(5:18-CV-02803)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.756 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SARATOGA<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>40 MCMASTER STREET<br>BALLSTON SPA, NY  12020<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018135<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.757 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SCHENECTADY<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>620 STATE STREET, 6TH FL<br>SCHENECTADY, NY  12305<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 400009/2017<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.758 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SCHOHARIE<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>284 MAIN STREET<br>SCHOHARIE, NY  12157<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2017-395<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.759 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SCHUYLER<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR COUNTY CLERK<br>120 SOUTH CONGRESS ST<br>RUSHVILLE, IL 62681<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46147<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SCHUYLER<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>105 NINTH ST., UNIT 8<br>WATKINS GLEN, NY 14891<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-91<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.761 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SHASTA<br>OFFICE OF THE COUNTY COUNSEL - SHASTA COUNTY<br>1450 COURT ST<br>ROOM 332<br>REDDING, CA 96001<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45651<br>(2:18-CV-01148-TLN-CMK)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.762 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SHIAWASSEE, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>208 N. SHIAWASSEE ST<br>CORUNNA, MI 48817<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45350<br>(4:18-CV-10811)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.763 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SISKIYOU<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>1312 FAIRLANE RD, PO BOX 750<br>YREKA, CA 96097<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45630-DAP<br>(2:18-CV-01167-KJM-CMK)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.764** | **Nonpriority creditor's name and mailing address**

COUNTY OF SONOMA, CALIFORNIA
OFFICE OF THE COUNTY COUNSEL - SONOMA COUNTY
575 ADMINISTRATION DR
STE 105A
SANTA ROSA, CA  95403

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45849
(3:18-CV-03806)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.765** | **Nonpriority creditor's name and mailing address**

COUNTY OF SPARTANBURG
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
PO BOX 3483
SPARTANBURG, SC  29306

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-CP-4200760

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.766** | **Nonpriority creditor's name and mailing address**

COUNTY OF SPARTANBURG
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
366 N CHURCH ST
SPARTANBURG, SC  29303

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:18-CV-01799
(2018CP4200760)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.767** | **Nonpriority creditor's name and mailing address**

COUNTY OF ST. CLAIR, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
200 GRAND RIVER SUITE 203
PORT HURON, MI  48060

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45896

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.768** | **Nonpriority creditor's name and mailing address**

COUNTY OF ST. LAWRENCE
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
48 COURT STREET
CANTON, NY  13617

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CV-2018-0151909

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

COUNTY OF STEUBEN
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
3 EAST PULTENEY SQUARE
BATH, NY  14810

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. E2018-0209CV

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

COUNTY OF SULLIVAN
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
100 NORTH STREET, PO BOX 5012
MONTICELLO, NY  12701

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 400007/2017

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

COUNTY OF SUMMIT
ATTN COUNTY CLERK
60 N MAIN ST
PO BOX 128
COALVILLE, UT  84017

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 180500119

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

COUNTY OF SUMMIT
ATTN OFFICER OR PROSECUTING ATTORNEY
OHIO BUILDING - 8TH FLOOR
175 SOUTH MAIN STREET
AKRON, OH  44308

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

COUNTY OF SUMMIT, OHIO
ATTN OFFICER OR PROSECUTING ATTORNEY
205 S. HIGH ST
AKRON, OH  44308

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 180500119

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|--------|--------------------------|---|------------------------|---------------|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|-------------|-----------------|---|---|-----------------|

| 3.774 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SUMTER<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>13 E CANAL STREET<br>13 E CANAL STREET<br>SUMTER, SC  29150<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019CP4300891<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.775 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF SUTTER<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>1160 CIVIC CENTER BLVD<br>YUBA CITY, CA  95933<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45640<br>(2:18-CV-01140-MCE-EFB)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.776 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF TEHAMA<br>OFFICE OF COUNTY ATTORNEY<br>TEHAMA COUNTY<br>727 OAK ST<br>RED BLUFF, CA  96080<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45680<br>(2:18-CV-01221-KJM-CMK)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.777 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF THROCKMORTON<br>ATTN CHIEF EXECUTIVE OFFICER, CO ATTORNEY<br>OR COUNTY COURT CLERK<br>105 N. MINTER, PO BOX 700<br>THROCKMORTON, TX  76483<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45141<br>(1:18-CV-00004)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.778 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF TIOGA<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>16 COURT STREET, PO BOX 307<br>OSWEGO, NY  13827<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-60025<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.779**

**Nonpriority creditor's name and mailing address**
COUNTY OF TOMPKINS
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
125 EAST COURT STREET, 3RD FL
ITHACA, NY  14850

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CI2018-00315

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.780**

**Nonpriority creditor's name and mailing address**
COUNTY OF TRINITY
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
11 COURT STREET, PO BOX 613
WEAVERVILLE, CA  96093

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45650
(2:18-CV-01147-MCE-CMK)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.781**

**Nonpriority creditor's name and mailing address**
COUNTY OF TRUMBULL
ATTN OFFICER OR PROSECUTING ATTORNEY
160 HIGH ST NW
GIRARD, OH  44420

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45079
(4:18CV147; 2017CV2266)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.782**

**Nonpriority creditor's name and mailing address**
COUNTY OF TULARE, CALIFORNIA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
221 S. MOONEY BLVD, RM 101-E
VISALIA, CA  93291

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45997
(1:18-CV-00860)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.783**

**Nonpriority creditor's name and mailing address**
COUNTY OF TUOLUMNE
OFFICE OF COUNTY ATTORNEY TUOLUMNE COUTY
SARAH CARRILLO
2 S GREEN ST
SONORA CA, CA  95370

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45619
(1:18-AT-337)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.784 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF TUSCARAWAS, OHIO<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>125 E HIGH AVE<br>NEW PHILADELPHIA, OH 44663<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45098<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.785 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF TUSCOLA, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR THE COUNTY CLERK<br>125 W. LINCOLN STREET, SUITE 500<br>CARO, MI 48723<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45870<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.786 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF ULSTER<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>244 FAIR STREET, PO BOX 1800<br>KINGSTON, NY 12402<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-903<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.787 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF UNION<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>210 WEST MAIN STREET<br>UNION, SC 29379<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45286<br>(1:19-CV-0216)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.788 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF UNION<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>210 WEST MAIN STREET<br>UNION, SC 29379<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP4400288<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor   Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.789 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WALKER<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>1819 SYCAMORE AVE<br>HUNTSVILLE, TX 77340<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1929076<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.790 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WALLER<br>ATTN MAYOR, CLERK, SECRETARY<br>OR TREASURER<br>836 AUSTIN ST, STE 221<br>HEMPSTEAD, TX 77445-4672<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-4-24828<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.791 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WARREN<br>ATTN PRESIDING OFFICER OR CLERK OR SECR<br>165 COUNTY ROUTE 519 SOUTH<br>BELVEDERE, NJ 07823-1949<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-64959<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.792 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WASHINGTON<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>204 DAVIS AVE<br>MARIETTA, OH 45750<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 061518-W1<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.793 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WASHTENAW, MICHIGAN<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>220 NORTH MAIN<br>ANN ARBOR, MI 48104<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45886<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.794 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WAYNE<br>ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY<br>3355 S. WAYNE RD<br>FAIR LAWN, NJ  07410<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45102<br>(4:17-CV-13334)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.795 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WEBB<br>OFFICE OF PROSECUTING ATTORNEY WEBB COUNTY<br>ALEXANDRA COLESSIDES<br>1000 HOUSTON STREET, FL 2<br>LAREDO, TX  78040<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45175<br>( 5:18-CV-0011)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.796 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WESTCHESTER<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>148 MARTINE AVENUE<br>WHITE PLAINS, NY  10601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-51606<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.797 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WEXFORD<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>437 E. DIVISION ST<br>CADILLAC, MI  49601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45364<br>(1:18-CV-00273)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.798 | **Nonpriority creditor's name and mailing address**<br><br>COUNTY OF WICHITA TEXAS<br>ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY<br>OR COUNTY COURT CLERK<br>900 7TH STREET, ROOM 250<br>WICHITA FALLS, TX  76301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45064<br>(7:17-CV-00173)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.799</td>
<td>

**Nonpriority creditor's name and mailing address**

COUNTY OF WILLIAMSBURG
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
201 WEST MAIN STREET
201 WEST MAIN STREET
KINGSTREE, SC  29556

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP4500276

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>3.800</td>
<td>

**Nonpriority creditor's name and mailing address**

COUNTY OF WIRT, WV
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
P O BOX 53
ELIZABETH, WV  26143

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>3.801</td>
<td>

**Nonpriority creditor's name and mailing address**

COUNTY OF WOOD, WV
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
1 COURT SQ
PARKERSBURG, WV  26101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>3.802</td>
<td>

**Nonpriority creditor's name and mailing address**

COUNTY OF WYOMING
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
143 N MAIN STREET
WARSAW, NY  14569

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 400013/2018

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>3.803</td>
<td>

**Nonpriority creditor's name and mailing address**

COUNTY OF YATES
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
417 LIBERTY STREET
PENN YAN, NY  14527

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-0174

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
</table>

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF YOLO <br> ATTN CLERK, SECRETARY, PRESIDENT, <br> PRESIDING OFFICER <br> 625 COURT STREET <br> WOODLAND, CA  95695 | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION CASE NO. 1:19-OP-45351 <br> (2:19-CV-00813) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No <br> ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF YOLO, <br> ATTN CLERK, SECRETARY, PRESIDENT, <br> PRESIDING OFFICER <br> 625 COURT STREET <br> WOODLAND, CA  95695 | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION CASE NO. 2:19-CV-00813 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No <br> ☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF YORK <br> ATTN CHIEF EXECUTIVE OFFICER OR CLERK <br> 6 S CONGRESS STREET <br> 6 S CONGRESS STREET <br> YORK, SC  29745 | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION CASE NO. 2018CP4602446 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No <br> ☐ Yes | |

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF YORK <br> ATTN MAYOR, PRESIDENT, CHAIRMAN, <br> SECRETARY, OR CLERK <br> 45 NORTH GEORGE STREET <br> YORK, PA  17401 | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION CASE NO. 2017-SU-003372 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No <br> ☐ Yes | |

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | COUNTY OF YUBA <br> ATTN CLERK, SECRETARY, PRESIDENT, <br> PRESIDING OFFICER <br> 915 8TH. STREET <br> MARYSVILLE, CA  95901 | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION CASE NO. 1:18-OP-45648 <br> (2:18-CV-01145-WBS-KJN) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No <br> ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.809 **Nonpriority creditor's name and mailing address**

COUNTY OF ZAVALA
ATTN CHIEF EXEC OFFICER, COUNTY ATTORNEY
OR COUNTY COURT CLERK
200 E. UVALDE STREET
CRYSTAL CITY, TX  78839

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46036
(2:18-CV-00052)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.810 **Nonpriority creditor's name and mailing address**

COURTNEY HERRING
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45519-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.811 **Nonpriority creditor's name and mailing address**

COUSHATTA TRIBE OF LOUISIANA
ATTN CHIEF EXECUTIVE OFFICER
1940 CC BEL RD
PO BOX 10
ELTON, LA  70532

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45438

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.812 **Nonpriority creditor's name and mailing address**

COVENTRY TOWNSHIP
ATTN TRUSTEE OR CLERK
OR PROSECUTING ATTORNEY OR LAW DIRECTOR
68 PORTAGE LAKES DRIVE
AKRON, OH  44319

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.813 **Nonpriority creditor's name and mailing address**

COVENTRY TOWNSHIP, OH
ATTN TRUSTEE OR CLERK
68 PORTAGE LAKES DRIVE
AKRON, OH  44319

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.814 | **Nonpriority creditor's name and mailing address**<br><br>COVENTRY TOWNSHIP, OHIO<br>ATTN TRUSTEE OR CLERK<br>68 PORTAGE LAKES DRIVE<br>AKRON, OH 44319<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.815 | **Nonpriority creditor's name and mailing address**<br><br>COVINGTON & BURLING LLP<br>ATTN: ACCOUNTING DEPT<br>ONE CITY CENTER<br>850 TENTH ST NW<br>WASHINGTON, DC 20001<br><br>**Date or dates debt was incurred**<br><br>6/30/19<br><br>**Last 4 digits of account number:** VING | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $309.60 |
| 3.816 | **Nonpriority creditor's name and mailing address**<br><br>COVINGTON CITY<br>ATTN CEO, OR OFFICIAL ATTORNEY<br>20 WEST PIKE STREET<br>COVINGTON, KY 41011<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45661<br>(2:18-CV-04789-JTM-KWR)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.817 | **Nonpriority creditor's name and mailing address**<br><br>COVINGTON COUNTY, MISSISSIPPI<br>ATTN PRESIDENT OR<br>CLERK OF THE BOARD OF SUPERVISORS<br>101 SOUTH ELM AVE<br>COLLINS, MS 39428<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45417<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.818 | **Nonpriority creditor's name and mailing address**<br><br>COWLEY COUNTY KANSAS BOARD OF COMMISSIONERS<br>ATTN COUNTY COMMISSIONERS, THE<br>COUNTY CLERK OR THE COUNTY TREASURER<br>311 E. 9TH AVENUE<br>WINFIELD, KS 67156<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45898<br>(6:18-CV-01204)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.819** | **Nonpriority creditor's name and mailing address**
COX COMMUNICATIONS PHOENIX
P.O. BOX 53249
PHOENIX, AZ 85072-3249

**Date or dates debt was incurred**
6/30/19

**Last 4 digits of account number:** COX

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,238.92

---

**3.820** | **Nonpriority creditor's name and mailing address**
COZEN O'CONNOR
7885
PO BOX 7247
PHILADELPHIA, PA 19170-7885

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** Z001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR MATT NAPOLETANO

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,893.11

---

**3.821** | **Nonpriority creditor's name and mailing address**
CRAIG COUNTY, OKLAHOMA
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
301 W CANADIAN AVE # 3
VINITA, OK 74301

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45652
(4:19-CV-00317)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.822** | **Nonpriority creditor's name and mailing address**
CRAVATH, SWAINE & MOORE LLP
ATTN DAVID M. STUART
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** A006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$827,038.37

---

**3.823** | **Nonpriority creditor's name and mailing address**
CRAWFORD COUNTY
ATTN CLERK OF THE COUNTY COURT
903 DIAMOND PARK MEADVILLE
MEADVILLE, PA 16335

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.824**

**Nonpriority creditor's name and mailing address**

CRAWFORD COUNTY
ATTN CLERK OF THE COUNTY COURT
903 DIAMOND PARK MEADVILLE
MEADVILLE, PA  16335

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.825**

**Nonpriority creditor's name and mailing address**

CRAWFORD COUNTY BOARD OF COMMISSIONERS
ATTN COUNTY COMMISSIONERS, THE
COUNTY CLERK OR THE COUNTY TREASURER
640 GA HWY 128
ROBERTA, GA  31078

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46108
(2:18-CV-02246-JAR-TJJ)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.826**

**Nonpriority creditor's name and mailing address**

CRAWFORD COUNTY BOARD OF COUNTY
COMMISSIONERS
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
640 GA HWY 128
ROBERTA, GA  31078

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45288
(1:18-CV-00606)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.827**

**Nonpriority creditor's name and mailing address**

CROWLEY COUNTY
ATTN GOVERNOR OR ATTORNEY
603 MAIN STREET, SUITE 2
COURTHOUSE ANNEX
ORDWAY, CO  81063

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45255

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.828**

**Nonpriority creditor's name and mailing address**

CSC CONSULTING, INC.
JP MORGAN BANK ONE
PO BOX 978976
DALLAS, TX  75397

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: C002**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,542.50

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|

**3.829** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,964.21

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197-4349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CORP

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CULLEN TALTON
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
202 CARL VINSON PARKWAY
WARNER ROBINS, GA  31088

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45308

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CULPEPER COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
302 N MAIN ST
CULPEPER, VA  22701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00037
(CL19000691-00)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

CUMBERLAND COUNTY
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
117 DICK STREET
FAYETTEVILLE, NC  28301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45259
(2:19-CV-00093)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

DAGGETT COUNTY
ATTN COUNTY CLERK
95 NORTH 1ST
WEST MANILA, UT  84046

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:18-CV-000585
(180800056)

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 19-11292-JTD   Doc 363   Filed 07/30/19   Page 194 of 407

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.834**

**Nonpriority creditor's name and mailing address**

DALLAS COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
1201 ELM STREET, 21ST FLOOR, SUITE 2100
DALLAS, TX 75270

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.835**

**Nonpriority creditor's name and mailing address**

DANBURY
ATTN CLERK, ASSIST CLERK, MAYOR
OR MANAGER
155 DEER HILL AVE
DANBURY, CT 06810

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV-18-6098036-S
(AAN-CV18-6028560-S)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.836**

**Nonpriority creditor's name and mailing address**

DANE COUNTY, WISCONSIN
OFFICE OF PROSECUTING ATTORNEY DANE COUNTY
MARCIA ANNE MACKENZIE
215 S HAMILTON STREET, STE 3000
MADISON, WI 53703

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45802
(3:18CV455)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.837**

**Nonpriority creditor's name and mailing address**

DARCY SHERMAN
HOFF, BARRY & KOZAR
ATTN JARED D. SHEPHERD
775 PRAIRIE CENTER DR, STE. 160
EDEN PRAIRIE, MN 55344

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46365
(0:18-CV-03335)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.838**

**Nonpriority creditor's name and mailing address**

DAVIDSON COUNTY
ATTN COUNTY MANAGER OR TO THE CHAIRMAN,
CLERK OR ANY MEMBER OF THE BOARD OF COMM
913 GREENSBORO STREET
LEXINGTON, NC 27292

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46330
(1:18-CV-00983)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.839 | **Nonpriority creditor's name and mailing address**<br><br>DEBORAH DIXON<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45511-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.840 | **Nonpriority creditor's name and mailing address**<br><br>DEBORAH GREEN-KUCHTA<br>CUTLER LAW FIRM<br>MICHAEL D. BORNITZ<br>140 NORTH PHILLIPS AVENUE, 4TH FL<br>SIOUX FALLS, SD 57101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46208<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.841 | **Nonpriority creditor's name and mailing address**<br><br>DEBRA DAWSEY INDIVIDUALLY AND ON BEHALF OF ALL<br>OTHERS SIMILARLY SITUATED<br>KELLER LENKNER<br>ATTN SETH A MEYER<br>150 N RIVERSIDE PLAZA<br>CHICAGO, IL 60606<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45092<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.842 | **Nonpriority creditor's name and mailing address**<br><br>DEKALB COUNTY, GEORGIA<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>1300 COMMERCE DRIVE<br>DECATUR, GA 30030<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45503<br>(1:18CV1498 (17-CV-12677))<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.843 | **Nonpriority creditor's name and mailing address**<br><br>DELAWARE COUNTY<br>ATTN AUDITOR<br>OR CHAIR OF BOARD OF SUPERVISORS<br>201 WEST FRONT STREET<br>MEDIA, PA 19063<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.844** **Nonpriority creditor's name and mailing address**
DELAWARE COUNTY, PENNSYLVANIA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
201 WEST FRONT STREET
MEDIA, PA  19063

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45285

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.845** **Nonpriority creditor's name and mailing address**
DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
PO BOX 5275
CAROL STREAM, IL  60197-5275

**Date or dates debt was incurred**
10/1/17

**Last 4 digits of account number:** DELL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,086.61

---

**3.846** **Nonpriority creditor's name and mailing address**
DELL MARKETING LP
C/O DELL USA LP
P.O. BOX 802816
CHICAGO, IL  60680-2816

**Date or dates debt was incurred**
7/18/19

**Last 4 digits of account number:** LMAR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,341.43

---

**3.847** **Nonpriority creditor's name and mailing address**
DELOITTE FINANCIAL ADVISORY SERVICES LLP
P.O. BOX 844742
DALLAS, TX  75284-4742

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ITTE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,352.00

---

**3.848** **Nonpriority creditor's name and mailing address**
DENT COUNTY
ATTN CLERK OF THE COUNTY COURT
400 N. MAIN STREET
SALEM, MO  65560

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.849 | **Nonpriority creditor's name and mailing address**<br><br>DERBY<br>ATTN CLERK, ASSIST CLERK, MAYOR<br>OR MANAGER<br>1 ELIZABETH ST.<br>DERBY, CT  06418<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHD-CV-18-6098036-S<br>(AAN-CV18-6028560-S)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>DES MOINES COUNTY<br>ATTN AUDITOR<br>OR CHAIR OF BOARD OF SUPERVISORS<br>513 NORTH MAIN STREET<br>BURLINGTON, IA  52601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45303-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>DESIRAE WARREN<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45486-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>DESIREE CARLSON<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45487-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>DESIREE CARLSON<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45487-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.854**

**Nonpriority creditor's name and mailing address**

DETROIT WAYNE MENTAL HEALTH AUTHORITY
ATTN PRESIDENT, MANAGING OR GEN AGENT
707 W. MILWAUKEE AVENUE
DETROIT, MI  48202-2943

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46332

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.855**

**Nonpriority creditor's name and mailing address**

DICKENSON COUNTY
ATTN COUNTY OR COMMONWEALTH ATTORNEY
293 CLINTWOOD MAIN STREET
CLINTWOOD, MI  24228

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45252
(2:18-CV-00048)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.856**

**Nonpriority creditor's name and mailing address**

DICKINSON, COUNTY OF
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
705 S STEPHENSON AVE, PO BOX 609
IRON MOUNTAIN, MI  49801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45342
(2:18-CV-00036)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.857**

**Nonpriority creditor's name and mailing address**

DILLON COUNTY
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
109 S 3RD AVENUE
P.O. BOX 449
DILLON, SC  29536

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP1700213

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.858**

**Nonpriority creditor's name and mailing address**

DINSMORE & SHOHL LLP
P.O. BOX 639038
CINCINNATI, OH  45263-9038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: MORE**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY RELATED

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,381.25

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.859 | **Nonpriority creditor's name and mailing address**<br><br>DINWIDDIE COUNTY, VIRGINIA<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>14010 BOYDTON PLANK ROAD<br>DINWIDDIE, VA 23841<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00242<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.860 | **Nonpriority creditor's name and mailing address**<br><br>DIXIE COUNTY FLORIDA<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>387 SE 22 AVE<br>CROSS CITY, FL 32628<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19OP45604<br>(1:19-CV-00107)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.861 | **Nonpriority creditor's name and mailing address**<br><br>DLA PIPER<br>PO BOX 75190<br>BALTIMORE, MD 21275<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** A001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $494,639.40 |
| 3.862 | **Nonpriority creditor's name and mailing address**<br><br>DODGE COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>127 E. OAK ST<br>JUNEAU, WI 53039<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45143-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.863 | **Nonpriority creditor's name and mailing address**<br><br>DOOR COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>1015 GREEN BAY ROAD<br>HIGHLAND PARK, IL 60035<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45104-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.864**

**Nonpriority creditor's name and mailing address**

DORA LAWRENCE
AHMAD, ZAVITSANOS
ATTN JASON S MCMANIS
1221 MCKINNEY ST, STE 2500
HOUSTON, TX 77010

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46039
(4:18-CV-02889)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.865**

**Nonpriority creditor's name and mailing address**

DORCHESTER COUNTY, MARYLAND
ATTN OFFICER OR AGENCY
501 COURT LANE
CAMBRIDGE, MD 21613

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45610
(8:19-CV-01736)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.866**

**Nonpriority creditor's name and mailing address**

DOUGLAS ANDERSON DULY ELECTED SHERIFF OF
AVOYELLES PARISH, IN HIS CAPACITY AS OFFICER EX
OFFICIO OF THE AVOYELLES PARISH SHERIFF'S OFFICE
AND THE AVOYELLES PARISH LAW ENFORCEMENT
DISTRICT
SHAYNA ERIN SACKS
400 BROADHOLLOW ROAD
STE. 305
MELVILLE, NY 11747

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45164-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.867**

**Nonpriority creditor's name and mailing address**

DOUGLAS COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
213 S. RAINER STREET
WATERVILLE, WA 98858

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45107-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.868**

**Nonpriority creditor's name and mailing address**

DOUGLAS COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
PO BOX 398
203 SE 2ND AVE
AVA, MO 65608-0398

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45386

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

DOUGLAS HEBERT, III  ALLEN PARISH SHERIFF, IN HIS CAPACITY AS OFFICER EX OFFICIO
DAVID P. SLAWSKY
77 CENTRAL STREET
MANCHESTER, NH  03101

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45142-DAP

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

DOYLE T. WOOTEN
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES, MAYOR, CITY MANAGER, OR AGENT
825 THOMPSON DRIVE
DOUGLAS, GA  31535

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45145

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

DUCHESNE COUNTY
DUCHESNE COUNTY ATTORNEY'S OFFICE
TYLER C ALLRED
PO BOX 206
DUCHESNE, UT  84021

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 2:18-CV-000585 (180800056)

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

DUNKLIN COUNTY
ATTN CLERK OF THE COUNTY COURT
P. O. BOX 188
KENNETT, MO  63857

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157 (1922-CC00203)

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

DUNN COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD OR THE COUNTY CLERK
800 WILSON AVENUE
MENOMONIE, WI  54751

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45133-DAP

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

E. NEAL JUMP
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
100 SULPHUR SPRINGS RD
BRUNSWICK, GA  31520

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45155

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

EASTERN SHOSHONE TRIBE
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, MEMBER OF COUNCIL,
#14 N FORK RD, PO BOX 538
FORT WASHAKIE, WY  82514

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45412

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

EAU CLAIRE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
721 OXFORD AVENUE
EAU CLAIRE, WI  54703

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45112-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,570.00 |

ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 GRANT STREET 44TH FLOOR
PITTSBURGH, PA  15219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: KERT**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ED PULLEKINS
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC  20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.879 | **Nonpriority creditor's name and mailing address**<br>ED PULLEKINS, SOLICITOR FOR BOSTON TOWNSHIP<br>ATTN TRUSTEE OR CLERK<br>PO BOX 123<br>PENINSULA, OH  44264<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.880 | **Nonpriority creditor's name and mailing address**<br>EDGEFIELD COUNTY, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>124 COURTHOUSE SQ<br>EDGEFIELD, SC  29824<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019-CP-19-00120<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.881 | **Nonpriority creditor's name and mailing address**<br>EDRICK SOILEAU EVANGELINE PARISH SHERIFF, IN HIS<br>CAPACITY AS OFFICER EX OFFICIO<br>JEFFREY E FRIEDMAN<br>3800 CORPORATE WOODS DRIVE<br>BIRMINGHAM, AL  35242<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45189-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.882 | **Nonpriority creditor's name and mailing address**<br>EDWARD GRACE<br>CONSOVOY MCCARTHY<br>THOMAS R MCCARTHY<br>3033 WILSON BOULEVARD, STE 700<br>ARLINGTON, VA  22201<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45935<br>(1:18-CV-10857)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.883 | **Nonpriority creditor's name and mailing address**<br>EILAND<br>CHARLES J CRUEGER<br>4532 N OAKLAND AVE<br>WHITEFISH BAY, WI  53202<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46283<br>(1:18-CV-02894)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.884 | **Nonpriority creditor's name and mailing address**<br>ELI MEDINA<br>MOONEY WIELAND SMITH & ROSE<br>STEVEN P. WIELAND<br>405 S EIGHTH ST, STE 295<br>BOISE, ID 83702<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46048<br>(1:18CV369)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address**<br>ELIZABETH KOMMER<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45522-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.886 | **Nonpriority creditor's name and mailing address**<br>ELIZABETH MCDONALD<br>THORMAN PETROV GROUP<br>CHRISTOPHER P. THORMAN<br>50 EAST WASHINGTON STREET<br>CLEVELAND, OH 44022<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00334<br>(18-CV-00128)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.887 | **Nonpriority creditor's name and mailing address**<br>ELLIS COUNTY<br>ATTN MAYOR, CLERK, SECRETARY<br>OR TREASURER<br>109 SOUTH JACKSON<br>WAXAHACHIE, TX 75165<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 100921<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.888 | **Nonpriority creditor's name and mailing address**<br>ELLIS ESPERENZA<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45464-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

**3.889** | **Nonpriority creditor's name and mailing address**

ELLMAN LAW GROUP, LLC
ATTN: ROBERT ELLMAN & DAVID SIMPSON
3030 NORTH CENTRAL AVENUE
SUITE 1110
PHOENIX, AZ 85012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LMAN**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,108.00

---

**3.890** | **Nonpriority creditor's name and mailing address**

EMPLOYER TEMASTERS LOCAL NOS 175 & 505 HEALTH & WELFARE FUND
ATTN PRESIDENT, MANAGING OR GEN AGENT
6810 MACCORKLE AVE, SE
CHARLESTON, WV 25304

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45446

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.891** | **Nonpriority creditor's name and mailing address**

ERIE COUNTY BOARD OF COUNTY COMMISSIONERS
ATTN OFFICER OR PROSECUTING ATTORNEY
2900 COLUMBUS AVENUE
THIRD FLOOR
SANDUSKY, OH 44870

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45291
(3:18-CV-00609)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.892** | **Nonpriority creditor's name and mailing address**

ESCANABA, CITY OF
ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY
410 LUDINGTON STREET
ESCANABA, CA 49829

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45068
(2:17-CV-00208)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.893** | **Nonpriority creditor's name and mailing address**

ESCRIBERS, LLC
7227 N 16TH ST.
SUITE 207
PHOENIX, AZ 85020

**Date or dates debt was incurred**

4/1/17

**Last 4 digits of account number: C002**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.00

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,725.00 |

**Nonpriority creditor's name and mailing address**

3.894

ESPER MEDIA
ATTN GREG COLE, OWNER
2553 S PONDEROSA DR
GILBERT, AZ 85295

**Date or dates debt was incurred**

6/26/19

**Last 4 digits of account number:** GORY

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,725.00

---

3.895

**Nonpriority creditor's name and mailing address**

ESSEX COUNTY, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SECR
465 DR MARTIN LUTHER KING JR BOULEVARD
NEWARK, NJ 07102

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CV18-0296
(2:18-OP-45989)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.896

**Nonpriority creditor's name and mailing address**

EVANGELINE PARISH POLICE JURY
ATTN CHIEF EXECUTIVE OFFICER
1008 W LA SALLE ST
VILLE PLATTE, LA 70586

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45450

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.897

**Nonpriority creditor's name and mailing address**

EVE BELFANCE
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC 20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.898

**Nonpriority creditor's name and mailing address**

FAIRFAX COUNTY BOARD OF SUPERVISORS
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
12000 GOVERNMENT CENTER PKWY
FAIRFAX, VA 22035

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00544

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.899 | **Nonpriority creditor's name and mailing address**<br><br>FAIRFIELD COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>350 COLUMBIA ROAD<br>350 COLUMBIA ROAD<br>WINNSBORO, SC 29180<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP2000272<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.900 | **Nonpriority creditor's name and mailing address**<br><br>FAIRVIEW TOWNSHIP, PENNSYLVANIA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>599 LEWISBERRY ROAD<br>NEW CUMBERLAND, PA 17070<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45355<br>(3:19-CV-00795)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.901 | **Nonpriority creditor's name and mailing address**<br><br>FARRAH WILLIAMS<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45485-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.902 | **Nonpriority creditor's name and mailing address**<br><br>FASB<br>PO BOX 418272<br>BOSTON, MA 02241-8272<br><br>**Date or dates debt was incurred**<br><br>6/26/19<br><br>**Last 4 digits of account number:** S001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $400.00 |

| 3.903 | **Nonpriority creditor's name and mailing address**<br><br>FAUQUIER COUNTY, VIRGINIA<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>29 ASHBY STREET, 4TH FLOOR<br>WARRENTON, VA 20186<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. CL-19000154-00<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.904** **Nonpriority creditor's name and mailing address**

FAYETTE COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
FAYETTE COUNTY COURTHOUSE
114 NORTH VINE STREET
WEST UNION, IA 52175

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.905** **Nonpriority creditor's name and mailing address**

FAYETTE COUNTY COMMISSION
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
100 N. COURT STREET
FAYETTEVILLE, WV 25840

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45062

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.906** **Nonpriority creditor's name and mailing address**

FAYETTE COUNTY, ALABAMA
ATTN CHAIRMAN OR PRESIDING OFFICER
OR MEMBER
203 TEMPLE AVENUE NORTH
FAYETTTE, AL 35555

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45211
(7:18-CV-00200)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.907** **Nonpriority creditor's name and mailing address**

FAYETTE COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
61 E MAIN ST
UNIONTOWN, PA 15401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.908** **Nonpriority creditor's name and mailing address**

FEATHER RIVER TRIBAL HEALTH INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
2145 5TH AVE
OROVILLE, CA 95965

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45334
(5:19-CV-00823)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.909**

**Nonpriority creditor's name and mailing address**
FEATHER RIVER TRIBAL HEALTH, INC.
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
2145 5TH AVENUE
OROVILLE, CA 95965

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-00823

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.910**

**Nonpriority creditor's name and mailing address**
FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EDEX

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$571.34

---

**3.911**

**Nonpriority creditor's name and mailing address**
FIRE AND POLICE RETIREE HEALTH CARE FUND SAN
ANTONIO
WATTS GUERRA - SAN ANTONIO
ATTN MIKAL C WATTS
4 DOINION DRIVE, BLG 3
SAN ANTONIO, TX 78257

