**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                                    :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,    :    Case No. 19-11292 (KG)
:
Debtors.[1]                                         :    Jointly Administered
:
:    Re: D.I. 32, 56 & 210
---------------------------------------------------------x

## NOTICE OF RESCHEDULED AUCTION

**PLEASE TAKE NOTICE** that, on July 2, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief* [D.I. 210] (the "**Bidding Procedures Order**"),[2] which, among other things, established certain dates and deadlines in connection with the sale of the Assets, including August 5, 2019 at 10:00 a.m. (prevailing Eastern Time) as the Auction Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 7 of the Bidding Procedures Order and section V of the Bidding Procedures, the Debtors, in consultation with the Committee and after providing notice to the Sale Notice Parties, in their reasonable business judgment, may reschedule the Auction.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 22, 2019, the Debtors filed the *Notice of Extension of Bid Deadline*, which extended certain deadlines under the Bidding Procedures Order.  *See* D.I. 328.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtors have rescheduled the Auction, which now will take place on **August 6, 2019 at 10:00 a.m. (prevailing Eastern Time)**, at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

**PLEASE TAKE FURTHER NOTICE** that all other dates and deadlines established pursuant to the Bidding Procedures Order and the Bidding Procedures remain unchanged.  The Debtors reserve the right to further reschedule the Auction or extend other dates and deadlines set forth in the Bidding Procedures Order and the Bidding Procedures, in accordance with the Bidding Procedures Order and the Bidding Procedures.

Dated: August 2, 2019
       Wilmington, Delaware

                                        */s/ Christopher M. De Lillo*
                                        RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*