**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                             :     Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.,*  :     Case No. 19-11292 (KG)
:
Debtors.[1]                                   :     Jointly Administered
:
:     Re: D.I. 32, 56 & 210
---------------------------------------------------------x

**NOTICE OF (I) CANCELLATION OF AUCTION FOR CERTAIN OF**
**THE DEBTORS' ASSETS AND (II) RESCHEDULED AUCTION FOR OTHER ASSETS**

**PLEASE TAKE NOTICE** that, on July 2, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief* [D.I. 210] (the "**Bidding Procedures Order**"),[2] which, among other things, established certain dates and deadlines in connection with the sale of the Assets, including August 5, 2019 at 10:00 a.m. (prevailing Eastern Time) as the Auction Date.

**PLEASE TAKE FURTHER NOTICE** that, on July 22, 2019, the Debtors filed the *Notice of Extension of Bid Deadline* [D.I. 328], which extended certain deadlines under the Bidding Procedures Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on August 3, 2019, the Debtors filed the *Notice of Rescheduled Auction* [D.I. 395], which rescheduled the Auction for August 6, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have cancelled the Auction with respect to (i) the Debtors' business of developing and ability to develop the naloxone 8mg unit-dose nasal spray and the epinephrine 7mg and 8.5mg unit-dose nasal spray product in the United States (the "**Products**"), and (ii) the Debtors' intranasal manufacturing, filling, and packaging equipment related to the Products.  Pursuant to the Bidding Procedures Order, the Debtors will file a Notice of Hearing and Designation for these Assets as soon as reasonably practicable.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Auction with respect to the Debtors' other Assets has been rescheduled to **August 7, 2019 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

**PLEASE TAKE FURTHER NOTICE** that all other dates and deadlines established pursuant to the Bidding Procedures Order and the Bidding Procedures remain unchanged.  The Debtors reserve the right to further reschedule the Auction or extend other dates and deadlines set forth in the Bidding Procedures Order and the Bidding Procedures, in accordance with the Bidding Procedures Order and the Bidding Procedures.

Dated: August 5, 2019
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    John H. Knight (No. 3848)
    Paul N. Heath (No. 3704)
    Amanda R. Steele (No. 5530)
    Christopher M. De Lillo (No. 6355)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Gary T. Holtzer (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Candace M. Arthur (admitted *pro hac vice*)
    Olga F. Peshko (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007

    *Attorneys for the Debtors*
    *and Debtors in Possession*

RLF1 21820873v.1