UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
**INSYS THERAPEUTICS, INC.,** *et al.,*                  :    Case No. 19-11292 (KG)
                                                         :
                    Debtors.[1]                          :    Jointly Administered
                                                         :
---------------------------------------------------------x

### NOTICE OF SUCCESSFUL BIDDER AND SALE HEARING FOR CERTAIN ASSETS RELATING TO CBD FORMULATIONS, SYNDROS, AND BUPRENORPHINE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On July 2, 2019, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief* (the "**Bidding Procedures Order**") (ECF No. 210),[2] in connection with the sale or disposition (each, a "**Sale Transaction**") of the Debtors' assets, including all executory contracts or unexpired non-residential real property leases of the Debtors (collectively, the "**Contracts** and **Leases**"), related to each of (i) Subsys, (ii) Syndros and other assets related to CBD, (iii) Epinephrine, (iv) Naloxone, (v) Buprenorphine, and other assets of the Debtors (collectively, the "**Assets**"), as further described therein.

The deadline for submitting Qualified Bids for the Assets was scheduled for **July 23, 2019 at 4:00 p.m. (ET),** which deadline was extended pursuant to the Bidding Procedures Order to **July 26, 2019 at 4:00 p.m. (ET)** pursuant to the Debtors' *Notice of Extension of Bid Deadline* (ECF No. 328).

The Auction with respect to the Debtors' business of developing, manufacturing, and marketing the (i) Insys CBD formulations across current pre-clinical, clinical, third-party grants and investigator initiated study activities (including any future activities or indications), (ii) THC programs of Syndros oral dronabinol solution, and (iii) Buprenorphine products (collectively, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

"**Products**"), and certain equipment related to the Products (collectively with the Products, the "**Purchased Assets**"), was scheduled by the Debtors for August 7, 2019.[3]

On August 6, 2019, the Debtors' advisors communicated to all Qualified Bidders and Potential Bidders that submitted bids for some or all of the Purchased Assets, the economic value of the highest Qualified Bid for the Purchased Assets, which was submitted by Chilion Group Holdings US, Inc. (the "**Purchaser,**" and the bid, the "**Chilion Bid**") and determined based on such communications, and in consultation with the Committee, that designating the Purchaser as the Successful Bidder and the Chilion Bid as the Successful Bid and cancelling the Auction for the Purchased Assets was in the best interests of the Debtors' estates. As a result, on August 6, 2019, to avoid further expense to the Debtors' estates, the Debtors, in consultation with the Committee, cancelled the Auction for the Purchased Assets and filed the Debtors' *Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets* (ECF No. 403).

Accordingly, the Purchaser has been designated as the Successful Bidder and the Chilion Bid has been designated as the Successful Bid with respect to the sale of the Purchased Assets. Attached to the Proposed Sale Order (as defined herein) as **Exhibit "1"** is a copy of the executed Asset Purchase Agreement, dated August 6, 2019 (the "**Asset Purchase Agreement**") between the Debtors and the Purchaser.

As part of the Purchased Assets, the Purchaser designated certain Contracts for assumption and assignment to the Purchaser (the "**Designated Contracts**"). The Designated Contracts are identified on the notice of designation (the "**Notice of Designation**") attached hereto as **Exhibit "A"**.

The Debtors will file a notice with the Adequate Assurance Information for the Purchaser or affiliate, as applicable, as soon as reasonably practicable.

### Important Dates and Deadlines[4]

The Debtors intend to seek approval of the sale of the Purchased Assets to the Purchaser pursuant to the Asset Purchase Agreement at the Sale Hearing to be held on **August 22, 2019 at 2:00 p.m. (ET)**. A proposed form of order approving the sale of the Purchased Assets to the Purchaser and granting related relief (the "**Proposed Sale Order**") is attached hereto as **Exhibit**

---

[3] The August 7, 2019 Auction was rescheduled from the initial date of August 5, 2019, pursuant to the *Notice of Rescheduled Auction* (ECF No. 395), and the *Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets* (ECF No. 401).

[4] The deadline for Counterparties to the Designated Contracts listed on the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale*, dated July 9, 2019 (ECF No. 263) to file Cure Objections passed on **July 23, 2019**, except as otherwise extended by the Debtors in certain cases. The deadline for Counterparties to the Designated Contracts listed on the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale*, dated August 2, 2019 (ECF No. 388) to file Cure Objections is **August 16, 2019**.

**"B"**.  To the extent any modifications are made to the Proposed Sale Order in advance of the Sale Hearing, such modifications will be presented to the Court at such hearing.

Any objection to adequate assurance of future performance with respect to any Designated Contracts (an "**Adequate Assurance Objection**") must (i) be in writing; (ii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; (iii) state, with specificity, the legal and factual bases thereof; (iv) include any appropriate documentation in support thereof; and (v) be filed with the Court and served on the Objection Recipients by **August 16, 2019 at 4:00 p.m. (ET)**, in accordance with the Bidding Procedures Order.  All Adequate Assurance Objections not otherwise resolved by the parties will be heard at the Sale Hearing or at such later date to be scheduled by the Debtors in consultation with the Committee.

Any objections to (A) the proposed Sale Transaction, including any objection to the sale of the Purchased Assets free and clear of liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code and entry of the Proposed Sale Order (a "**Sale Objection**"), must  (i) be in writing; (ii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; (iii) state, with specificity, the legal and factual bases thereof; (iv) include any appropriate documentation in support thereof; and (v) be filed with the Court and served on the Objection Recipients by **August 16, 2019 at 4:00 p.m. (ET)** (the "**Sale Objection Deadline**"), in accordance with the Bidding Procedures Order. All Sale Objections not otherwise resolved by the parties shall be heard at the Sale Hearing.

Any party who fails to file with the Court and serve on the Objection Recipients a Sale Objection by the Sale Objection Deadline may be forever barred from asserting, at the Sale Hearing or thereafter, any objection to the relief requested in the Motion, or to the consummation and performance of the Sale Transaction contemplated by the Asset Purchase Agreement, including the transfer of the Purchased Assets to the Purchaser, free and clear of all liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code.

Dated: August 8, 2019
      Wilmington, Delaware

    */s/ Zachary I. Shapiro*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*