**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------x
                                                       :
**In re**                                              :   **Chapter 11**
                                                       :
**INSYS THERAPEUTICS, INC.,** *et al.,*               :   **Case No. 19-11292 (KG)**
                                                       :
            **Debtors.¹**                              :   **Jointly Administered**
                                                       :
-------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 22, 2019 AT 2:00 P.M. (ET)²**

**I.    CONTESTED MATTERS GOING FORWARD:**

1.    Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 5 – filed June 10, 2019]

        Objection / Response Deadline:    July 1, 2019 at 4:00 p.m. (ET); extended to August 13, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee") solely with respect to Severance Obligations

        Objections / Responses Received:

        A.    Informal comments received from the Committee

        B.    Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).  The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

² The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the August 22, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Wednesday, August 21, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

(II) Related Relief [Docket No. 482 – filed August 20, 2019]

Related Documents:

i.      Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 49 – entered June 11, 2019]

ii.     Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 63 – filed June 12, 2019]

iii.    Amended Final Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 231 – entered July 3, 2019]

iv.     Debtors' Statement in Support of Postpetition Severance Program and Honoring Related Obligations [Docket No. 475 – filed August 19, 2019]

Status: The relief requested in the Motion solely with respect to the Debtors' request for authority to continue and honor the Severance Program for non-insiders and to satisfy the related Severance Obligations will go forward.  On July 3, 2019, the Court entered an order regarding the relief requested in the Motion other than with respect to the Severance Obligations.

2.    Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 32 – filed June 10, 2019]

Sale Objection / Response Deadline: August 16, 2019 at 4:00 p.m. (ET)

Sale Objections / Responses Received:

A.      Response [of Williamson County] to Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets,

(B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 275 – filed July 11, 2019]

   Status:  The Debtors have resolved this response.

B.    Maricopa County Treasurer's Objection to Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances [Docket No. 379 – filed July 30, 2019]

   Status:  The Debtors are working to resolve this objection.  At this time, the objection will go forward.

C.    Lead Plaintiff's Limited Objection to Approval of (I) Sale of Certain Assets Relating to Epinephrine and Naloxone and (II) Sale of Certain Assets Relating to CBD Formulations, Syndros, and Buprenorphine [Docket No. 471 – filed August 16, 2019]

   Status:  The Debtors are working to resolve this objection.  At this time, the objection will go forward.

D.    Limited Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 473 – filed August 16, 2019]

   Status:  The Debtors are working to resolve this objection.  To the extent it is not resolved prior to the hearing, the objection will be continued to a date to be determined.

E.    Informal comments from the Committee

F.    Informal comments from the Office of the United States Trustee

Cure Objection / Response Deadline:    July 23, 2019 at 4:00 p.m. (ET) [Notice at Docket No. 263], extended to August 9, 2019 for the United States of America;

3

August 16, 2019 at 4:00 p.m. (ET)
[Notice at Docket No. 388]

Cure Objections / Responses Received:

A.   Objection and Reservation of Rights of AptarGroup, Inc. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 330 – filed July 23, 2019]

   Status:  The contracts subject to this objection are not being assumed and assigned to the buyers in connection with the sales going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

B.   Objection of Cigna Entities to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with Sale [Docket No. 331 – filed July 23, 2019]

   Status:  The Debtors are working to resolve this objection.  To the extent it is not resolved prior to the hearing, the objection will be continued to a date to be determined.

C.   Limited Objection and Reservation of Rights of Covance, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 335 – filed July 23, 2019]

   Status:  The contracts subject to this objection are not being assumed and assigned to the buyers in connection with the sales going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

D.   Reservation of Rights of McKesson Corporation to (1) Motion for Sale of Property Free and Clear of Liens; and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 339 – filed July 23, 2019]

   Status:  The contracts subject to this objection are not being assumed and assigned to the buyers in connection with the sales going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

E.   Limited Objection of AmerisourceBergen Drug Corporation and Affiliates to Cure Amounts and Reservation of Rights [Docket No. 340 – filed July 23, 2019]

4

RLF1 21878091v.1

i.      Supplemental Objection of AmerisourceBergen Drug Corporation and Affiliates to Cure Amounts and Assumption and Assignment of Contracts [Docket No. 472 – filed August 16, 2019]

Status:  The Debtors are working to resolve this objection.  At this time, the objection with respect to setoff will go forward.  To the extent the objection with respect to adequate assurance or cure is not resolved prior to the hearing, such objection will be continued to a date to be determined.

