**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                          :
In re                                     :            **Chapter 11**
                                          :
**INSYS THERAPEUTICS, INC.,** *et al.,*   :            **Case No. 19-11292 (KG)**
                                          :
        **Debtors.**[1]                   :            **Jointly Administered**
                                          :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 11, 2019 AT 2:00 P.M. (ET)**[2]

> **AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING**
> **HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

## I.  **CONTINUED MATTERS**:

1.  Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 5 – filed June 10, 2019]

    <u>Objection / Response Deadline</u>:   July 1, 2019 at 4:00 p.m. (ET); extended to August 13, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") solely with respect to Severance Obligations

    <u>Objections / Responses Received</u>:

    A.   Informal comments received from the Committee

    B.   Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).  The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing was scheduled to be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 482 – filed August 20, 2019]

C.    Joinder of Class Creditors to Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 484 – filed August 20, 2019]

D.    Non-MDL Municipal Plaintiffs' Joinder in Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 485 – filed August 20, 2019]

E.    The State of Florida's Joinder in the Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 487- filed August 20, 2019]

F.    Certain Non-MDL Municipal Plaintiffs' Joinder to Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 488 – filed August 20, 2019]

G.    State of Minnesota's Joinder in Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 489 – filed August 20, 2019]

H.    Joinder of the State of New York to Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A)

Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 490 – filed August 20, 2019]

I.    Joinder of the State of New Jersey to Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 491 – filed August 20, 2019]

J.    State of Maryland's Objection to Debtors' Statement in Support of Postpetition Severance Program and Honoring Related Obligations and Joinder to the Official Committee of Unsecured Creditors' Statement and Limited Objection to Debtors' Motion for Authority, *Inter Alia*, to Pay Postpetition Severance [Docket No. 494 – filed August 21, 2019]

K.    Joinder of the MDL Plaintiffs to Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 499 – filed August 21, 2019]

L.    Joinder by Defendant State of Arizona and its Attorney General, Mark Brnovich, to Statement and Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for (I) Authority to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Related Relief [Docket No. 500 – filed August 21, 2019]

Related Documents:

i.    Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 49 – entered June 11, 2019]

ii.    Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and

RLF1 21972652v.1

Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 63 – filed June 12, 2019]

iii.    Amended Final Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 231 – entered July 3, 2019]

iv.    Debtors' Statement in Support of Postpetition Severance Program and Honoring Related Obligations [Docket No. 475 – filed August 19, 2019]

Status: Consistent with the Court's direction at the August 22, 2019 hearing, the Debtors, the Committee and the objecting creditors have engaged in discussions to modify the Debtors' proposed severance program. As a result of these discussions, the Debtors have revised their proposed severance program and related procedures. The Debtors will present this revised program at a hearing on September 17, 2019 at 2:00 p.m. (ET). On July 3, 2019, the Court entered an order regarding the relief requested in the Motion other than with respect to the severance program.

2.    Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 32 – filed June 10, 2019]

Sale Objection / Response Deadline: September 9, 2019 at 12:00 p.m. (ET)

Sale Objections / Responses Received:

A.    United States' Reservation of Rights to Sale of Subsys Assets to BTcP Pharma, LLC [Docket No. 564 – filed September 9, 2019]

Status:  The Debtors are working to resolve this reservation of rights.

B.    Limited Objection of AmericsourceBergen Drug Corporation and Affiliates to Proposed Subsys Sale [Docket No. 566 – filed September 9, 2019]

Status:  The Debtors are working to resolve this objection.

Cure Objection / Response Deadline:    July 23, 2019 at 4:00 p.m. (ET) [Notice at Docket No. 263], extended to August 9,

4

2019 for the United States of America; August 16, 2019 at 4:00 p.m. (ET) [Notice at Docket No. 388]

<u>Cure Objections / Responses Received</u>:

A.    Objection and Reservation of Rights of AptarGroup, Inc. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 330 – filed July 23, 2019]

    i.    Limited Objection and Reservation of Rights of AptarGroup, Inc. to the Debtors' Notice of Sale Hearing and Designation of Successful Bidder for Certain Assets Related to Subsys [Docket No. 562 – filed September 9, 2019]

    <u>Status</u>:  The Debtors are working to resolve this objection.  To the extent this objection is not resolved prior to the hearing, it will be continued to a date to be determined.

