**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                      :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.,*        :    Case No. 19-11292 (KG)
:
Debtors.[1]                                :    Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 10, 2019 AT 10:00 A.M. (ET)[3]**

**I.    CONTINUED MATTERS:**

1. Motion of the Class Claimants for Leave to File Class Proof of Claim [Docket No. 76 – filed June 16, 2019]

    Objection / Response Deadline:    July 1, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to September 27, 2019 at 4:00 p.m. (ET) for the Debtors and Official Committee of Unsecured Creditors (the "Committee")

    Objections / Responses Received:  None.

    Related Documents:

    i.   Amended Notice of Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 77 – filed June 17, 2019]

    ii.  Notice of Submission of Proposed Form of Order Granting Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 170 – filed June 26, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] **Amended items noted in bold.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 10, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Monday, September 9, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

<u>Status</u>:  The hearing on this matter has been continued to October 4, 2019 at 2:00 p.m. (ET).

2. Motion by Hospital Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 404 – filed August 7, 2019]

   <u>Objection / Response Deadline</u>:  August 19, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to September 27, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

   <u>Objections / Responses Received</u>:  None.

   <u>Related Documents</u>:

   i. Amended Notice of Motion [Docket No. 405 – filed August 7, 2019]

   <u>Status</u>:  The hearing on this matter has been continued to October 4, 2019 at 2:00 p.m. (ET).

3. Third-Party Payor Class Action Claimants' Motion to Apply Rule 23 of the Federal Rules of Bankruptcy Procedure to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 486– filed August 20, 2019]

   <u>Objection / Response Deadline</u>:  September 3, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to September 27, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

   <u>Objections / Responses Received</u>:  None.

   <u>Related Documents</u>:  None.

   <u>Status</u>:  The hearing on this matter has been continued to October 4, 2019 at 2:00 p.m. (ET).

4. Amended Motion by NAS Baby Class Action Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 513 – filed August 22, 2019]

   <u>Objection / Response Deadline</u>:  August 29, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to September 27, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

Objections / Responses Received:    None.

Related Documents:   None.

Status:  The hearing on this matter has been continued to October 4, 2019 at 2:00 p.m. (ET).

## II.    MATTERS GOING FORWARD:

5.  Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Stipulation and Agreement Between the Debtors and the United States [Docket No. 28 – filed June 10, 2019]

    Objection / Response Deadline:    July 1, 2019 at 4:00 p.m. (ET); extended to August 18, 2019 at 3:00 p.m. (ET) for the Committee

    Objections / Responses Received:

    A.    Informal comments received from the Committee

    B.    State of Florida's Limited Objection to Debtors' Motion to Approve Compromise with the United States [Docket No. 200 – filed July 1, 2019]

    Related Documents:

    i.    Notice of Motion and Hearing [Docket No. 59 – filed June 11, 2019]

    **Status:  The hearing on this matter has been continued to October 4, 2019 at 2:00 p.m. (ET).**

6.  Application of Debtors Pursuant to 11 U.S.C. §§ 327(a), 328, and 330 and Fed. R. Bankr. P. 2014 and 2016 for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 359 – filed July 25, 2019]

    Objection / Response Deadline:    August 8, 2019 at 4:00 p.m. (ET); extended to August 12, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

    Objections / Responses Received:

    A.    United States Trustee's Objection to Application of Debtors Pursuant to 11 U.S.C. §§ 327(a), 328, and 330 and Fed. R. Bankr. P. 2014 and 2016 for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 430 – filed August 12, 2019]

    Related Documents:

      i. Debtors' Reply in Support of the Application of Debtors Pursuant to 11 U.S.C. §§ 327(a), 328, and 330 and Fed. R. Bankr. P. 2014 for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for the Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 495 - filed August 21, 2019]

      ii. Supplemental Declaration of Michael Tucker in Support of the Application of Debtors Pursuant to 11 U.S.C. §§ 327(a), 328, and 330 and Fed. R. Bankr. P. 2014 and 2016 for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 496 - filed August 21, 2019]

      iii. Second Supplemental Declaration of Michael Tucker in Support of the Application of Debtors Pursuant to 11 U.S.C. §§ 327(a), 328, and 330 and Fed. R. Bankr. P. 2014 and 2016 for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 547 - filed September 4, 2019]

    Status: At this time, the hearing on this matter will go forward.

7. Application of Debtors for Order Authorizing Retention of Ernst & Young LLP as Accounting Services Provider, *Nunc Pro Tunc* to June 10, 2019 [Docket No. 444 – filed August 14, 2019]

    Objection / Response Deadline:    August 28, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    **Informal comments received from the Committee**

    Related Documents:    None.

    **Status:  The hearing on this matter has been continued to a date to be determined.**

Dated: September **9**, 2019
      Wilmington, Delaware

      */s/ Christopher M. De Lillo*
      RICHARDS, LAYTON & FINGER, P.A.
      John H. Knight (No. 3848)
      Paul N. Heath (No. 3704)
      Zachary I. Shapiro (No. 5103)
      Christopher M. De Lillo (No. 6355)
      One Rodney Square
      920 N. King Street
      Wilmington, Delaware 19801
      Telephone:  (302) 651-7700
      Facsimile:  (302) 651-7701

      -and-

      WEIL, GOTSHAL & MANGES LLP
      Gary T. Holtzer (admitted *pro hac vice*)
      Ronit J. Berkovich (admitted *pro hac vice*)
      Candace M. Arthur (admitted *pro hac vice*)
      Olga F. Peshko (admitted *pro hac vice*)
      767 Fifth Avenue
      New York, New York  10153
      Telephone:  (212) 310-8000
      Facsimile:  (212) 310-8007

      *Attorneys for the Debtors*
      *and Debtors in Possession*