**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                        :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,          :    Case No. 19-11292 (KG)
:
Debtors.[1]                                  :    Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 4, 2019 AT 2:00 P.M. (ET)[2]**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I.   **RESOLVED/CONTINUED MATTERS:**

1.   Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Stipulation and Agreement Between the Debtors and the United States [Docket No. 28 – filed June 10, 2019]

     Objection / Response Deadline:    July 1, 2019 at 4:00 p.m. (ET); extended to August 18, 2019 at 3:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee")

     Objections / Responses Received:

     A.   Informal comments received from the Committee

     B.   State of Florida's Limited Objection to Debtors' Motion to Approve Compromise with the United States [Docket No. 200 – filed July 1, 2019]

     Related Documents:

     i.   Notice of Motion and Hearing [Docket No. 59 – filed June 11, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing was scheduled to be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

RLF1 22083337v.2

        Status: The Debtors intend to submit a revised proposed form of order under certification of counsel. Accordingly, no hearing on this matter is necessary at this time.

2. Motion of the Class Claimants for Leave to File Class Proof of Claim [Docket No. 76 – filed June 16, 2019]

    Objection / Response Deadline: July 1, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 1, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

    i. Amended Notice of Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 77 – filed June 17, 2019]

    ii. Notice of Submission of Proposed Form of Order Granting Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 170 – filed June 26, 2019]

    iii. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

    Status: The hearing on this matter has been continued to the hearing scheduled for October 16, 2019 at 1:00 p.m. (ET).

3. Motion by Hospital Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 404 – filed August 7, 2019]

    Objection / Response Deadline: August 19, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 1, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

    i. Amended Notice of Motion [Docket No. 405 – filed August 7, 2019]

      ii.      Notice of Filing of Supplemental Declarations [Docket No. 635 – filed September 19, 2019]

      iii.     Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

    Status: The hearing on this matter has been continued to the hearing scheduled for October 16, 2019 at 1:00 p.m. (ET).

4. Third-Party Payor Class Action Claimants' Motion to Apply Rule 23 of the Federal Rules of Bankruptcy Procedure to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 486 – filed August 20, 2019]

    Objection / Response Deadline: September 3, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 1, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

      i.      Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

    Status: The hearing on this matter has been continued to the hearing scheduled for October 16, 2019 at 1:00 p.m. (ET).

5. Amended Motion by NAS Baby Class Action Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 513 – filed August 22, 2019]

    Objection / Response Deadline: August 29, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 1, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

      i.      Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants,

       the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

       Status: The hearing on this matter has been continued to the hearing scheduled for October 16, 2019 at 1:00 p.m. (ET).

6.   Motion of the Debtors for an Order Extending Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, and Granting Related Relief [Docket No. 571 – filed September 9, 2019]

       Objection / Response Deadline:   September 23, 2019 at 4:00 p.m. (ET)

       Objections / Responses Received:   None.

       Related Documents:

       i.   Certificate of No Objection Regarding Motion of the Debtors for an Order Extending Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, and Granting Related Relief [Docket No. 659 – filed September 24, 2019]

       ii.   Order Extending Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, and Granting Related Relief [Docket No. 660 – entered September 25, 2019]

       Status: On September 25, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

7.   Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 610 – filed September 16, 2019]

       Objection / Response Deadline:   October 3, 2019 at 4:00 p.m. (ET)

       Objections / Responses Received:   None.

       Related Documents:

       i.   Order Granting Motion for Shortened Notice and Expedited Consideration of Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 615 – entered September 17, 2019]

       ii.   Notice of Hearing [Docket No. 616 – filed September 17, 2019]

> Status: The hearing on this matter has been continued to the hearing scheduled for October 16, 2019 at 1:00 p.m. (ET).

8. Motion by NAS Baby Claimants That Have Duly Received a Notice to File Proof of Claim in This Matter Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim on Their Behalf [Docket No. 628 – filed September 18, 2019]

   > Objection / Response Deadline: September 27, 2019 at 4:00 p.m. (ET); extended to October 1, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

   > Objections / Responses Received: None.

   > Related Documents: None.

   > Status: The hearing on this matter has been continued to the hearing scheduled for October 16, 2019 at 1:00 p.m. (ET).

...

Dated: October 2, 2019
      Wilmington, Delaware

*/s/ Megan E. Kenney*
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Megan E. Kenney (No. 6426)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*