**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------x
                 :

**In re**                        :         **Chapter 11**
                 :

**INSYS THERAPEUTICS, INC.,** *et al.,*   :         **Case No. 19-11292 (KG)**
                 :

        **Debtors.**[1]           :         **Jointly Administered**
                 :

                 :         **Re: D.I. 28, 200**
                 :

---------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER
PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019
AUTHORIZING AND APPROVING THE STIPULATION AND
AGREEMENT BETWEEN THE DEBTORS AND THE UNITED STATES**

The undersigned hereby certifies as follows:

1.      On June 10, 2019, Insys Therapeutics, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Stipulation and Agreement Between the Debtors and the United States* [D.I. 28] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      Pursuant to the *Notice of Motion and Hearing* [D.I. 59], objections to the Motion were to be filed by no later than July 1, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**"). The Objection Deadline was extended by agreement for the Official Committee of Unsecured Creditors (the "**Committee**") to August 18, 2019 at 3:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

2

3.      On July 1, 2019, the State of Florida filed the *State of Florida's Limited Objection to Debtors' Motion to Approve Compromise with the United States* [D.I. 200] (the "**Objection**"). In addition to the Objection, the Debtors received informal comments (the "**Comments**") to the Motion from the Committee.  The Objection and Comments were resolved by, among other things, revising the proposed order with respect to the relief requested in the Motion (the "**Proposed Order**").  A copy of the revised Proposed Order is attached hereto as **Exhibit A** (the "**Revised Order**").

4.      The Revised Order has been circulated to counsel to the State of Florida, counsel to the Committee, the United States Department of Justice, and the United States Trustee for the District of Delaware, and these parties do not object to the entry of the Revised Order.  Other than the Objection and Comments, the Debtors received no other informal responses to the Motion, and no other objection or responsive pleading to the Motion has appeared on the Court's docket in these chapter 11 cases.  For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Order and the Proposed Order is attached hereto as **Exhibit B**.

RLF1 22131678v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order,

substantially in the form attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: October 4, 2019
       Wilmington, Delaware

                                        */s/ Robert C. Maddox*
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        John H. Knight (No. 3848)
                                        Paul N. Heath (No. 3704)
                                        Zachary I. Shapiro (No. 5103)
                                        Robert C. Maddox (No. 5356)
                                        Christopher M. De Lillo (No. 6355)
                                        One Rodney Square
                                        920 N. King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 651-7700
                                        Facsimile:  (302) 651-7701

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Gary T. Holtzer (admitted *pro hac vice*)
                                        Ronit J. Berkovich (admitted *pro hac vice*)
                                        Candace M. Arthur (admitted *pro hac vice*)
                                        Olga F. Peshko (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        *Attorneys for the Debtors*
                                        *and Debtors in Possession*

RLF1 22131678v.1