**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                         :
In re                                                    :   Chapter 11
                                                         :
INSYS THERAPEUTICS, INC., *et al.,*                      :   Case No. 19-11292 (KG)
                                                         :
        Debtors.[1]                                      :   Jointly Administered
                                                         :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 16, 2019 AT 1:00 P.M. (ET)[2]**

**I.    RESOLVED MATTER:**

1.  Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Stipulation and Agreement Between the Debtors and the United States [Docket No. 28 – filed June 10, 2019]

    Objection / Response Deadline:   July 1, 2019 at 4:00 p.m. (ET); extended to August 18, 2019 at 3:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee")

    Objections / Responses Received:

    A.  Informal comments received from the Committee

    B.  State of Florida's Limited Objection to Debtors' Motion to Approve Compromise with the United States [Docket No. 200 – filed July 1, 2019]

    Related Documents:

    i.  Notice of Motion and Hearing [Docket No. 59 – filed June 11, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the October 16, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Tuesday, October 15, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

RLF1 22140184v.1

ii. Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Stipulation and Agreement Between the Debtors and the United States [Docket No. 707 – entered October 7, 2019]

Status: On October 7, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. CONTINUED MATTERS:

2. Motion of the Class Claimants for Leave to File Class Proof of Claim [Docket No. 76 – filed June 16, 2019]

    Objection / Response Deadline: July 1, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 18, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

    i. Amended Notice of Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 77 – filed June 17, 2019]

    ii. Notice of Submission of Proposed Form of Order Granting Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 170 – filed June 26, 2019]

    iii. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

    Status: The hearing on this matter has been continued to October 22, 2019 at 10:00 a.m. (ET).

3. Motion by Hospital Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 404 – filed August 7, 2019]

    Objection / Response Deadline: August 19, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 18, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

Related Documents:

i. Amended Notice of Motion [Docket No. 405 – filed August 7, 2019]

ii. Notice of Filing of Supplemental Declarations [Docket No. 635 – filed September 19, 2019]

iii. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The hearing on this matter has been continued to October 22, 2019 at 10:00 a.m. (ET).

4. Third-Party Payor Class Action Claimants' Motion to Apply Rule 23 of the Federal Rules of Bankruptcy Procedure to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 486 – filed August 20, 2019]

Objection / Response Deadline: September 3, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 18, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

Objections / Responses Received: None.

Related Documents:

i. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The hearing on this matter has been continued to October 22, 2019 at 10:00 a.m. (ET).

5. Amended Motion by NAS Baby Class Action Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 513 – filed August 22, 2019]

Objection / Response Deadline: August 29, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 18, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

Objections / Responses Received: None.

Related Documents:

    i.    Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The hearing on this matter has been continued to October 22, 2019 at 10:00 a.m. (ET).

6. Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 610 – filed September 16, 2019]

    Objection / Response Deadline:    October 3, 2019 at 4:00 p.m. (ET); extended to October 18, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received:    None.

Related Documents:

    i.    Order Granting Motion for Shortened Notice and Expedited Consideration of Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 615 – entered September 17, 2019]

    ii.    Notice of Hearing [Docket No. 616 – filed September 17, 2019]

Status: The hearing on this matter has been continued to October 22, 2019 at 10:00 a.m. (ET).

7. Motion by NAS Baby Claimants That Have Duly Received a Notice to File Proof of Claim in This Matter Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim on Their Behalf [Docket No. 628 – filed September 18, 2019]

    Objection / Response Deadline:    September 27, 2019 at 4:00 p.m. (ET); extended to October 18, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee

    Objections / Responses Received:    None.

Related Documents:    None.

Status: The hearing on this matter has been continued to October 22, 2019 at 10:00 a.m. (ET).

### III. MATTER GOING FORWARD:

8.  Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 32 – filed June 10, 2019]

    Sale Objection / Response Deadline: October 9, 2019 at 4:00 p.m. (ET)

    Sale Objections / Responses Received:

    A.  Response [of Williamson County] to Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 275 – filed July 11, 2019]

        Status: This objection does not relate to the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

    B.  Maricopa County Treasurer's Objection to Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances [Docket No. 379 – filed July 30, 2019]

        Status: This objection does not relate to the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

    C.  Lead Plaintiff's Limited Objection to Approval of (I) Sale of Certain Assets Relating to Epinephrine and Naloxone and (II) Sale of Certain Assets Relating to CBD Formulations, Syndros, and Buprenorphine [Docket No. 471 – filed August 16, 2019]

        Status: The Debtors have resolved this objection.

