UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
INSYS THERAPEUTICS, INC., *et al.,*                      :    Case No. 19-11292 (KG)
                                                         :
                        Debtors.¹                        :    Jointly Administered
                                                         :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 22, 2019 AT 10:00 A.M. (ET)²**

**I.   CONTINUED MATTERS:**

1.  Motion of the Class Claimants for Leave to File Class Proof of Claim [Docket No. 76 – filed June 16, 2019]

    <u>Objection / Response Deadline</u>:   July 1, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Official Committee of Unsecured Creditors (the "<u>Committee</u>")

    <u>Objections / Responses Received</u>:  None.

    <u>Related Documents</u>:

    i.  Amended Notice of Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 77 – filed June 17, 2019]

    ii. Notice of Submission of Proposed Form of Order Granting Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 170 – filed June 26, 2019]

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

² The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the October 22, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Monday, October 21, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

    iii.    Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

2. Motion by Hospital Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 404 – filed August 7, 2019]

    Objection / Response Deadline: August 19, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

    i.    Amended Notice of Motion [Docket No. 405 – filed August 7, 2019]

    ii.    Notice of Filing of Supplemental Declarations [Docket No. 635 – filed September 19, 2019]

    iii.    Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

3. Third-Party Payor Class Action Claimants' Motion to Apply Rule 23 of the Federal Rules of Bankruptcy Procedure to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 486 – filed August 20, 2019]

    Objection / Response Deadline: September 3, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

    Objections / Responses Received: None.

    Related Documents:

    i.    Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

    <u>Status</u>: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

4. Amended Motion by NAS Baby Class Action Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 513 – filed August 22, 2019]

    <u>Objection / Response Deadline</u>:  August 29, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

    <u>Objections / Responses Received</u>:  None.

    <u>Related Documents</u>:

    i.    Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

    <u>Status</u>: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

5. Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 610 – filed September 16, 2019]

    <u>Objection / Response Deadline</u>:  October 3, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

    <u>Objections / Responses Received</u>:  None.

    <u>Related Documents</u>:

    i.    Order Granting Motion for Shortened Notice and Expedited Consideration of Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 615 – entered September 17, 2019]

      ii.      Notice of Hearing [Docket No. 616 – filed September 17, 2019]

      Status: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

6.    Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 613 – filed September 17, 2019]

      Objection / Response Deadline:    October 15, 2019 at 4:00 p.m. (ET); extended to October 22, 2019 at 4:00 p.m. (ET) by Notice at Docket No. 750; extended to October 24, 2019 at 4:00 p.m. (ET) for States, MDL Plaintiffs, and the United States

      Objections / Responses Received:

      A.    Objection of Stockholder to Motion Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 719 – filed October 8, 2019]

      B.    Objection of the Chubb Companies to the Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 746 – filed October 15, 2019]

      Related Documents:

      i.     Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 612 – filed September 17, 2019]

      ii.    Notice of Hearing to Consider Approving of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 619 – filed September 17, 2019]

      iii.   Notice of Extended Deadlines to Object to (I) the Approval of the Disclosure Statement and (II) the Relief Requested in the Solicitation Procedures Motion [Docket No. 737 – field October 11, 2019]

      iv.   Notice of Extended Objection Deadlines for and Continued Hearing to Consider Approval of (I) the Disclosure Statement and (II) the Relief Requested in the Disclosure Statement Motion [Docket No. 750 – filed October 15, 2019]

      Status:  The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

7.    Motion by NAS Baby Claimants That Have Duly Received a Notice to File Proof of Claim in This Matter Pursuant to Fed. Bankr. P. 9014 and 7023 to Make

Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim on Their Behalf [Docket No. 628 – filed September 18, 2019]

> Objection / Response Deadline: September 27, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee
>
> Objections / Responses Received: None.
>
> Related Documents: None.
>
> Status: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

8. Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 661 – filed September 25, 2019]

> Objection / Response Deadline: October 10, 2019 at 4:00 p.m. (ET); extended to October 24, 2019 at 4:00 p.m. (ET) for the Debtors and the Committee
>
> Objections / Responses Received:
>
> A. Objection of Stockholder to Motion Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 720 – filed October 8, 2019]
>
> Related Documents:
>
> i. Exhibits to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 663 – filed September 25, 2019]
>
> ii. Notice of Adjourned and Rescheduled Hearing [Docket No. 766 – filed October 16, 2019]
>
> Status: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

9. Motion of Debtors for Entry of an Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of a Hearing Thereon, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Plan [Docket No. 715 – filed October 8, 2019]

Objection / Response Deadline: October 15, 2019 at 4:00 p.m. (ET); extended to October 22, 2019 at 4:00 p.m. (ET) by Notice at Docket No. 750; extended to October 24, 2019 at 4:00 p.m. (ET) for States, MDL Plaintiffs, and the United States

Objections / Responses Received:

A. Preliminary Objection of the MDL Plaintiffs Solely in Respect of Approval of Certain Solicitation and Voting Procedures for the Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 723 – filed October 10, 2019]

Related Documents:

i. Notice of Extended Objection Deadlines for and Continued Hearing to Consider Approval of (I) the Disclosure Statement and (II) the Relief Requested in the Disclosure Statement Motion [Docket No. 750 – filed October 15, 2019]

Status: The hearing on this matter has been continued to October 29, 2019 at 9:30 a.m. (ET).

II. **MATTER SUBMITTED UNDER CERTIFICATION:**

10. Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Date of Filing of This Motion [Docket No. 714 – filed October 8, 2019]

    Objection / Response Deadline: October 15, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received: None.

    Related Documents:

    i. Certification of Counsel Regarding Order Granting Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to October 8, 2019 [Docket No. 784 – filed October 18, 2019]

    Status: On October 18, 2019, the Debtors submitted a revised proposed form of order under certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

Dated: October 18, 2019
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    John H. Knight (No. 3848)
    Paul N. Heath (No. 3704)
    Zachary I. Shapiro (No. 5103)
    Christopher M. De Lillo (No. 6355)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Gary T. Holtzer (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Candace M. Arthur (admitted *pro hac vice*)
    Olga F. Peshko (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for the Debtors*
    *and Debtors in Possession*