**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
**INSYS THERAPEUTICS, INC.,** *et al.,*                  :    Case No. 19-11292 (KG)
                                                         :
                   Debtors.[1]                           :    Jointly Administered
                                                         :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 5, 2019 AT 2:00 P.M. (ET)[2]**

> **AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**I.    CONTINUED MATTERS:**

1.  Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) for Entry of an Order (I) Extending the Exclusive Periods and (II) Granting Related Relief [Docket No. 710 – filed October 7, 2019]

    Objection / Response Deadline:    October 21, 2019 at 4:00 p.m. (ET); extended to October 24, 2019 at 4:00 p.m. (ET) for the States and MDL Plaintiffs

    Objections / Responses Received:  None.

    Related Documents:                None.

    Status: The hearing on this matter has been continued to November 8, 2019 at 9:00 a.m. (ET).

2.  Motion of Bessemer Trust Company of Delaware, N.A., for Relief from the Automatic Stay [Docket No. 738 – filed October 11, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing was scheduled to be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

    Objection / Response Deadline:    October 25, 2019 at 4:00 p.m. (ET); extended to October 30, 2019 at 4:00 p.m. (ET) for the Debtors

    Objections / Responses Received:    None.

    Related Documents:    None.

    Status: The hearing on this matter has been continued to November 8, 2019 at 9:00 a.m. (ET).

## II. RESOLVED MATTER:

3. Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Date of Filing of This Motion [Docket No. 736 – filed October 11, 2019]

    Objection / Response Deadline:    October 25, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.    Certification of Counsel Regarding Order Granting Debtors' Second Omnibus Motion for an Order Authorizing the Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to October 11, 2019 [Docket No. 819 – filed October 28, 2019]

    ii.    Order Granting Debtors' Second Omnibus Motion for an Order Authorizing the Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to October 11, 2019 [Docket No. 823 – entered October 29, 2019]

    Status: On October 29, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

Dated: November 1, 2019
      Wilmington, Delaware

          */s/ Christopher M. De Lillo*
          RICHARDS, LAYTON & FINGER, P.A.
          John H. Knight (No. 3848)
          Paul N. Heath (No. 3704)
          Zachary I. Shapiro (No. 5103)
          Christopher M. De Lillo (No. 6355)
          One Rodney Square
          920 N. King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Gary T. Holtzer (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          Candace M. Arthur (admitted *pro hac vice*)
          Olga F. Peshko (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          *Attorneys for the Debtors*
          *and Debtors in Possession*