# SIGN-IN-SHEET

**CASE NAME:** Insys Therapeutics, Inc.
**CASE NO.:** 19-11292 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 11/14/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Megan Hurl | City of Phila. | City of Phila. |
| Therese Scheuer | SEC | SEC |
| David Molton | Brown Rudnick LLP | MDL PEC |
| Gerard Cicero | Brown Rudnick LLP | MDL PEC |
| Drew McGehan | Duane Morris LLP | Chubb Companies |
| Joseph H. Huston, Jr. | Stevens & Lee | Private Insurance Plaintiffs |
| William Sullivan | Sullivan Hazeltine Allinson | MDL PEC |
| Ronit Berkovich | Weil Gotshal | Debtors |
| Ramsey Scofield | " " | " " |
| Paul Heath | RLF | " " |
| Zach Shapiro | " " | " " |
| David Klauder | Bielli & Klauder | NAS Baby Claimants |
| Jane Leamy | USTrustee | USTrustee |
| Arik Preis | Akin Gump | UCC |
| Eden Isovicz | " | UCC |
| Erin Fay | Bayard | UCC |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 11/14/2019
Calendar Time: 01:30 PM ET

Re-sent Calendar Nov 14 2019 4:33AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10173216 | Jesse Cloyd | (305) 722-2002 ext. | Agentis PLLC | Creditor, State Of Florida / LIVE |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10184120 | Brenda L. Funk | (713) 546-5165 ext. | Weil Gotshal & Manges LLP | Interested Party, Brenda Funk / LIVE |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10116081 | Eric Goldstein | (860) 251-5000 ext. | Shipman & Goodwin LLP | Creditor/Claimant, United Health Care Services Inc. / LIVE |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10166097 | Nicholas Hagen | (212) 735-2651 ext. | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Skadden Arps Slate Meagher & Flom / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10188532 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10169557 | Emily J. Holt | (617) 248-4733 ext. | Choate Hall & Stewart, LLP | Creditor, Liberty Mutual / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10172509 | Mark Knight | (617) 345-6139 ext. | Nixon Peabody LLP | Debtor, Insys Therapeutics, Inc. / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10186282 | Jennifer Lee | (212) 918-3584 ext. | Hogan Lovells US LLP | Interested Party, Hogan Lovells US LLP / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10163031 | Edan S. Lisovicz | (212) 872-8105 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10189079 | Laura L. McCloud | (615) 532-8933 ext. | State of Tennessee - Office of the Attorney General | Creditor, State of Tennessee / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10169657 | Aaron McCollough | (312) 849-8100 ext. | McGuireWoods | Creditor, Aetna Inc. / LISTEN ONLY |
| | | Insys Therapeutics, Inc. | 19-11292 | Hearing | 10172532 | Richard Pedone | (617) 345-1305 ext. | Nixon Peabody LLP | Debtor, Insys Therapeutics, Inc. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10162300 | Evan S. Romanoff | State of Minnesota - Office of the Attorney General | (651) 757-1454 ext. | Creditor, State of Minnesota Office of the Attorney General / LIVE |
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10174800 | Jason B. Sanjana | Reorg Research, Inc. | (212) 588-8890 ext. | Interested Party, Reorg Reseach / LISTEN ONLY |
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10185395 | Mary Schmergel | U.S. Department of Justice - Civil Division | (202) 307-0183 ext. | Creditor, United States of America / LIVE |
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10188665 | Paul V. Shalhoub | Willkie Farr & Gallagher LLP | (212) 728-8764 ext. | Interested Party, Bessemer Trust Co. of Delaware / LIVE |
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10157535 | Abby J. Sher | Cozen O'Connor | (215) 665-2000 ext. | Representing, Illinois Union / LIVE |
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10174823 | Chris Stauble | Weil Gotshal & Manges LLP | (212) 310-8000 ext. | Interested Party, Chris Stauble / LISTEN ONLY |
| Insys Therapeutics, Inc. | 19-11292 | Hearing | 10185243 | Michael A Tucker | FTI Consulting, Inc. | (602) 744-7144 ext. | Financial Advisor, Michael A Tucker / LIVE |