**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **INSYS THERAPEUTICS, INC., *et al.*,** | : | **Case No. 19-11292 (KG)** |
| **Debtors.**[1] | : | **Jointly Administered** |

**_AMENDED_[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR _TELEPHONIC ONLY_ HEARING ON NOVEMBER 21, 2019 AT 1:00 P.M. (ET)[3]**

**WITH THE PERMISSION OF THE COURT,**
**THE HEARING WILL BE TELEPHONIC ONLY.**

## I. UNCONTESTED MATTERS GOING FORWARD:

1. Motion of the Class Claimants for Leave to File Class Proof of Claim [Docket No. 76 – filed June 16, 2019]

Objection / Response Deadline: July 1, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Official Committee of Unsecured Creditors (the "Committee")

Objections / Responses Received: Informal responses from the Debtors and Committee.

Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] **Amended items appear in bold.**

[3] The **telephonic** hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear at the November 21, 2019 **telephonic** hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Wednesday, November 20, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

i. Amended Notice of Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 77 – filed June 17, 2019]

ii. Notice of Submission of Proposed Form of Order Granting Motion by Plaintiffs and Class Claimants for Leave to File Class Proof of Claim [Docket No. 170 – filed June 26, 2019]

iii. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The Debtors, the Committee, and the movants have resolved this matter and intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

2. Motion by Hospital Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 404 – filed August 7, 2019]

Objection / Response Deadline: August 19, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

Objections / Responses Received: Informal responses from the Debtors and Committee.

Related Documents:

i. Amended Notice of Motion [Docket No. 405 – filed August 7, 2019]

ii. Notice of Filing of Supplemental Declarations [Docket No. 635 – filed September 19, 2019]

iii. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The Debtors, the Committee, and the movants have resolved this matter and intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

3. Third-Party Payor Class Action Claimants' Motion to Apply Rule 23 of the Federal Rules of Bankruptcy Procedure to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 486 – filed August 20, 2019]

Objection / Response Deadline: September 3, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

Objections / Responses Received: Informal responses from the Debtors and Committee.

Related Documents:

i. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The Debtors, the Committee, and the movants are working to resolve this motion by stipulation of the parties. The parties intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

4. Amended Motion by NAS Baby Class Action Claimants Pursuant to Fed. R. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 513 – filed August 22, 2019]

Objection / Response Deadline: August 29, 2019 at 4:00 p.m. (ET); extended to September 5, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

Objections / Responses Received: Informal responses from the Debtors and Committee.

Related Documents:

i. Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, the Plaintiffs, the Hospital Claimants, the TPP Claimants and NAS Baby Claimants Extending Bar Date [Docket No. 640 – entered September 19, 2019]

Status: The Debtors, the Committee, and the movants have resolved this matter and intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

5. Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 610 – filed September 16, 2019]

Objection / Response Deadline: October 3, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

Objections / Responses Received: Informal responses from the Debtors and Committee.

Related Documents:

i. Order Granting Motion for Shortened Notice and Expedited Consideration of Motion by ERISA Health Plans Class Action Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rules of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim [Docket No. 615 – entered September 17, 2019]

ii. Notice of Hearing [Docket No. 616 – filed September 17, 2019]

Status: The Debtors, the Committee, and the movants are working to resolve this motion by stipulation of the parties. The parties intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

6. Motion by NAS Baby Claimants That Have Duly Received a Notice to File Proof of Claim in This Matter Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure 23 Applicable to These Proceedings and to Permit the Filing of a Class Proof of Claim on Their Behalf [Docket No. 628 – filed September 18, 2019]

Objection / Response Deadline: September 27, 2019 at 4:00 p.m. (ET); extended to October 25, 2019 at 12:00 noon (ET) for the Debtors and the Committee

Objections / Responses Received: Informal responses from the Debtors and Committee.

Related Documents: None.

Status: The Debtors, the Committee, and the movants have resolved this matter and intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

7. Motion of Bessemer Trust Company of Delaware, N.A., for Relief from the Automatic Stay [Docket No. 738 – filed October 11, 2019]

Objection / Response Deadline: October 25, 2019 at 4:00 p.m. (ET); extended to October 30, 2019 at 4:00 p.m. (ET) for the Debtors

Objections / Responses Received: Informal response from the Debtors.

Related Documents: None.

