**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
INSYS THERAPEUTICS, INC., *et al.*,                               :   Case No. 19-11292 (KG)
                                                                  :
    Debtors.[1]                                                   :   (Jointly Administered)
                                                                  :
                                                                  :   **Re: D.I. 612, 613, 892, 893, 928 & 929**
                                                                  :
----------------------------------------------------------------- x

**NOTICE OF FILING OF BLACKLINES OF**
**SECOND AMENDED PLAN AND SECOND AMENDED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, on September 17, 2019, Insys Therapeutics, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and Its Affiliated Debtors* [D.I. 612] (the "**Initial Plan**") and the *Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation Proposed By Insys Therapeutics, Inc. and Its Affiliated Debtors* [D.I. 613] (the "**Initial Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on November 14, 2019, the Debtors filed an amended Initial Plan [D.I. 892] (the "**Amended Plan**") and (ii) a disclosure statement for the Amended Plan [D.I. 893] (the "**Amended Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors filed a (i) revised Amended Plan [D.I. 928] (as may be further amended, supplemented, or otherwise modified, the "**Second Amended Plan**") and (ii) a revised disclosure statement for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 South Benson Lane, Chandler, Arizona 85224.

RLF1 22479696v.1

Second Amended Plan [D.I. 929] (as may be further amended, supplemented, or otherwise modified, the "**Second Amended Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline comparison of the Second Amended Plan marked against the Amended Plan is attached hereto as **Exhibit 1** and a blackline comparison of the Second Amended Disclosure Statement marked against the Amended Disclosure Statement is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider, among other things, approval of the Second Amended Disclosure Statement is scheduled for **December 4, 2019 at 9:00 a.m. (Eastern Time)** before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "**Disclosure Statement Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Second Amended Disclosure Statement and Second Amended Plan remain subject to continuing negotiations and review by the Debtors and all other parties-in-interest. The Debtors reserve all rights to amend, modify, or supplement the Second Amended Disclosure Statement and Second Amended Plan. To the extent that the Debtors make further revisions to the Second Amended Disclosure Statement or Second Amended Plan prior to the Disclosure Statement Hearing, the Debtors will file or present further blacklined copies of such revised documents to the Court prior to or at the Disclosure Statement Hearing.

Dated: November 29, 2019
      Wilmington, Delaware

          */s/ Christopher M. De Lillo*
          RICHARDS, LAYTON & FINGER, P.A.
          John H. Knight (No. 3848)
          Paul N. Heath (No. 3704)
          Amanda R. Steele (No. 5530)
          Zachary I. Shapiro (No. 5103)
          Christopher M. De Lillo (No. 6355)
          One Rodney Square
          920 N. King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Gary T. Holtzer (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          Candace M. Arthur (admitted *pro hac vice*)
          Brenda L. Funk (admitted *pro hac vice*)
          Olga F. Peshko (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          *Attorneys for the Debtors and Debtors in Possession*