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-CI-06151

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.912**

**Nonpriority creditor's name and mailing address**
FLINT PLUMBING AND PIPEFITTING
 INDUSTRY HEALTH CARE FUND
ATTN PRESIDENT, MANAGING OR GEN AGENT
6525 CENTURION DR
LANSING, MI 48917-9275

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45430

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.913**

**Nonpriority creditor's name and mailing address**
FLORENCE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
P.O. BOX 410
FLORENCE, WI 54121

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45125-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

<table>
<tr><td><strong>Part 2:</strong></td><td>Additional Page</td></tr>
</table>

| | | Amount of claim |
|---|---|---|

**3.914**

**Nonpriority creditor's name and mailing address**

FLOYD COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
120 WEST OXFORD ST.
FLOYD, VA 24091

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 7:19-CV-00371

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.915**

**Nonpriority creditor's name and mailing address**

FOND DU LAC COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
160 S MACY STREET
FOND DU LAC, WI 54935

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45106-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.916**

**Nonpriority creditor's name and mailing address**

FOREST COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
200 E MADISON AVENUE
CRANDON, WI 54520

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45134-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.917**

**Nonpriority creditor's name and mailing address**

FOREST COUNTY POTAWATOMI COMMUNITY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
5416 EVERYBODYS ROAD
CRANDON, WI 54520

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46342

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.918**

**Nonpriority creditor's name and mailing address**

FORREST COUNTY, MISSISSIPPI
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
641 MAIN STREET
HATTIESBURG, MI 39401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45147

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor   Insys Therapeutics, Inc.
(Name)

Case Number (if known)  19-11292 (KG)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FORSYTH COUNTY, GEORGIA
ATTN CHAIRMAN OF BOARD OF COMMISSIONERS
PRESIDENT OF THE COUNCIL OF TRUSTEES,
110 E MAIN ST
CUMMING, GA 30040

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45420

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.920** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FOX
DAVID F ASKMAN
1543 CHAMPA ST, STE 400
DENVER, CO 80202

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46049
(1:18CV194)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.921** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,654.06

FOX SWIBEL LEVIN & CARROLL, LLP
200 W. MADISON STREET. SUITE 3000
CHICAGO, IL 60606-3417

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
INDEMNITY - COUNSEL FOR NIPUN PATEL

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:** FOX

---

**3.922** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FRANKLIN COUNTY
ATTN CLERK OF THE COUNTY COURT
400 EAST LOCUST
UNION, MO 63084

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.923** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FRANKLIN COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
340 N SECOND ST
CHAMBERSBURG, PA 17201

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.924 | **Nonpriority creditor's name and mailing address**<br><br>FRANKLIN COUNTY, VIRGINIA<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>1255 FRANKLIN STREET<br>ROCKY MOUNT, VA 24151<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 7:19-CV-00302<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.925 | **Nonpriority creditor's name and mailing address**<br><br>FREDERICK COUNTY, MARYLAND<br>ATTN OFFICER OR AGENT<br>12 E CHURCH STREET<br>FREDERICK, MD 21701<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45853<br>(1:18-CV-01913)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.926 | **Nonpriority creditor's name and mailing address**<br><br>FREEBORN & PETERS LLP<br>311 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** BORN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,564.31 |
| 3.927 | **Nonpriority creditor's name and mailing address**<br><br>FULTON COUNTY<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>141 PRYOR ST<br>ATLANTA, GA 30303<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 400018/2018<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.928 | **Nonpriority creditor's name and mailing address**<br><br>GAN CORP<br>ATTN: TONG J GAN<br>7 FOX RUN<br>SAINT JAMES, NY 11780<br><br>**Date or dates debt was incurred**<br><br>6/27/18<br><br>**Last 4 digits of account number:** CORP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,370.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.929 | **Nonpriority creditor's name and mailing address**<br><br>GARFIELD COUNTY, UTAH<br>ATTN COUNTY CLERK<br>55 SOUTH MAIN<br>PO BOX 77<br>PANGUITCH, UT  84759<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 190500179<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.930 | **Nonpriority creditor's name and mailing address**<br><br>GARRETT COUNTY, MARYLAND<br>ATTN OFFICER OR AGENT<br>203 SOUTH FOURTH STREET<br>OAKLAND, MD  21550<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45853<br>(1:18-CV-01913)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.931 | **Nonpriority creditor's name and mailing address**<br><br>GARY LANGFORD<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>810 1/2 GI MADDOX PKWY<br>CHATSWORTH, GA  30705<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45164<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.932 | **Nonpriority creditor's name and mailing address**<br><br>GASCONADE COUNTY, MISSOURI<br>ATTN CLERK OF THE COUNTY COURT<br>119 EAST FIRST STREET<br>HERMANN, MO  65041<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46190<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.933 | **Nonpriority creditor's name and mailing address**<br><br>GATES<br>ADAM R. LEE<br>10 MINOT AVENUE<br>P.O. BOX 470<br>AUBURN, ME  04212<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45927<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.934**

**Nonpriority creditor's name and mailing address**

GENA PATTERSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45534-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.935**

**Nonpriority creditor's name and mailing address**

GENE SCARBROUGH
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
500 MORGAN DRIVE
TIFTON, GA 31794

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45168

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.936**

**Nonpriority creditor's name and mailing address**

GEORGETOWN CITY, SOUTH CAROLINA
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
1134 N FRASER ST
GEORGETOWN, SC 29440

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45613
(2:19-CV-01696)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.937**

**Nonpriority creditor's name and mailing address**

GEORGETOWN COUNTY, SOUTH CAROLINA
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
128 SCREVEN ST
PO BOX 421270
GEORGETOWN, SC 29442-4200

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45612
(2:19-CV-01695)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.938**

**Nonpriority creditor's name and mailing address**

GIBBONS P.C.
122 FAIRFIELD ROAD
FAIRFIELD, NJ 07004-1513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: B001**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,942.87

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | **Additional Page** | | | Amount of claim |
|---|---|---|---|---|

| 3.939 | **Nonpriority creditor's name and mailing address**<br><br>GILCHRIST COUNTY, FLORIDA<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>209 SE 1ST ST<br>TRENTON, FL 32693<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45605<br>(1:19-CV-00109)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.940 | **Nonpriority creditor's name and mailing address**<br><br>GILES COUNTY<br>ATTN COUNTY OR COMMONWEALTH ATTORNEY<br>315 NORTH MAIN STREET<br>PEARSBURG, VA 24134<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45236<br>(7:18-CV-00618)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.941 | **Nonpriority creditor's name and mailing address**<br><br>GILLEY<br>JACOB PAUL STROMAN IV<br>306 CEDAR RD 6TH FLOOR<br>CHESAPEAKE, VA 23322<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19OP45007<br>(3:18-CV-01604)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.942 | **Nonpriority creditor's name and mailing address**<br><br>GLORIA CRUZ<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45466-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.943 | **Nonpriority creditor's name and mailing address**<br><br>GLYNN COUNTY GEORGIA<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>1725 REYNOLDS STREET<br>BRUNSWICK, GA 31520<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46115<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,423.50 |

**Nonpriority creditor's name and mailing address**

GOLKOW LITIGATION SERVICES
ONE LIBERTY PLACE
1650 MARKET STREET
SUITE 5150
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TION

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $28,423.50

---

3.945 **Nonpriority creditor's name and mailing address**

GOODELL, DEVRIES, LEECH & DANN, LLP
ONE SOUTH ST 20TH FL
BALTIMORE, MD  21202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** O002

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR J. LARICHUITA

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $57,153.89

---

3.946 **Nonpriority creditor's name and mailing address**

GOODING COUNTY, IDAHO
ATTN CHIEF EXECUTIVE OFFICER OR
THE SECRETARY OR CLERK
624 MAIN ST
GOODING, ID  83330

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45404

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.947 **Nonpriority creditor's name and mailing address**

GRAFTON COUNTY
ATTN COUNTY COMMISSIONERS OR TREASURER
3855 DARTMOUTH COLLEGE HWY
HAVERHILL, NH  03774

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00332
(18-CV-00323)

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.948 **Nonpriority creditor's name and mailing address**

GRAND RAPIDS, CITY OF
ATTN MAYOR, CITY CLERK, OR CITY ATTORNEY
300 MONROE AVENUE NW
GRAND RAPIDS, MI  49503

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45406
(2:18-CV-13645)

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

Debtor    Insys Therapeutics, Inc.                           Case number (if known) 19-11292 (KG)
          (Name)

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| | | | **Amount of claim** |
| --- | --- | --- | --- |
| 3.949 | **Nonpriority creditor's name and mailing address**<br><br>GRAND TRAVERSE, COUNTY OF<br>ATTN CHAIRPERSON OF THE BOARD OF<br>COMMISSIONERS OR COUNTY CLERK<br>400 BOARDMAN AVENUE<br>TRAVERSE CITY, MI  49684<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45056<br>(1:17-CV-01115)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.950 | **Nonpriority creditor's name and mailing address**<br><br>GRANT COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>111 S. JEFFERSON ST, PO BOX 529<br>LANCASTER, WI  53813-0529<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45115-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.951 | **Nonpriority creditor's name and mailing address**<br><br>GRANT COUNTY, NEW MEXICO<br>ATTN COUNTY CLERK<br>1400 HIGHWAY 180 EAST<br>SILVER CITY, NM  88061<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45108<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.952 | **Nonpriority creditor's name and mailing address**<br><br>GRANT PARISH, LOUISIANA<br>BY AND THROUGH ELECTED POLICE JURY<br>ATTN CEO OR OFFICIAL ATTORNEY<br>200 MAIN STREET<br>COLFAX, LA  71417<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45277<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |
| 3.953 | **Nonpriority creditor's name and mailing address**<br><br>GREEN COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>1016 16TH AVENUE<br>MONROE, WI  53566<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45096-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED |

Debtor   Insys Therapeutics, Inc.
         (Name)

Case Number (if known) 19-11292 (KG)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.954   **Nonpriority creditor's name and mailing address**

GREEN LAKE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
571 COUNTY ROAD A
GREEN LAKE, WI 54941

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45832
(2:18CV819)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.955   **Nonpriority creditor's name and mailing address**

GREENBRIER COUNTY COMMISSION
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
912 COURT STREET N.
LEWISBURG, WV 24901

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45080
(5:19-CV-00084)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.956   **Nonpriority creditor's name and mailing address**

GREENE COUNTY
ATTN CLERK OF THE COUNTY COURT
940 N BOONVILLE AVE
SPRINGFIELD, MO 65802

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.957   **Nonpriority creditor's name and mailing address**

GREENE COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
1034 SILVER DRIVE
GREENSBORO, GA 30642

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-45/1:19-OP-45203

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.958   **Nonpriority creditor's name and mailing address**

GREENE COUNTY, PA
ATTN CLERK OF THE COUNTY COURT
940 N BOONVILLE AVE
SPRINGFIELD, MO 65802

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.959 | **Nonpriority creditor's name and mailing address**<br><br>GREENSVILLE COUNTY<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>1781 GREENSVILLE COUNTY CIRCLE<br>EMPORIA, VA 23847<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00459<br>(CL19-209)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.960 | **Nonpriority creditor's name and mailing address**<br><br>GREENVILLE COUNTY, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>301 UNIVERSITY RIDGE<br>GREENVILLE, SC 29601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 6:18cv185<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.961 | **Nonpriority creditor's name and mailing address**<br><br>GREENWOOD COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>600 MONUMENT STREET<br>600 MONUMENT STREET<br>GREENWOOD, SC 29646<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP2400775<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.962 | **Nonpriority creditor's name and mailing address**<br><br>GREENWOOD COUNTY, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>600 MONUMENT STREET<br>GREENWOOD, SC 29646<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018CP2400775<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.963 | **Nonpriority creditor's name and mailing address**<br><br>GRETNA CITY<br>ATTN CEO OR OFFICIAL ATTORNEY<br>740 2ND STREET<br>GRETNA, LA 70053<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45043<br>(2:19-CV-00329)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.964 | **Nonpriority creditor's name and mailing address**<br><br>GRETTA GOLDEN INDIVIDUALLY AND ON BEHALF OF ALL<br>OTHER SIMILARLY SITUATED<br>17 SPRINGFIELD STREET<br>CHICOPEE, MA  01013<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45091<br>(2:19-CV-01048)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.965 | **Nonpriority creditor's name and mailing address**<br><br>GUIDROZ<br>P. J. HARRIS , II<br>PO BOX 88<br>GUNTERSVILLE, AL  35976<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46051<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.966 | **Nonpriority creditor's name and mailing address**<br><br>GUTHRIE CITY OF<br>ATTN CHIEF EXECUTIVE OFFICER, CLERK,<br>SECRETARY OR OFFICIAL RECORDS OFFICIAL<br>101 N. 2ND<br>GUTHRIE, OK  73044<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 5:19-CV-00158<br>(CJ-2019-8)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.967 | **Nonpriority creditor's name and mailing address**<br><br>GWIN, STEINMETZ & BAIRD PLLC<br>401 W. MAIN ST.<br>STE. 1000<br>LOUISVILLE, KY  40202<br><br>**Date or dates debt was incurred**<br><br>6/1/18<br><br>**Last 4 digits of account number:** I001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $577.50 |
| 3.968 | **Nonpriority creditor's name and mailing address**<br><br>H.W. HANCOCK<br>196 GA HWY 300 SOUTH<br>CORDELE, GA  31015<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45562<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.969** | **Nonpriority creditor's name and mailing address**
HALIFAX COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
COURTHOUSE SQUARE
HALIFAX, VA 24558

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00021

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.970** | **Nonpriority creditor's name and mailing address**
HAMILTON COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
2300 SUPERIOR STREET
WEBSTER CITY, IA 50595

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.971** | **Nonpriority creditor's name and mailing address**
HAMILTON COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
1153 US HWY 41 NW, SUITE 2
JASPER, FL 32502

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.
2018-7399/3:19-CV-00710-CLOSED 7/2/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.972** | **Nonpriority creditor's name and mailing address**
HAMILTON COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
1153 US HWY NW, STE 2
JASPER, FL 32052

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45589
(3:19-CV-00710)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.973** | **Nonpriority creditor's name and mailing address**
HAMPTON BARGHOIS PIERCE, PLLC
ATTN: JOE M. HAMPTON
210 PARK AVE
SUITE 2700
OKLAHOMA CITY, OK 73102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: PTON**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR F. DEL FOSSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,521.00

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.974 | **Nonpriority creditor's name and mailing address**<br>HANCOCK COUNTY BOARD OF COUNTY COMMISSIONERS<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>514 S MAIN ST., 2ND FLOOR<br>FINDLAY, OH  45840<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 18-OP-45572<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.975 | **Nonpriority creditor's name and mailing address**<br>HANCOCK COUNTY, MISSISSIPPI<br>ATTN PRESIDENT OR<br>CLERK OF THE BOARD OF SUPERVISORS<br>854 HIGHWAY 90<br>BAY ST. LOUIS, MS  39520<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45762<br>(1:18-CV-00200)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.976 | **Nonpriority creditor's name and mailing address**<br>HANOVER TOWNSHIP, PENNSYLVANIA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>3630 JACKSONVILLE RD<br>BETHLEHEM, PA  18017-9302<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45654<br>(3:19-CV-01055)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.977 | **Nonpriority creditor's name and mailing address**<br>HARDIN COUNTY<br>ATTN AUDITOR<br>OR CHAIR OF BOARD OF SUPERVISORS<br>1215 EDGINGTON AVENUE<br>ELDORA, IA  50627<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.978 | **Nonpriority creditor's name and mailing address**<br>HARFORD COUNTY MARYLAND<br>ATTN OFFICER OR AGENT<br>220 SOUTH MAIN STREET<br>BEL AIR, MD  21014<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45853<br>(1:18-CV-01913)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|--|------------------|

| 3.979 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|-------|-----------------------------------------------------|-------------------------------------------------------------------------|--------------|

### 3.979

**Nonpriority creditor's name and mailing address**

HARRISON COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
111 N 2ND AVE.
LOGAN, IA  51546

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45303-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.980

**Nonpriority creditor's name and mailing address**

HARRISON COUNTY BOARD OF COMMISSIONERS
ATTN OFFICER OR PROSECUTING ATTORNEY
528 NORTH MAIN STREET
SUITE A
CADIZ, OH  43907

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45547
(18-CV-00359 (REMOVED FROM
CVH-2018-0024))

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.981

**Nonpriority creditor's name and mailing address**

HARRISON COUNTY, MISSISSIPPI
ATTN PRESIDENT OR
CLERK OF THE BOARD OF SUPERVISORS
1801 23RD AVE
GULFPORT, MS  39501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP45113

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.982

**Nonpriority creditor's name and mailing address**

HARVEY COUNTY
OFFICE OF THE PROSECUTING ATTORNEY
DAVID E YODER
PO BOX 687
NEWTON, KS  67114

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45848
(18-CV-01179)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.983

**Nonpriority creditor's name and mailing address**

HASKELL COUNTY TX
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
1 AVE D
HASKELL, TX  79521

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45223
(1:18-CV-00023-C)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|--------|--------------------------|------------------------|---------------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.984** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

HEALTH CARE AUTHORITY OF THE CITY OF HUNTSVILLE
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
500 CHURCH STREET NW, STE ONE
HUNTSVILLE, AL  35801

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45143

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.985** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

HEARD COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
201 PARK AVENUE
FRANKLIN, GA  30217

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45130

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.986** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

HEATHER ENDERS
COOPER & ELLIOT
CHARLES B COOPER
2175 RIVERSIDE DRIVE
COLUMBUS, OH  43221

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45095

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.987** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

HEATHER GOSS
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45518-DAP

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.988** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

HENNEPIN COUNTY, MINNESOTA
ATTN CHAIR OF COUNTY BOARD OR AUDITOR
HENNEPIN COUNTY GOVERNMENT CENTER
300 SOUTH 6TH STREET
MPLS, MN  55487

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45232

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

Debtor    Insys Therapeutics, Inc.
(Name)

Case Number (if known) 19-11292 (KG)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|

**3.989** **Nonpriority creditor's name and mailing address**

HENRY COUNTY GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
140 HENRY PARKWAY
MCDONOUGH, GA 30253

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46284

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.990** **Nonpriority creditor's name and mailing address**

HENRY COUNTY GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
140 HENRY PARKWAY
MCDONOUGH, GA 30253

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46310

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.991** **Nonpriority creditor's name and mailing address**

HENRY COUNTY, VIRGINIA
OFFICE OF COUNTY COUNSEL-COUNTY OF HENRY
GEORGE ALBERT HANNA LYLE
PO BOX 7
COLLINSVILLE, VA 24078

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45245
(4:18-CV-00071)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.992** **Nonpriority creditor's name and mailing address**

HERNANDO COUNTY
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
20 N MAIN ST, RM 263
BROOKSVILLE, FL 34601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45667
(8:19-CV-01388)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.993** **Nonpriority creditor's name and mailing address**

HIGHLANDS HOSPITAL CORPORATION D/B/A HIGHLAND
REGIONAL MEDICAL CENTER
PATRICK HUGH ODONNELL
150 W MAIN ST STE 2100
PO BOX 3037
NORFOLK, VA 23510

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46046
(2:18-CV-00146)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.994 | **Nonpriority creditor's name and mailing address**<br><br>HILLSBOROUGH COUNTY<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>601 E KENNEDY BLVD<br>TAMPA, FL 33602<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP46281<br>(8:18-CV-02716)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.995 | **Nonpriority creditor's name and mailing address**<br><br>HILLSBOROUGH COUNTY, NEW HAMPSHIRE<br>ATTN MAYOR, ALDERMAN, OR CLERK<br>300 CHESTNUT STREET<br>MANCHESTER, NH 03101<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46353<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.996 | **Nonpriority creditor's name and mailing address**<br><br>HMO LOUISIANA, INC.<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>5525 REITZ AVENUE<br>BATON ROUGE, LA 70809-3802<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-CV-12538<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.997 | **Nonpriority creditor's name and mailing address**<br><br>HOGAN LOVELLS US LLP<br>PO BOX 75890<br>BALTIMORE, MD 21275<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** OGAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INDEMNITY - COUNSEL FOR DION REIMER<br>AND MIKE BABICH<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $64,361.67 |

| 3.998 | **Nonpriority creditor's name and mailing address**<br><br>HOLLAND & KNIGHT LLP<br>8511 ALTHAUS RD<br>CINCINNATI, OH 45247<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** L008 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $774,371.70 |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.999** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HOOPA VALLEY TRIBE
ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER
11860 STATE HWY 96, PO BOX 1348
HOOPA, CA 95546

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46361 (3:18-CV-07430)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1000** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HOPKINS
WILLIAM EDGAR SPIVEY
150 W MAIN ST, STE 2100
NORFOLK, VA 23510

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46044 (2:18CV2646)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1001** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
ATTN PRESIDENT, MANAGING OR GEN AGENT
PO BOX 820
NEWARK, NJ 07101

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. ESX-L-1442-19

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1002** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HORRY COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
1301 SECOND AVENUE
CONWAY, SC 29526

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP2602684

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1003** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HOSPITAL AUTHORITY OF WAYNE COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES, MAYOR, CITY MANAGER, OR AGENT
341 E WALNUT ST
JESUP, GA 31546

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45278

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|--------|--------------------------|--------------------------------------|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1004 | **Nonpriority creditor's name and mailing address**<br><br>HOSPITAL SERVICE DISTRICT NO. 1 OF THE PARISH OF LASALLE, LA<br>OF LASALLE D/B/A HARDTNER MEDICAL CENTER<br>ATTN CEO OR OFFICIAL ATTORNEY<br>1102 N. PINE ROAD<br>OLLA, LA 71465<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46150<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1005 | **Nonpriority creditor's name and mailing address**<br><br>HOUSTON COUNTY<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>200 CARL VINSON PARKWAY<br>WARNER ROBINS, GA 31088<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45946<br>(5:18-CV-00248)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1006 | **Nonpriority creditor's name and mailing address**<br><br>HOWARD COUNTY<br>ATTN AUDITOR<br>OR CHAIR OF BOARD OF SUPERVISORS<br>137 NORTH ELM STREET<br>CRESCO, IA 52136<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45303-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1007 | **Nonpriority creditor's name and mailing address**<br><br>HUALAPAI TRIBE<br>ATTN CHIEF EXECUTIVE OFFICER OR<br>CHIEF CLERK OR SECRETARY<br>941 HUALAPAI WAY, PO BOX 179<br>PEACH SPRINGS, AZ 86434<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45004<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1008 | **Nonpriority creditor's name and mailing address**<br><br>HUMBOLDT COUNTY<br>ATTN AUDITOR<br>OR CHAIR OF BOARD OF SUPERVISORS<br>203 MAIN STREET<br>DAKOTA CITY, IA 50529<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1009**

**Nonpriority creditor's name and mailing address**

HUNTINGDON COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
233 PENN ST
HUNTINGDON, PA 16652

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1010**

**Nonpriority creditor's name and mailing address**

HURON COUNTY BOARD OF COUNTY COMMISSIONERS
ATTN OFFICER OR PROSECUTING ATTORNEY
180 MILAN AVENUE, SUITE 7
NORWALK, OH 44857

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45292
(3:18-CV-00610)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1011**

**Nonpriority creditor's name and mailing address**

HYMAN, PHELPS, MCNAMARA P.C.
700 THIRTEENTH STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** HYM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,470.00

---

**3.1012**

**Nonpriority creditor's name and mailing address**

IBERVILLE PARISH COUNCIL
ATTN CEO OR OFFICIAL ATTORNEY
58050 MERIAM STREET
PLAQUEMINE, LA 70764

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45140
(3:19-CV-00121)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1013**

**Nonpriority creditor's name and mailing address**

IC OPERATIONS, LLC
410 S BENSON LN
CHANDLER, AZ 85224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE TO IC
OPERATIONS, LLC

**Is the claim subject to offset?**
☐ No
☑ Yes

$11,426,509.96

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1014** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,476.88

ICG INTERNATIONAL CONSULTING
1551 WINTER SPRINGS BLVD.
WINTER SPRINGS, FL 32708

**Date or dates debt was incurred**

6/27/19

**Last 4 digits of account number:** ICG

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1015** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,200.00

IMS EXPERTSERVICES
4400 BAYOU BLVD. SUITE6
PENSACOLA, FL 32503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** GENT

Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1016** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

INDEPENDENCE, MISSOURI, CITY OF
ATTN MAYOR OR CITY CLERK OR CITY ATTORNEY
CITY HALL
111 E. MAPLE
INDEPENDENCE, MO 64050

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1017** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

INDIAN HEALTH COUNCIL, INC.
ATTN PRESIDENT, MANAGING OR GEN AGENT
50100 GOLSH ROAD
VALLEY CENTER, CA 92082

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46316
(3:18-CV-02626)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1018** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152,733,070.62

INSYS DEVELOPMENT COMPANY, INC.
410 S BENSON LN
CHANDLER, AZ 85224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0003

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE TO INSYS
DEVELOPMENT CO., INC.

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor   Insys Therapeutics, Inc.                    Case number (if known) 19-11292 (KG)
         (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1019** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $154,803,922.01

INSYS MANUFACTURING, LLC
410 S BENSON LN
CHANDLER, AZ  85224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
INTERCOMPANY PAYABLE TO INSYS
MANUFACTURING, LLC

**Last 4 digits of account number: 0005**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1020** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,183,596,778.83

INSYS PHARMA, INC.
410 S BENSON LN
CHANDLER, AZ  85224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
INTERCOMPANY PAYABLE TO INSYS
PHARMA , INC.

**Last 4 digits of account number: 0002**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1021** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

IOWA COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
222 N. IOWA STREET
DODGEVILLE, WI  53533

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45099-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1022** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,630,852.89

IPSC, LLC
410 S BENSON LN
CHANDLER, AZ  85224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
INTERCOMPANY PAYABLE TO IPSC, LLC

**Last 4 digits of account number: 0004**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1023** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

IREDELL COUNTY
ATTN COUNTY MANAGER OR TO THE CHAIRMAN,
CLERK OR BOARD MEMBER
135 E. WATER ST, PO BOX 1027
STATESVILLE, NC  28687

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45774
(5:18-CV-90)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

IRON COUNTY
ATTN CLERK OF THE COUNTY COURT
P.O. BOX 42
250 S. MAIN STREET
IRONTON, MO  63650-0042

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1025

**Nonpriority creditor's name and mailing address**

IRON COUNTY
ATTN CLERK OF THE COUNTY COURT
P.O. BOX 42
250 S. MAIN STREET
IRONTON, MO  63650-0042

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1026

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA  91189-1002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: IRON**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,615.07

---

3.1027

**Nonpriority creditor's name and mailing address**

IRV SUGARMAN
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC  20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1028

**Nonpriority creditor's name and mailing address**

IRVING B SUGERMAN, LAW DIR THE CITY OF NEW
FRANKLIN & TOWNSHIPS OF COPLEY & COVENTRY;
SOLICITOR FOR VILLAGE OF LAKEMORE
TOWNSHIPS OF COPLEY & COVENTRY; VILLAGE OF
LAKEMORE
ATTN OFFICER OR PROSECUTING ATTORNEY
388 SOUTH MAIN STREET, STE 500
AKRON, OH  44311-4407

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1029 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

IVY WOODS  IN HIS CAPACITY AS SHERIFF & AS OFFICER EX OFFICIO OF JEFFERSON DAVIS PARISH SHERIFF'S OFFICE & JEFFERSON DAVIS PARISH LAW ENFORCEMENT DISTRICT
SIMMONS HANLY CONROY
JAYNE CONROY
ONE COURT STREET
ALTON, IL  62002

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45099-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1030 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

JACKSON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
307 MAIN STREET
BLACK RIVER FALLS, WI  54615

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45121-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1031 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

JACKSON COUNTY ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
102 E LAUREL STREET
SCOTTSBORO, AL  35768

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45634

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1032 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

JACKSON COUNTY, ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
102 E LAUREL STREET
SCOTTSBORO, AL  35768

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45634

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1033 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

JACKSON COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
415 E 12TH STREET
KANSAS CITY, MO  64106

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45965
(4:18-CV-00571)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1034**

**Nonpriority creditor's name and mailing address**

JACQUELYNN MARTINEZ
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45484-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1035**

**Nonpriority creditor's name and mailing address**

JAMES POHLMANN, SHERIFF OF ST BERNARD PARISH, LA
ELLEN RELKIN
700 BROADWAY
5TH FLOOR
NEW YORK, NY 10003

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46292
(18-1218)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1036**

**Nonpriority creditor's name and mailing address**

JAMIE A GRAY
LAW OFFICE OF PAULETTE F. BALIN
MATTHEW J. SHUPE
7372 LAKESHORE BLVD.
MENTOR, OH 44060

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00328
(18-CV-00168)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1037**

**Nonpriority creditor's name and mailing address**

JAMIE JOHNSON
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45504-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1038**

**Nonpriority creditor's name and mailing address**

JAMIEE GILSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45461-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.1039 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JARRED GLICKSTEIN
AGINS & GILMAN
KERRY M. AGINS
5035 MAYFIELD ROAD, STE 250
LYNDHURST, OH  44124

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00331
(18-CV-00127)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1040**

**Nonpriority creditor's name and mailing address**

JASPER COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
101 1ST STREET N.
NEWTON, IA  50208

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45303-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1041**

**Nonpriority creditor's name and mailing address**

JASPER COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
101 1ST STREET N.
NEWTON, IA  50208

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1042**

**Nonpriority creditor's name and mailing address**

JAY RUSSELL DULY ELECTED SHERIFF OF OUACHITA
PARISH IN HIS OFFICIAL CAPACITY AS SHERIFF & THE
OUACHITA PARISH LAW ENFORCEMENT DISTRICT
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
411 W 1ST STREET
DULUTH, MN  55802

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45154-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1043**

**Nonpriority creditor's name and mailing address**

JEAN LAFITTE TOWN
ATTN CHIEF EXECUTIVE OFFICER
2654 JEAN LAFITTE BLVD
LAFITTE, LA  70067

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45041
(2:19-CV-00374)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

**3.1044** **Nonpriority creditor's name and mailing address**

JEFFERSON COUNTY
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
220 N MAIN ROOM 101
WAURIKA, OK 73573-2235

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CJ-2019-00001

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1045** **Nonpriority creditor's name and mailing address**

JEFFERSON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
311 S. CENTER AVENUE, RM 107
JEFFERSON, WI 53549

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45122-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1046** **Nonpriority creditor's name and mailing address**

JEFFERSON COUNTY
ATTN CLERK OF THE COUNTY COURT
729 MAPLE STREET
HILLSBORO, MO 63050

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1047** **Nonpriority creditor's name and mailing address**

JEFFERSON COUNTY ALABAMA
OFFICE OF THE PROSECUTING ATTORNEY
JEFFERSON COUNTY, 715 RICHARD ARRINGTON JR. BLVD
N.
STE. 280
BIRMINGHAM, AL 35203

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45558
(18-CV-00626)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1048** **Nonpriority creditor's name and mailing address**

JEFFERSON COUNTY BOARD OF HEALTH
ATTN CHAIRMAN OR PRESIDING OFFICER
OR MEMBER
1400 SIXTH AVENUE SOUTH
BIRMINGHAM, AL 35233

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45558
(18-CV-00626)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1049** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JEFFERSON COUNTY, OHIO
ATTN OFFICER OR PROSECUTING ATTORNEY
301 MARKET STREET
STEUBENVILLE, OH  43952

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45365
(1:18CV45365 2:18-CV-00037, 17CV00554)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1050** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JEFFREY F WILEY, DULY ELECTED SHERIFF OF
ASCENSION PARISH, IN HIS CAPACITY AS OFFICER EX
OFFICIO OF THE ASCENSION PARISH SHERIFF'S OFFICE
AND THE ASCENSION PARISH LAW ENFORCEMENT
DISTRICT
PRESIDING OFFICER
11333 VALLEY BOULEVARD
EL MONTE, CA  91731

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45842
(3:18-CV-00658)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1051** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JENNI GOLDMAN
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45516-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1052** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JENNIFER ARTZ
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45459-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1053** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JENNIFER THOMAS
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45542-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
JENNY SCULLY
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45544-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
JERRY PHILLEY IN HIS CAPACITY AS OFFICER EX-OFFICIO
OF W. CARROLL PARISH & WEST CARROLL PARISH LSW
ENFORCEMENT DISTRICT
PAUL F. NOVAK
3011 WEST GRAND BLVD, STE. 2150
DETROIT, MI 48202

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45260-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
JESSICA COLLIER
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45506-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
JESSICA HEMPEL
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45473-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
JESSICA PERKINS
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45535-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1059 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

JESSICA RODRIGUEZ
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45463-DAP

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| 3.1060 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

JESSICA TAYLOR
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45528-DAP

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| 3.1061 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

JICARILLA APACHE NATION
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
PO BOX 507
DULCE, MN 87528

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45385

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| 3.1062 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

JOEL REED
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC 20004

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 180500119

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| 3.1063 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

JOHN CRAFT DULY ELECTED SHERIFF OF VERNON
PARISH, IN HIS CAPACITY AS OFFICER EX OFFICIO OF THE
VERNON PARISH SHERIFF'S OFFICE AND THE VERNON
PARISH LAW ENFORCEMENT DISTRICT
PAUL J. PENNOCK
700 BROADWAY, 5TH FLOOR
NEW YORK, NY 10003

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45140-DAP

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

Debtor    Insys Therapeutics, Inc.

(Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1064**

**Nonpriority creditor's name and mailing address**

JOHN G. CARTER, SHERIFF OF WAYNE COUNTY, GA
DAWN M. CHMIELEWSKI
2220 BONAVENTURE COURT
PO BOX 12120
ALEXANDRIA, LA 71305

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45170

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1065**

**Nonpriority creditor's name and mailing address**

John Kapoor
WILKINSON WALSH & ESKOVITZ LLP
BETH WILKINSON
2001 M STREET, NW, SUITE 1000
WASHINGTON, DC 20036

**Date or dates debt was incurred**

3/1/19

**Last 4 digits of account number: P005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Indemnity Claim for Professional Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$950,000.00

---

**3.1066**

**Nonpriority creditor's name and mailing address**

JOHNSON COUNTY
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
204 S. BUFFALO AVE. 407
CLEBURNE, TX 76033

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. DC-C201800848

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1067**

**Nonpriority creditor's name and mailing address**

JOHNSON COUNTY
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
204 S. BUFFALO AVE. 407
CLEBURNE, TX 76033

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-01637
(DC-C201800848)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1068**

**Nonpriority creditor's name and mailing address**

JOHNSON COUNTY
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
204 S. BUFFALO AVE. 407
CLEBURNE, TX 76033

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1069** | **Nonpriority creditor's name and mailing address**
JOHNSON, ELLA LOUISE AS ADMINISTRATRIX OF THE
ESTATE OF MACKENZIE PAIGE HAYS
KEITH JACKSON
3530 INDEPENDENCE DR
BIRMINGHAM, AL 35209

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46143
(6:18-CV-00246)
(18CI00134)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1070** | **Nonpriority creditor's name and mailing address**
JONATHAN D. SACKLER
C/O JOSEPH HAGE AARONSON LLC
ATTN: GREGORY P. JOSEPH
485 LEXINGTON AVE, 30TH FL
NEW YORK, NY 10017

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45168

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1071** | **Nonpriority creditor's name and mailing address**
JOSH RICE
ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY
SITUATED
ROBERT J. BONSIGNORE
3771 MEADOWCREST DRIVE
LAS VEGAS, NV 89121

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00333
(18-CV-01100)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1072** | **Nonpriority creditor's name and mailing address**
JUAB COUNTY, UTAH
ATTN COUNTY CLERK
160 N MAIN
NEPHI, UT 84648

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 190600050

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1073** | **Nonpriority creditor's name and mailing address**
JUNEAU COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
220 EAST STATE STREET, RM 112
MAUSTON, WI 53948

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1074 | **Nonpriority creditor's name and mailing address**<br><br>JUSTIN MARKEY<br>MOTLEY RICE-WASHINGTON<br>ATTN LINDA J SINGER<br>401 NINTH STREET NW, STE 100<br>WASHINGTON, DC  20004<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1075 | **Nonpriority creditor's name and mailing address**<br><br>JUSTIN MARKEY, LAW DIR THE CITY OF NORTON<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>4060 COLUMBIA WOODS DR<br>NORTON, OH  44203<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1076 | **Nonpriority creditor's name and mailing address**<br><br>K&L GATES LLP<br>P.O BOX 844255<br>BOSTON, MA  02284-4255<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** L001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $122,693.62 |

| 3.1077 | **Nonpriority creditor's name and mailing address**<br><br>KAEGAN WHITTINGTON<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45541-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1078 | **Nonpriority creditor's name and mailing address**<br><br>KANAWHA COUNTY COMMISSION<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>407 VIRGINIA STREET EAST<br>CHARLESTON, WV  25301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45063<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1079 | **Nonpriority creditor's name and mailing address**<br><br>KANE COUNTY<br>ATTN COUNTY CLERK<br>76 N MAIN<br>KANAB, UT  84741<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 190500179<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1080 | **Nonpriority creditor's name and mailing address**<br><br>KAYLA SHOCKLEY<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-44527-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1081 | **Nonpriority creditor's name and mailing address**<br><br>KEEFE LAW FIRM<br>125 HALF MILE ROAD, SUITE 100<br>RED BANK, NJ  07701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: EEFE** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,271.26 |

| 3.1082 | **Nonpriority creditor's name and mailing address**<br><br>KEENE, NH, CITY OF<br>ATTN MAYOR, ALDERMAN, OR CLERK<br>3 WASHINGTON STREET<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45511<br>(1:18-CV-00293)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1083 | **Nonpriority creditor's name and mailing address**<br><br>KEITH COUNTY, NEBRASKA<br>ATTN CHIEF EXECUTIVE OFFICER, OR CLERK<br>121 WEST 3RD STREET – PO BOX 29<br>OGALLALA, NE  69153-0029<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45263<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1084 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

KENAITZE INDIAN TRIBE
ATTN CEO, CLERK OR SECRETARY
ADMINISTRATION BUILDING
150 N. WILLOW ST. / P.O. BOX 988
KENAI, AK  99611

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46309
(3:18-CV-00273)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1085 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

KENNEBEC COUNTY
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
125 STATE STREET, 2ND FL
AUGUSTA, ME  04330

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45257
(1:19-CV-00096)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1086 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

KENOSHA COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
912 56TH ST.
KENOSHA, WI  53140

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45144-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1087 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

KENT COUNTY
ATTN CHIEF EXECUTIVE OFFICER
555 BAY RD
DOVER, DE  19901

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. K19C-06-022 JJC

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1088 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES
ATTN PRESIDENT, MANAGING OR GEN AGENT
100 E. VINE ST. STE 800
LEXINGTON, KY  40507

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45968
(5:18-CV-00471)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1089 | **Nonpriority creditor's name and mailing address**<br>KEVIN WILK<br>EVERETT, GASKINS & HANCOCK<br>JAMES M. HASH<br>220 FAYETTEVILLE STREET, PO BOX 911<br>RALEIGH, NC 27602<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46266<br>(4:18-CV-00181)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|

| 3.1090 | **Nonpriority creditor's name and mailing address**<br>KIANA HUTCHINS<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45505-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|

| 3.1091 | **Nonpriority creditor's name and mailing address**<br>KIMBERLY BRAND<br>ROBERT L. KINSMAN<br>4717 GRAND AVE<br>STE 250<br>KANSAS CITY, MO 64112<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46047<br>(4:18CV653)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|

| 3.1092 | **Nonpriority creditor's name and mailing address**<br>KIMBERLY MARTIN<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45510-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|

| 3.1093 | **Nonpriority creditor's name and mailing address**<br>KINGSTON BOROUGH, PENNSYLVANIA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>500 WYOMING AVE<br>KINGSTON, PA 18704<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45585<br>(3:19-CV-00998)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.1094 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | KINNEY COUNTY TEXAS | ☑ Contingent | |
| | ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY | ☑ Unliquidated | |
| | OR COUNTY COURT CLERK | ☑ Disputed | |
| | 501 SOUTH ANN STREET | | |
| | BRACKETTVILLE, TX  78832 | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 1:18OP45241 | |
| | **Date or dates debt was incurred** | (2:18-CV-00011) | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.1095 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | KJELLSI MEINECKE | ☑ Contingent | |
| | C/O COOPER LAW FIRM | ☑ Unliquidated | |
| | ATTN CELESTE BRUSTOWICZ | ☑ Disputed | |
| | 1525 RELIGIOUS ST | | |
| | NEW ORLEANS, LA  70130 | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 1:19-OP-45493-DAP | |
| | **Date or dates debt was incurred** | | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.1096 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | KNOX COUNTY, MISSOURI | ☑ Contingent | |
| | ATTN CLERK OF THE COUNTY COURT | ☑ Unliquidated | |
| | COUNTY COURTHOUSE | ☑ Disputed | |
| | 107 N 4TH ST | | |
| | EDINA, MO  63537 | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 1:19-OP-45406 | |
| | **Date or dates debt was incurred** | | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.1097 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | KODIAK AREA NATIVE ASSOCIATION | ☑ Contingent | |
| | ATTN CEO, CLERK OR SECRETARY | ☑ Unliquidated | |
| | 3449 REZANOF DRIVE EAST | ☑ Disputed | |
| | KODIAK, AK  99615 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 1:18-OP-46260 | |
| | UNDETERMINED | (3:18-CV-00243) | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No | |
| | | ☐ Yes | |

| 3.1098 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | KOOTENAI TRIBE OF IDAHO | ☑ Contingent | |
| | ATTN CHIEF EXECUTIVE OFFICER OR | ☑ Unliquidated | |
| | THE SECRETARY OR CLERK | ☑ Disputed | |
| | PO BOX 1269 | | |
| | BONNERS FERRY, ID  83805 | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 1:18-OP-46153 | |
| | **Date or dates debt was incurred** | | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1099 | **Nonpriority creditor's name and mailing address**<br><br>KRAMON & GRAHAM, P.A.<br>ONE SOUTH STREET, SUITE 2600<br>BALTIMORE, MD 21202-3201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** AMON | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,553.00 |
| 3.1100 | **Nonpriority creditor's name and mailing address**<br><br>KRISTA GAUTHIER<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45478-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1101 | **Nonpriority creditor's name and mailing address**<br><br>KRYSTLE KIRK<br>C/O COOPER LAW FIRM<br>ATTN STEPHEN WUSSOW<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45509-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1102 | **Nonpriority creditor's name and mailing address**<br><br>LA CROSSE COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>212 6TH STREET NORTH<br>LA CROSSE, WI 54601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45277-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1103 | **Nonpriority creditor's name and mailing address**<br><br>LA POSTA BAND DIEGUENO MISSION INDIANS<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>8 CRESTWOOD RD<br>BOULEVARD, CA 91905<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45397<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

**3.1104** **Nonpriority creditor's name and mailing address**

LA SALLE COUNTY, ILLINOIS
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR COUNTY CLERK
707 EAST ETNA ROAD
OTTAWA, IL  61350-1047

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-L-000052

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1105** **Nonpriority creditor's name and mailing address**

LACKAWANNA COUNTY
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
123 WYOMING AVENUE
SCRANTON, PA  18503

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CV-2018-002773

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1106** **Nonpriority creditor's name and mailing address**

LACKAWANNA COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
123 WYOMING AVE
SCRANTON, PA  18503

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CV-2018-002773

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1107** **Nonpriority creditor's name and mailing address**

LADUE CURRAN & KUEHN LLC
100 E. WAYNE STREET SUITE 300
SOUTH BEND, IN  46601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** ADUE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$746.00

---

**3.1108** **Nonpriority creditor's name and mailing address**

LAFAYETTE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
626 MAIN STREET
DARLINGTON, WI  53530

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45277-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1109 | **Nonpriority creditor's name and mailing address**<br><br>LAFAYETTE GENERAL HEALTH SYSTEM INC<br>ATTN CEO OR OFFICIAL ATTORNEY<br>1214 COOLIDGE STREET<br>LAFAYETE, LA 70503<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46082<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1110 | **Nonpriority creditor's name and mailing address**<br><br>LAKE COUNTY, FLORIDA<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>315 W MAIN ST, PO BOX 7800<br>TAVARES, FL 32778<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45588<br>(5:19-CV-00294)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1111 | **Nonpriority creditor's name and mailing address**<br><br>LAMAR COUNTY, ALABAMA<br>ATTN CHAIRMAN OR PRESIDING OFFICER<br>OR MEMBER<br>330 1ST STREET NE<br>VERNON, AL 35592<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45210<br>(7:18-CV-00199)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1112 | **Nonpriority creditor's name and mailing address**<br><br>LANCASTER COUNTY<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>101 N. MAIN STREET<br>101 N. MAIN STREET<br>LANCASTER, SC 29720<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019CP2900540<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1113 | **Nonpriority creditor's name and mailing address**<br><br>LANCASTER COUNTY, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>101 N. MAIN STREET<br>LANCASTER, SC 29720<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2019CP2900540<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.    Case Number (if known) 19-11292 (KG)
          (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.1114** **Nonpriority creditor's name and mailing address**

LANGLADE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
800 CLERMONT STREET
ANTIGO, WI 54409

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45124-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1115** **Nonpriority creditor's name and mailing address**

LARRY H. DEAN
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
200 SOUTHERN PINES RD
DUBLIN, GA 31021

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45163

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1116** **Nonpriority creditor's name and mailing address**

LAURENS COUNTY, GEORGIA
LAURENS COUNTY BOARD OF COMMISSIONERS
117 E JACKSON ST
DUBLIN, GA 31040

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45945
(3:18CV52)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1117** **Nonpriority creditor's name and mailing address**

LAURENS COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
100 HILLCREST SQ
LAURENS, SC 29360

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP3000606

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1118** **Nonpriority creditor's name and mailing address**

LAWRENCE COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
430 COURT STREET
NEW CASTLE, PA 16101-3503

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor  Insys Therapeutics, Inc.  Case number (if known) 19-11292 (KG)
_____
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1119** **Nonpriority creditor's name and mailing address**

LAWTON CITY OF
ATTN CHIEF EXECUTIVE OFFICER, CLERK, SEC
OR OFFICIAL RECORDS OFFICIAL
212 SW 9TH STREET
LAWTON, OK  73501-3944

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-00078
(CJ-2018-725)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1120** **Nonpriority creditor's name and mailing address**

LEAVENWORTH COUNTY, KANSAS
ATTN COUNTY COMMISSIONERS, THE
COUNTY CLERK OR THE COUNTY TREASURER
300 WALNUT ST
LEAVENWORTH, KS  66048

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45602
(2:19-CV-02316)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1121** **Nonpriority creditor's name and mailing address**

LEE COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
25 NORTH 7TH STREET
KEOKUK, IA  52632

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1122** **Nonpriority creditor's name and mailing address**

LEE COUNTY GEORGIA
LEE COUNTY BOARD OF COMMISSIONERS
102 STARKSVILLE AVENUE NORTH
LEESBURG, GA  31763

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46171
(1:18-CV-00187-LJA)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1123** **Nonpriority creditor's name and mailing address**

LEE COUNTY VIRGINIA
ATTN COUNTY OR COMMONWEALTH ATTORNEY
33640 MAIN ST
JONESVILLE, VA  24263

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45251
(2:18-CV-00049)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1124 | **Nonpriority creditor's name and mailing address**<br><br>LEVY COUNTY<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES, VICE MAYOR OR VICE CHAIR<br>355 S. COURT STREET<br>BRONSON, FL 32621<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46119<br>(1:18-CV-00100)<br>(2018CA000283)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1125 | **Nonpriority creditor's name and mailing address**<br><br>LEWIS COUNTY, MISSOURI<br>ATTN CLERK OF THE COUNTY COURT<br>LEWIS COUNTY COURTHOUSE<br>100 E. LAFAYETTE<br>MONTICELLO, MO 63547<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP46263<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1126 | **Nonpriority creditor's name and mailing address**<br><br>LEWIS COUNTY, WASHINGTON<br>ATTN COUNTY AUDITOR, EDUPTY AUDITOR<br>OR AGENT<br>651 NW NORTH ST<br>CHEHALIS, WA 98532<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46301<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1127 | **Nonpriority creditor's name and mailing address**<br><br>LINCOLN COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>801 N. SALES STREET, SUITE 201<br>MERRILL, WI 54452<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45167-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1128 | **Nonpriority creditor's name and mailing address**<br><br>LINCOLN COUNTY<br>ATTN COUNTY COMMISSIONER, CLERK,<br>OR TREASURER<br>32 HIGH STREET<br>WISCASSET, ME 04578<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45190<br>(1:19-CV-00017)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.1129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LINCOLN COUNTY, NEBRASKA
OFFICE OF COUNTY COUNSEL
COUNTY OF LINCOLN
301 NORTH JEFFERS
ROOM 101A
NORTH PLATTE, NE 69101

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45099

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| 3.1130 | **Nonpriority creditor's name and mailing address** |
|---|---|

LISA MILLER
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC 20004

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| 3.1131 | **Nonpriority creditor's name and mailing address** |
|---|---|

LISA MILLER, LAW DIR THE CITY OF BARBETON
ATTN CITY SOLICITOR OR LEGAL OFFICER
576 W PARK AVENUE
ROOM 301
BARBERTON, OH 44203

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| 3.1132 | **Nonpriority creditor's name and mailing address** |
|---|---|

LOCAL 237 TEAMSTERS WELFARE FUND
WOLF, HALDENSTEIN
BENJAMIN Y. KAUFMAN
270 MADISON AVENUE
NEW YORK, NY 10016

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45174
(1:18-CV-00336)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| 3.1133 | **Nonpriority creditor's name and mailing address** |
|---|---|

LOCAL 279 CLEVELAND TEACHERS UNION
ATTN CITY SOLICITOR OR LEGAL OFFICER
1228 EUCLID AVE
SUITE 300
CLEVELAND, OH 44115-1802

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45135
(1:18-CV000241)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LOCAL UNION NO. 120 PIPE FITTERS INSURANCE FUND
ATTN CITY SOLICITOR OR LEGAL OFFICER
6305 HALLE DRIVE
CLEVLAND, OH  44125

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45432
(1:18-CV-00854)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LORETTO HOSPITAL OF CHICAGO
ATTN PRESIDENT, MANAGING OR GEN AGENT
645 S CENTRAL AVE
CHICAGO, IL  60644

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45455
(1:19-CV-01375)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LORI TAYLOR
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45529-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LOU SARDELLA
KELLER LENKNER
SETH A. MEYER
150 NORTH RIVERSIDE PLAZA
CHICAGO, IL  60606

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45995
(3:18CV8706)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LOUDOUN COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
1 HARRISON ST SE
LEESBURG, VA  20175

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00778
(CL-00001052-00)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1139 | **Nonpriority creditor's name and mailing address**<br><br>LOUISA COUNTY<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>PO BOX 160<br>LOUISA, VA 23093<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00027<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1140 | **Nonpriority creditor's name and mailing address**<br><br>LOWER SIOUX COMMUNITY IN THE STATE OF MINNESOTA<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>39527 RES. HIGHWAY 1, P.O. BOX 308<br>MORTON, MN 56270<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP45976<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1141 | **Nonpriority creditor's name and mailing address**<br><br>LUCAS COUNTY CHILDREN SERVICES BOARD OF TRUSTEES<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>1 GOVERNMENT CENTER<br>TOLEDO, OH 43604<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46177<br>(FILING ERROR 3:18-CV-02445)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1142 | **Nonpriority creditor's name and mailing address**<br><br>LYON COUNTY<br>ATTN AUDITOR OR CHAIR OF BOARD<br>LYON COUNTY COURTHOUSE<br>206 S. 2ND AVE.<br>ROCK RAPIDS, IA 51246<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45303-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1143 | **Nonpriority creditor's name and mailing address**<br><br>LYTTON BAND OF POMO INDIANS<br>ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER<br>PO BOX 1289<br>WINDSOR, CA 95492<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. (1:19-OP-45580)<br>(3:19-CV-03224)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case Number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

MACOMB, COUNTY OF
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
1 S MAIN STREET, 9TH FLOOR
MOUNT CLEMENS, MI 48043

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45085
(4:17-CV-14077)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1145 Nonpriority creditor's name and mailing address**

MADISON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
311 S. CENTER AVENUE, RM 107
JEFFERSON, WI 53549

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1146 Nonpriority creditor's name and mailing address**

MADISON COUNTY
ATTN CLERK OF THE COUNTY COURT
1 COURT SQUARE
FREDERICKTOWN, MO 63645

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00028

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1147 Nonpriority creditor's name and mailing address**

MADISON COUNTY, ALABAMA
ATTN CHAIRMAN,PRES OFFICER OR MEMBER
MADISON COUNTY COURTHOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45006
(5:18-CV-02024)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1148 Nonpriority creditor's name and mailing address**

MADISONVILLE TOWN
ATTN CEO OR OFFICIAL ATTORNEY
403 ST. FRANCIS ST.
MADISONVILLE, LA 70447

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46063
(2:18-CV-07974)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.                                        Case number (if known) 19-11292 (KG)

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.1149**  **Nonpriority creditor's name and mailing address**

MAHASKA COUNTY
ATTN AUDITOR OR CHAIR OF BOARD
MAHASKA COUNTY COURTHOUSE
106 S. 1ST ST.
OSKALOOSA, IA  52577

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1150**  **Nonpriority creditor's name and mailing address**

MAJOR, LINDSEY & AFRICA LLC
15208 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-5208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DSEY**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,625.00

---

**3.1151**  **Nonpriority creditor's name and mailing address**

MANATEE COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
1112 MANATEE AVE W
BRADENTON, FL  34205

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45044
(8:19-CV-00143)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1152**  **Nonpriority creditor's name and mailing address**

MANCHESTER, NH, CITY OF
ATTN MAYOR, ALDERMAN, OR CLERK
ONE CITY HALL PLAZA
MANCHESTER, NH  03101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45163

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1153**  **Nonpriority creditor's name and mailing address**

MANISTEE, COUNTY OF
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
415 THIRD ST
MANISTEE, MI  49660

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45113
(1:18-CV-00033)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.          Case number (if known) 19-11292 (KG)

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.1154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MANITOWOC COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
1010 S. 8TH ST, 1ST FL, RM 115
MANITOWOC, WI  54220

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45135-DAP

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MARATHON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
500 FOREST ST
WAUSAU, WI  54403

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45095-DAP

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MARIA ORTIZ
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45492-DAP

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MARIES COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
PO BOX 205
0
VIENNA, MO  65582

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46194

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MARIJHA HAMAWI
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45477-DAP

UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1159** Nonpriority creditor's name and mailing address

MARINETTE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
1926 HALL AVE
MARINETTE, WI 54143

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45145-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1160** Nonpriority creditor's name and mailing address

MARINO, TORTORELLA & BOYLE, P.C.
KEVIN H. MARINO, PRINCIPAL
437 SOUTHERN BLVD
CHATHAM TOWNSHIP, NJ 07928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RINO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $110,344.43

---

**3.1161** Nonpriority creditor's name and mailing address

MARION COUNTY
ATTN AUDITOR OR CHAIR OF BOARD
MARION COUNTY COURTHOUSE
214 E MAIN ST
KNOXVILLE, IA 50138

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1162** Nonpriority creditor's name and mailing address

MARION COUNTY SOUTH CAROLINA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
100 WEST COURT ST
MARION, SC 29571

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45146

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1163** Nonpriority creditor's name and mailing address

MARION COUNTY, ALABAMA
ATTN CHAIRMAN OR PRESIDING OFFICER
OR MEMBER
PO BOX 489
HAMILTON, AL 35570

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45171
(6:18-CV-00143)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

MARION COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
601 SE 25TH AVE
OCALA, FL  34471

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45272
(5:19-CV-00165)

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

MARION COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
MARION COUNTY ADMIN BLDG
2523 E HIGHWAY 76
MARION, SC  29571

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019CP3300299

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

MARK GARBER DULY ELECTED SHERIFF OF LAFAYETTE
PARISH, IN HIS CAPACITY AS OFFICER EX OFFICIO OF THE
LAFAYETTE PARISH SHERIFF'S OFFICE AND THE
LAFAYETTE PARISH LAW ENFORCEMENT DISTRICT
PAUL J. PENNOCK
700 BROADWAY, 5TH FLOOR
NEW YORK, NY  10003

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45180-DAP

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

MARK GUIDETTI
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC  20004

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

MARK MELTON
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
560 BARNES ST, STE B
BAXLEY, GA  31513

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45307

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

Debtor    Insys Therapeutics, Inc.
         (Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1169** | **Nonpriority creditor's name and mailing address**

MARKETING SERVICES OF INDIANA INC
ATTN PRESIDENT, MANAGING OR GEN AGENT

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP46104
(1:18CV2778)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1170** | **Nonpriority creditor's name and mailing address**

MARQUETTE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
77 W PARK ST, PO BOX 129
MONTELLO, WI  53949

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45136-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1171** | **Nonpriority creditor's name and mailing address**

MARSH & MCLENNAN AGENCY, LLC
P.O. BOX 85638
SAN DIEGO, CA  92186-5638

**Date or dates debt was incurred**

7/18/19

**Last 4 digits of account number: ARSH**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00

---

**3.1172** | **Nonpriority creditor's name and mailing address**

MARSHAL PITCHFORD, LAW DIR THE VILLAGE OF
MOGADORE, SOLICITOR FOR THE VILLAGES OF BOSTON
HEIGHTS & CLINTON
ATTN CITY SOLICITOR OR LEGAL OFFICER
135 S. CLEVELAND AVE
MOGADORE, OH  44260

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1173** | **Nonpriority creditor's name and mailing address**

MARSHALL COUNTY HEALTH CARE AUTHORITY
ATTN CHAIRMAN OR PRESIDING OFFICER
OR MEMBER
150 JUDY SMITH DRIVE
GUNTERSVILLE, AL  35976

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45538

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1174** | **Nonpriority creditor's name and mailing address**

MARSHALL COUNTY, ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
MARSHALL COUNTY COURTHOUSE
424 BLOUNT AVE, STE 305
GUNTERSVILLE, AL  35976

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45230
(4:18-CV-00226)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1175** | **Nonpriority creditor's name and mailing address**

MARSHALL PITCHFORD
ATTN CITY SOLICITOR OR LEGAL OFFICER
135 S. CLEVELAND AVE
MOGADORE, OH  44260

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1176** | **Nonpriority creditor's name and mailing address**

MARTIN
PAUL J. PENNOCK
700 BROADWAY, 5TH FLOOR
NEW YORK, NY  10003

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:18-CV-04052
(CV2018-011335)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1177** | **Nonpriority creditor's name and mailing address**

MASHANTUCKET (WESTERN) PEQUOT TRIBE
ATTN CLERK, CHIEF PRESIDING OFFICER
 OR MANAGING AGENT
110 PEQUOT TRAIL, PO BOX 3126
MASHANTUCKET, CT  06338-3126

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45405

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1178** | **Nonpriority creditor's name and mailing address**

MASIOWSKI
PAUL J. NAPOLI
360 LEXINGTON AVENUE
11TH FLOOR
NEW YORK, NY  10017

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45985
(2:18-CV-02080)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |

---

**3.1179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

MAVERICK COUNTY
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
500 QUARRY STREET, SUITE 2
EAGLE PASS, TX 78852

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 17-10-34909

UNDETERMINED

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.1180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

MAYOR AND COMMON COUNCIL OF WESTMINSTER,
MARYLAND
ATTN OFFICER OR AGENT
CITY HALL, 1ST FLOOR
1838 EMERALD HILL LN
WESTMINSTER, MD 21157

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45853
(1:18-CV-01913)

UNDETERMINED

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.1181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

MAYOR AND COUNCIL OF ROCKVILLE, MARYLAND
ATTN OFFICER OR AGENT
111 MARYLAND AVE
ROCKVILLE, MD 20850

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45853
(1:18-CV-01913)

UNDETERMINED

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.1182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

MAYOR DAVID ADKINS ON BEHALF OF THE TOWN OF
HAMLIN
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
220 MAIN ST
HAMLIN, WV 25523

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45386
(2:18CV477 (18-C-9))

UNDETERMINED

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.1183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

MAYOR FARRIS BURTON ON BEHALF OF TOWN OF WEST
HAMLIN
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
PO BOX 221
WEST HAMLIN, WV 25571

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45941
(2:18CV478 (18-C-8))

UNDETERMINED

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.1184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
MCCAIN
STEVEN W. TEPPLER
3 BECKER FARM ROAD
ROSELAND, NJ 07086

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45244

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MCCORMICK COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
610 SOUTH MINE ST
MCCORMICK, SC 29835

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-CP-35-00031

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $201,223.56 |

MCKESSON SPECIALTY AZ
(MSAZ) TRIG
13796 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0320

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MCKE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MDL PLAINTIFFS
C/O SPANGENBERG, SHIBLEY & LIBER
ATTN PETER H. WEINBERGER
1001 LAKESIDE AVE, E
CLEVELAND, OH 44114

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-MD-2804

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MECHELLE GAUTHIER
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45514-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1189 | **Nonpriority creditor's name and mailing address**<br><br>MECHOOPDA INDIAN TRIBE - CHICO RANCHERIA<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>125 MISSION RANCH BLVD<br>CHICO, CA  95926<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45403<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1190 | **Nonpriority creditor's name and mailing address**<br><br>MECKLENBURG COUNTY<br>ATTN COUNTY MANAGER OR TO THE CHAIRMAN,<br>CLERK OR BOARD MEMBER<br>3205 FREEDOM DR<br>CHARLOTTE, NC  28208<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45221<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1191 | **Nonpriority creditor's name and mailing address**<br><br>MECKLENBURG COUNTY, VA<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>350 WASHINGTON ST<br>BOYDTON, VA  23917<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00463<br>(CL19-558)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1192 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL CENTER AT CLINTON COUNTY INC D/B/A THE<br>MEDICAL CENTER AT ALBANY<br>ATTN MAYOR, CITY CLERK OR CITY ATTORNEY<br>303 E. 3RD STREET<br>JOPLIN, MI  64801<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46058<br>(3:18-MC-99999)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1193 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL CENTER AT FRANKLIN INC D/B/A THE MEDICAL<br>CENTER AT FRANKLIN<br>ALYSON MARIE PETRICK<br>8235 FORSYTH BOULEVARD<br>SUITE 1100<br>ST. LOUIS, MO  63105<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46058<br>(3:18-MC-99999)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|--------|--------------------------|------------------------|---------------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1194 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL MUTUAL OF OHIO<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>100 W BROAD ST #1400<br>COLUMBUS, OH  43215<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45307<br>(1:18CV716)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1195 | **Nonpriority creditor's name and mailing address**<br><br>MEGAN RABER<br>MOTLEY RICE-WASHINGTON<br>ATTN LINDA J SINGER<br>401 NINTH STREET NW, STE 100<br>WASHINGTON, DC  20004<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1196 | **Nonpriority creditor's name and mailing address**<br><br>MEGAN RABER, LAW DIR THE CITY OF TALLMADGE<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>46 NORTH AVENUE<br>TALLMADGE, OH  44278<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1197 | **Nonpriority creditor's name and mailing address**<br><br>MEGHAN LARA<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA  70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45477-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1198 | **Nonpriority creditor's name and mailing address**<br><br>MEIGS COUNTY, OH<br>ATTN OFFICER OR PROSECUTING ATTORNEY<br>100 E SECOND ST<br>POMEROY, OH  45769<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |

(Name)

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

**3.1199** **Nonpriority creditor's name and mailing address**

MELANIE MASSEY
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45525-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1200** **Nonpriority creditor's name and mailing address**

MENOMINEE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
W3269 COURTHOUSE LN
KESHENA, WI 54135

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45277-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1201** **Nonpriority creditor's name and mailing address**

MENTAL HEALTH & RECOVERY SERVICES BOARD OF
ALLEN, AUGLAIZE AND HARDIN COUNTIES
ATTN PRESIDENT, MANAGING OR GEN AGENT
529 S ELIZABETH ST
LIMA, OH 45804

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46344

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1202** **Nonpriority creditor's name and mailing address**

MENTAL HEALTH & RECOVERY SERVICES BOARD OF
LUCAS COUNTY
ATTN PRESIDENT, MANAGING OR GEN AGENT
701 ADAMS ST #800
TOLEDO, OH 43604

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46177
(FILING ERROR 3:18-CV-02445)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1203** **Nonpriority creditor's name and mailing address**

MERCY HOUSE TEEN CHALLENGE
ATTN PRESIDENT, MANAGING OR GEN AGENT
1110 MARY ST
PO BOX 266
GEORGETOWN, MS 39078

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46070

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

MERIWETHER COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
17234 ROOSEVELT HWY, BLDG B
GREENVILLE, GA 30222

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45305

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,675.47 |

MERRILL COMMUNICATIONS LLC
CM-9638
SAINT PAUL, MN 55170-9638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

6/20/19

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** RILL

---

| 3.1206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

MERRIMACK COUNTY
ATTN COUNTY COMMISSIONER OR TREASURER
MERRIMACK COUNTY ADMINISTRATION
333 DANIEL WEBSTER HIGHWAY, SUITE 2
BOSCAWEN, NH 03303

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46106
(1:18-CV-00808)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

MESCALERO APACHE TRIBE
ATTN PRESIDENT, MANAGING OR GEN AGENT
P.O. BOX 227
108 CENTRAL AVE
MESCALERO, NM 88340

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45317

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

METROHEALTH SYSTEM
ATTN PRESIDENT, MANAGING OR GEN AGENT
2500 METROHEALTH DRIVE
CLEVELAND, OH 44109

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46004

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.1209

METROPOLITAN GOVERNMENT OF NASHVILLE AND
DAVIDSON COUNTY TENNESSEE
ATTN CHIEF EXEC OFFICER, COUNTY ATTORNEY
OR COUNTY COURT CLERK
1 PUBLIC SQUARE, SUITE 100
NASHVILLE, TN  37201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45088
(3:17-CV-01605)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1210

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
MILE MARKER 36, US-41
MIAMI, FL  33194

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45121
(1:19-CV-20618)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1211