F.      Objection of Cardinal Health 105, Inc. and Cardinal Health to Cure Amounts Set Forth in the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Leases in Connection with Sale [Docket No. 341 – filed July 23, 2019]

Status:  The contracts subject to this objection are not being assumed and assigned to the buyers in connection with the sales going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

G.      Limited Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 342 – filed July 23, 2019]

i.      Supplemental Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 381 – filed July 31, 2019]

Status:  This matter is continued to a date to be determined.

H.      Objection of the United States to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 422 – filed August 9, 2019]

Status:  The contracts subject to this objection are not being assumed and assigned to the buyers in connection with the sales going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

I.      Sutter Bay Hospitals' Limited Objection to Proposed Asset Sale [Docket No. 470 – filed August 16, 2019]

Status:  This matter is continued to a date to be determined.

Related Documents:

RLF1 21878091v.1

i.    Declaration of Andrew Yearley in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 33 – filed June 10, 2019]

ii.    Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief [Docket No. 210 – entered July 2, 2019]

iii.    Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 239 – filed July 3, 2019]

iv.    Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 263 – filed July 9, 2019]

v.    Proof of Publication in *The New York* Times [Docket No. 323 – filed July 22, 2019]

vi.    Affidavit of Publication in *The Arizona Republic* [Docket No. 324 – filed July 22, 2019]

vii.    Notice of Extension of Bid Deadline [Docket No. 328 – filed July 22, 2019]

viii.    Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 388 – filed August 2, 2019]

ix.    Notice of Rescheduled Auction [Docket No. 395 – filed August 3, 2019]

x.    Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets [Docket No. 401 – filed August 5, 2019]

xi.    Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets [Docket No. 403 – filed August 6, 2019]

xii.    Notice of Successful Bidder and Sale Hearing for Certain Assets Relating

RLF1 21878091v.1

to Epinepherine and Naloxone [Docket No. 418 – filed August 8, 2019]

xiii.    Notice of Successful Bidder and Sale Hearing for Certain Assets Relating to CBD Formulations, Syndros, and Buprenorphine [Docket No. 420 – filed August 8, 2019]

xiv.    Notice of Adequate Assurance for Successful Bidder for Certain Assets Relating to CBD Formulations, Syndros, and Buprenorphine [Docket No. 426 – filed August 9, 2019]

Status: The hearing with respect to the sales of certain assets relating to (i) Epinepherine and Naloxone and (ii) CBD Formulations, Syndros, and Buprenorphine is going forward.  The individual statuses with respect to the sale objections and the cure objections are set forth above.  To the extent a cure objection is not resolved prior to the hearing, such objection is continued to a date to be determined.

7

Dated: August 20, 2019
        Wilmington, Delaware

                                    */s/ Christopher M. De Lillo*
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    Mark D. Collins (No. 2981)
                                    John H. Knight (No. 3848)
                                    Paul N. Heath (No. 3704)
                                    Amanda R. Steele (No. 5530)
                                    Christopher M. De Lillo (No. 6355)
                                    One Rodney Square
                                    920 N. King Street
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 651-7700
                                    Facsimile:  (302) 651-7701

                                    -and-

                                    WEIL, GOTSHAL & MANGES LLP
                                    Gary T. Holtzer (admitted *pro hac vice*)
                                    Ronit J. Berkovich (admitted *pro hac vice*)
                                    Candace M. Arthur (admitted *pro hac vice*)
                                    Olga F. Peshko (admitted *pro hac vice*)
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    *Attorneys for the Debtors*
                                    *and Debtors in Possession*

8