B.    Objection of Cigna Entities to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with Sale [Docket No. 331 – filed July 23, 2019]

    <u>Status</u>:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

C.    Limited Objection and Reservation of Rights of Covance, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 335 – filed July 23, 2019]

    <u>Status</u>:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

D.    Reservation of Rights of McKesson Corporation to (1) Motion for Sale of Property Free and Clear of Liens; and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 339 – filed July 23, 2019]

    <u>Status</u>:  The Debtors are working to resolve this objection.  To the extent this objection is not resolved prior to the hearing, it will be continued to a date to be determined.

E.     Limited Objection of AmerisourceBergen Drug Corporation and Affiliates to Cure Amounts and Reservation of Rights [Docket No. 340 – filed July 23, 2019]

    i.     Supplemental Objection of AmerisourceBergen Drug Corporation and Affiliates to Cure Amounts and Assumption and Assignment of Contracts [Docket No. 472 – filed August 16, 2019]

    <u>Status</u>:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

F.     Objection of Cardinal Health 105, Inc. and Cardinal Health to Cure Amounts Set Forth in the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Leases in Connection with Sale [Docket No. 341 – filed July 23, 2019]

    i.     Supplemental Objection and Reservation of Rights of Cardinal Health 105, Inc. and Cardinal Health to: (I) Cure Amounts Set Forth in the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Leases in Connection with Sale [D.I. 263]; and (II) Adequate Assurance of Future Performance [Docket No. 565 – filed September 9, 2019]

    <u>Status</u>:  The Debtors are working to resolve this objection.  To the extent this objection is not resolved prior to the hearing, it will be continued to a date to be determined.

G.     Limited Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 342 – filed July 23, 2019]

    i.     Supplemental Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 381 – filed July 31, 2019]

    <u>Status</u>:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

H.     Objection of the United States to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 422 – filed August 9, 2019]

Status:  The Debtors are working to resolve this objection.  To the extent this objection is not resolved prior to the hearing, it will be continued to a date to be determined.

I.      Sutter Bay Hospitals' Limited Objection to Proposed Asset Sale [Docket No. 470 – filed August 16, 2019]

Status:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing.  As a result, a hearing on this objection is not necessary at this time.

Related Documents:

i.      Declaration of Andrew Yearley in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 33 – filed June 10, 2019]

ii.     Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C)Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief [Docket No. 210 – entered July 2, 2019]

iii.    Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 239 – filed July 3, 2019]

iv.     Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 263 – filed July 9, 2019]

v.      Proof of Publication in *The New York Times* [Docket No. 323 – filed July 22, 2019]

vi.     Affidavit of Publication in *The Arizona Republic* [Docket No. 324 – filed July 22, 2019]

vii.    Notice of Extension of Bid Deadline [Docket No. 328 – filed July 22, 2019]

viii.   Supplemental Notice of Cure Costs and Potential Assumption and

Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 388 – filed August 2, 2019]

ix.    Notice of Rescheduled Auction [Docket No. 395 – filed August 3, 2019]

x.    Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets [Docket No. 401 – filed August 5, 2019]

xi.    Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets [Docket No. 403 – filed August 6, 2019]

xii.    Notice of Sale Hearing and Designation of Successful Bidder for Certain Assets Related to Subsys [Docket No. 546 – filed September 3, 2019]

xiii.    State of Maryland's Request for an Extension of Time to Object to Debtors' Request for Approval of the Sale of Certain Assets Related to Subsys [Docket No. 563 – filed September 9, 2019]

Status: The hearing with respect to the sale of certain assets relating to Subsys is continued to September 17, 2019 at 2:00 p.m. (ET). The individual statuses with respect to the sale objections and the cure objections are set forth above. To the extent a cure objection is not resolved prior to the hearing, such objection is continued to a date to be determined.

Dated: September 9, 2019
Wilmington, Delaware

/s/ Christopher M. De Lillo
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors*
*and Debtors in Possession*

RLF1 21972652v.1