D.     Limited Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 473 – filed August 16, 2019]

        Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

E.     Informal comments from the Committee

F.     Informal comments from the Office of the United States Trustee

Cure Objection / Response Deadline:    July 23, 2019 at 4:00 p.m. (ET) [Notice at Docket No. 263], extended to August 9, 2019 for the United States of America; August 16, 2019 at 4:00 p.m. (ET) [Notice at Docket No. 388]

Cure Objections / Responses Received:

G.     Objection and Reservation of Rights of AptarGroup, Inc. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 330 – filed July 23, 2019]

        Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

H.     Objection of Cigna Entities to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with Sale [Docket No. 331 – filed July 23, 2019]

        Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

RLF1 22140184v.1

I. Limited Objection and Reservation of Rights of Covance, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 335 – filed July 23, 2019]

Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

J. Reservation of Rights of McKesson Corporation to (1) Motion for Sale of Property Free and Clear of Liens; and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 339 – filed July 23, 2019]

Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

K. Limited Objection of AmerisourceBergen Drug Corporation and Affiliates to Cure Amounts and Reservation of Rights [Docket No. 340 – filed July 23, 2019]

  i. Supplemental Objection of AmerisourceBergen Drug Corporation and Affiliates to Cure Amounts and Assumption and Assignment of Contracts [Docket No. 472 – filed August 16, 2019]

Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

L. Objection of Cardinal Health 105, Inc. and Cardinal Health to Cure Amounts Set Forth in the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Leases in Connection with Sale [Docket No. 341 – filed July 23, 2019]

Status: The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

M. Limited Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 342 – filed July 23, 2019]

      i.    Supplemental Objection and Reservation of Rights of CaremarkPCS Health, L.L.C. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale [Docket No. 381 – filed July 31, 2019]

      Status:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

N.    Objection of the United States to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 422 – filed August 9, 2019]

    Status:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

O.    Sutter Bay Hospitals' Limited Objection to Proposed Asset Sale [Docket No. 470 – filed August 16, 2019]

    Status:  The contracts subject to this objection are not being assumed and assigned to the buyer in connection with the sale going forward at this hearing. As a result, a hearing on this objection is not necessary at this time.

Related Documents:

i.    Declaration of Andrew Yearley in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 33 – filed June 10, 2019]

ii.    Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Scheduling Auction for and Hearing to Approve Sale of Debtors' Assets, (C) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief [Docket No. 210 – entered July 2, 2019]

iii.    Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket

No. 239 – filed July 3, 2019]

iv. Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 263 – filed July 9, 2019]

v. Proof of Publication in *The New York Times* [Docket No. 323 – filed July 22, 2019]

vi. Affidavit of Publication in *The Arizona Republic* [Docket No. 324 – filed July 22, 2019]

vii. Notice of Extension of Bid Deadline [Docket No. 328 – filed July 22, 2019]

viii. Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 388 – filed August 2, 2019]

ix. Notice of Rescheduled Auction [Docket No. 395 – filed August 3, 2019]

x. Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets [Docket No. 401 – filed August 5, 2019]

xi. Notice of (I) Cancellation of Auction for Certain of the Debtors' Assets and (II) Rescheduled Auction for Other Assets [Docket No. 403 – filed August 6, 2019]

xii. Notice of Sale Hearing and Designation of Successful Bidder for Certain Assets Related to Subsys [Docket No. 671 – filed September 27, 2019]

Status: The Debtors will file a revised proposed form of order under certification of counsel in advance of the hearing. Accordingly, a hearing will only be necessary to the extent requested by the Court.

Dated: October 11, 2019
      Wilmington, Delaware

                      */s/ Christopher M. De Lillo*
                      RICHARDS, LAYTON & FINGER, P.A.
                      John H. Knight (No. 3848)
                      Paul N. Heath (No. 3704)
                      Zachary I. Shapiro (No. 5103)
                      Christopher M. De Lillo (No. 6355)
                      One Rodney Square
                      920 N. King Street
                      Wilmington, Delaware 19801
                      Telephone:  (302) 651-7700
                      Facsimile:  (302) 651-7701

                      -and-

                      WEIL, GOTSHAL & MANGES LLP
                      Gary T. Holtzer (admitted *pro hac vice*)
                      Ronit J. Berkovich (admitted *pro hac vice*)
                      Candace M. Arthur (admitted *pro hac vice*)
                      Olga F. Peshko (admitted *pro hac vice*)
                      767 Fifth Avenue
                      New York, New York  10153
                      Telephone:  (212) 310-8000
                      Facsimile:  (212) 310-8007

                      *Attorneys for the Debtors*
                      *and Debtors in Possession*