Status: The Debtors and Bessemer Trust Company of Delaware, N.A. are working to resolve the motion by stipulation of the parties. The parties intend to submit a stipulation and order under certification of counsel. **The hearing regarding this matter has been adjourned to December 4, 2019 at 9:00 a.m. (ET).**

## II. CONTESTED MATTERS GOING FORWARD:

8. Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 661 – filed September 25, 2019]

Objection / Response Deadline: October 10, 2019 at 4:00 p.m. (ET); extended to November 1, 2019 for the Debtors and the Committee

Objections / Responses Received:

A. Notice of Objection to Motion Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code (filed by S. Yu) [Docket No. 720 – filed October 8, 2019]

B. Municipal Plaintiffs' Joinder to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 834 – filed November 1, 2019]

C. Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 838 – filed November 2, 2019]

D. Joinder of Ratepayer Creditors to Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 841 – filed November 4, 2019]

E. Joinder of NAS Baby Claimants to Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 844 – filed November 4, 2019]

F. Reply of the MDL Plaintiffs to the Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These

Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 851 – filed November 5, 2019]

G. Joinder of TPP Claimants to Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 852 – filed November 5, 2019]

H. Joinder of Hospital Claimants to Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 853 – filed November 5, 2019]

I. Amended Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 859 – filed November 5, 2019]

Related Documents:

i. Exhibits to Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 663 – filed September 25, 2019]

ii. Notice of Adjourned and Rescheduled Hearing [Docket No. 766 – filed October 16, 2019]

iii. Second Notice of Adjourned and Rescheduled Hearing [Docket No. 802 – filed October 23, 2019]

iv. Declaration of Gerard T. Cicero in Support of MDL Plaintiffs' Conversion Motion (D.I. 661) and Reply of MDL Plaintiffs in Support of Conversion Motion (D.I. 851) [Docket No. 854 – filed November 5, 2019]

v. Third Notice of Adjourned and Rescheduled Hearing [Docket No. 867 – filed November 7, 2019]

Status: **The hearing regarding this matter is adjourned to December 4, 2019 at 9:00 a.m. (ET).**

9. Motion of Debtors for Entry of an Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of a Hearing Thereon, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Plan [Docket No. 715 – filed October 8, 2019]

Objection / Response Deadline: October 15, 2019 at 4:00 p.m. (ET); extended to October 22, 2019 at 4:00 p.m. (ET) by Notice at

Docket No. 750; extended to November 1, 2019 at 4:00 p.m. (ET) by Notice at Docket No. 795; extended to November 4, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the United States

Objections / Responses Received:

A. Notice of Objection to Liquidation Plan and Disclosure Statement (filed by S. Yu) [Docket No. 719 – filed October 8, 2019]

B. Preliminary Objection of the MDL Plaintiffs Solely in Respect of Approval of Certain Solicitation and Voting Procedures for the Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 723 – filed October 10, 2019]

C. Objection of the Chubb Companies to the Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 746 – filed October 15, 2019]

D. Limited Objection of the Securities and Exchange Commission to Approval of the Debtors' Disclosure Statement [Docket No. 810 – filed October 24, 2019]

E. Objection of the MDL Plaintiffs to Approval of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 835 – filed November 1, 2019]

F. State of Florida's Objection to Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 836 – filed November 1, 2019]

G. Qualified Joinder of Various States to the Objection of the MDL Plaintiffs to Approval of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 839 – filed November 3, 2019]

H. Objection of Securities Lead Plaintiff to Approval of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 843 – filed November 4, 2019]

I. United States' Objection to Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 845 – filed November 4, 2019]

J. United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of a Hearing Thereon, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice

and Objection Procedures for Confirmation of the Debtors' Plan [Docket No. 846 – filed November 4, 2019]

Related Documents:

i. Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 612 – filed September 17, 2019]

ii. Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 613 – filed September 17, 2019]

iii. Notice of Hearing to Consider Approving of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 619 – filed September 17, 2019]

iv. Notice of Extended Deadlines to Object to (I) the Approval of the Disclosure Statement and (II) the Relief Requested in the Solicitation Procedures Motion [Docket No. 737 – field October 11, 2019]

v. Notice of Extended Objection Deadlines for and Continued Hearing to Consider Approval of (I) the Disclosure Statement and (II) the Relief Requested in the Disclosure Statement Motion [Docket No. 750 – filed October 15, 2019]

vi. Notice of Extended Objection Deadlines for and Continued Hearing to Consider Approval of the Disclosure Statement and (II) the Relief Requested in the Solicitation Procedures Motion [Docket No. 795 – filed October 22, 2019]

vii. Notice of Continued Hearing to Consider Approval of (I) the Disclosure Statement and (II) the Relief Requested in the Disclosure Statement Motion [Docket No. 864 – filed November 6, 2019]

viii. Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 892 – filed November 14, 2019]

ix. Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 893 – filed November 14, 2019]

x. Notice of Filing of Blacklines of Amended Plan and Amended Disclosure Statement [Docket No. 894 – filed November 14, 2019]

Status: **A telephonic status conference regarding this matter will go forward and the Debtors, the Committee, and certain other parties anticipate announcing a proposed resolution on the record. With the permission of the Court, the Debtors have adjourned the hearing regarding the entry of an order approving the disclosure statement and solicitation procedures, among other things, to December 4, 2019 at 9:00 a.m. (ET).**

Dated: November 20, 2019
Wilmington, Delaware

*<u>/s/ Christopher M. De Lillo</u>*
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors*
*and Debtors in Possession*