MICHAEL KLODZINSKI
CONSOVOY MCCARTHY PARK
ATTN MICHAEL H PARK
3 COLUMBUS CIR, 15TH FLR
NEW YORK, NY  10024

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45938
(1:18CV3927)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1212

MICHAEL KONIG
ZEBERSKY PAYNE
ATTN JORDAN A. SHAW
110 SE SIXTH STREET
FT LAUDERDALE, FL  33301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46041
(0:18-CV-61960)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1213

MICHAEL LOPEZ
DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN
RICHARD ERIC SHELTON
36 S STATE STREET, STE 2400
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP46122
(2:18-CV-00719)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1214** Nonpriority creditor's name and mailing address

MIDDLEBURY
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
1212 WHITTEMORE ROAD
MIDDLEBURY, CT  06762

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1215** Nonpriority creditor's name and mailing address

MIKE HALE (IN HIS CAPACITY AS SHERIFF OF JEFFERSON
COUNTY ALABAMA)
LAUREN TALLENT ROGERS
150 W MAIN ST STE 2100
PO BOX 3037
NORFOLK, VA  23510

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18-OP-45558
(18-CV-00626)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1216** Nonpriority creditor's name and mailing address

MIKE KILE
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
202 ROCKY FORD RD.
SYLVANIA, GA  30467

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45167

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1217** Nonpriority creditor's name and mailing address

MILESTONE REPORTING COMPANY
P.O. BOX 3426
ORLANDO, FL  32802

**Date or dates debt was incurred**

4/24/19

**Last 4 digits of account number: TONE**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR JOHN KAPOOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$343.50

---

**3.1218** Nonpriority creditor's name and mailing address

MILLER COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
PO BOX 12
TUSCUMBIA, MO  65082

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45274

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.1219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $143,202.69 |

MILLER FRIEL
1200 NEW HAMPSHIRE AVE., NW
SUITE 800
WASHINGTON, DC  20036

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** L012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

MILLS COUNTY
ATTN AUDITOR OR CHAIR OF BOARD
418 SHARP STREET
GLENWOOD, IA  51534

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45303-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

MINNEAPOLIS, MINNESOTA
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
CITY HALL, ROOM 304
350 SOUTH 5TH STREET
MINNEAPOLIS, MN  55415

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45850

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

MINUTE MEN INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
3740 CARNEGIE AVENUE
CLEVELAND, OH  44115

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45306
(1:18CV688 (CV 18 893314)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

MINUTE MEN SELECT INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
3740 CARNEGIE AVENUE
CLEVELAND, OH  44115

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45306
(1:18CV688 (CV 18 893314)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1224** | **Nonpriority creditor's name and mailing address**

MITCHELL COUNTY
ATTN AUDITOR OR CHAIR OF BOARD
P O BOX 29
806 MAIN STREET
OSAGE, IA 50461

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1225** | **Nonpriority creditor's name and mailing address**

MITCHELL COUNTY TEXAS
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
349 OAK STREET ROOM 103
COLORADO CITY, CO 79512

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45063
(1:17-CV-00197-C)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1226** | **Nonpriority creditor's name and mailing address**

MITCHELL, BARLOW & MANSFIELD, P.C.
NINE EXCHANGE PLACE
SUITE 600
SALT LAKE CITY, UT 84111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: HELL**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,445.71

---

**3.1227** | **Nonpriority creditor's name and mailing address**

MODOC NATION
F/K/A MODOC NATION OF OKLAHOMA
ATTN CEO, CLERK, SECRETARY
22 N EIGHT TRIBES TRAIL
MIAMI, OK 74354

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45439

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1228** | **Nonpriority creditor's name and mailing address**

MONITEAU COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
200 E. MAIN
200 E. MAIN
CALIFORNIA, MO 65018

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46352

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1229 | **Nonpriority creditor's name and mailing address**<br><br>MONMOUTH COUNTY<br>ATTN PRESIDING OFFICER OR CLERK OR SECR<br>ONE EAST MAIN STREET<br>P.O. BOX 1255<br>FREEHOLD, NJ 07728<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP46118<br>((3:18CV10901 (REMOVED FROM<br>MID-L-003010-18))<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1230 | **Nonpriority creditor's name and mailing address**<br><br>MONROE COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>202 SOUTH K ST, RM 1<br>SPARTA, WI 54656<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1231 | **Nonpriority creditor's name and mailing address**<br><br>MONROE COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>202 SOUTH K ST, RM 1<br>SPARTA, WI 54656<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45146-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1232 | **Nonpriority creditor's name and mailing address**<br><br>MONROE COUNTY, PA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>ONE QUAKER PLAZA<br>STROUDSBURG, PA 18360<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1233 | **Nonpriority creditor's name and mailing address**<br><br>MONTGOMERY COUNTY<br>ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV<br>105 E COOLBAUGH ST<br>PO BOX 469<br>RED OAK, IA 51566<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1234**

**Nonpriority creditor's name and mailing address**

MONTGOMERY COUNTY
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
755 ROANOKE ST
CHRISTIANBURG, VA  24073

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45234
(7:18-CV-00619)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1235**

**Nonpriority creditor's name and mailing address**

MONTGOMERY COUNTY, MARYLAND
OFFICE OF THE MONTGOMERY COUNTY ATTORNEY
JOHN PAUL MARKOVS
101 MONROE STREET, 3RD FL
ROCKVILLE, MD  20850

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45212
(8:18-CV-00377)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1236**

**Nonpriority creditor's name and mailing address**

MONTGOMERY COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
211 E. THIRD STREET,
MONTGOMERY CITY, MO  63361

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46197

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1237**

**Nonpriority creditor's name and mailing address**

MORGAN COUNTY, TENNESSEE
ATTN CHIEF EXECTIVE OFFICER, CO ATTORNEY
OR COUNTY COURT CLERK
415 N KINGSTON ST.
WARTBURG, TN  37887

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45075
(3:19-CV-00036)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1238**

**Nonpriority creditor's name and mailing address**

MORRIS NICHOLS ARSHT & TUNNELL
1201 N MARKET ST 16TH FLOOR
PO BOX 1347
WILMINGTON, DE  19899-1347

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: R015**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,562.46

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.1239**

**Nonpriority creditor's name and mailing address**

MSI CORPORATION
ATTN PRESIDENT, MANAGING OR GEN AGENT
210 FIRST STREET
VANDERGRIFT, PA 15690

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46053
(2:18CV1109)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1240**

**Nonpriority creditor's name and mailing address**

MUNICIPALITY OF CANOVANAS, PUERTO RICO
ATTN CHIEF EXECUTIVE OFFICER
SECOND LEVEL CASA ALCALDIA
CLL MUNOZ RIVERA
CANOVANAS, PR 00729

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46018

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1241**

**Nonpriority creditor's name and mailing address**

MUNICIPALITY OF JUNCOS, PUERTO RICO
ATTN CHIEF EXECUTIVE OFFICER

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45994

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1242**

**Nonpriority creditor's name and mailing address**

MUNICIPALITY OF NORRISTOWN, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
235 E AIRY ST
NORRISTOWN, PA 19401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1243**

**Nonpriority creditor's name and mailing address**

MUNICIPALITY OF RIO GRANDE, PUERTO RICO
ATTN CHIEF EXECUTIVE OFFICER
PO BOX 847
RIO GRANDE, PR 00745

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45895

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|--------|--------------------------|------------------------|---------------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MUNICIPALITY OF VEGA ALTA, PUERTO RICO
ATTN CHIEF EXECUTIVE OFFICER
PO BOX 1390
VEGA ALTA, PR  00692-1390

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP46011

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MUNICIPALITY OF YABUCOA, PUERTO RICO
ATTN CHIEF EXECUTIVE OFFICER
PO BOX 97
YABUCOA, PR  00767-0097

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45731

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MUSETTE CHANCEY
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45533-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MUSKEGON COUNTY
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
990 TERRACE STREET
MUSKEGON, MI  49442

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46199
(1:18-CV-01155)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MUSTANG CITY OF
ATTN CHIEF EXEC OFFICER, CLERK, SECR
OR OFFICIAL RECORDS OFFICIAL
1125 W HIGHWAY 152, SUITE 103
MUSTANG, OK  73064

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-00339
(CJ-2019-189)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

NADJA STREITER
NADJA STREITER, ZELDES NEEDLE & COOPER
BRENDAN JOHN OROURKE
263 TRESSER BLVD, 14TH FLOOR
STAMFORD, CT  06901

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46045
(3:18CV1425)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address** — 3.1250

NAOMI WRIGHT
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45543-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address** — 3.1251

NASHUA, NH, CITY OF
ATTN MAYOR, ALDERMAN, OR CLERK
229 MAIN STREET
NASHUA, NH  03060

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45062
(1:17-CV-00730)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address** — 3.1252

NATIONAL ROOFERS UNION & EMPLOYERS JOINT HEALTH
& WELFARE FUND
PATRICK G WARNER
513 E RICH STREET, STE 201
COLOMBUS, OH  43215

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45833
(18-CV-01949-BSB)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address** — 3.1253

NATIVE VILLAGE OF AFOGNAK (INDIVIDUALLY AND ON
BEHALF OF ALL THOSE SIMILARLY SITUATED)
DAVID M CUPPAGE
1800 MIDLAND BLDG
101 PROSPECT AVENUE W
CLEVELAND, OH  44115

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46309
(3:18-CV-00273)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor   Insys Therapeutics, Inc.

(Name)

Case number (if known) 19-11292 (KG)

| | Part 2: | Additional Page |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1254**

**Nonpriority creditor's name and mailing address**

NATIVE VILLAGE OF PORT HEIDEN
ATTN CEO, CLERK OR SECRETARY
2200 JAMES STREET
PORT HEIDEN, AK  99549

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46309
(3:18-CV-00273)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1255**

**Nonpriority creditor's name and mailing address**

NAVIGANT CONSULTING INC
4511 PAYSPHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

9/14/18

**Last 4 digits of account number:** V002

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY RELATED

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,445.91

---

**3.1256**

**Nonpriority creditor's name and mailing address**

NEOSHO COUNTY KANSAS BOARD OF COMMISSIONERS
ATTN COUNTY COMMISSIONERS, THE
COUNTY CLERK OR THE COUNTY TREASURER
100 S MAIN ST
ERIE, KS  66733

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46125
(2:18-CV-02497)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1257**

**Nonpriority creditor's name and mailing address**

NEVILS
JOEL L. DILORENZO
505 20TH ST N
STE 1275
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45296

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1258**

**Nonpriority creditor's name and mailing address**

NEW MILFORD
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
10 MAIN STREET
NEW MILFORD, CT  06776

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1259** | **Nonpriority creditor's name and mailing address**

NEWBERRY COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
1309 COLLEGE ST
PO BOX 156
NEWBERRY, SC  29108

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1260** | **Nonpriority creditor's name and mailing address**

NEWTOWN, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
23 NORTH STATE ST
NEWTOWN, PA  18940

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1261** | **Nonpriority creditor's name and mailing address**

NICHOLE TINDALL
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45530-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1262** | **Nonpriority creditor's name and mailing address**

NICOLE TUTTLE
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45476-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1263** | **Nonpriority creditor's name and mailing address**

NIOLA LECHUGA
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45468-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1264**

**Nonpriority creditor's name and mailing address**

NIXON PEABODY LLP
PO BOX 28012
NEW YORK, NY  10087-8012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** X002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR JOHN KAPOOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$484,302.67

---

**3.1265**

**Nonpriority creditor's name and mailing address**

NMS LABS
P.O. BOX 820090
PHILADELPHIA, PA  19182-0090

**Date or dates debt was incurred**

4/30/19

**Last 4 digits of account number:** NMS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$503.00

---

**3.1266**

**Nonpriority creditor's name and mailing address**

NOBLE COUNTY, OH
ATTN OFFICER OR PROSECUTING ATTORNEY
150 COURTHOUSE
CALDWELL, OH  43724

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1267**

**Nonpriority creditor's name and mailing address**

NORTHUMBERLAND COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
72 MONUMENT PLACE
HEATHSVILLE, VA  22473

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00246

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1268**

**Nonpriority creditor's name and mailing address**

NORTON SOUND HEALTH CORPORATION
ATTN PRESIDENT, MANAGING OR GEN AGENT
1000 GREG KRUSCHEK AVENUE
PO BOX 966
NOME, AK  99762

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46261
(3:18-CV-00247)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.1269**

**Nonpriority creditor's name and mailing address**

NORWALK
ATTN CLERK, ASSIST CLERK, MAYOR
OR MANAGER
125 EAST AVENUE
NORWALK, CT  06851

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV-18-6098036-S
(AAN-CV18-6028560-S)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1270**

**Nonpriority creditor's name and mailing address**

NYE COUNTY, NEVADA
ATTN PRESIDING OFFICER OR AGENT
101 RADAR ROAD
P.O. BOX 153
TONOPAH, NV  89049

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46238
(2:18-CV-02050)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1271**

**Nonpriority creditor's name and mailing address**

OBLON, MCCLELLAND, MAIER & NEUSTDADT, LLP
1940 DUKE ST
ALEXANDRIA, VA  22314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: L001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY RELATED

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,888.33

---

**3.1272**

**Nonpriority creditor's name and mailing address**

O'BRIEN COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
155 S HAYES AVE
PRIMGHAR, IA  51245

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1273**

**Nonpriority creditor's name and mailing address**

OCONEE COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
415 S PINE ST
WALHALLA, SC  29691

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP3700458

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.1274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | OCONTO COUNTY ATTN CHAIRPERSON OF THE COUNTY BOARD OR THE COUNTY CLERK 301 WASHINGTON ST OCONTO, WI 54153 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:17-OP-45120-DAP | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | OHIO CARPENTERS HEALTH FUND ATTN PRESIDENT, MANAGING OR GEN AGENT 6281 YOUNGSTOWN WARREN RD 240 NILES, OH 44446 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:19-OP-45072 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | OHIO CONFERENCE OF TEAMSTERS & INDUSTRY HEALTH & WELFARE FUND ATTN PRESIDENT, MANAGING OR GEN AGENT 435 S. HAWLEY ST TOLEDO, OH 43609 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 1:18OP45446 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | OKFUSKEE COUNTY, OK ATTN CEO, CLERK, SECRETARY OR OFFICIAL RECORDS OFFICIAL PO BOX 26 OKEMAH, OK 74859-0026 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. CJ-2019-21 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
| | OKLAHOMA CITY CITY OF ATTN CEO, CLERK, SECRETARY OR OFFICIAL RECORDS OFFICIAL 200 N WALKER AVE OKLAHOMA CITY, OK 73102 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** UNDETERMINED | **Basis for the claim:** LITIGATION CASE NO. 5:19-CV-00076 (CJ-2018-6179) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

|  |  |  |
|---|---|---|
| 3.1279 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA TRIBE OF NEBRASKA<br>ATTN CHIEF EXECUTIVE OFFICER, OR CLERK<br>PO BOX 368<br>MACY, NE  68039<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45621<br>(8:18-CV-00203-LSC-MDN)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1280 | **Nonpriority creditor's name and mailing address**<br><br>ONEIDA COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>PO BOX 400, 1 S ONEIDA AVE<br>RHINELANDER, WI  54501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45129-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1281 | **Nonpriority creditor's name and mailing address**<br><br>ONTARIO COUNTY<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>20 ONTARIO STREET<br>CANANDAIGUA, NY  14424<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 117724-2018<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1282 | **Nonpriority creditor's name and mailing address**<br><br>OPELOUSAS GENERAL HOSPITAL AUTHORITY, A<br>LOUISIANA PUBLIC TRUST D/B/A OPELOUSAS GENERAL<br>HEALTH SYSTEM<br>F. ROSNER, J. GIBSON<br>824 MARKET ST., STE 810<br>WILMINGTON, DE  19801<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46083<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1283 | **Nonpriority creditor's name and mailing address**<br><br>OPERATIONAL COMPLIANCE SOLUTIONS, LLC<br>506 BLAIR AVE<br>PIEDMONT, CA  94611<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: E001** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INDEPENDENT CONTRACTORS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $27,690.80 |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |

| 3.1284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
ORANGEBURG COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
COUNTY ADMIN CENTRE
1437 AMELIA ST
ORANGEBURG, SC  29115

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP3800841

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1285 **Nonpriority creditor's name and mailing address**
ORLAND FIRE PROTECTION DISTRICT
ATTN PRESIDENT, MANAGING OR GEN AGENT
9790 151ST ST
ORLAND PARK, IL  60462

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1286 **Nonpriority creditor's name and mailing address**
OSAGE COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
205 E MAIN STREET
LINN, MO  65051

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46191

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1287 **Nonpriority creditor's name and mailing address**
OSAGE COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
205 E MAIN STREET
LINN, MO  65051

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46029
(4:18CV605)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1288 **Nonpriority creditor's name and mailing address**
OSBORN MALEDON P.A.
P.O. BOX 36379
ATTN: ACCOUNTS RECEIVABLE
PHOENIX, AZ  85067-6379

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: BORN**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR JOHN KAPOOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,391.02

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |

(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.1289** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OTOE-MISSOURIA TRIBE OF INDIANS
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
8157 HWY 177
RED ROCK, OK  74651

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45402

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1290** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OUACHITA PARISH POLICE JURY
ATTN CHIEF EXECUTIVE OFFICER
301 S GRAND ST, STE 201
MONROE, LA  71201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45446

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OZARK COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
PO BOX 146
GAINESVILLE, MO  65655-0416

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46198

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OZAUKEE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
121 W MAIN ST, PO BOX 994
PORT WASHINGTON, WI  53074

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PAGE COUNTY
ATTN COUNTY OR COMMONWEALTH ATTORNEY
103 S COURT STREET
LURAY, VA  22835

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45275
(5:18-CV-00147)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1294**

**Nonpriority creditor's name and mailing address**

PALA BAND OF MISSION INDIANS
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
35008 PALA TEMECULA ROAD, PMB 50
PALA, CA 92059

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46341
(3:18-CV-02673)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1295**

**Nonpriority creditor's name and mailing address**

PALM BEACH COUNTY
BOARD OF COUNTY COMMISSIONERS
KIM NGOC PHAN
300 NORTH DIXIE HWY. STE 359
WEST PALM BEACH, FL 33401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46121
(9:18-CV-80749)
(2018-CA-004109-MB)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1296**

**Nonpriority creditor's name and mailing address**

PARISH OF DESOTO
ATTN CEO OR OFFICIAL ATTORNEY
P.O. BOX 1206
MANSFIELD, LA 71052-1206

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45090
(5:19-CV-00153)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1297**

**Nonpriority creditor's name and mailing address**

PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP
ATTN PRESIDENT, MANAGING OR GEN AGENT
8 KENNEBASIS ST
PRINCETON, ME 04668

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45876

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1298**

**Nonpriority creditor's name and mailing address**

PASSAMAQUODDY TRIBE-PLEASANT POINT
ATTN PRESIDENT, MANAGING OR GEN AGENT
8 KENNEBASIS ST
PRINCETON, ME 04668

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45100

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1299** | **Nonpriority creditor's name and mailing address**

PATIENTS' CHOICE MEDICAL CENTER OF CLAIBORNE, LLC
SARAH A. FOSTER
76 SOUTH LAURA STREET STE 1100
JACKSONVILLE, FL 32202

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45300
(5:19-CV-00030)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1300** | **Nonpriority creditor's name and mailing address**

PATIENTS CHOICE MEDICAL CENTER OF ERIN
TENNESSEE
JAMES DENNIS YOUNG
76 SOUTH LAURA STREET STE 1100
JACKSONVILLE, FL 32202

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00370

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1301** | **Nonpriority creditor's name and mailing address**

PATIENT'S CHOICE MEDICAL CENTER OF HUMPHREYS
COUNTY, LLC
JAMIE ALAN COLE
200 E. BROWARD BLVD. STE 1900
FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45299
(4:19-CV-00051)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1302** | **Nonpriority creditor's name and mailing address**

PAUL HASTINGS LLP
LOCKBOX 4803
PO BOX 894803
LOS ANGELES, CA 90189

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: U002**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$781,021.42

---

**3.1303** | **Nonpriority creditor's name and mailing address**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
JACOB A. ADLERSTEIN, PARTNER
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: U003**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR JOHN KAPOOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$564,616.77

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | | | |
| --- | --- | --- | --- | --- | --- |

| | | | | Amount of claim |
| --- | --- | --- | --- | --- |

**3.1304**

**Nonpriority creditor's name and mailing address**

PAULA WATSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45545-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1305**

**Nonpriority creditor's name and mailing address**

PAYNE COUNTY, OKLAHOMA
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
315 W 6TH
STILLWATER, OK 74074-4020

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45653
(4:19-CV-00320)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1306**

**Nonpriority creditor's name and mailing address**

PENNY MARTIN
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45508-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1307**

**Nonpriority creditor's name and mailing address**

PENOBSCOT COUNTY
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
97 HAMMOND ST
BANGOR, ME 04401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45184
(1:19-CV-00019)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1308**

**Nonpriority creditor's name and mailing address**

PEOPLE OF CALHOUN COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR COUNTY CLERK
200 PIASA ST
ALTON, IL 62002

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46294

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1309**

**Nonpriority creditor's name and mailing address**

PEOPLE OF SCHUYLER COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR COUNTY CLERK
120  S CONGRESS
RUSHVILLE, IL  62681

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46147

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1310**

**Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF CALIFORNIA
ATTN CLERK, SECRETARY, PRESIDENT,
ATTN CLERK, SECR, PRES, OR PRES OFFICER
1303 10TH ST, STE 1173
SACRAMENTO, CA  95814

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45351
(2:19-CV-00813)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1311**

**Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF CALIFORNIA
OFFICE OF COUNTY ATTORNEY
CALAVERAS COUNTY
891 MOUNTAIN RANCH RD
SAN ANDREAS, CA  95249

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45645
(1:18-CV-00637-LJO-BAM)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1312**

**Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF CALIFORNIA
OFFICE OF COUNTY ATTORNEY
CONTRA COSTA COUNTY
651 PINE ST
9TH FLOOR
MARTINEZ, CA  94553

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45656
(3:18-CV-02705-JSC)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1313**

**Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF CALIFORNIA
OFFICE OF COUNTY ATTORNEY
COUNTY OF FRESNO
2220 TULARE ST
STE 500
FRESNO, CA  93721

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45644
(1:18-CV-00634-LJO-SAB / 1:18-AT-341)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1314 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF COUNTY ATTORNEY<br>IMPERIAL COUNTY<br>940 W MAIN ST<br>STE 205<br>EL CENTRO, CA  92243<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45631-DAP<br>(3:18-CV-00892-LAB-BLM)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1315 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF COUNTY ATTORNEY<br>INYO COUNTY<br>PO BOX DRAWER M<br>INDEPENDENCE, CA  93526<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45646<br>(1:18-CV-00639-DAD-JLT)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1316 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF COUNTY ATTORNEY TUOLUMNE COUTY<br>SARAH CARRILLO<br>2 S GREEN ST<br>SONORA CA, CA  95370<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45619<br>(1:18-AT-337)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1317 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF COUNTY COUNSEL<br>COUNTY OF SAN BERNARDINO<br>MICHELLE DANIELLE BLAKEMORE<br>385 N ARROWHEAD AVE<br>SAN BERNARDINO, CA  92415<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46032<br>(5:18-CV-01527)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1318 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF THE CITY ATTORNEY - SAN DIEGO<br>MARNI VON WILPERT<br>1200 THIRD AVE<br>SAN DIEGO, CA  92101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45192<br>(3:19-CV-00420)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| Part 2: | Additional Page | |

| | | Amount of claim |
| --- | --- | --- |

**3.1319** | **Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF CALIFORNIA
OFFICE OF THE COUNTY COUNSEL - SAN DIEGO
1600 PACIFIC HWY
ROOM 355
SAN DIEGO, CA 92101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45613
(3:18-CV-00882)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1320** | **Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF CALIFORNIA
OFFICE OF KERN COUNTY COUNSEL
KERN COUNTY ADMINISTRATIVE CENTER
1115 TRUXTUN AVE
4TH FLOOR
BAKERSFIELD, CA 93301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00557
(T19-305)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1321** | **Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF ILLINOIS
OFFICE OF THE GOVERNOR
207 STATE HOUSE
SPRINGFIELD, IL 62706

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45286
(1:19-CV-0216)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1322** | **Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF ILLINOIS
OFFICE OF THE GOVERNOR
207 STATE HOUSE
SPRINGFIELD, IL 62706

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46294

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1323** | **Nonpriority creditor's name and mailing address**

PEOPLE OF THE STATE OF ILLINOIS
OFFICE OF THE GOVERNOR
207 STATE HOUSE
SPRINGFIELD, IL 62706

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46148

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    Insys Therapeutics, Inc.
(Name)

Case Number (if known) 19-11292 (KG)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

---

| 3.1324 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF ILLINOIS<br>OFFICE OF THE GOVERNOR<br>207 STATE HOUSE<br>SPRINGFIELD, IL 62706<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46147<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1325 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF THE STATE OF ILLINOIS<br>OFFICE OF THE GOVERNOR<br>207 STATE HOUSE<br>SPRINGFIELD, IL 62706<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1326 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE OF UNION COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR COUNTY CLERK<br>309 W MARKET ST<br>JONESBORO, IL 62952<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45286<br>(1:19-CV-0216)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1327 | **Nonpriority creditor's name and mailing address**<br><br>PEPIN COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>740 7TH AVE W, PO BOX 39<br>DURAND, WI 54736<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45117-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1328 | **Nonpriority creditor's name and mailing address**<br><br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH AND ARCH STREETS<br>PHILADELPHIA, PA 19103-2799<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** P002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INDEMNITY - COUNSEL FOR NATALIE LEVINE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $61,133.25 |
|---|---|---|

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1329** **Nonpriority creditor's name and mailing address**

PERRY COUNTY
ATTN CLERK OF THE COUNTY COURT
ADMIN BLDG
321 N MAIN ST
PERRYVILLE, MO  63775

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1330** **Nonpriority creditor's name and mailing address**

PEST CONTROL SOLUTIONS
P.O. BOX 669
CHANDLER, AZ  85244

**Date or dates debt was incurred**

6/27/19

**Last 4 digits of account number:** T001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$65.00

---

**3.1331** **Nonpriority creditor's name and mailing address**

PETTIS COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
415 S OHIO
SEDALIA, MO  65301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45416

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1332** **Nonpriority creditor's name and mailing address**

PGX CONSULTING, LLC
1666 E. CINDY ST.
CHANDLER, AZ 85225

**Date or dates debt was incurred**

6/26/19

**Last 4 digits of account number:** TING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INDEPENDENT CONTRACTORS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,385.42

---

**3.1333** **Nonpriority creditor's name and mailing address**

PHARMANALYSIS, INC.
2717 N. COUNTY ROAD 475 WEST
WEST LAFAYETTE, IN  47906

**Date or dates debt was incurred**

9/14/18

**Last 4 digits of account number:** YSIS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.1334

**Nonpriority creditor's name and mailing address**

PHELPS COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
200 N MAIN ST
0
ROLLA, MO 65401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46195

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1335

**Nonpriority creditor's name and mailing address**

PHILADELPHIA, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
CITY HALL, ROOM 494
PHLADELPHIA, PA 19107-3290

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-op-45279
(3:18-cv-143)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1336

**Nonpriority creditor's name and mailing address**

PHILLIPS ADR ENTERPRISES PC
2101 EAST COAST HIGHWAY SUITE 250
CORONA DEL MAR, CA 92625

**Date or dates debt was incurred**

4/3/19

**Last 4 digits of account number: LIPS**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$920.00

---

3.1337

**Nonpriority creditor's name and mailing address**

PICKENS COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
222 MCDANIEL AVE, B-1
PICKENS, SC 29671

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP3900675

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1338

**Nonpriority creditor's name and mailing address**

PIERCE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
414 W MAIN ST
ELLSWORTH, WI 54011

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45165-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PINE COUNTY, MINNESOTA
ATTN CHAIR OF COUNTY BOARD OR AUDITOR
635 NORTHRIDGE DR NW
PINE CITY, MN  55063

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 0:19-CV-01907

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

PIONEER TELEPHONE COOPERATIVE INC AS PLAN
SPONSOR AND FIDUCIARY
ATTN CEO, CLERK, SECRETARY, REC OFFICIAL
P.O. BOX 539
KINGFISHER, OK  73750

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46186
(5:18-CV-00994)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

PIONEER TELEPHONE COOPERATIVE INC EMPLOYEE
BENEFITS PLAN
AMY JO QUEZON
97 ELIAS WHIDDON ROAD
HATTIESBURG, MS  39402

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46186
(5:18-CV-00994)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

PITTSBURG COUNTY BOARD OF COUNTY
COMMISSIONERS
ATTN CHIEF EXECUTIVE OFFICER, CLERK, SECR
OR OFFICIAL RECORDS OFFICIAL
115 E CARL ALBERTY PKWY 1A
MCALESTER, OK  74501

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 6:19-CV-00100
(CJ-19-46)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

PITTSYLVANIA COUNTY
ATTN COUNTY OR COMMONWEALTH ATTORNEY
1 CENTER ST
PO BOX 426
CHATHAM, VA  24531

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45247
(4:18-CV-00070)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

3.1344 **Nonpriority creditor's name and mailing address**

PIUTE COUTY, UTAH
ATTN COUNTY CLERK
550 N MAIN
JUNCTION, UT  84740

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 190600050

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1345 **Nonpriority creditor's name and mailing address**

PLAINS TOWNSHIP, PENNSYLVANIA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
126 N MAIN ST
PLAINS, PA  18705

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46215
(3:18-CV-02025)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1346 **Nonpriority creditor's name and mailing address**

PLAN 365, INC
3201 GLENWOOD AVE
SUITE 300
RALEIGH, NC  27612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: A003**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,520.80

---

3.1347 **Nonpriority creditor's name and mailing address**

PLEASANTS COUNTY, WV
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
301 COURT LANE
ST. MARYS, WV  26170

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1348 **Nonpriority creditor's name and mailing address**

PLUMBERS LOCAL UNION NO. 1 WELFARE FUND
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
ATTN GREGORY M NESPOLE
NEW YORK, NY  10016

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45838
(1:18-CV-04750)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| --- | --- | --- |
| | (Name) | |

| Part 2: | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.1349**

**Nonpriority creditor's name and mailing address**

PLYMOUTH COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
215 4TH AVE SE
LEMARS, IA  51031

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1350**

**Nonpriority creditor's name and mailing address**

POINTE COUPEE PARISH HEALTH SERVICES DISTRICT
NUMBER 1
ATTN CEO OR OFFICIAL ATTORNEY
282-B HOPSITAL RD
NEW ROADS, LA  70760

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45019

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1351**

**Nonpriority creditor's name and mailing address**

POLICE JURY OF THE PARISH OF POINTE COUPEE,
LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
160 E MAIN ST
NEW ROADS, LA  70760

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45012

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1352**

**Nonpriority creditor's name and mailing address**

POLK COUNTY
ATTN CHIEF EXECTIVE OFFICER,
COUNTY ATTORNEY
101 W CHURCH ST
LIVINGSTON, TX  77351

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45077
(9:17-CV-00213)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1353**

**Nonpriority creditor's name and mailing address**

POLK COUNTY
ATTN CHIEF EXECTIVE OFFICER,
COUNTY ATTORNEY
101 W CHURCH ST
LIVINGSTON, TX  77351

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45116-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.    Case Number (if known) 19-11292 (KG)
         (Name)

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | | Amount of claim |
|---|---|---|

**3.1354** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

POLK COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES, VICE MAYOR OR VICE CHAIR
330 W CHURCH ST, PO BOX 9005
BARTOW, FL 33831-9005

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45970
(2018-CA-000882)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1355** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

POLK COUNTY, GEORGIA
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
144 WEST AVE, PO BOX 268
CEDARTOWN, GA 30125

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45046

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PONCA CITY CITY OF
ATTN CHIEF EXECUTIVE OFFICER, CLERK, SECR
OR OFFICIAL RECORDS OFFICIAL
516 E GRAND
PONCA CITY, OK 74601

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-00160
(CJ-2019-9)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PORTAGE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
1462 STRONGS AVE
STEVENS POINT, WI 54481

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

POTTAWATTAMIE COUNTY
ATTN AUDITOR
OR CHAIR OF BOARD OF SUPERVISORS
227 S 6TH ST
COUNCIL BLUTHS, IA 51501

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.1359**

**Nonpriority creditor's name and mailing address**

PRAIRIE ISLAND INDIAN COMMUNITY
ATTN PRESIDENT, MANAGING OR GEN AGENT
5636 STURGEON LAKE ROAD
WELCH, MN  55089

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45975

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1360**

**Nonpriority creditor's name and mailing address**

PRESTON BOHANNON
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
15 PUBLIC SAFETY DR.
HAZLEHURST, GA  31539

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45161

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1361**

**Nonpriority creditor's name and mailing address**

PRICE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
126 CHERRY ST, RM 106
PHILLIPS, WI  54555

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45126-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1362**

**Nonpriority creditor's name and mailing address**

PRINCE GEORGE COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
6602 COURTS DR, 3RD FL
PRINCE GEORGE, VA  23875

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-00458
(CL19-517)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1363**

**Nonpriority creditor's name and mailing address**

PRINCE GEORGE'S COUNTY MARYLAND
ATTN OFFICER OR AGENT
COUNTY ADMINISTRATION BUILDING
14741 GOVERNOR ODEN BOWIE DRIVE
UPPER MARLBORO, MD  20772

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18P-OP-45501
(8:18-CV-00870 (CAL18-2008))

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1364** | **Nonpriority creditor's name and mailing address**

PRO COPY OFFICE SOLUTIONS
2845 N OMAHA ST
MESA, AZ  85215

**Date or dates debt was incurred**

7/15/19

**Last 4 digits of account number: PROC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,114.37

---

**3.1365** | **Nonpriority creditor's name and mailing address**

PROFESSIONAL SEARCH ASSOCIATES
1955 EAST BROADWAY SUITE 102
TEMPE, AZ  85282

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: O005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,048.00

---

**3.1366** | **Nonpriority creditor's name and mailing address**

PROSPECT
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
36 CENTER STEET
PROSPECT, CT  06712

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1367** | **Nonpriority creditor's name and mailing address**

PUEBLO COUNTY
ATTN GOVERNOR OR ATTORNEY
215 W. 10TH STREET
PUEBLO, CO  81003

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45801
(1:18-CV-01479-PAB)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1368** | **Nonpriority creditor's name and mailing address**

PULASKI COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
301 HISTORIC RT. 66 E.
STE. 101
WAYNESVILLE, MO  65583

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46192

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | Case Number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1369** **Nonpriority creditor's name and mailing address**

QUINAULT INDIAN NATION
ATTN PRESIDENT, MANAGING OR GEN AGENT
1214 AALIS DRIVE
P.O. BOX 189
TAHOLAH, WA  98587

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:1-8OP-46154

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1370** **Nonpriority creditor's name and mailing address**

QUINCY WEATHERWAX
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45483-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1371** **Nonpriority creditor's name and mailing address**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
JONATHAN BUNGE
865 S. FIGUEROA STREET
10TH FLOOR
LOS ANGELES, CA  90017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** UINN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR STEVE MEYE
AND PIERRE LAPALME

**Is the claim subject to offset?**
☑ No
☐ Yes

$282,352.18

---

**3.1372** **Nonpriority creditor's name and mailing address**

R.N. BUTCH REECE
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
123 HOLMES HAWKINS DR
GRAY, GA  31032

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45162

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1373** **Nonpriority creditor's name and mailing address**

RACINE COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
730 WISCONSIN AVE
RACINE, WI  53403

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1374** | **Nonpriority creditor's name and mailing address**
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 W. HUBBARD ST.
CHICAGO, IL  60654

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** RMMS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$625,766.35

---

**3.1375** | **Nonpriority creditor's name and mailing address**
RAMSDELL LAW FIRM
8717 N 69TH ST
PARADISE VALLEY, AZ  85253

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** M002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,649.00

---

**3.1376** | **Nonpriority creditor's name and mailing address**
RAMSEY BENNETT
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
3550 US HIGHWAY 84
BLACKSHEAR, GA  31516

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45166

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1377** | **Nonpriority creditor's name and mailing address**
RANDOLPH COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
372 HIGHWAY JJ, STE 2C
HUNTSVILLE, MO  65259

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45409

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1378** | **Nonpriority creditor's name and mailing address**
RANDY F. ROYAL
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
3487 HARRIS RD
WAYCROSS, GA  31503

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45169

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.1379**

**Nonpriority creditor's name and mailing address**

RANDY SEAL  DULY ELECTED SHERIFF OF WASHINGTON
PARISH, IN HIS CAPACITY AS OFFICER EX OFFICIO OF THE
WASHINGTON PARISH SHERIFF'S OFFICE AND THE
WASHINGTON PARISH LAW ENFORCEMENT DISTRICT
JAY EDELSON
350 N LASALLE ST
14TH FLOOR
CHICAGO, IL  60654

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45093-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1380**

**Nonpriority creditor's name and mailing address**

RANDY SMITH, SHERIFF OF ST TAMMANY PARISH
DAVID IRA MINDELL
350 N LASALLE ST
14TH FLOOR
CHICAGO, IL  60654

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:18-CV-09357
(2018-13666)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1381**

**Nonpriority creditor's name and mailing address**

REANNAN HOWELL
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45520-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1382**

**Nonpriority creditor's name and mailing address**

REBECCA GOFORTH
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45532-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1383**

**Nonpriority creditor's name and mailing address**

REBECCA GOFORTH
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45532-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1384** | **Nonpriority creditor's name and mailing address**

RECHTKORNFELD, P.C.
1600 STOUT STREET, SUITE 1400
DENVER, CO 80202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** C002

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY RELATED

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,837.50

---

**3.1385** | **Nonpriority creditor's name and mailing address**

RECORD PRESS, INC
229 WEST 36TH STREET 8TH FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

4/29/19

**Last 4 digits of account number:** CORD

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,850.98

---

**3.1386** | **Nonpriority creditor's name and mailing address**

REYNOLDS
F. ROSNER, J. GIBSON
824 MARKET ST., STE 810
WILMINGTON, DE 19801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46271
(3:18-CV-01911)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1387** | **Nonpriority creditor's name and mailing address**

RICH COUNTY, UTAH
ATTN COUNTY CLERK
20 S MAIN
RANDOLPH, UT 84064

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1388** | **Nonpriority creditor's name and mailing address**

RICHLAND COUNTY CHILDREN'S SERVICES
ATTN OFFICER OR PROSECUTING ATTORNEY
731 SCHOLL ROAD
MANSFIELD, OH 44907

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45003

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.1389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RICHLAND COUNTY SOUTH CAROLINA
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
RICHLAND COUNTY ADMINISTRATION BUILDING
2020 HAMPTON STREET., THIRD FLOOR
COLUMBIA, SC  29204

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45327
(3:19-CV-01207)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RINCON BAND OF LUISENO INDIANS
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
ONE GOVERNMENT CENTER LANE
VALLEY CENTER, CA  92082

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46151

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RIO ARRIBA COUNTY, NEW MEXICO
ATTN COUNTY CLERK
1122 INDUSTRIAL PARK ROAD
ESPANOLA, NM  87532

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45054
(1:18-CV-01213)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RIPLEY COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
100 COURT HOUSE SQ STE 2
DONIPHAN, MO  63935-1699

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46262

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RISK MANAGEMENT INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
700 NORTH 10TH STREET
SUITE 300
BATON ROUGE, LA  70802

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45857
(3:18-CV-00670)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | RITCHIE COUNTY, WV<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>115 E MAIN ST, ROOM 201<br>HARRISVILLE, WV 26326 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. | |
| | UNDETERMINED | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number:** | | |

| 3.1395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | RIVERSIDE SAN BERNARDINO COUNTY INDIAN HEALTH, INC.<br>ATTN CLERK, SECRETARY, PRESIDENT, PRESIDING OFFICER<br>11980 MT VERNON AVE<br>GRAND TERRACE, CA 92313 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45025<br>(5:19-CV-00005) | |
| | UNDETERMINED | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number:** | | |

| 3.1396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | ROANE COUNTY COMMISSION<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>200 MAIN ST 1<br>SPENCER, WV 25276 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 19-C-96 TO 19-C-108 | |
| | UNDETERMINED | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number:** | | |

| 3.1397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | ROANOKE COUNTY, VIRGINIA<br>ATTN COUNTY ATTORNEY<br>OR ATTORNEY FOR THE COMMONWEALTH<br>5204 BERNARD DR., SUITE 431<br>ROANOKE, VA 24018-0798 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 7:19-CV-00271<br>(16-CL-9000435-00) | |
| | UNDETERMINED | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number:** | | |

| 3.1398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED |
|---|---|---|---|
| | ROBERT POPE<br>INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>DOROTHY P. ANTULLIS<br>120 EAST PALMETTO PARK RD, STE 500<br>BOCA RATON, FL 33432 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00326<br>(18-CV-00240) | |
| | UNDETERMINED | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number:** | | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1399** | **Nonpriority creditor's name and mailing address**

ROBESON COUNTY
ATTN COUNTY MANAGER OR TO THE CHAIRMAN,
CLERK OR BOARD MEMBER
701 N. ELM STREET
LUMBERTON, NC  28358

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46141
(7:18-CV-00163)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1400** | **Nonpriority creditor's name and mailing address**

ROCHESTER, CITY OF
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
30 CHURCH ST.
ROCHESTER, NY  14614

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 0:19-CV-01317
(CLOSED 06/17/2019)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1401** | **Nonpriority creditor's name and mailing address**

ROCK COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
51 SOUTH MAIN STREET
JANESVILLE, WI  53545

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45108-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1402** | **Nonpriority creditor's name and mailing address**

ROCK SPRINGS WY
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, COUNCIL, OR BOARD
212 D ST
ROCK SPRINGS, WY  82901-6235

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45265
(1:19-CV-00056)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1403** | **Nonpriority creditor's name and mailing address**

ROCKBRIDGE COUNTY, VIRGINIA
ATTN COUNTY ATTORNEY
OR ATTORNEY FOR THE COMMONWEALTH
20 SOUTH RANDOLPH ST, SUITE 301
LEXINGTON, VA  24450

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 6:19-CV-00025

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1404 | **Nonpriority creditor's name and mailing address**<br><br>ROCKDALE COUNTY, GEORGIA<br>ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,<br>MAYOR, CITY MANAGER, OR AGENT<br>962 MILSTEAD AVE.<br>CONYERS, GA 30012<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46296<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1405 | **Nonpriority creditor's name and mailing address**<br><br>ROCKINGHAM COUNTY<br>ATTN COUNTY COMMISSIONERS OR TREASURER<br>119 NORTH ROAD<br>BRENTWOOD, NH 03833<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-00333<br>(18-CV-01100)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1406 | **Nonpriority creditor's name and mailing address**<br><br>ROCKWALL COUNTY<br>ATTN MAYOR, CLERK, SECRETARY<br>OR TREASURER<br>101 E RUSK ST<br>ROCKWALL, TX 75087<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1-19-0503<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1407 | **Nonpriority creditor's name and mailing address**<br><br>ROE CASSIDY COATES & PRICE PA<br>9500 GILMAN DR, MAIL CODE 0843<br>LA JOLLA, CA 92093-0843<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** E002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,481.66 |
| 3.1408 | **Nonpriority creditor's name and mailing address**<br><br>RONALD RICHARDSON DULY ELECTED SHERIFF OF<br>SABINE PARISH, IN HIS CAPACTIY AS OFFICER EX OFFICIO<br>OF THE SABINE PARISH SHERIFF'S OFFICE AND THE<br>SABINE PARISH LAW ENFORCEMENT DISTRICT<br>LINDA J. SINGER<br>401 NINTH STREET NW<br>STE. 1001<br>WASHINGTON, DC 20004<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45143-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1409**

**Nonpriority creditor's name and mailing address**

ROOFERS LOCAL 149 SECURITY BENEFIT TF
ATTN PRESIDENT, MANAGING OR GEN AGENT
FRINGE BENEFITS FUNDS
700 TOWER DR, STE 300
TROY, MI 48098

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45429

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1410**

**Nonpriority creditor's name and mailing address**

ROOSEVELT COUNTY
ATTN COUNTY CLERK
109 W 1ST ST
PORTALES, NM 88130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46343
(1:18-CV-00795)
(D)-911-CV-2018-00307

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1411**

**Nonpriority creditor's name and mailing address**

ROSARY HALL
BARRETT LAW OFFICE
404 COURT SQUARE
P.O. BOX 987
LEXINGTON, MS 39095

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45610

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1412**

**Nonpriority creditor's name and mailing address**

ROSE LAW FIRM
120 E. FOURTH STREET
LITTLE ROCK, AR 72201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: SE01**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,773.58

---

**3.1413**

**Nonpriority creditor's name and mailing address**

ROSS ARONSTAM & MORITZ
100 S. WEST STREET
SUITE 400
WILMINGTON, DE 19801

**Date or dates debt was incurred**

5/8/19

**Last 4 digits of account number: S011**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$326.40

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
ROXBURY
ATTN CLERK, ASSIST CLERK, MANAGER OR SELECTMEN
29 NORTH STREET
ROXBURY, CT  06783

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1415 **Nonpriority creditor's name and mailing address**
RUSK COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD OR THE COUNTY CLERK
311 MINER AVE. E.
LADYSMITH, WI  54848

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45116-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1416 **Nonpriority creditor's name and mailing address**
RUSS BALTHIS
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC  20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1417 **Nonpriority creditor's name and mailing address**
RUSS BALTHIS, LAW DIR THE CITY OF CUYAHOGA FALLS
ATTN CITY SOLICITOR OR LEGAL OFFICER
2310 SECOND STREET
CUYAHOGA FALLS, OH  44221

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1418 **Nonpriority creditor's name and mailing address**
RUTHERFORD COUNTY, TENNESSEE
ATTN CHIEF EXEC OFFICER, CNTY ATTORNEY OR COUNTY COURT CLERK
COUNTY COURTHOUSE SUITE 105
MURFREESBORO, TN  37130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45258 (3:18-CV-00238)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1419**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNDETERMINED
Check all that apply.

SABINE PARISH POLICE JURY
ATTN CHIEF EXECUTIVE OFFICER
400 S CAPITOL ST, RM 101
MANY, LA 71449

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45448

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1420**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNDETERMINED
Check all that apply.

SAC COUNTY
ATTN AUDITOR, CHAIR OF BOARD OF SUPERVIS
100 NW STATE STREET
SAC CITY, IA 50583

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1421**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $800.00
Check all that apply.

SACKS, RICKETTS, & CASE, LLP
2800 NORTH CENTRAL AVE
SUITE 1230
PHOENIX, AZ 85004

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/28/19

**Basis for the claim:**
PROFESSIONAL SERVICES

**Last 4 digits of account number:** C002

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1422**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNDETERMINED
Check all that apply.

SAGADAHOC COUNTY
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
752 HIGH STREET
BATH, ME 04530

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45189
(2:19-CV00020)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1423**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNDETERMINED
Check all that apply.

SAGINAW, COUNTY OF
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR THE COUNTY CLERK
111 SOUTH MICHIGAN AVENUE
SAGINAW, MI 48602

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45082
(1:17-CV-14706)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1424**

**Nonpriority creditor's name and mailing address**

SAINT CLAIRE MEDICAL CENTER INC D/B/A ST CLAIRE
REGIONAL MEDICAL CENTER INC
D/B/A ST CLAIRE REGIONAL MEDICAL CENTER INC
ATTN PRESIDENT, MANAGING OR GEN AGENT
222 MEDICAL CIRCLE
MOREHEAD, KY  40351

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46046
(2:18-CV-00146)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1425**

**Nonpriority creditor's name and mailing address**

SAINT ELIZABETH MEDICAL CENTER INC D/B/A ST
ELIZABETH HEALTHCARE
E. NEIGER, J. CHRISTIAN
151 WEST 46TH ST., 4TH FL
NEW YORK, NY  10036

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46046
(2:18-CV-00146)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1426**

**Nonpriority creditor's name and mailing address**

SALLY PETERSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45472-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1427**

**Nonpriority creditor's name and mailing address**

SALMON, LEWIS & WELDON, P.L.C.
2850 E. CAMELBACK RD, STE 200
PHOENIX, AZ  85016

**Date or dates debt was incurred**

6/18/19

**Last 4 digits of account number:** LMON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - DI DONATO LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,240.00

---

**3.1428**

**Nonpriority creditor's name and mailing address**

SALUDA COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
400 W HIGHLAND ST
SALUDA, SC  29138

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1429**

**Nonpriority creditor's name and mailing address**

SAMANTHA DEMARO
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45465-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1430**

**Nonpriority creditor's name and mailing address**

SAMANTHA MCANANY
C/O COOPER LAW FIRM
ATTN STEPHEN WUSSOW
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45526-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1431**

**Nonpriority creditor's name and mailing address**

SAN JUAN COUNTY
ATTN COUNTY CLERK
100 SOUTH OLIVER DRIVE
AZTEC, NM 87410

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45829
(18-CV-00507)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1432**

**Nonpriority creditor's name and mailing address**

SAN PATRICIO COUNTY
ATTN MAYOR, CLERK, SECRETARY
OR TREASURER
400 W SINTON ST
SINTON, TX 78387

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. S-18-5625CV-A

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1433**

**Nonpriority creditor's name and mailing address**

SANDOVAL COUNTY, NEW MEXICO
ATTN COUNTY CLERK
1500 IDALIA RD, BLDG D
BERNALILLO, NM 87004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45421

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page |

| | | **Amount of claim** |

**3.1434** **Nonpriority creditor's name and mailing address**

SANDRA ATKINSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45531-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1435** **Nonpriority creditor's name and mailing address**

SANTEE SIOUX TRIBE OF THE SIOUX NATION OF THE
STATE OF NEBRASKA
OF THE STATE OF NEBRASKA
ATTN CHIEF EXECUTIVE OFFICER, OR CLERK
425 FRAZIER AVE N. SUITE 2
NIOBRARA, NE 68760

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45621
(8:18-CV-00203-LSC-MDN)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1436** **Nonpriority creditor's name and mailing address**

SARA EKKENS
MARGOLIUS, MARGOLIUS & ASSOCIATES
MARCIA W. MARGOLIUS
1100 ILLUMINATING BLDG, 55 PUBLIC SQ
CLEVELAND, OH 44113

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV00325
(18-CV-00364)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1437** **Nonpriority creditor's name and mailing address**

SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
1700 S. TAMIAMI TRAI
SARASOTA, FL 34239

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46136
(8:18-CV-2236)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1438** **Nonpriority creditor's name and mailing address**

SASM & F LLP
P.O. BOX 1764
WHITE PLAINS, NY 10602

**Date or dates debt was incurred**

5/23/19

**Last 4 digits of account number: A001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,640.79

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|--------|------------------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1439**

**Nonpriority creditor's name and mailing address**

SAUK COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
505 BROADWAY
BARABOO, WI 53913

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45098-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1440**

**Nonpriority creditor's name and mailing address**

SAWYER COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
10610 MAIN STREET
HAYWARD, WI 54843

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45137-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1441**

**Nonpriority creditor's name and mailing address**

SCHUYLER COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
PO BOX 187
LANCASTER, MO 63548-0187

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45408

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1442**

**Nonpriority creditor's name and mailing address**

SCOTT COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
600 W. 4TH ST
DAVENPORT, IA 52801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1443**

**Nonpriority creditor's name and mailing address**

SCOTT COUNTY BOARD OF SUPERVISORS
ATTN COUNTY OR COMMONWEALTH ATTORNEY
336 WATER ST
GATE CITY, VA 24251

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46074
(2:18-CV-00020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1444** **Nonpriority creditor's name and mailing address**

SCOTT COUNTY, TENNESSEE
ATTN CHIEF EXEC OFFICER, CNTY ATTORNEY
OR COUNTY COURT CLERK
P.O. BOX 87
HUNTSVILLE, TN 37756-0087

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45273
(3:18-CV-83)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1445** **Nonpriority creditor's name and mailing address**

SCOTT R. BERRY
ATTN CHAIRMAN, PRESIDENT OF TRUSTEES,
MAYOR, CITY MANAGER, OR AGENT
1110 EXPERIMENT STATION RD
WATKINSVILLE, GA 30677

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45165

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1446** **Nonpriority creditor's name and mailing address**

SEMINOLE COUNTY BOARD OF COUNTY COMMISSIONERS
- STATE OF OKLAHOMA
ATTN CHIEF EXEC OFFICER, CLERK, SECR
OR OFFICIAL RECORDS OFFICIAL
1101 EAST FIRST STREET
SANFORD, FL 32771

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45260
(6:18-CV-00372)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1447** **Nonpriority creditor's name and mailing address**

SEMINOLE COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
1101 E FIRST ST
SANFORD, FL 32771

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45565
(6:19-CV-01064)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1448** **Nonpriority creditor's name and mailing address**

SENECA COUNTY BOARD OF COUNTY COMMISSIONERS
ATTN CHAIR OR CLERK OF BOARD OF SUPERV
CLERK, ATTORNEY OR TREASURER
1 DIPRONIO DRIVE
WATERLOO, NY 13165

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45290
(3:18-CV-00608)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    Insys Therapeutics, Inc.                                    Case number (if known) 19-11292 (KG)
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.1449** **Nonpriority creditor's name and mailing address**

SEVIER COUNTY, UTAH
ATTN COUNTY CLERK
250 N MAIN ST
RICHFIELD, UT  84701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 190600050

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1450** **Nonpriority creditor's name and mailing address**

SEYMOUR
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
1 FIRST STREET
SEYMOUR, CT  06483

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1451** **Nonpriority creditor's name and mailing address**

SHAKOPEE MDEWAKANTON SIOUX COMMUNITY
ATTN PRESIDENT, MANAGING OR GEN AGENT
2330 SIOUX TRAIL NW
PRIOR LAKE, MN  55372

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45977

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1452** **Nonpriority creditor's name and mailing address**

SHANNON COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
PO BOX 187
EMINENCE, MO  65466

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45401

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1453** **Nonpriority creditor's name and mailing address**

SHAWANO COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
311 N. MAIN ST
SHAWANO, WI  54166-8724

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45119-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

### 3.1454

**Nonpriority creditor's name and mailing address**

SHEBOYGAN COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
508 NEW YORK AVENUE
SHEBOYGAN, WI 53081-4126

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45128-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.1455

**Nonpriority creditor's name and mailing address**

SHELBY COUNTY
ATTN CHIEF EXEC OFFICER, CNTY ATTORNEY
OR COUNTY COURT CLERK
160 N MAIN STREET
MEMPHIS, TN 38103

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.1456

**Nonpriority creditor's name and mailing address**

SHELBY COUNTY
ATTN CHIEF EXECTIVE OFFICER, COUNTY ATTORNEY
OR COUNTY COURT CLERK
160 N MAIN STREET
MEMPHIS, TN 38103

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. CT-004500-17

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.1457

**Nonpriority creditor's name and mailing address**

SHELBY COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
189 NORTH MAIN
BETHEL, MO 63434

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46264

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

### 3.1458

**Nonpriority creditor's name and mailing address**

SHELBY L BRANT
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45494-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1459 | **Nonpriority creditor's name and mailing address**<br><br>SHELLY WHITTAKER<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45475-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.1460 | **Nonpriority creditor's name and mailing address**<br><br>SHERIFF OF THE CITY OF VIRGINIA BEACH<br>OFFICE OF THE CITY ATTORNEY<br>CITY OF VIRGINIA BEACH MUNICIPAL CENTER   BUILDING ONE<br>2401 COURTHOUSE DRIVE<br>VIRGINA BEACH, VA 23456<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46137<br>(2:18-CV-00485)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1461 | **Nonpriority creditor's name and mailing address**<br><br>SHERRI BEVAN WALSH<br>175 S. MAIN STREET<br>AKRON, OH 44308<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1462 | **Nonpriority creditor's name and mailing address**<br><br>SHILO SHEWMAKE<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45482-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1463 | **Nonpriority creditor's name and mailing address**<br><br>SHILO SHEWMAKE<br>C/O COOPER LAW FIRM<br>ATTN CELESTE BRUSTOWICZ<br>1525 RELIGIOUS ST<br>NEW ORLEANS, LA 70130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45482-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1464**

**Nonpriority creditor's name and mailing address**

SHOOK, HARDY & BACON L.L.P.
514 SHADY LANE RD.
CLARKS SUMMIT, PA  18411

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** O001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$160,740.96

---

**3.1465**

**Nonpriority creditor's name and mailing address**

SHOSHONE-BANNOCK TRIBES
ATTN CHIEF EXECUTIVE OFFICER OR
THE SECRETARY OR CLERK
PO BOX 306
FORT HALL, ID  83203

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45373

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1466**

**Nonpriority creditor's name and mailing address**

SHUTTLEWORTH PLLC
6077 PRIMACY PARKWAY
SUITE 200
MEMPHIS, TN  38119

**Date or dates debt was incurred**

5/9/19

**Last 4 digits of account number:** U004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,726.50

---

**3.1467**

**Nonpriority creditor's name and mailing address**

SID J. GAUTREAUX, IIIDULY ELECTED SHERIFF OF EAST
BATON ROUGE PARISH, IN HIS CAPACITY AS OFFICER EX
OFFICIO OF THE EAST BATON ROUGE PARISH SHERIFFS
OFFICE AND THE EAST BATON ROUGE PARISH LAW
ENFORCEMENT DISTRICT
JEFFREY E. FRIEDMAN
3800 CORPORATE WOODS DR
BIRMINGHAM, AL  35242

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45325-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1468**

**Nonpriority creditor's name and mailing address**

SIGNATURE STAFF RESOURCES, LLC
1460 TL TOWNSEND DRIVE SUITE 104
ROCKWALL, TX  75032

**Date or dates debt was incurred**

4/30/19

**Last 4 digits of account number:** TAFF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1469 | **Nonpriority creditor's name and mailing address**<br><br>SIOUX COUNTY<br>ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV<br>210 CENTRAL AVE SW<br>P.O. BOX 18<br>ORANGE CITY, IA 51041<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1470 | **Nonpriority creditor's name and mailing address**<br><br>SMITH COUNTY, TENNESSEE<br>ATTN CHIEF EXEC OFFICER, CNTY ATTORNEY<br>OR COUNTY COURT CLERK<br>939 UPPER FERRY RD<br>CARTHAGE, TN 37030<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45029<br>(2:17-CV-00078<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1471 | **Nonpriority creditor's name and mailing address**<br><br>SNELL & WILMER LLP<br>ATTN DONALD WAYNE BIVENS &<br>NICOLE ELIZABETH SORNSIN<br>1 ARIZONA CENTER, 400 E VAN BUREN<br>PHOENIX, AZ 85004-9955<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** NELL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $93,211.96 |
| 3.1472 | **Nonpriority creditor's name and mailing address**<br><br>SOKAOGON CHIPPEWA COMMUNITY<br>ATTN PRESIDENT OR CLERK<br>3051 SAND LAKE RD<br>CRANDON, WI 54520<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45410<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1473 | **Nonpriority creditor's name and mailing address**<br><br>SOLIUM CAPITAL LLC<br>DEPT 3530<br>PO BOX 123530<br>DALLAS, TX 75312-3530<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** L001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,337.82 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1474 | **Nonpriority creditor's name and mailing address**<br><br>SOMERSET COUNTY<br>ATTN COUNTY COMMISSIONER, CLERK,<br>OR TREASURER<br>41 COURT ST.<br>SKOWHEGAN, ME  04976<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45185<br>(1:19-CV-00024)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1475 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHCENTRAL FOUNDATION<br>ATTN CEO, CHIEF CLERK OR SECRETARY<br>4501 DIPLOMACY DRIVE<br>ANCHORAGE, AK  99508<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP46268<br>(3:18-CV-00260<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1476 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM<br>ATTN CEO, CHIEF CLERK OR SECRETARY<br>3100 CHENNEL DRIVE<br>SUITE 300<br>JUNEAU, AK  99801<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46149<br>(3:18-CV-00217-TMB)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1477 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN ILLINOIS HEALTHCARE FOUNDATION<br> D/B/A SIHF HEALTHCARE<br>ATTN PRESIDENT, MANAGING OR GEN AGENT<br>2041 GOOSE LAKE RD<br>SAUGET, IL  62206<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-01376<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1478 | **Nonpriority creditor's name and mailing address**<br><br>SPARTANBURG COUNTY, SC<br>ATTN CHIEF EXECUTIVE OFFICER OR CLERK<br>366 N CHURCH ST<br>SPARTANBURG, SC  29303<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2018-CP-4200760<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1479** **Nonpriority creditor's name and mailing address**

SPECIAL COUNSEL
MICHAEL MANFREDI
DEPT CH 14305
PALANTINE, IL  60055-4305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** E002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$135,711.54

---

**3.1480** **Nonpriority creditor's name and mailing address**

SPENGLER NATHANSON P.L.L
900 ADMAS STREET
TOLEDO, OH  43604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** GLER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,050.00

---

**3.1481** **Nonpriority creditor's name and mailing address**

SPIRO LAW LLC DBA SPIRO HARRISON
830 MORRIS TURNPIKE
2ND FLOOR
SHORT HILLS, NJ  07078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** PIRO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,573.50

---

**3.1482** **Nonpriority creditor's name and mailing address**

SPRINGFIELD TOWNSHIP, OH
ATTN TRUSTEE OR CLERK
9150 WINTON ROAD
CINCINNATI, OH  45231

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1483** **Nonpriority creditor's name and mailing address**

SPRINGFIELD TOWNSHIP, OHIO
ATTN TRUSTEE OR CLERK
9150 WINTON ROAD
CINCINNATI, OH  45231

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1484**

**Nonpriority creditor's name and mailing address**

SPRINGFIELD TOWNSHIP, SUMMIT COUNTY, OHIO
ATTN: DEAN YOUNG, TOWNSHIP TRUSTEE
2459 CANFIELD ROAD
AKRON, OH  44312

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1485**

**Nonpriority creditor's name and mailing address**

SQUIRE PATTON BOGGS (US) LLP
PO BOX 643051
CINCINNATI, OH  45264

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** U001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,196.91

---

**3.1486**

**Nonpriority creditor's name and mailing address**

ST FRANCOIS COUNTY
ATTN CLERK OF THE COUNTY COURT
1 N WASHINGTON ST
FARMINGTON, MO  63640

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-01722
(1922-CC06445)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1487**

**Nonpriority creditor's name and mailing address**

ST JOHN THE BAPTIST PARISH
ATTN CEO OR OFFICIAL ATTORNEY
1801 W. AIRLINE HWY.
LAPLACE, LA  70068

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45987
(2:18-CV-07070)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1488**

**Nonpriority creditor's name and mailing address**

ST JOHNS COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
500 SAN SEBASTIAN VIEW
ST AUGUSTINE, FL  32084

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45563
(3:19-CV-00699)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1489 | **Nonpriority creditor's name and mailing address**<br><br>ST LUCIE COUNTY, FLORIDA<br>ATTN PRESIDENT, MAYOR, CHAIR<br>OR VICE PRES,VICE MAYOR OR VICE CHAIR<br>2300 VIRGINIA AVE<br>FORT PIERCE, FL 34982<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45656<br>(2:19-CV-14204)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1490 | **Nonpriority creditor's name and mailing address**<br><br>ST TAMMANY PARISH GOVERNMENT<br>ATTN CEO OR OFFICIAL ATTORNEY<br>21490 KOOP DR.<br>MANDEVILLE, LA 70471<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46211<br>(2:18-CV-08687)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1491 | **Nonpriority creditor's name and mailing address**<br><br>ST. CHARLES COUNTY, MISSOURI<br>ATTN CLERK OF THE COUNTY COURT<br>201 N. SECOND STREET<br>ST. CHARLES, MO 63301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46059<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1492 | **Nonpriority creditor's name and mailing address**<br><br>ST. CROIX COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>1101 CARMICHAEL ROAD<br>HUDSON, WI 54016<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45147-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1493 | **Nonpriority creditor's name and mailing address**<br><br>ST. LANDRY PARISH, LOUISIANA<br>ATTN CEO OR OFFICIAL ATTORNEY<br>118 SOUTH COURT ST, STE 207<br>OPELOUSAS, LA 70570<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46042<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1494**

**Nonpriority creditor's name and mailing address**

ST. LOUIS COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
41 SOUTH CENTRAL
CLAYTON, MO 63105

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45083-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1495**

**Nonpriority creditor's name and mailing address**

ST. TAMMANY PARISH CORONER'S OFFICE
ATTN CEO OR OFFICIAL ATTORNEY
65278 LOUISIANA 434
LACOMBE, LA 70445

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45492

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1496**

**Nonpriority creditor's name and mailing address**

ST. VINCENT CHARITY MEDICAL CENTER
WEISMAN, KENNEDY & BERRIS
1600 MIDLAND BLDG
101 PROSPECT AVENUE, W
CLEVELAND, OH 44115

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45610

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1497**

**Nonpriority creditor's name and mailing address**

STAFFORD COUNTY, NEW HAMPSHIRE
ATTN COUNTY COMMISSIONERS OR TREASURER
259 COUNTY FARM ROAD
DOVER, NH 03820

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00325
(18-CV-00364)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1498**

**Nonpriority creditor's name and mailing address**

STARK COUNTY, OHIO
ATTN OFFICER OR PROSECUTING ATTORNEY
110 CENTRAL PLAZZA SOUTH, SUITE 510
CANTON, OH 44702

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46340
(2018CV02230)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |

---

**3.1499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 450166/2018

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF ARIZONA, EX REL. MARK BRNOVICH, ATTORNEY GENERAL
ATTN CHIEF EXECUTIVE OFFICER OR
CHIEF CLERK OR SECRETARY
2005 N CENTRAL AVENUE
PHOENIX, AZ 85004

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CV2017-012008

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1501** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF ARKANSAS, EX REL. SCOTT ELLINGTON ET AL.
ATTN CEO, DIRECTOR OR CHAIRMAN
323 CENTER STREET
SUITE 200
LITTLE ROCK, AR 72201

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. CV-2018-268

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1502** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL,
DEPARTMENT OF LEGAL AFFAIRS
STATE ATTORNEY
OR ASSISTANT STATE ATTORNEY
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 2018-CA-001438

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1503** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF MARYLAND
ATTN SECRETARY OF STATE
100 COMMUNITY PLACE
100 COMMUNITY PLACE
CROWNSVILLE, MD 21032

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 18-028-300480

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1504 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF MINNESOTA<br>ATTN ATTORNEY GENERAL, DEPUTY ATTORNEY GENERAL<br>OR ASSISTANT ATTORNEY GENERAL<br>445 MINNESOTA STREET, SUITE 1400<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 27-CV-17-9081<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1505 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF NEVADA<br>OFFICE OF THE ATTORNEY GENERAL<br>100 NORTH CARSON STREET<br>CARSON CITY, NV  89701-4717<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. A-19-796755-B<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1506 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF NEW JERSEY<br>ATTN ATTORNEY GENERAL<br>PO BOX 001<br>TRENTON, NJ  08625<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. C 000001 - 18<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1507 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF NEW MEXICO (BALDERAS)<br>ATTN GOVERNOR<br>408 GALISTEO STREET<br>VILLAGRA BUILDING<br>SANTA FE, NM  87501<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18CV386<br>(D-101-CV-2017-02541)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1508 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF NORTH CAROLINA<br>ATTN ATTORNEY GENERAL<br>OR DEPUTY OR ASSISTANT ATTORNEY GENERAL<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC  27699-9001<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 17CV015532<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.1509**

**Nonpriority creditor's name and mailing address**

STATE OF OHIO (EX REL)
OFFICE OF THE PROSECUTING ATTORNEY - STARK COUNTY
110 CENTRAL PLAZA, S
STE. 510
CANTON, OH  44702

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1510**

**Nonpriority creditor's name and mailing address**

STATE OF OHIO (EX REL)
OFFICE OF THE PROSECUTING ATTORNEY - STARK COUNTY
110 CENTRAL PLAZA, S
STE. 510
CANTON, OH  44702

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 18OP45132

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1511**

**Nonpriority creditor's name and mailing address**

STATE OF RHODE ISLAND
ATTN ATTORNEY GENERAL
OR ASSISTANT ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI  02903

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. PC-18-4555

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1512**

**Nonpriority creditor's name and mailing address**

STE GENEVIEVE COUNTY
ATTN CLERK OF THE COUNTY COURT
55 SOUTH THIRD ST.
STE. GENEVIEVE, MO  63670

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1513**

**Nonpriority creditor's name and mailing address**

STILLWAGON, ROBERT J
HANKINS LAW OFFICE
ATTN JOHN L HANKINS
929 NW 164TH ST
EDMOND, OK  73013

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:19-CV-00352
(CJ-2019-63-01)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

**3.1514**

**Nonpriority creditor's name and mailing address**

STOCKBRIDGE-MUNSEE COMMUNITY
ATTN CHAIRPERSON OR CLERK
N8476 MOHHECONNUCK RD
BOWLER, WI  54416

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45032

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1515**

**Nonpriority creditor's name and mailing address**

STONE
ATTN CLERK OF THE COUNTY COURT
108 EAST 4TH STEET
GALENA, MO  65656

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45920

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1516**

**Nonpriority creditor's name and mailing address**

STONE COUNTY
ATTN CLERK OF THE COUNTY COURT
108 EAST 4TH STEET
GALENA, MO  65656

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1517**

**Nonpriority creditor's name and mailing address**

STRACENER
DONALD A. MIGLIORI
321 SOUTH MAIN STREET
STE. 200
PROVIDENCE, RI  02903

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45144
(1:19-CV-00086)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1518**

**Nonpriority creditor's name and mailing address**

STRAFFORD COUNTY
ATTN COUNTY COMMISSIONERS OR TREASURER
259 COUNTY FARM ROAD
DOVER, NH  03820

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV00325
(18-CV-00364)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1519**

**Nonpriority creditor's name and mailing address**

STRATFORD
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
2725 MAIN STREET
STRAFORD, CT  06615

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV18-6099290

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1520**

**Nonpriority creditor's name and mailing address**

SUFFOLK COUNTY
ATTN CHAIR OR CLERK OF BOARD OF SUPERVISORS
CLERK, ATTORNEY OR TREASURER
100 VETERANS MEMORIAL HWY
RIVERHEAD, NY  11901

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 400000/2017

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1521**

**Nonpriority creditor's name and mailing address**

SULLIVAN COUNTY
ATTN COUNTY COMMISSIONERS OR TREASURER
14 MAIN STREET
14 MAIN STREET
NEWPORT, NH  03773

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00334
(18-CV-00128)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1522**

**Nonpriority creditor's name and mailing address**

SUMMIT COUNTY COMBINED GENERAL HEALTH DISTRICT
ATTN OFFICER OR PROSECUTING ATTORNEY
47 N MAIN ST 407
47 N MAIN ST 407
AKRON, OH  44308

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1523**

**Nonpriority creditor's name and mailing address**

SUMMIT COUNTY COMBINED GENERAL HEALTH DISTRICT
ATTN OFFICER OR PROSECUTING ATTORNEY
47 N. MAIN STREET
STE. 407
AKRON, OH  44308

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
SUMMIT COUNTY PUBLIC HEALTH
ATTN OFFICER OR PROSECUTING ATTORNEY
1867 WEST MARKET STREET
AKRON, OH  44313

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1525 **Nonpriority creditor's name and mailing address**
SUMTER COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
13 E CANAL ST
SUMTER, SC  29150

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-CP-43-00891

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1526 **Nonpriority creditor's name and mailing address**
SUSSEX COUNTY, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SECR
COCHRAN HOUSE BLDG
83 SPRING ST, STE 304
NEWTON, NJ  7860

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45616
(2:19-CV-13747)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1527 **Nonpriority creditor's name and mailing address**
SUWANNEE COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
13150 80TH TERRACE
LIVE OAK, FL  32060

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45590
(3:19-CV-00711)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1528 **Nonpriority creditor's name and mailing address**
SWEETWATER COUNTY
ATTN COMMISSIONER OR CLERK
OR PROSECUTING ATTORNEY
80 W. FLAMING GORGE WAY
GREEN RIVER, WY  82935

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45031
(1:19-CV-00007)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1529** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

SWINOMISH TRIBE
ATTN PRESIDENT, MANAGING OR GEN AGENT
11404 MOORAGE WAY
LACONNER, WA  98257

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45892
(2:18-CV-00980)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1530** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

TALBOT COUNTY, MARYLAND
ATTN OFFICER OR AGENT
11 NORTH WASHINGTON ST.
EASTON, MD  21601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45853
(1:18-CV-01913)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1531** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

TALLADEGA COUNTY, ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
ONE COURT SQUARE
TALLADEGA, AL  35160

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45190
(1:18-CV-000152)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1532** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

TAMA COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
100 WEST HIGHT STREET
TOLEDO, IA  52342

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45303-DAP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

TANANA CHIEFS CONFERENCE
ATTN CEO, CHIEF CLERK OR SECRETARY
122 1ST AVE
FAIRBANKS, AK  99701

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP46268
(3:18-CV-00260

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.1534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**3.1534**

**Nonpriority creditor's name and mailing address**

TANEY COUNTY
ATTN CLERK OF THE COUNTY COURT
132 DAVID ST.
FORSYTH, MO  65653

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1535**

**Nonpriority creditor's name and mailing address**

TAYLOR BROOKE UNDERWOOD
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45537-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1536**

**Nonpriority creditor's name and mailing address**

TAYLOR COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
405 JEFFERSON ST
BEDFORD, IA  50833

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45122-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1537**

**Nonpriority creditor's name and mailing address**

TAYLOR COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
405 JEFFERSON ST
BEDFORD, IA  50833

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45832
(2:18CV819)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1538**

**Nonpriority creditor's name and mailing address**

TAYLOR COUNTY FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
201 E GREEN ST
PERRY, FL  32347

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00270

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

---

**3.1539** | **Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL NO 348 HEALTH & WELFARE FUND
ATTN PRESIDENT, MANAGING OR GEN AGENT
272 WEST MARKET STREET
AKRON, OH 44303

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45446

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1540** | **Nonpriority creditor's name and mailing address**

TEAMSTERS UNION LOCAL NO 52 HEALTH & WELFARE FUND
ATTN PRESIDENT, MANAGING OR GEN AGENT
6511 EASTLAND RD STE 160
BROOK PARK, OH 44142

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45446

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1541** | **Nonpriority creditor's name and mailing address**

TEXAS COUNTY
ATTN CLERK OF THE COUNTY COURT
210 NORTH GRAND AVENUE SUITE 311
HOUSTON, MO 65483

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00157
(1922-CC00203)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1542** | **Nonpriority creditor's name and mailing address**

THE BOARD OF COUNTY COMMISSIONERS OF GARVIN
COUNTY, OKLAHOMA STATE OF
ATTN CHIEF EXEC OFFICER, CLERK, SECR
OR OFFICIAL RECORDS OFFICIAL
201 W GRANT AVE 1
PAULS VALLEY, OK 73075

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:18-CV-00820
(CJ-2018-79)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1543** | **Nonpriority creditor's name and mailing address**

THE BOARD OF COUNTY COMMISSIONERS OF MCCLAIN
COUNTY, STATE OF OKLAHOMA
ATTN CEO, CLERK, SECRETARY
OR OFFICIAL RECORDS OFFICIAL
121 NORTH 2ND AVE STE 303, PO BOX 629
PURCELL, OK 73080

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 5:18-CV-00857

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.1544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | Check all that apply. | |
| | THE CITY OF ANNAPOLIS, MARYLAND | ☑ Contingent | |
| | ATTN OFFICER OR AGENCY | ☑ Unliquidated | |
| | 160 DUKE OF GLOUCESTER | ☑ Disputed | |
| | ANNAPOLIS, MD  21401 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 1:19-CV-01162 | |
| | UNDETERMINED | (C02CV19000594) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | Check all that apply. | |
| | THE CITY OF AUBURN | ☑ Contingent | |
| | ATTN PRESIDING OFFICER | ☑ Unliquidated | |
| | 1101 J STREET | ☑ Disputed | |
| | AUBURN, NE  68305 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 2:19-CV-03800 | |
| | UNDETERMINED | (E2019-0669) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | Check all that apply. | |
| | THE CITY OF FARGO | ☑ Contingent | |
| | ATTN ANY MEMBER OF ITS GOVERNING BOARD | ☑ Unliquidated | |
| | 225 4TH STREET NORTH | ☑ Disputed | |
| | FARGO, ND  58102 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | LITIGATION CASE NO. 3:19-CV-00139 | |
| | UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | Check all that apply. | |
| | THE CITY OF MOUNT VERNON | ☑ Contingent | |
| | ATTN MAYOR, COMPTROLLER, TREASURER, | ☑ Unliquidated | |
| | COUNSEL OR CLERK | ☑ Disputed | |
| | 1 ROOSEVELT SQUARE | | |
| | MOUNT VERNON, NY  10550 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 071118-W6 | |
| | UNDETERMINED | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | Check all that apply. | |
| | THE CITY OF OGDENSBURG | ☑ Contingent | |
| | ATTN MAYOR, COMPTROLLER, TREASURER, | ☑ Unliquidated | |
| | COUNSEL OR CLERK | ☑ Disputed | |
| | 330 FORD ST, 1ST FL RM 1 | | |
| | OGDENSBURG, NY  13669 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 8:19-CV-00782 | |
| | UNDETERMINED | (EFCV-19-155727) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.1549 | **Nonpriority creditor's name and mailing address**

THE CITY OF POUGHKEEPSIE ET AL.
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
62 CIVIC CENTER PLAZA
POUGHKEEPSIE, NY 12601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-51786

**Is the claim subject to offset?**
☑ No
☐ Yes | UNDETERMINED |

| 3.1550 | **Nonpriority creditor's name and mailing address**

THE CITY OF ROCHESTER
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
30 CHURCH STREET
ROCHESTER, NY 14614

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 6:19-CV-06490
(060519-M5)

**Is the claim subject to offset?**
☑ No
☐ Yes | UNDETERMINED |

| 3.1551 | **Nonpriority creditor's name and mailing address**

THE CITY OF SARATOGA SPRINGS
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
474 BROADWAY
SARATOGA SPRINGS, NY 12866

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00789
(2019-1805)

**Is the claim subject to offset?**
☑ No
☐ Yes | UNDETERMINED |

| 3.1552 | **Nonpriority creditor's name and mailing address**

THE COUNTY COMMISSION OF MASON COUNTY ET AL.
ATTN COMMISSIONER, CLERK,
OR PROSECUTING ATTORNEY
411 N 5TH ST
SHELTON, WA 98584

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 19-C-4
19-C-5
19-C-6
19-C-7
19-C-8
19-C-9

**Is the claim subject to offset?**
☑ No
☐ Yes | UNDETERMINED |

| 3.1553 | **Nonpriority creditor's name and mailing address**

THE COUNTY COMMISSION OF PUTNAM COUNTY
ATTN COMMISSIONER OR CLERK
OR PROSECUTING ATTORNEY
12093 WINFIELD RD
WINFIELD, WV 25213

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 500511/2018

**Is the claim subject to offset?**
☑ No
☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.1554**

**Nonpriority creditor's name and mailing address**

THE COUNTY OF BAY, MICHIGAN
ATTN CHAIRPERSON OF THE BOARD OF
COMMISSIONERS OR COUNTY CLERK
515 CENTER AVENUE
BAY CITY, MI  48708-5941

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45228

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1555**

**Nonpriority creditor's name and mailing address**

THE COUNTY OF CAYUGA -
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
160 GENESEE STREET
AUBURN, NY  13021

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-603

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1556**

**Nonpriority creditor's name and mailing address**

THE COUNTY OF CORTLAND
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
60 CENTRAL AVENUE
CORTLAND, NY  13045

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. EF18-864

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1557**

**Nonpriority creditor's name and mailing address**

THE COUNTY OF OTSEGO -
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
197 MAIN STREET
COOPERSTOWN, NY  13326

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018-621

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1558**

**Nonpriority creditor's name and mailing address**

THE PEOPLE OF THE STATE OF CALIFORNIA
MATTHEW CONN
3800 CORPORATE WOODS DR
BIRMINGHAM, AL  35242

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-02325
(CGC-19-574864)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1559 | **Nonpriority creditor's name and mailing address**<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF THE ATTORNEY GENERAL<br>MICHIYO MICHELLE BURKART<br>300 S SPRING ST, #1700<br>LOS ANGELES, CA 90013<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45647<br>(3:18-CV-02730-JCS)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1560 | **Nonpriority creditor's name and mailing address**<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>ATTN CLERK, SECR, PRES, OR PRES OFFICER<br>1303 10TH ST, STE 1173<br>SACRAMENTO, CA 95814<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-02323<br>(CGC-19-574866)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1561 | **Nonpriority creditor's name and mailing address**<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF COUNTY ATTORNEY<br>MADERA COUNTY<br>200 W FOURTH ST<br>MADERA, CA 93637<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45647<br>(1:18-AT-00343)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1562 | **Nonpriority creditor's name and mailing address**<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF COUNTY ATTORNEY<br>MERCED COUNTY<br>2222 M ST<br>ROOM 309<br>MERCED, CA 95340<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45643<br>(1:18-CV-00631-DAD-SAMB)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1563 | **Nonpriority creditor's name and mailing address**<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br>OFFICE OF THE CITY ATTORNEY FOR COSTA MESA<br>KIMBERLY HALL BARLOW<br>3777 N HARBOR BLVD<br>FULLERTON, CA 92835<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-02320<br>(CGC-19-574865)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

3.1564 **Nonpriority creditor's name and mailing address**

THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH SAN CLEMENTE CITY ATTORNEY SCOTT C. SMITH
THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH SAN CLEMENTE CITY ATTORNEY SCOTT C. SMITH, ROBINS KAPLAN LLP
ROMAN M SILBERFELD
2049 CENTURY PARK EAST
SUITE 3400
LOS ANGELES  90067-3211

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 3:19-CV-02326 (CGC-19-574868)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1565 **Nonpriority creditor's name and mailing address**

THE TOWN OF AMHERST
ATTN TREASURER OR THE CLERK
TOWN HALL
4 BOLTWOOD AVENUE
AMHERST, MA  01002

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 030618-E2

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1566 **Nonpriority creditor's name and mailing address**

THE TOWN OF TONAWANDA
ATTN MAYOR, COMPTROLLER, TREASURER, COUNSEL OR CLERK
2919 DELAWARE AVE #14
BUFFALO, NY  14217

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 810783/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1567 **Nonpriority creditor's name and mailing address**

THE UNITED STATES CHIEF, HEALTH CARE FRAUD UNIT
US ATTORNEY'S OFFICE FOR THE DISTRICT OF MASSACHUSETTS
ATTN:  AMANDA STRACHAN
ONE COURTHOUSE WAY, SUITE 9200
BOSTON, MA  02210

**Date or dates debt was incurred**

N/A

**Last 4 digits of account number: N/A**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $30,000,000.00

---

3.1568 **Nonpriority creditor's name and mailing address**

THOMAS MUSARRA
MOTLEY RICE-WASHINGTON
ATTN LINDA J SINGER
401 NINTH STREET NW, STE 100
WASHINGTON, DC  20004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
| --- | --- | --- |

**3.1569** **Nonpriority creditor's name and mailing address**

THOMAS REUTERS -WEST
PO BOX 6292
CAROL STREAM, IL 60197-6292

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** O006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,465.00

---

**3.1570** **Nonpriority creditor's name and mailing address**

THREE AFFILIATED TRIBES
ATTN ANY MEMBER OF ITS GOVERNING BOARD
404 FRONTAGE RD
NEW TOWN, ND 58763

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45376

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1571** **Nonpriority creditor's name and mailing address**

TIARA CHAMILLE CLARK
P.O. BOX 2362
RICHFIELD, MN 55423

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45850
(18-CV-01825 27-CV-18-10032)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1572** **Nonpriority creditor's name and mailing address**

TOHONO OODHAM NATION
ATTN CEO, THE SECRETARY,
CLERK, OR RECORDING OFFICER
PO BOX 837
SELLS, AZ 85634

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45411

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1573** **Nonpriority creditor's name and mailing address**

TOM KOSTOFF
ATTN CITY SOLICITOR OR LEGAL OFFICER
43 MUNROE FALLS AVENUE
MUNROE FALLS, OH 44262

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TOM KOSTOFF, LAW DIR THE CITY OF MUNROE FALLS | Check all that apply. | |
| | ATTN CITY SOLICITOR OR LEGAL OFFICER | ☑ Contingent | |
| | 43 MUNROE FALLS AVENUE | ☑ Unliquidated | |
| | MUNROE FALLS, OH  44262 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | UNDETERMINED | LITIGATION CASE NO. 1:18-OP-45767 | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TONTO APACHE TRIBE | Check all that apply. | |
| | ATTN CEO, THE SECRETARY, | ☑ Contingent | |
| | CLERK, OR RECORDING OFFICER | ☑ Unliquidated | |
| | TONTO APACHE RESERVATION 30 | ☑ Disputed | |
| | PAYSON, AZ  85541 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 1:19-OP-45398 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No | |
| | | ☐ Yes | |

| 3.1576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TONY MANCUSO  DULY ELECTED SHERIFF OF CALCASIEU | Check all that apply. | |
| | PARISH, IN HIS CAPACITY AS OFFICER EX OFFICIO OF THE | ☑ Contingent | |
| | CALCASIEU PARISH SHERIFF'S OFFICE AND THE | ☑ Unliquidated | |
| | CALCASIEU PARISH LAW ENFORCEMENT DISTRICT | ☑ Disputed | |
| | KEITH JACKSON | **Basis for the claim:** | |
| | 3530 INDEPENDENCE DR | LITIGATION CASE NO. 1:17-OP-45179-DAP | |
| | BIRMINGHAM, AL  35209 | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred** | ☑ No | |
| | UNDETERMINED | ☐ Yes | |
| | **Last 4 digits of account number:** | | |

| 3.1577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TOOELE COUNTY | Check all that apply. | |
| | ATTN COUNTY CLERK | ☑ Contingent | |
| | 47 SOUTH MAIN STREET | ☑ Unliquidated | |
| | 47 SOUTH MAIN STREET | ☑ Disputed | |
| | TOOELE, UT  84074 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 180300423 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No | |
| | | ☐ Yes | |

| 3.1578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TORRES MARTINEZ DESERT CAHUILLA INDIANS | Check all that apply. | |
| | ATTN CLERK, SECRETARY, PRESIDENT | ☑ Contingent | |
| | PRESIDING OFFICER | ☑ Unliquidated | |
| | 66-725 MARTINEZ ST. | ☑ Disputed | |
| | THERMAL, CA  92274 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION CASE NO. 1:18-OP-46152 | |
| | UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☑ No | |
| | | ☐ Yes | |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |

| 3.1579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

**3.1579**

**Nonpriority creditor's name and mailing address**

TOUCHETTE REGIONAL HOSPITAL
ATTN PRESIDENT, MANAGING OR GEN AGENT
5900 BOND AVENUE
CENTREVILLE, IL  62207

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45457

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1580**

**Nonpriority creditor's name and mailing address**

TOWN GERALDINE, ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
P.O. BOX 183
GERALDINE, AL  35974

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45634

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1581**

**Nonpriority creditor's name and mailing address**

TOWN OF AQUINNAH MASSACHUSETTS
ATTN TREASURER OR THE CLERK
953-55-57 STATE ROAD
AQUINNAH, MA  02535

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46091
(1:18CV11878)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1582**

**Nonpriority creditor's name and mailing address**

TOWN OF ARCOLA, MISSISSIPPI
ATTN OFFICER OR LEGAL OFFICER
102 TOWER LN
ARCOLA, MS  38722

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45419

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1583**

**Nonpriority creditor's name and mailing address**

TOWN OF ATHOL
ATTN TREASURER OR THE CLERK
584 MAIN ST
ATHOL, MA  01331

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45058
(4:19-CV-40019)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1584**

**Nonpriority creditor's name and mailing address**

TOWN OF AYER, MASSACHUSETTS
ATTN TREASURER OR THE CLERK
1 MAIN ST
AYER, MA 1432

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45570
(1:19-CV-11277)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1585**

**Nonpriority creditor's name and mailing address**

TOWN OF BARNSTABLE MASSACHUSETTS
ATTN TREASURER OR THE CLERK
367 MAIN STREET
HYANNIS, MA 02601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45862
(1:18-CV-11415)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1586**

**Nonpriority creditor's name and mailing address**

TOWN OF BELCHERTOWN
ATTN TREASURER OR THE CLERK
P.O. BOX 629
2 JABISH ST., ROOM 201
BELCHETOWN, MA 01007

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45905
(3:18-CV-30105)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1587**

**Nonpriority creditor's name and mailing address**

TOWN OF BELMONT, NH
ATTN SELECTMAN OR TOWN CLERK
143 MAIN STREET
PO BOX 310
BELMONT, NH 03220

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-00329

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1588**

**Nonpriority creditor's name and mailing address**

TOWN OF BROOKLINE
ATTN TREASURER OR THE CLERK
333 WASHINGTON STREET
BROOKLINE, MA 02445

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45062
(1:19-CV-10146)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case Number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1589 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF CANTON<br>ATTN TREASURER OR THE CLERK<br>801 WASHINGTON ST.<br>CANTON, MA  02021<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1882-CV-01582 (BLS DOCKET NUMBER NOT YET ASSIGNED)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.1590 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF CENTERVILLE TENNESSEE<br>ATTN CHIEF EXECUTIVE OFFICER<br>OR CITY ATTORNEY<br>102 EAST SWAN ST, PO BOX 238<br>CENTERVILLE, TN  37033<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45425<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1591 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF CHEEKTOWAGA<br>ATTN MAYOR, COMPTROLLER, TREASURER,<br>COUNSEL OR CLERK<br>3301 BROADWAY<br>CHEEKTOWAGA, NY  14227<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 806151/2018<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1592 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF CHELMSFORD, MASSACHUSETTS<br>ATTN OFFICER OR AGENT<br>50 BILLERICA RD, TOWN OFFICES<br>CHELMFORD, MA  01824<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-CV-11421 /<br>1:18-OP-45952<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1593 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF CLARKSBURG MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>111 RIVER ROAD<br>CLARKSBURG, MA  01247<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45882<br>(18-30099)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

**3.1594**

**Nonpriority creditor's name and mailing address**

TOWN OF DEDHAM MASSACHUSETTS
ATTN TREASURER OR THE CLERK
26 BRYANT ST
DEDHAM, MA  02026

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45039
(1:18-CV-12614)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1595**

**Nonpriority creditor's name and mailing address**

TOWN OF DELHI, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
209 BROADWAY STREET
DELHI, LA  71232

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45973

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1596**

**Nonpriority creditor's name and mailing address**

TOWN OF DENNIS
ATTN TREASURER OR THE CLERK
685 ROUTE 134
SOUTH DENNIS, MA  02660

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45124
(1:19-CV-10302)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1597**

**Nonpriority creditor's name and mailing address**

TOWN OF EASTHAM MASSACHUSETTS
ATTN TREASURER OR THE CLERK
2500 STATE HWY
EASTHAM, MA  02642

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45864
(18-11345)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1598**

**Nonpriority creditor's name and mailing address**

TOWN OF ELIZABETH, WV
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
PO BOX 478
ELIZABETH, WV  26143

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1599** **Nonpriority creditor's name and mailing address**

TOWN OF ENFIELD
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
820 ENFIELD STREET
ENFIELD, CT  06082-2997

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. HHD-CV-19-6110751-S

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1600** **Nonpriority creditor's name and mailing address**

TOWN OF FAIRHAVEN MA
ATTN TREASURER OR THE CLERK
40 CENTER STREET
FAIRHAVEN, MA  02719

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45060
(1:19-CV-10154)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1601** **Nonpriority creditor's name and mailing address**

TOWN OF FALMOUTH
ATTN TREASURER OR THE CLERK
59 TOWN HALL SQUARE
FALMOUTH, MA  02540

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46095
(1:18CV11855)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1602** **Nonpriority creditor's name and mailing address**

TOWN OF FERRIDAY, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
1116 SECOND STREET
FERRIDAY, LA  71334

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46166

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1603** **Nonpriority creditor's name and mailing address**

TOWN OF FORT DEPOSIT, ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
260 OLD FORT RD E
FORT DEPOSIT, AL  36032

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45427

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1604**

**Nonpriority creditor's name and mailing address**

TOWN OF GEORGETOWN MASSACHUSETTS
ATTN TREASURER OR THE CLERK
1 LIBRARY STREET
GEORGETOWN, MA  01833

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45879
(18-11338)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1605**

**Nonpriority creditor's name and mailing address**

TOWN OF HARRISVILLE, WV
ATTN MAYOR, CITY MGR, RECORDER, CLERK,
TREASURER, OR MEMBER OF COUNCIL OR BOARD
1501 E MAIN ST, PO BOX 243
HARRISVILLE, WV  26362

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1606**

**Nonpriority creditor's name and mailing address**

TOWN OF HOLLISTON MASSACHUSETTS
ATTN TREASURER OR THE CLERK
703 WASHINGTON ST
HOLLISTON, MA  01746

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45874
(1:18-CV-11416)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1607**

**Nonpriority creditor's name and mailing address**

TOWN OF KINGSTON MASSACHUSETTS
ATTN TREASURER OR THE CLERK
26 EVERGREEN ST
KINGSTON, MA  02364

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46090
(1:18-CV-11886)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1608**

**Nonpriority creditor's name and mailing address**

TOWN OF LAKE PROVIDENCE, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
311 SPARROW ST
LAKE PROVIDENCE, LA  71254

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46002

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |

---

**3.1609** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

TOWN OF LANCASTER
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
21 CENTRAL AVE
LANCASTER, NY  14086

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 061318-E1

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1610** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

TOWN OF LONGMEADOW
ATTN TREASURER OR THE CLERK
20 WILLIAMS ST
LONGMEADOW, MA  01106

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46097
(3:18CV30144)

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1611** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

TOWN OF LUDLOW
ATTN TREASURER OR THE CLERK
488 CHAPIN ST
LUDLOW, MA  01056

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45906
(3:18-CV-30107)

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1612** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

TOWN OF LUNENBERG MASSACHUSETTS
ATTN TREASURER OR THE CLERK
PO BOX 135
17 MAIN ST
LUNENBURG, MA  01462

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46156
(4:18CV40160)

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1613** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

TOWN OF LYNNFIELD
ATTN TREASURER OR THE CLERK
55 SUMMER ST
LYNNFIELD, MA  01940

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1984-CV-01330-BLS2

**Date or dates debt was incurred**

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1614** | **Nonpriority creditor's name and mailing address**

TOWN OF MATTAPOISETT
ATTN TREASURER OR THE CLERK
16 MAIN ST
MATTAPOISETT, MA 02739

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45890
(18-11351)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1615** | **Nonpriority creditor's name and mailing address**

TOWN OF MIDDLEBOROUGH
ATTN TREASURER OR THE CLERK
10 NICKERSON AVE
MIDDLEBOROUGH, MA 02346

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46200
(DOCKET SEALED)
1:18-CV-12140

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1616** | **Nonpriority creditor's name and mailing address**

TOWN OF MILLBURY MASSACHUSETTS
ATTN TREASURER OR THE CLERK
127 ELM ST
MILLBURY, MA 01257

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46123
(4:18-CV-40148)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1617** | **Nonpriority creditor's name and mailing address**

TOWN OF MUNFORD, ALABAMA
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR MEMBER
115 LIONS RD
MUNFORD, MA 36268

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45785
(18-CV-00820)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1618** | **Nonpriority creditor's name and mailing address**

TOWN OF NATICK
ATTN TREASURER OR THE CLERK
13 E. CENTRAL ST.
NATICK, MA 01760

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1981-CV-00646

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |

---

**3.1619**

**Nonpriority creditor's name and mailing address**

TOWN OF NORTH ANDOVER MASSACHUSETTS
ATTN TREASURER OR THE CLERK
120 MAIN ST
NORTH ANDOVER, MA 01845

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46159
(1:18CV12015)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1620**

**Nonpriority creditor's name and mailing address**

TOWN OF NORTH READING MASSACHUSETTS
ATTN TREASURER OR THE CLERK
235 NORTH ST
NORT READING, MA 01864-1298

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45856
(18-11353)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1621**

**Nonpriority creditor's name and mailing address**

TOWN OF NORWOOD
ATTN TREASURER OR THE CLERK
566 WASHINGTON ST.
NORWOOD, MA 02062

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45601
(1:19-CV-10147)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1622**

**Nonpriority creditor's name and mailing address**

TOWN OF ORANGE MASSACHUSETTS
ATTN TREASURER OR THE CLERK
6 PROSPECT ST
ORANGE, MA 01364

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45070
(3:18-CV-30199)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1623**

**Nonpriority creditor's name and mailing address**

TOWN OF OXFORD
ATTN TREASURER OR THE CLERK
325 MAIN ST
OXFORD, MA 01540

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45568
(4:19-CV-40077)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1624**

**Nonpriority creditor's name and mailing address**

TOWN OF PEARL RIVER
ATTN CHIEF EXECUTIVE OFFICER
39460 WILLIS ALLEY
PEARL RIVER, LA 70452

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-13024

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1625**

**Nonpriority creditor's name and mailing address**

TOWN OF PROVINCETOWN
ATTN TREASURER OR THE CLERK
260 COMMERCIAL ST
PROVINCETOWN, MA 02657

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45125
(1:19-CV-10292)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1626**

**Nonpriority creditor's name and mailing address**

TOWN OF RANDOLPH
ATTN TREASURER OR THE CLERK
41 SOUTH MAIN STREET
RANDOLPH, MA 02368

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-CV-10813
(1982CV00400)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1627**

**Nonpriority creditor's name and mailing address**

TOWN OF RANDOLPH
ATTN TREASURER OR THE CLERK
41 SOUTH MAIN STREET
RANDOLPH, MA 02368

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1982CV00400

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1628**

**Nonpriority creditor's name and mailing address**

TOWN OF REHOBOTH
ATTN TREASURER OR THE CLERK
148 PECK ST
REHOBOTH, MA 02769

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45059
(1:19-CV-10151)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1629 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF RICHWOOD, LOUISIANA<br>ATTN CHIEF EXECUTIVE OFFICER<br>2710 MARTIN LUTHER KING DR.<br>RICHWOOD, LA 71202<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-0P-45772<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1630 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF SCITUATE MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>600 CHIEF JUSTICE CUSHING HWY<br>SCITUATE, MA 02066<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45063<br>(1:19-CV-10152)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1631 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF SEEKONK MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>100 PECK ST<br>SEEKONK, MA 02771<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45881<br>(18-11354)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1632 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF SHEFFIELD MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>21 DEPOT SQ<br>SHEFFIELD, MA 01257<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46001<br>(18-11357)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1633 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF SHIRLEY MASSACHSETTS<br>ATTN TREASURER OR THE CLERK<br>7 KEADY WAY<br>SHIRLEY, MA 01464<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45880<br>(18-11367)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1634** | **Nonpriority creditor's name and mailing address**

TOWN OF SOUTH HADLEY
ATTN TREASURER OR THE CLERK
116 MAIN ST, RM 109
SOUTH HADLEY, MA 01075

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46000
(3:18-CV-30108)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1635** | **Nonpriority creditor's name and mailing address**

TOWN OF STONEHAM MASSACHUSETTS
ATTN TREASURER OR THE CLERK
35 CENTRAL ST
STONEHAM, MA 02180

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46164
(1:18CV12016)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1636** | **Nonpriority creditor's name and mailing address**

TOWN OF STOUGHTON MASSACHUSETTS
ATTN TREASURER OR THE CLERK
10 PEARL ST
STOUGHTON, MA 02072

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45023
(1:18-CV-12615)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1637** | **Nonpriority creditor's name and mailing address**

TOWN OF STURBRIDGE
ATTN TREASURER OR THE CLERK
308 MAIN ST
STURBRIDGE, MA 01566

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45990
(4:18-CV-40126)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1638** | **Nonpriority creditor's name and mailing address**

TOWN OF SUDBURY MASSACHUSETTS
ATTN TREASURER OR THE CLERK
322 CONCORD RD
SUDBURY, MA 01776

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45877
(18-11368)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1639** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TOWN OF SUMMIT, MISSISSIPPI
ATTN OFFICER OR LEGAL OFFICER
706 W RAILROAD AVE
PO BOX 517
SUMMIT, MS  39666

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45418

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1640** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TOWN OF SWAMPSCOTT
ATTN TREASURER OR THE CLERK
22 MONUMENT AVE
SWAMPSCOTT, MA  01907

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45911
(1:18-CV-11422)

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1641** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TOWN OF TEWKSBURY
ATTN TREASURER OR THE CLERK
1009 MAIN ST
TEWKSBRUTY, MA  01876

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45077
(1:19-CV-10153)

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1642** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TOWN OF UPTON MASSACHUSETTS
ATTN TREASURER OR THE CLERK
ONE MAIN ST
UPTON, MA  01568

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46160
(4:18CV40162)

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.1643** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TOWN OF WAKEFIELD
ATTN TREASURER OR THE CLERK
1 LAFAYETTE ST
WAKEFIELD, MA  01880

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION CASE NO. 1881CV03458 (BLS
DOCKET NUMBER NOT YET ASSIGNED)

UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1644 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WALLINGFORD<br>ATTN CLERK, ASSIST CLERK, MANAGER<br>OR SELECTMEN<br>45 SOUTH MAIN STREET<br>WALLINGFORD, CT 06492<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHD-CV18-6094422-S<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1645 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WALPOLE MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>135 SCHOOL ST<br>WALPOLE, MA 02081<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46093<br>(1:18-CV-11888)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1646 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WARE<br>ATTN TREASURER OR THE CLERK<br>126 MAIN ST<br>WARE, MA 01082<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45907<br>(3:18-CV-30109)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1647 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WELLFLEET<br>ATTN TREASURER OR THE CLERK<br>300 MAIN STREET<br>WELLFLEET, MA 02667<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-CV-11206<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1648 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WEST BOYLSTON MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>140 WORCESTER ST<br>WEST BOYLSTON, MA 01583<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45858<br>(4:18-CV-40109)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- |

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.1649** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TOWN OF WEST BRIDGEWATER
ATTN TREASURER OR THE CLERK
66 CENTRAL SQ
MUNICIPAL OFFICE BLDG
BRIDGEWATER, MA 02324

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46102
(1:18CV11880)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1650** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TOWN OF WESTFORD MASSACHUSETTS
ATTN TREASURER OR THE CLERK
55 MAIN ST
WESTFORD, MA 01886

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46007
(18-11379)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1651** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TOWN OF WESTVOROUGH MASSACHUSETTS
ATTN TREASURER OR THE CLERK
34 WEST MAIN ST
WESTBOROUGH, MA 01581

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45859
(18-CV-40110)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1652** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TOWN OF WETHERSFIELD
ATTN CLERK, ASSIST CLERK, MANAGER
OR SELECTMEN
505 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1653** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TOWN OF WILLIAMSBURG MASSACHUSETTS
ATTN TREASURER OR THE CLERK
PO BOX 447
141 MAIN ST
HAYDENVILLE, MA 01039

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45883
(18-30102)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1654 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WILMINGTON MASSACHUSETTS<br>ATTN TREASURER OR THE CLERK<br>121 GLEN RD<br>WILMINGTON, MA  01887<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46158<br>(1:18CV12017)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.1655 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WOODVILLE, ALABAMA<br>ATTN MAYOR OR THE PRESIDING OFFICER OR<br>COUNCILMAN, COMMISSIONER, OR MEMBER<br>P.O. BOX 94<br>WOODVILLE, AL  35776<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45634<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1656 | **Nonpriority creditor's name and mailing address**<br><br>TOWNSHIP OF BLOOMFIELD, NEW JERSEY<br>ATTN PRESIDING OFFICER OR CLERK OR SECR<br>1 MUNICIPAL PLAZA<br>BLOOMFIELD, NJ  07003<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45053-DAP<br>(3:17-CV-13462)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1657 | **Nonpriority creditor's name and mailing address**<br><br>TOWNSHIP OF IRVINGTON<br>ATTN PRESIDING OFFICER OR CLERK OR SECR<br>1 CIVIC SQ<br>MUNICIPAL BLDG<br>IRVINGTON, NJ  07111<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45156<br>(2:17CV12155)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1658 | **Nonpriority creditor's name and mailing address**<br><br>TOWNSHIP OF PLAINESVILLE<br>ATTN TRUSTEE OR CLERK<br>55 NYE RD.<br>PAINESVILLE TWP, OH  44077<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18OP46035<br>(18CV001212)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1659**

**Nonpriority creditor's name and mailing address**

TOWNSHIP OF SADDLE BROOK, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SECR
93 MARKET ST
SADDLE BROOK, NJ 07663

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45431

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1660**

**Nonpriority creditor's name and mailing address**

TOWNSHIP OF TENECK, NEW JERSEY
ATTN PRESIDING OFFICER OR CLERK OR SECR
818 TENECK RD
TENECK, NJ 07666

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45295
(2:18-CV-03394)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1661**

**Nonpriority creditor's name and mailing address**

TREMPEALEAU COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
36245 MAIN ST
WHITEHALL, WI 54773

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45138-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1662**

**Nonpriority creditor's name and mailing address**

TRI-COUNTY HEALTH DEPARTMENT
ATTN OR ATTORNEY
6162 S WILLOW DRIVE, SUITE 100
6162 S WILLOW DRIVE, SUITE 100
GREENWOOD VILLAGE, CO 80111

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180800056
(2:18-CV-000585)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1663**

**Nonpriority creditor's name and mailing address**

TROMBLEY & HANES, P.A.
707 FRANKLIN STREET 10TH FLOOR
TAMPA, FL 33601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** BLEY

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR MIKE BABICH

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,951.00

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1664** | **Nonpriority creditor's name and mailing address**

TRULY NOLEN OF AMERICA, INC
PO BOX 3010
SCOTTSDALE, AZ 85271-3010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: U002**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$325.00

---

**3.1665** | **Nonpriority creditor's name and mailing address**

TRUSSVILLE, CITY OF
ATTN MAYOR OR THE PRESIDING OFFICER OR
COUNCILMAN, COMMISSIONER, OR OTHER MEMBER
131 MAIN ST
TRUSSVILLE, AL 35173

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45192-DAP
(2:18-CV-00141)

**Is the claim subject to offset?**

☒ No
☐ Yes

UNDETERMINED

---

**3.1666** | **Nonpriority creditor's name and mailing address**

TUBBS
SALVATORE C. BADALA
400 BROADHOLLOW ROAD
STE. 305
MELVILLE, NY 11747

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45884
(3:18-CV-00846)

**Is the claim subject to offset?**

☒ No
☐ Yes

UNDETERMINED

---

**3.1667** | **Nonpriority creditor's name and mailing address**

TUCSON MEDICAL CENTER
ATTN PRESIDENT, MANAGING OR GEN AGENT
5301 E. GRANT ROAD
TUCSON, AZ 85712

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:18-CV-00532
(C20184991)

**Is the claim subject to offset?**

☒ No
☐ Yes

UNDETERMINED

---

**3.1668** | **Nonpriority creditor's name and mailing address**

TUCSON, CITY OF
ATTN CEO, THE SECRETARY,
CLERK, OR RECORDING OFFICER
255 W. ALAMEDA
TUCSON, AZ 85701

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 4:19-CV-00167
(C-2019-0270)

**Is the claim subject to offset?**

☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1669** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

Check all that apply.

TULE RIVER INDIAN TRIBE OF CALIFORNIA
ATTN CLERK, SECRETARY, PRESIDENT,
PRESIDING OFFICER
340 N RESERVATION RD
PORTERVILLE, CA 93257

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45579
(3:19-CV-03222)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1670** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

Check all that apply.

TUNICA-BILOXI TRIBE OF LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
150 MELACON RD
MARKSVILLE, LA 71351

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45996
(1:18-CV-01008)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1671** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

Check all that apply.

TUSCALOOSA COUNTY, ALABAMA
ATTN CHAIRMAN OR PRES OFFICER OR MEMBER
714 GREENSBORO AVE
TUSCALOOSA, AL 35401

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45196
(7:18-CV-00630-LSC)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1672** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

Check all that apply.

UINTAH COUNTY
ATTN COUNTY CLERK
152 E 100 N
152 E 100 N
VERNAL, UT 84078

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 2:18-CV-000585
(180800056)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1673** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

Check all that apply.

UINTAH COUNTY, DUCHESNE COUNTY, DAGGETT
COUNTY AND TRI-COUNTY HEALTH DEPARTMENT
LUCAS C. MONTGOMERY
2421 SECOND AVE N
UNIT 1
BIRMINGHAM, AL 35203

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

UNDETERMINED

**Basis for the claim:**
LITIGATION CASE NO. 180800056
(2:18-CV-000585)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1674** | **Nonpriority creditor's name and mailing address**

UNION COUNTY
ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV
300 N PINE ST
CRESTON, IA  50801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45303-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1675** | **Nonpriority creditor's name and mailing address**

UNION COUNTY
ATTN PRESIDING OFFICER OR CLERK OR SECR
2 BROAD ST
UNION COUNTY COURTHOUSE
ELIZABETH, NJ  07207

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:19-CV-05419

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1676** | **Nonpriority creditor's name and mailing address**

UNION COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
15 NE 1ST ST
LAKE BUTLER, FL  32054

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45603
(3:19-CV-00716)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1677** | **Nonpriority creditor's name and mailing address**

UNION COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
210 WEST MAIN ST
UNION, SC  29379

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP4400288

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1678** | **Nonpriority creditor's name and mailing address**

UNITAH COUNTY
UINTAH COUNTY ATTORNEY'S OFFICE
JONATHAN A STEARMER
641 E 300 S STE 300
VERNAL, UT  84078

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2:18-CV-000585
(180800056)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
| --- | --- | --- |

**3.1679** **Nonpriority creditor's name and mailing address**

UNITED BIOSOURCE CORPORATION
UBC
LOCKBOX 75253
PO BOX 75253
BALTIMORE, MD 21275

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: UBS**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,324.12

---

**3.1680** **Nonpriority creditor's name and mailing address**

UNITED STATES DEPARTMENT OF JUSTICE CIVIL
DIVISION/FRAUD SECTION
DAVID T. COHEN, CIVIL DIVISION
FRAUD SECTION, 175 N STREET, N.E.
WASHINGTON, DC 20002

**Date or dates debt was incurred**

N/A

**Last 4 digits of account number: N/A**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

SEE GLOBAL NOTES

---

**3.1681** **Nonpriority creditor's name and mailing address**

UPPER SIOUX COMMUNITY
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
5722 TRAVERS LN
GRANITE FALLS, MN 56241

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45974

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1682** **Nonpriority creditor's name and mailing address**

US DEPARMENT OF HOMELAND
SECURITY
THE HONORABLE KEVIN K. MCALEENAN
WASHINGTON, DC 20528

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: SDHS**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,145.00

---

**3.1683** **Nonpriority creditor's name and mailing address**

VALLEY FIRE DISTRICT
ATTN CITY SOLICITOR OR LEGAL OFFICER
5287 DOGWOOD DR
5287 DOGWOOD DR
PENINSULA, OH 44264

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.1684**

**Nonpriority creditor's name and mailing address**

VALLEY FIRE DISTRICT
ATTN TRUSTEE OR CLERK
5287 DOGWOOD DRIVE
PENINSULA, OH 44264

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1685**

**Nonpriority creditor's name and mailing address**

VALLEY FIRE DISTRICT
ATTN TRUSTEE OR CLERK
5287 DOGWOOD DRIVE
PENINSULA, OH 44264

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1686**

**Nonpriority creditor's name and mailing address**

VAN WERT COUNT BOARD OF COUNTY COMMISSIONERS
ATTN OFFICER OR PROSECUTING ATTORNEY
114 E. MAIN STREET
SUITE 200
VAN WERT, OH 45891

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45571

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.1687**

**Nonpriority creditor's name and mailing address**

VENABLE LLP
PO BOX 62727
BALTIMORE, MD 21264-2727

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: N003**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR PAUL GEISWITE
AND STEPHANIE ROBERTS

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $30,105.88

---

**3.1688**

**Nonpriority creditor's name and mailing address**

VERITEXT CHICAGO REPORTING COMPANY
P.O. BOX 71303
CHICAGO, IL 60694-1303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: TEXT**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $51,211.28

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

**3.1689**  **Nonpriority creditor's name and mailing address**

VERNON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
400 COURT HOUSE SQ ST
VIROQUA, WI 54665

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45148-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1690**  **Nonpriority creditor's name and mailing address**

VICTORIA TERIFAJ
ONDER SHELTON O'LEARY & PETERSON
ATTN STEPHANIE LYNN RADOS
110 E. LOCKWOOD
ST LOUIS, MO 63119

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1877-CV-01769
(18-01769)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1691**  **Nonpriority creditor's name and mailing address**

VILAS COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
330 COURT ST
EAGLE RIVER, WI 54521

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45832
(2:18CV819)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1692**  **Nonpriority creditor's name and mailing address**

VILLAGE OF BOSTON HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
45 E. BOSTON MILLS ROAD
45 E. BOSTON MILLS ROAD
HUDSON, OH 44236

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1693**  **Nonpriority creditor's name and mailing address**

VILLAGE OF BOSTON HEIGHTS, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
45 E. BOSTON MILLS RD.
BOSTON HEIGHTS, OH 44236

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1694**

**Nonpriority creditor's name and mailing address**

VILLAGE OF BOSTON HEIGHTS, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
45 E. BOSTON MILLS RD.
BOSTON HEIGHTS, OH  44236

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1695**

**Nonpriority creditor's name and mailing address**

VILLAGE OF BROADVIEW
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
MUNICIPAL BLDG
BROADVIEW, IL  60155

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1696**

**Nonpriority creditor's name and mailing address**

VILLAGE OF BROOKLYN HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
BROOKLYN HEIGHTS MUNICIPAL CENTER
345 TUXEDO HEIGHTS
BROOKLYN HEIGHTS, OH  44131

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45450

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1697**

**Nonpriority creditor's name and mailing address**

VILLAGE OF CHICAGO RIDGE
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
10455 S RIDGELAND AVE
CHICAGO RIDGE, IL  60415

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1698**

**Nonpriority creditor's name and mailing address**

VILLAGE OF CLINTON
ATTN CITY SOLICITOR OR LEGAL OFFICER
7871 MAIN ST.
7871 MAIN ST.
CLINTON, OH  44216

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.1699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.1699 **Nonpriority creditor's name and mailing address**
VILLAGE OF CLINTON, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
7871 MAIN ST.
CLINTON, OH  44216

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1700 **Nonpriority creditor's name and mailing address**
VILLAGE OF CLINTON, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
7871 MAIN ST.
CLINTON, OH  44216

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1701 **Nonpriority creditor's name and mailing address**
VILLAGE OF DOLTON
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
14122 CHICAGO RD
DOLTON, IL  60419

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1702 **Nonpriority creditor's name and mailing address**
VILLAGE OF HERKIMER
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
120 GREEN STREET
HERKIMER, NY  13350

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45964
(5:00-AT-99999)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1703 **Nonpriority creditor's name and mailing address**
VILLAGE OF HERKIMER, NEW YORK
ATTN MAYOR, COMPTROLLER, TREASURER,
COUNSEL OR CLERK
120 GREEN STREET
HERKIMER, NY  13350

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.
2018104118/6:18-OP-45964)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

**3.1704** | **Nonpriority creditor's name and mailing address**

VILLAGE OF HOFFMAN ESTATES
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
1900 HASSELL RD
HOFFMAN ESTATES, IL 60169

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1705** | **Nonpriority creditor's name and mailing address**

VILLAGE OF LAKEMORE
ATTN CITY SOLICITOR OR LEGAL OFFICER
P.O. BOX 455
1400 MAIN STREET
LAKEMORE, OH 44250

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1706** | **Nonpriority creditor's name and mailing address**

VILLAGE OF LAKEMORE, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
1400 MAIN ST.
P.O. BOX 455
LAKEMORE, OH 44250

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1707** | **Nonpriority creditor's name and mailing address**

VILLAGE OF LAKEMORE, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
1400 MAIN ST.
P.O. BOX 455
LAKEMORE, OH 44250

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1708** | **Nonpriority creditor's name and mailing address**

VILLAGE OF MAYWOOD
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
40 MADISON STREET
MAYWOOD, IL 60153

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor   Insys Therapeutics, Inc.
(Name)

Case number (if known) 19-11292 (KG)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1709 Nonpriority creditor's name and mailing address**

VILLAGE OF MERRIONETTE PARK
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
11720 S KEDZIE
MERRIONETTE PARK, IL  60803

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1710 Nonpriority creditor's name and mailing address**

VILLAGE OF MOGADORE
ATTN CITY SOLICITOR OR LEGAL OFFICER
135 S. CLEVELAND AVENUE
135 S. CLEVELAND AVENUE
MOGADORE, OH  44260

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1711 Nonpriority creditor's name and mailing address**

VILLAGE OF MOGADORE, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
135 S. CLEVELAND AVENUE
MOGADORE, OH  44260

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1712 Nonpriority creditor's name and mailing address**

VILLAGE OF MOGADORE, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
135 S. CLEVELAND AVENUE
MOGADORE, OH  44260

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1713 Nonpriority creditor's name and mailing address**

VILLAGE OF MONROE FALLS, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
43 MUNROE FALLS AVENUE
MUNROE FALLS, OH  44262

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1714** **Nonpriority creditor's name and mailing address**

VILLAGE OF NEWBURGH HEIGHTS
ATTN CITY SOLICITOR OR LEGAL OFFICER
3801 HARVARD AVE
NEWBURGH HEIGHTS, OH 44105

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18OP45449

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1715** **Nonpriority creditor's name and mailing address**

VILLAGE OF NORTH RIVERSIDE
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
2401 S. DESPLAINES AVE
NORTH RIVERSIDE, IL 60546

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1716** **Nonpriority creditor's name and mailing address**

VILLAGE OF NORTON, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
4060 COLUMBIA WOODS DR.
NORTON, OH 44203

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1717** **Nonpriority creditor's name and mailing address**

VILLAGE OF ORLAND PARK
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
14700 RAVINIA AVE
ORLAND PARK, IL 60462

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1718** **Nonpriority creditor's name and mailing address**

VILLAGE OF PENINSULA
ATTN CITY SOLICITOR OR LEGAL OFFICER
1582 MAIN STREET
1582 MAIN STREET
PENINSULA, OH 44264

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.1719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

VILLAGE OF PENINSULA, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
1582 MAIN STREET
PENINSULA, OH  44264

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1720 **Nonpriority creditor's name and mailing address**

VILLAGE OF PENINSULA, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
1582 MAIN STREET
PENINSULA, OH  44264

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1721 **Nonpriority creditor's name and mailing address**

VILLAGE OF POSEN
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
2440 WALTER ZIMNY DRIVE
POSEN, IL  60469

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1722 **Nonpriority creditor's name and mailing address**

VILLAGE OF RICHFIELD
ATTN CITY SOLICITOR OR LEGAL OFFICER
4410 WEST STREETSBORO ROAD
4410 WEST STREETSBORO ROAD
RICHFIELD, OH  44286

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45090-DAP
(5:18-CV-00170; CV-2017-12-5235)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1723 **Nonpriority creditor's name and mailing address**

VILLAGE OF RICHFIELD, OH
ATTN CITY SOLICITOR OR LEGAL OFFICER
4410 WEST STREETSBORO ROAD
RICHFIELD, OH  44286

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |

| 3.1724 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE OF RICHFIELD, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>4410 WEST STREETSBORO ROAD<br>RICHFIELD, OH 44286<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1725 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE OF RIVER GROVE<br>ATTN PRESIDENT OF THE BOARD OF TRUSTEES<br>OR VILLAGE CLERK<br>2621 N. THATCHER AVE<br>RIVER GROVE, IL 60171<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-46335<br>(2018CH09020)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1726 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE OF SILVER LAKE<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2961 KENT ROAD<br>2961 KENT ROAD<br>SILVER LAKE, OH 44224<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45090-DAP<br>(5:18-CV-00170; CV-2017-12-5235)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1727 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE OF SILVER LAKE, OH<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2961 KENT ROAD<br>SILVER LAKE, OH 44224<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45767<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1728 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE OF SILVER LAKE, OHIO<br>ATTN CITY SOLICITOR OR LEGAL OFFICER<br>2961 KENT ROAD<br>SILVER LAKE, OH 44224<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 180500119<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Insys Therapeutics, Inc.

(Name)

Case number (if known) 19-11292 (KG)

| Part 2: | Additional Page | |
|---------|-----------------|---|
| | | Amount of claim |

**3.1729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

VILLAGE OF STONE PARK
ATTN PRESIDENT OF THE BOARD OF TRUSTEES
OR VILLAGE CLERK
1825 N. 32ND AVE
STONE PARK, IL  60160

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46335
(2018CH09020)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1730** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WAIKEISHA RICHARDSON
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45538-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1731** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WALDO COUNTY
ATTN COUNTY COMMISSIONER, CLERK,
OR TREASURER
39 B SPRING STREET
BELFAST, ME  04915

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45309
(1:19-CV-00144)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1732** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WALTON COUNTY, FLORIDA
ATTN PRESIDENT, MAYOR, CHAIR
OR VICE PRES,VICE MAYOR OR VICE CHAIR
76 N 6TH ST, PO BOX 1355
DEFUNIAK SPRINGS, FL  32433

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45423

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1733** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WALWORTH COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
100 W WALWORTH
ELKHORN, WI  53121

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45988
(18-CV-1181)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1734** | **Nonpriority creditor's name and mailing address**
WARMINSTER TOWNSHIP
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
401 GIBSON AVENUE
WARMINSTER, PA  18974

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2019-01469

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1735** | **Nonpriority creditor's name and mailing address**
WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER
111 LYON STREET, N.W.
GRAND RAPIDS, MI  49503

**Date or dates debt was incurred**

12/30/17

**Last 4 digits of account number: R002**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY - COUNSEL FOR SUNRISE LEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,989.50

---

**3.1736** | **Nonpriority creditor's name and mailing address**
WARREN COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
101 MOCKINGBIRD LANE
WARRENTON, MO  63383

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46196

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1737** | **Nonpriority creditor's name and mailing address**
WARREN PRICE
ATTN TRUSTEE OR CLERK
9150 WINTON ROAD
CINCINNATI, OH  45231

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1738** | **Nonpriority creditor's name and mailing address**
WARREN PRICE, ADMIN & LEGAL COUNSEL SPRINGFIELD
TOWNSHIP
ATTN TRUSTEE OR CLERK
9150 WINTON ROAD
CINCINNATI, OH  45231

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

**3.1739**

**Nonpriority creditor's name and mailing address**

WARRENSVILLE HEIGHTS, OHIO
ATTN CITY SOLICITOR OR LEGAL OFFICER
4301 WARRENSVILLE CENTER ROAD
WARRENSVILLE HEIGHTS, OH 44128

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46299

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1740**

**Nonpriority creditor's name and mailing address**

WASATCH COUNTY
ATTN COUNTY CLERK
25 NORTH MAIN
25 NORTH MAIN
HEBER CITY, UT 84032

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180800079

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1741**

**Nonpriority creditor's name and mailing address**

WASHBURN COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
10 4TH AVE
SHELL LAKE, WI 54871

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45123-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1742**

**Nonpriority creditor's name and mailing address**

WASHIINGTON COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
432 EAST WASHINGTON STREET
WEST BEND, WI 53095

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45114-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1743**

**Nonpriority creditor's name and mailing address**

WASHINGTON COUNTY
ATTN CHAIR OF COUNTY BOARD OR AUDITOR
P.O. BOX 6
14949 62ND ST. NORTH
STILLWATER, MN 55082-6132

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45185
(1:19-CV-00024)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|--------|--------------------------|------------------------|---------------|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.1744 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON COUNTY<br>ATTN COUNTY CLERK<br>197 EAST TABERNACLE ST.<br>ST. GEORGE, UT  84770-3443<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 4:19-CV-00157<br>(1922-CC00203)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|
| 3.1745 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON COUNTY, OH<br>ATTN OFFICER, DIRECTOR, MANAGING AGENT<br>OR ATTORNEY<br>155 N FIRST AVE<br>HILLSBORO, OR  97124<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1746 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON COUNTY, PA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>100 W BEAU ST<br>WHASHINGTON, PA  15301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1747 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON COUNTY, UTAH; KANE COUNTY, UTAH;<br>BEAVER COUNTY UTAH; AND GARFIELD COUNTY, UTAH<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>246 MAIN ST, PO BOX 190<br>CLAY, WV  25043<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 190500179<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1748 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON COUNTY, VIRGINIA<br>ATTN COUNTY OR COMMONWEALTH ATTORNEY<br>ONE GOVERNMENT CENTER PLACE, SUITE D<br>ABINGDON, VA  24210<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45254<br>(1:18-CV-00046)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1749 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON PARISH GOVERNMENT<br>ATTN CHIEF EXECUTIVE OFFICER<br>909 PEARL STREET<br>FRANKLINTON, LA  70438-1712<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 2:19-CV-11626<br>(2019-113499)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1750 | **Nonpriority creditor's name and mailing address**<br><br>WAUKESHA COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>515 W MORELAND BLVD<br>WAUKESHA, WI  53188<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45978<br>(2:18-CV-01087)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1751 | **Nonpriority creditor's name and mailing address**<br><br>WAUPACA COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>811 HARDING STREET<br>WAUPACA, WI  54981<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45166-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1752 | **Nonpriority creditor's name and mailing address**<br><br>WAUSHARA COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>209 S. SAINT MARIE STREET<br>WAUTOMA, WI  54982<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45139-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1753 | **Nonpriority creditor's name and mailing address**<br><br>WAYNE COUNTY COMMISSION<br>ATTN COMMISSIONER, CLERK,<br>OR PROSECUTING ATTORNEY<br>PO BOX 248<br>WAYNE, WV  25570<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45052<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) | 19-11292 (KG) |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1754** **Nonpriority creditor's name and mailing address**

WAYNE COUNTY, UTAH
ATTN COUNTY CLERK
PO BOX 189
LOA, UT  84747

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 190600050

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1755** **Nonpriority creditor's name and mailing address**

WEBER COUNTY
ATTN COUNTY CLERK
2380 WASHINGTON BLVD
OGDEN, UT  84401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180903087
(1:18-CV-0089)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1756** **Nonpriority creditor's name and mailing address**

WEBER COUNTY
ATTN COUNTY CLERK
2380 WASHINGTON BLVD
OGDEN, UT  84401

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-CV-0089
(180903087)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1757** **Nonpriority creditor's name and mailing address**

WEBSTER COUNTY, MISSOURI
ATTN CLERK OF THE COUNTY COURT
WEBSTER COUNTY COURTHOUSE
101 S CRITTENDEN STREET
MARSHFIELD, MO  65706

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46350

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1758** **Nonpriority creditor's name and mailing address**

WEIL, GOTSHAL & MANGES LLP
2001 M STREET, NW
SUITE 600
WASHINGTON, DC  20036

**Date or dates debt was incurred**

1/31/2018

**Last 4 digits of account number: l007**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$438.75[1]

---

1 This amount is related to Weil's prior representation of Richard Simon.  This amount has been written off by Weil and therefore is not owed by the Debtors.

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1759** **Nonpriority creditor's name and mailing address**

WEIR & PARTNERS, LLP
1339 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WEIR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
INDEMNITY RELATED

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,400.47

---

**3.1760** **Nonpriority creditor's name and mailing address**

WENDY STEWART
C/O COOPER LAW FIRM
ATTN CELESTE BRUSTOWICZ
1525 RELIGIOUS ST
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45481-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1761** **Nonpriority creditor's name and mailing address**

WEST BOCA MEDICAL CENTER, INC.
ATTN PRESIDENT, MANAGING OR GEN AGENT
21644 STATE ROAD 7
WEST BOCA, FL 33428

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45530

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1762** **Nonpriority creditor's name and mailing address**

WEST LLC C/O WEST CORPORATION
LBX 11700
PO BOX 780700
PHILADELPHIA, PA 19178-0700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** S001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,162.73

---

**3.1763** **Nonpriority creditor's name and mailing address**

WEST NORRITON, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
1630 W MARSHALL ST
JEFFERSONVILLE, PA 19403

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1764** | **Nonpriority creditor's name and mailing address**

WESTMORELAND COUNTY, PA
ATTN MAYOR, PRESIDENT, CHAIRMAN,
SECRETARY, OR CLERK
2 N MAIN ST, STE 101
GREENSBURG, PA 15601

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO.

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1765** | **Nonpriority creditor's name and mailing address**

WESTWEGO CITY
ATTN CEO OR OFFICIAL ATTORNEY
CITY HALL
1100 4TH STREET
WESTWEGO, LA 70094

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45047
(2:19-CV-00366)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1766** | **Nonpriority creditor's name and mailing address**

WILKES LAW FIRM, P.A.
127 DUNBAR STREET
SUITE 200
SPARTANBURG, SC 29306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** LKES

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,705.00

---

**3.1767** | **Nonpriority creditor's name and mailing address**

WILKES-BARRE TOWNSHIP, PENNSYLVANIA
ATTN PRESIDENT, MANAGING OR GEN AGENT
150 WATSON STREET
WILKES-BARRE TWP, PA 18702

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45325
(3:19-CV-00698)

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1768** | **Nonpriority creditor's name and mailing address**

WILLIAM HANNA
ATTN CITY SOLICITOR OR LEGAL OFFICER
WALTER & HAVERFIELD LLP
1301 EAST NINTH STREET, SUITE 3500
CLEVELAND, OH 44114-1821

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 180500119

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1769** **Nonpriority creditor's name and mailing address**

WILLIAM HANNA, SOLICITOR FOR VILLAGE OF RICHFIELD
ATTN CITY SOLICITOR OR LEGAL OFFICER
WALTER & HAVERFIELD LLP
1301 EAST NINTH STREET, SUITE 3500
CLEVELAND, OH  44114-1821

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45767

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1770** **Nonpriority creditor's name and mailing address**

WILLIAM HILTON DULY ELECTED SHERIFF OF RAPIDES
PARISH, IN HIS CAPACITY AS OFFICER EX OFFICIO OF THE
RAPIDES PARISH SHERIFF'S OFFICE AND THE RAPIDES
LAW ENFORCEMENT DISTRICT
HARRY F BELL JR
PO BOX 1723
CHARLESTON, WV  25301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:17-OP-45178-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1771** **Nonpriority creditor's name and mailing address**

WILLIAMSBURG COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
201 W MAIN ST
KINGSTREE, SC  29556

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP4400288

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1772** **Nonpriority creditor's name and mailing address**

WINN PARISH, LOUISIANA
ATTN CEO OR OFFICIAL ATTORNEY
COURTHOUSE
119 W MAIN STREET, 103
WINNFIELD, LA  74183

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45295

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1773** **Nonpriority creditor's name and mailing address**

WINNEBAGO COUNTY
ATTN CHAIRPERSON OF THE COUNTY BOARD
OR THE COUNTY CLERK
415 JACKSON STREET
OSHKOSH, WI  54903

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45117-DAP

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | Insys Therapeutics, Inc. | Case number (if known) | 19-11292 (KG) |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1774 | **Nonpriority creditor's name and mailing address**<br><br>WINNEBAGO TRIBE OF NEBRASKA<br>ATTN CHIEF EXECUTIVE OFFICER, OR CLERK<br>100 BLUFF STREET<br>WINNEBAGO, NE  68071<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45621<br>(8:18-CV-00203-LSC-MDN)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1775 | **Nonpriority creditor's name and mailing address**<br><br>WINNESHIEK COUNTY<br>ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV<br>201 W. MAIN STREET<br>DECORAH, IA  52132<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45122-DAP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| 3.1776 | **Nonpriority creditor's name and mailing address**<br><br>WINSTON & STRAWN, LLP<br>36235 TREASURY CENTER<br>CHICAGO, IL  60694-6200<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** STON | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>INDEMNITY - COUNSEL FOR BRIAN TAMBI<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102,260.75 |
|---|---|---|

| 3.1777 | **Nonpriority creditor's name and mailing address**<br><br>WIST OFFICE PRODUCTS CO.<br>PO BOX 98413<br>LAS VEGAS, NV  89193-8413<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** WIST | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,618.26 |
|---|---|---|

| 3.1778 | **Nonpriority creditor's name and mailing address**<br><br>WOLCOTT<br>ATTN CLERK, ASSIST CLERK, MANAGER<br>OR SELECTMEN<br>10 KENEA AVE<br>WOLCOTT, CT  06716<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. HHD-CV18-6099290<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.1779 | **Nonpriority creditor's name and mailing address**<br><br>WOOD COUNTY<br>ATTN CHAIRPERSON OF THE COUNTY BOARD<br>OR THE COUNTY CLERK<br>400 MARKET STREET<br>WISCONSIN RAPIDS, WI  54494<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:17-OP-45127-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1780 | **Nonpriority creditor's name and mailing address**<br><br>WOOD, PHILLIPS, KATZ, CLARK & MORTIMER<br>500 W MADISON<br>SUITE 1130<br>CHICAGO, IL  60661<br><br>**Date or dates debt was incurred**<br><br>6/15/19<br><br>**Last 4 digits of account number:** WOOD | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,725.00 |

| 3.1781 | **Nonpriority creditor's name and mailing address**<br><br>WORTH COUNTY<br>ATTN AUDITOR OR CHAIR OF BOARD OF SUPERV<br>WORTH COUNTY COURTHOUSE<br>1000 CENTRAL AVE<br>NORTHWOOD, IA  50459<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45303-DAP<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1782 | **Nonpriority creditor's name and mailing address**<br><br>WRIGHT COUNTY, MISSOURI<br>ATTN CLERK OF THE COUNTY COURT<br>PO BOX 98<br>HARTVILLE, MO  65667<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45383<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1783 | **Nonpriority creditor's name and mailing address**<br><br>WRIGHT TOWNSHIP, PENNSYLVANIA<br>ATTN MAYOR, PRESIDENT, CHAIRMAN,<br>SECRETARY, OR CLERK<br>321 S MOUNTAIN BLVD<br>MOUNTAIN TOP, PA  18707<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 3:19-CV-00963<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |
|---|---|---|---|

**3.1784**

**Nonpriority creditor's name and mailing address**
WYDETTE WILLIAMS IN HIS OFFICIAL CAPACITY AS OFFICER EX OFFICIO OF E. CARROLL PARISH AND E. CARROLL PARISH LAW ENFORCEMENT DISTRICT
DEBRA POTTER KLAUBER
100 SE 3RD AVENUE, 7TH FL
FORT LAUDERDALE, FL  33394

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-45259-DAP

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1785**

**Nonpriority creditor's name and mailing address**
YELLOW MEDICINE COUNTY, MINNESOTA
ATTN CHAIRPERSON OF THE BOARD OF COMMISSIONERS OR THE COUNTY CLERK
415 9TH AVE
GRANITE FALLS, MN  56241

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45358
(0:19-CV-01274)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1786**

**Nonpriority creditor's name and mailing address**
YERINGTON PAIUTE TRIBE
ATTN PRESIDING OFFICER OR AGENT
171 CAMPBELL LN
YERINGTON, NV  89447

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:18-OP-46355
(3:18-CV-00572)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1787**

**Nonpriority creditor's name and mailing address**
YORK COUNTY
ATTN COUNTY COMMISSIONER, CLERK, OR TREASURER
45 KENNEBUNK ROAD
ALFRED, ME  04002

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 1:19-OP-45191
(2:19-CV-00022)

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1788**

**Nonpriority creditor's name and mailing address**
YORK COUNTY, SC
ATTN CHIEF EXECUTIVE OFFICER OR CLERK
6 S CONGRESS ST
YORK, SC  29745

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION CASE NO. 2018CP4602446

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | Insys Therapeutics, Inc. | Case number (if known) 19-11292 (KG) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1789 | **Nonpriority creditor's name and mailing address**<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE N.<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801<br><br>**Date or dates debt was incurred**<br><br>11/12/18<br><br>**Last 4 digits of account number:** OUNG | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>INDEMNITY - COUNSEL FOR JOHN KAPOOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,125.27 |
| 3.1790 | **Nonpriority creditor's name and mailing address**<br><br>YUKON-KUSKOKWIM HEALTH CORPORATION<br>ATTN CEO, CHIEF CLERK OR SECRETARY<br>BOX 528<br>BETHEL, AK 99559<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP46268<br>(3:18-CV-00260<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1791 | **Nonpriority creditor's name and mailing address**<br><br>YUROK TRIBE<br>ATTN CLERK, SECRETARY, PRESIDENT,<br>PRESIDING OFFICER<br>190 KLAMATH BLVD, PO BOX 1027<br>KLAMATH, CA 95548<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:18-OP-45311<br>(3:18-CV-01566)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1792 | **Nonpriority creditor's name and mailing address**<br><br>ZACHARY SCHNEIDER<br>CONSOVOY MCCARTHY<br>THOMAS R MCCARTHY<br>3033 WILSON BLVD, STE 700<br>ARLINGTON, VA 22207<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION CASE NO. 1:19-OP-45326<br>(2:19-CV-00611)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor   Insys Therapeutics, Inc.                                    Case number (if known) 19-11292 (KG)
         (Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | **5a.** | NOT APPLICABLE |
| **5b.** Total claims from Part 2 | **5b.** + | $1,554,611,616.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $1,554,611,616.15 |

| Fill in this information to identify the case: |
| --- |

| Debtor | Insys Therapeutics, Inc. |
| --- | --- |

| United States Bankruptcy Court for the: | District of Delaware |
| --- | --- |

| Case number (if known) | 19-11292 (KG) |
| --- | --- |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                04/19

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | APTARGROUP INC TERMS AND CONDITIONS OF SALE | APTAR PHARMA ATTN NEKTARIA KARAVAS, ACCOUNT MANAGER 250 N ROUTE 303 CONGERS, NY  10920 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | APTARGROUP INC ATTN SALIM HAFFAIR, PRESIDENT 475 W TERRA COTTA AVE, STE E CRYSTAL LAKE, IL  60014 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL RESEARCH AGREEMENT | AUSTIN HEALTH MELBOURNE BRAIN CENTRE ATTN PAUL LIGHTFOOT 245 BURGUNDY ST HEIDELBERG VICTORIA  3084 AUSTRALIA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | BIOANALYTICAL SCIENCES INC 8609 CROSS PARK DR AUSTIN, TX  78754 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Insys Therapeutics, Inc.                          Case Number (if known) 19-11292 (KG)
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | BOARD OF REGENTS OF UNIV OF OKLAHOMA HAROLD HAMM OKLAHOMA DIABETES CTR SCHUSTERMAN CENTER CLINIC 4444 E 41ST ST TULSA, OK 74135 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | CARDINAL HEALTH 105 INC ATTN JENNIFER FILLMAN, VP/GM SPECIALTY 15 INGRAM BLVD LA VERGNE, TN 37086 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | CARDINAL HEALTH ATTN GENERAL COUNSEL 7000 CARDINAL PL DUBLIN, OH 43017 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | CARDINAL HEALTH ATTN TRACEY O'HARA 7000 CARDINAL PL DUBLIN, OH 43017 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | CARDINAL HEALTH ATTN TRACEY O'HARA 7000 CARDINAL PL DUBLIN, OH 43017 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY DISCLOSURE AGREEMENT | CHESAPEAKE RESEARCH GROUP LLC ATTN DEBORAH TUNICK, SITE MGR 8028 RITCHIE HWY, STE 100-106 PASADENA, MD 21122 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT | CHOP CHANDLER ATTN JILL BROWN 2625 W QUEEN CREEK RD CHANDLER, AZ 85249 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT | CHOP CHANDLER ATTN JILL BROWN 2625 W QUEEN CREEK RD CHANDLER, AZ 85249 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD OPERATING PROCEDURES AND POLICIES DTD 5/15/2015 | CLINICAL CONSULTING SERVICES LLC 6958 AVIATION BLVD STE H BURNIE, MD 21061 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENT PAYMENT RIGHTS AGREEMENT DTD 11/8/2010 | COMPUTERSHARE INC ATTN PATRICK HAYES 350 INDIANA ST, STE 750 GOLDEN, CO 80401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.15** | **State what the contract or lease is for and the nature of the debtor's interest** | FEE AND SERVICE SCHEDULE FOR STOCK TRANSFER SERVICES | COMPUTERSHARE INC ATTN PATRICK HAYES 350 INDIANA ST, STE 750 GOLDEN, CO 80401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| **2.16** | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENCY AND SERVICE AGREEMENT | COMPUTERSHARE INC ATTN PATRICK HAYES 350 INDIANA ST, STE 750 GOLDEN, CO 80401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENCY AND SERVICE AGREEMENT | COMPUTERSHARE TRUST COMPANY NA ATTN GENERAL COUNSEL 250 ROYALL STREET CANTON, MA 02021 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENT PAYMENT RIGHTS AGREEMENT DTD 11/8/2010 | COMPUTERSHARE TRUST COMPANY NA ATTN PATRICK HAYES 350 INDIANA ST, STE 750 GOLDEN, CO 80401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE AND SERVICE SCHEDULE FOR STOCK TRANSFER SERVICES | COMPUTERSHARE TRUST COMPANY NA ATTN PATRICK HAYES 350 INDIANA ST, STE 750 GOLDEN, CO 80401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTRUCTION LETTER TO TRANSFER AGENT DTD 11/8/2010 | COMPUTERSHARE TRUST COMPANY NA ATTN PATRICK HAYES 350 INDIANA ST, STE 750 GOLDEN, CO 80401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF REQUEST FOR ANNUAL REPORT FILING DTD 11/4/2010 | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, STE 400 WILMINGTON, DE 19808 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SERVICES AGREEMENT DTD 12/13/16 | COX BUSINESS 20401 N 29TH AVE PHOENIX, AZ 85027 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Insys Therapeutics, Inc.                                    Case Number (if known) 19-11292 (KG)
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISED PROPOSAL #01252017 DTD 1/25/2017 | CUSTOMVAULT ATTN MICHAEL J ELLIOT, VP 4 RESEARCH DR BETHEL, CT 06801 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | DRUG REBATE INTERNET SUBSCRIBER FORM | DELOITTE ATTN CATHY J SHELLEY, SR CONTRACTS 340 MARTIN LUTHER KING JR BLVD, STE 200 BRISTOL, TN 37629 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | DRUG REBATE INTERNET SUBCRIBER FORM | DELOITTE ATTN SHELLEY CATHY 340 MARTIN LUTHER KING JR BLVD, STE 200 BRISTOL, TN 37620 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | DPT LAKEWOOD LLC ATTN PAUL JOSEPHS, SVP SALES, MARKETING & CORP DEVELOPMENT 1200 PACO WAY LAKEWOOD, NJ 08701 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | ECLINICAL SOLUTIONS LLC ATTN PRESIDENT 603 WEST ST MANSFIELD, MA 02048 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | WEB SUPPORT AND HOSTING MIGRATION | ESPER MEDIA LLC ATTN GREG COLE, OWNER 2553 S PONDEROSA DR GILBERT, AZ 85295 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Insys Therapeutics, Inc. | | Case Number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT #200-121518 DTD 11/7/2018 | FLIX BREWHOUSE<br>ATTN ALICIA WILKINSON<br>2200 INTERSTATE 35 FRONTAGE RD<br>ROUND ROCK, TX 78681 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | FLOREY INST OF NEUROSCIENCE & MH<br>ATTN DIRECTOR<br>245 BURGUNDY ST<br>HEIDELBERG, VICTORIA 3081<br>AUSTRALIA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL TRIAL RESEARCH AGREEMENT | FLOREY INSTITUTE OF NEUROSCIENCE<br>TRADING AS NEUROSCIENCE TRIALS AUSTRALIA<br>ATTN HENRY DEAIZPURUA, DEPUTY DIRECTOR<br>245 BURGUNDY ST<br>HEIDELBERG, VICTORIA 3084<br>AUSTRALIA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #29.02 DTD 11/4/2016 | FUJIFILM DIOSYNTH BIOTECHNOLOGIES USA<br>DEPT CH 16878<br>PALATINE, IL 60055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #30 DTD 2/15/2016 | FUJIFILM DIOSYNTH BIOTECHNOLOGIES USA<br>DEPT CH 16878<br>PALATINE, IL 60055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #30.02 DTD 11/4/2016 | FUJIFILM DIOSYNTH BIOTECHNOLOGIES USA<br>DEPT CH 16878<br>PALATINE, IL 60055 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY DISCLOSURE AGREEMENT | GOTTLIEB, IRA J, DPM<br>8028 GOVERNOR RITCHIE HWY, STE 100<br>PASADENA, MD  21122 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | LABEL COMPREHENSION RESEARCH FOR BUPRENORPHINE BUPHRENORPHINE / NALOXONE & ONDENSATRON DTD 1/5/2015 | GREAT LAKES MARKETING<br>ATTN LORI MITCHELL DIXON<br>3361 EXECUTIVE PKWY<br>TOLEDO, OH  43606 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | LABEL COMPREHENSION RESEARCH FOR DRONABINOL ORAL SOLUTION WIT HBOTTLE ADAPTOR DTD 1/5/2015 | GREAT LAKES MARKETING<br>ATTN LORI MITCHELL DIXON<br>3361 EXECUTIVE PKWY<br>TOLEDO, OH  43606 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | DECISION TO GRANT A EUROPEAN PATENT DTD 2/9/2004 | GREENBERG TRAURIG<br>ATTN EUGENE C RZUCIDLO<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL  60601 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | H D SMITH LLC<br>F/K/A H D SMITH WHOSALE DRUG CO<br>ATTN PRESIDENT & CEO<br>3063 FIAT AVE<br>SPRINGFIELD, IL  62703 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | THURSDAY, JUNE 2ND, 2016 | HAMPTON INN NEW YORK - LAGAURDIA<br>ATTN DORIS GONZALEZ, SALES COORDINATOR<br>102-40 DITMARS BLVD<br>E ELMHURST, NY  11369 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIFORM PROVISIONS FOR CONSULTING | ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI ATTN JOHN E LEVINE, MD BONE MARROW TRANSPLANTATION PROGRAM 1 GUSTAVE LEVY PL NEW YORK, NY 10029 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | INC RESEARCH TORONTO INC ATTN CATHY VAN DER GIESSEN, SR ADMIN FIN 720 KING ST W, 7TH FL TORONTO, ON CANADA |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY & DISTRIBUTION AGREEMENT | INSYS MANUFACTURING, LLC ATTN DARRYL S BAKER, CFO 1333 S SPECTRUM BLVD, STE 100 CHANDLER, AZ 85286 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | INTERGRATED COMMERCIALIZATION SOLUTIONS ATTN PRESIDENT 3101 GAYLORD PKWY FRISCO, TX 75034 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER NO. 8 | INVIVODATA INC ATTN JEAN PATY SVP SCIENTIFIC QUALITY & REG AFFAIRS 2100 WHARTON ST, STE 505 PITTSBURGH, PA 15203 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER NO.4 DTD 4/29/2008 | INVIVODATA INC ATTN JEAN PATY SVP SCIENTIFIC QUALITY & REG AFFAIRS 2100 WHARTON ST, STE 505 PITTSBURGH, PA 15203 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER NO.6 DTD 8/12/2008 | INVIVODATA INC ATTN JEAN PATY SVP SCIENTIFIC QUALITY & REG AFFAIRS 2100 WHARTON ST, STE 505 PITTSBURGH, PA 15203 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER NO.7 DTD 3/10/2009 | INVIVODATA INC ATTN JEAN PATY SVP SCIENTIFIC QUALITY & REG AFFAIRS 2100 WHARTON ST, STE 505 PITTSBURGH, PA 15203 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SECURITY SERVICES | IPSA SECURITY SERVICES LLC ATTN DEREK OLDHAM, PRESIDENT/COO 2700 N CENTRAL AVE, STE 370 PHOENIX, AZ 85004 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SECURITY SERVICES | ISPA SECURITY SERVICES LLC ATTN DEREK J OLDHAM, PRES/COO 2700 N CENTRAL AVE, STE 370 PHOENIX, AZ 85004 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF REQUEST FOR ANNUAL REPORT FILING DTD 11/4/2010 | ITNI MERGER SUB INC ATTN CARLEN C SELLERS INCORPORATOR 2711 CENTERVILLE RD, STE 400 WILMINGTON, DE 19808 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.2 DTD 7/20/2010 | JOHN N KAPOOR TRUST DTD 9/20/89 225 EAST DEERPATH, STE 250 LAKE FOREST, IL 60045 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor   Insys Therapeutics, Inc.                                    Case Number (if known) 19-11292 (KG)
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.53 **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO.2 DTD 7/20/2010 <br><br>**State the term remaining** UNDETERMINED <br><br>**List the contract number of any government contract** | JOHN N KAPOOR TRUST DTD 9/20/89 <br>225 EAST DEERPATH, STE 250 <br>LAKE FOREST, IL  60045 |
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO.2 DTD 7/20/2010 <br><br>**State the term remaining** UNDETERMINED <br><br>**List the contract number of any government contract** | JOHN N KAPOOR TRUST DTD 9/20/89 <br>225 EAST DEERPATH, STE 250 <br>LAKE FOREST, IL  60045 |
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest** PROJECT PROPOSAL NUMBER Q180418INSYS <br><br>**State the term remaining** UNDETERMINED <br><br>**List the contract number of any government contract** | KEYSTONE BIOANALYTICAL INC <br>ATTN ALLAN XU, PHD, PRESIDENT <br>501 DICKERSON RD <br>NORTH WALES, PA  19454 |
| 2.56 **State what the contract or lease is for and the nature of the debtor's interest** LETTER OF INTENT <br><br>**State the term remaining** UNDETERMINED <br><br>**List the contract number of any government contract** | LOS ANGELES AIRPORT MARRIOTT HOTEL <br>ATTN CANDACE GARCIA, SALES <br>5855 W CENTURY BLVD <br>REFERENCE #M-B6VR7J2 <br>LOS ANGELES, CA  90045 |
| 2.57 **State what the contract or lease is for and the nature of the debtor's interest** ASSIGNMENT AGREEMENT <br><br>**State the term remaining** UNDETERMINED <br><br>**List the contract number of any government contract** | LOTUS CLINICAL RESEARCH LLC <br>ATTN NEIL SINGLA, OWNER, MANAGING MEMBER <br>100 W CALIFORNIA BLVD, UNIT 25 <br>PASADENA, CA  91105 |
| 2.58 **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER AGREEMENT <br><br>**State the term remaining** UNDETERMINED <br><br>**List the contract number of any government contract** | MAXIM GROUP LLC <br>405 LEXINGTON AVE <br>NEW YORK, NY  10174 |

Debtor    Insys Therapeutics, Inc.                                    Case Number (if known) 19-11292 (KG)
          _____
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST FORM PMO-8959 DTD 3/31/2017 | MCKESSON SPECIALTY ARIZONA INC ATTN MEAGAN SAMPOGNA, DIR 4343 N SCOTTSDALE RD, STE 150 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST FORM PMO-9255 DTD 5/22/2017 | MCKESSON SPECIALTY ARIZONA INC ATTN MEAGAN SAMPOGNA, DIR 4343 N SCOTTSDALE RD, STE 150 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST FORM PMO-9393 DTD 7/7/2017 | MCKESSON SPECIALTY ARIZONA INC ATTN MEAGAN SAMPOGNA, DIR 4343 N SCOTTSDALE RD, STE 150 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST PMO-10066/PMO-10057 DEACTIVATED STAKEHOLDER OUTREACH ENHANCEMENTS DTD 1/24/2018 | MCKESSON SPECIALTY ARIZONA INC ATTN MEAGAN SAMPOGNA, DIR 4343 N SCOTTSDALE RD, STE 150 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST PMO-5703 DTD 1/12/2015 | MCKESSON SPECIALTY ARIZONA INC ATTN MEAGAN SAMPOGNA, DIR 4343 N SCOTTSDALE RD, STE 150 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST PMO-RELAYHEALTH CR TIRF REMS PRESCRIPTION DATA REQUST MARYLAND NEW DATE SPAN DTD 1/5/2018 | MCKESSON SPECIALTY ARIZONA INC ATTN MEAGAN SAMPOGNA, DIR 4343 N SCOTTSDALE RD, STE 150 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| Debtor | Insys Therapeutics, Inc. | | Case number (if known) 19-11292 (KG) |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST PMO-7598 DTD 2/10/2016 | MCKESSON SPECIALTY ARIZONA INC ATTN SIRESSA SREMBA 4343 N SCOTTSDALE RD STE 150 SCOTTSDALE, AZ  85251-3351 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | MEDTHINK SCICOM INC ATTN ED LEON, DIR ACCT SERVICES 3301 BENSON DR, STE 400 RALEIGH, NC  27609 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DTD 3/20/2018 | MYODERM ATTN GLADYS WEISERBORN, SR CLIENT ACCT 48 E MAIN ST NORRISTOWN, PA  19401 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE PROFESSIONAL SERVICES AND LICENSE AGREEMENT | NEXUS INFORMATICS LLC ATTN DINAR DHOND, PRESIDENT 6958 AVIATION BLVD, STE H GLEN BURNIE, MD  21061 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | NORTH CAROLINA MUTUAL WHOLESALE DRUG COMPANY, THE ATTN HAL HARRISON 816 ELLIS RD DURHAM, NC  27703 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT (INCLUDING ANY AMENDMENTS AND ADDENDUMS THERETO) | PHARMACEUTICAL RESEARCH ASSOCIATES INC ATTN JOHN WILLIFORD, LEGAL COUNSEL 4130 PARKLAKE AVE, STE 400 RALEIGH, NC  27612 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Insys Therapeutics, Inc.    Case 19-11292-JTD    Doc 363    Filed 07/30/19    Page 399 of 407
        Case Number (if known) 19-11292 (KG)

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | PLAN 365 INC<br>ATTN CAREY BARNES, PRESIDENT<br>3201 GLENWOOD AVE, STE 300<br>RALEIGH, NC 27612 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | ROOM AGREEMENT | PLATINUM RESTAURANT GROUP INC<br>D/B/A EDDIE MERLOTS<br>5646 COVENTRY LANE<br>FORT WAYNE, IN 46804 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY DISCLOSURE AGREEMENT | PREMIER RESEARCH INTL LLC<br>ATTN KIMBERLEE GRON, MGR CLINICAL PLAN CENTER SQ<br>1500 MARKET ST, STE 3500 WEST<br>PHILADELPHIA, PA 19102 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | SYNDROS RX PAD ADDENDUM DTD 10/10/2017 | PYXL INC<br>ATTN NICOLE DENTON, CREATIVE DIR<br>625 S GAY STREET STE 310<br>KNOXVILLE, TN 37902 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | QUINTILES INC<br>ATTN LAURA SWEET, SR DIR<br>4820 EMPEROR BLVD<br>DURHAM, NC 27703 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | ROCHESTER DRUG COOPERATIVE INC<br>ATTN EDWARD KIRKER, DIR<br>50 JET VIEW DR<br>ROCHESTER, NY 14624 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Insys Therapeutics, Inc.    Case number (if known) 19-11292 (KG)
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.77 **State what the contract or lease is for and the nature of the debtor's interest**    ASSIGNMENT AGREEMENT<br><br>**State the term remaining**    UNDETERMINED<br><br>**List the contract number of any government contract** | ROCHESTER DRUG COOPERATIVE INC<br>ATTN EDWARD KIRKER, DIR<br>50 JET VIEW DR<br>ROCHESTER, NY 14624 |
| 2.78 **State what the contract or lease is for and the nature of the debtor's interest**    TERMS AND CONDITIONS DTD 11/3/2017<br><br>**State the term remaining**    UNDETERMINED<br><br>**List the contract number of any government contract** | SAS INSTITUTE INC<br>SAS CAMPUS DR<br>CARY, NC 27513 |
| 2.79 **State what the contract or lease is for and the nature of the debtor's interest**    APPLICATION TO EXHIBIT<br><br>**State the term remaining**    UNDETERMINED<br><br>**List the contract number of any government contract** | SCRIPPS CONFERENCE SERVICES & CME<br>ATTN KRISTIN MARTINEZ, EDU PROG MGR<br>11025 N TORREY PINES RD, STE 200<br>LA JOLLA, CA 92037 |
| 2.80 **State what the contract or lease is for and the nature of the debtor's interest**    SUPPLY AGREEMENT DTD 7/23/2016<br><br>**State the term remaining**    UNDETERMINED<br><br>**List the contract number of any government contract** | SENZER LTD<br>ATTN ALEX HEARN, CEO<br>2 ANGEL SQ<br>LONDON EC1V 1NY<br>UNITED KINGDOM |
| 2.81 **State what the contract or lease is for and the nature of the debtor's interest**    ASSIGNMENT AGREEMENT<br><br>**State the term remaining**    UNDETERMINED<br><br>**List the contract number of any government contract** | SOURCE HEALTHCARE ANALYTICS LLC<br>1001 E HECTOR ST<br>CONSHOHOCKEN, PA 19428 |
| 2.82 **State what the contract or lease is for and the nature of the debtor's interest**    CONTRACT TERMS<br><br>**State the term remaining**    UNDETERMINED<br><br>**List the contract number of any government contract** | SPREAD OUT<br>70 NORTH MAIN ST<br>NORWALK, CT 06854 |

Debtor    Insys Therapeutics, Inc.                              Case number (if known) 19-11292 (KG)
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.83 **State what the contract or lease is for and the nature of the debtor's interest**   COMMERCIAL SERVIES AGREEMENT<br><br>**State the term remaining**   UNDETERMINED<br><br>**List the contract number of any government contract** | TRULY NOLEN OF AMERICA INC<br>1005 N STADEM DR, UNIT 202<br>TEMPE, AZ 85281 |
| 2.84 **State what the contract or lease is for and the nature of the debtor's interest**   LAUNCH PROPOSAL DTD 5/13/16<br><br>**State the term remaining**   UNDETERMINED<br><br>**List the contract number of any government contract** | TWOLABS MARKETING LLC<br>P.O. BOX 27<br>POWELL, OH 43065 |
| 2.85 **State what the contract or lease is for and the nature of the debtor's interest**   CONTRACT DTD 12/22/2017<br><br>**State the term remaining**   UNDETERMINED<br><br>**List the contract number of any government contract** | UNION LEAGUE CAFÉ<br>1032 CHAPEL ST<br>NEW HAVEN, CT 06510 |
| 2.86 **State what the contract or lease is for and the nature of the debtor's interest**   CONFIDENTIALITY AGREEMENT<br><br>**State the term remaining**   UNDETERMINED<br><br>**List the contract number of any government contract** | UNIV OF KANSAS MED CTR RESEARCH INST<br>WITH ITS AGENT ANN GENOVESE, MD<br>3901 RAINBOW BLVD, MS 1039<br>KANSAS CITY, KS 66160 |
| 2.87 **State what the contract or lease is for and the nature of the debtor's interest**   CONFIDENTIALITY AGREEMENT<br><br>**State the term remaining**   UNDETERMINED<br><br>**List the contract number of any government contract** | UNIVERSITY OF IOWA, THE<br>ATTN WENDY BEAVER<br>2 GILMORE HALL<br>IOWA CITY, IA 52242 |
| 2.88 **State what the contract or lease is for and the nature of the debtor's interest**   DECISION TO GRANT A EUROPEAN PATENT DTD 2/9/2004<br><br>**State the term remaining**   UNDETERMINED<br><br>**List the contract number of any government contract** | UNIVERSITY OF MISSISSIPPI, THE<br>ATTN ALLYSON BEST, SR R&D INDUSTRY AN<br>1009 NCNPR-BOX 1848<br>UNIVERSITY, MS 38677 |

Debtor    Insys Therapeutics, Inc.                    Case number (if known) 19-11292 (KG)
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.89 **State what the contract or lease is for and the nature of the debtor's interest** ASSIGNMENT AGREEMENT **State the term remaining** UNDETERMINED **List the contract number of any government contract** | VALUE DRUG CO 195 THEATER DR DUCANSVILLE, PA 16635 |
| 2.90 **State what the contract or lease is for and the nature of the debtor's interest** ASSIGNMENT AGREEMENT **State the term remaining** UNDETERMINED **List the contract number of any government contract** | VALUE DRUG CO 195 THEATER DR DUCANSVILLE, PA 16635 |
| 2.91 **State what the contract or lease is for and the nature of the debtor's interest** ASSIGNMENT AGREEMENT **State the term remaining** UNDETERMINED **List the contract number of any government contract** | VALUE DRUG CO ATTN MICHEAL AIKEN, CATEGORY MGR 195 THEATER DR DUNCANSVILLE, PA 16635 |
| 2.92 **State what the contract or lease is for and the nature of the debtor's interest** CONVERTIBLE PROMISSORY NOTE **State the term remaining** UNDETERMINED **List the contract number of any government contract** | VERTERA INC 520 WOODBRIDGE HOLLOW CT NE ATLANTA, GA 30306 |
| 2.93 **State what the contract or lease is for and the nature of the debtor's interest** CONVERTIBLE PROMISSORY NOTE DTD 3/26/2014 **State the term remaining** UNDETERMINED **List the contract number of any government contract** | VERTERA INC 520 WOODBRIDGE HOLLOW CT NE ATLANTA, GA 30306 |
| 2.94 **State what the contract or lease is for and the nature of the debtor's interest** MUTUAL CONFIDENTIALITY AGREEMENT **State the term remaining** UNDETERMINED **List the contract number of any government contract** | VERTERA INC 520 WOODBRIDGE HOLLOW CT NE ATLANTA, GA 30306 |

Debtor   Insys Therapeutics, Inc.                                    Case Number (if known) 19-11292 (KG)
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AGREEMENT | VERTERA INC<br>520 WOODBRIDGE HOLLOW CT NE<br>ATLANTA, GA  30306 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | INDIRECT ADDING/CHANGE ITEMS | VIZIENT SUPPLY LLC<br>ATTN GENERAL COUNSEL<br>290 E JOHN CARPENTER FWY<br>IRVING, TX  75062 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER | VWR<br>3021 GATEWAY DR, STE 280<br>IRVING, TX  75063 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | RE: INSYS THERAPEUTICS ONCOLOGY ADVISORY BOARD | W CHICAGO CITY CENTER<br>ATTN STEPHANIE WEISMAN<br>172 W ADAMS ST<br>CHICAGO, IL  60603 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | RE: INSYS THERAPEUTICS PAIN ADVISORY BOARD | W CHICAGO CITY CENTER<br>ATTN STEPHANIE WEISMAN<br>172 W ADAMS ST<br>CHICAGO, IL  60603 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | RE: INSYS THERAPEUTICS ONCOLOGY ADVISORY BOARD | W CHICAGO CITY CENTER<br>C/O HELMSBRISCOE CINCINNATI<br>ATTN MELISSA ATKINS, SR DIRECTOR<br>LEXINGTON, KY  40502 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | RE: INSYS THERAPEUTICS PAIN ADVISORY BOARD | W CHICAGO CITY CENTER C/O HELMSBRISCOE CINCINNATI ATTN MELISSA ATKINS, SR DIRECTOR LEXINGTON, KY 40502 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | WEBBWRITES LLC ATTN LAURA WEBB-MURRAH, PRESIDENT 1904 FRONT ST, BLDG 600 DURHAM, NC 27705 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PRODUCT AGREEMENT DTD 10/21/2016 | WEST PHARMACEUTICAL SERVICES INC ATTN MICHAEL A ANDERSON, VP/TREASURER 530 HERMAN O WEST DR EXTON, PA 19341 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PRODUCT AGREEMENT DTD 6/29/2017 | WEST PHARMACEUTICAL SERVICES INC ATTN MICHAEL A ANDERSON, VP/TREASURER 530 HERMAN O WEST DR EXTON, PA 19341 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PRODUCT AGREEMENT PROJECT NO. WEPD DTD 10/21/2016 | WEST PHARMACEUTICAL SERVICES INC ATTN MICHAEL A ANDERSON, VP/TREASURER 530 HERMAN O WEST DR EXTON, PA 19341 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AGREEMENT | WORLDWIDE CLINICAL TRIALS EARLY PHASE SERVICES ATTN SHERILYN ADCOCK, EVP 8609 CROSS PARK DR AUSTIN, TX 78754 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

Debtor    Insys Therapeutics, Inc.                                          Case number (if known) 19-11292 (KG)
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | DRUG REBATE INTERNET SUBCRIBER FORM | XEROX STATE HEALTHCARE LLC MEDI-CAL DRUG REBATE DEPT PO BOX 13029 SACRAMENTO, CA 95813 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | DRUG REBATE INTERNET SUBSCRIBER FORM | XEROX STATE HELATHCARE LLC MEDI-CAL DRUG REBATE DEPT PO BOX 13029 SACRAMENTO, CA 95813 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor    Insys Therapeutics, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   19-11292 (KG)
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors        4/19

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

     ☑ No.   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☐ Yes.

Fill in this information to identify the case:

Debtor    Insys Therapeutics, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number    19-11292 (KG)
  (if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    04/19

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ▌ Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/29/2019                      ✗ /s/ Andrew G. Long
  ────────────────                            ──────────────────────────────────
  MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                              Andrew G. Long
                                              ──────────────────────────────────
                                              Printed name

                                              CEO
                                              ──────────────────────────────────
                                              Position or relationship to debtor