**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                         :
In re                                                    :     Chapter 11
                                                         :
INSYS THERAPEUTICS, INC., *et al.*,                      :     Case No. 19-11292 (KG)
                                                         :
            Debtors.[1]                                  :     Jointly Administered
                                                         :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2019 AT 9:30 A.M. (ET)[2]**

**I.   MATTERS GOING FORWARD**:

1. Motion of Bessemer Trust Company of Delaware, N.A., for Relief from the Automatic Stay [Docket No. 738 – filed October 11, 2019]

   Objection / Response Deadline:    October 25, 2019 at 4:00 p.m. (ET); extended to October 30, 2019 at 4:00 p.m. (ET) for the Debtors

   Objections / Responses Received:

   A.    Informal response from the Debtors

   Related Documents:    None.

   Status: The Debtors and Bessemer Trust Company of Delaware, N.A. are working to resolve the motion by stipulation of the parties. The parties intend to submit a stipulation and order under certification of counsel. The hearing regarding this matter is going forward at this time.

2. Motion by the Alaska Tribes and Native Villages Claimants Pursuant to Fed. Bankr. P. 9014 and 7023 to Permit the Filing of a Class Proof of Claim [Docket No. 917 – filed November 21, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear at the December 17, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Monday, December 16, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

    Objection/Response Deadline:    December 10, 2019 at 4:00 p.m. (ET); extended to December 16, 2019 at 3:00 p.m. (ET) for the Debtors

    Objections/Responses Received:

    A.    Informal response from the Debtors

    Related Documents:

    i.    Notice of Hearing [Docket No. 921 – filed November 22, 2019]

    Status: The Debtors and the movants are working to resolve this matter. The parties intend to submit an order under certification of counsel. The hearing regarding this matter is going forward at this time.

3.    Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and for Entry of Order Waiving the Provision of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 937 – filed December 2, 2019]

    Objection/Response Deadline:    December 10, 2019 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.    Informal response from the Debtors

    Status: The Debtors and Toyota Motor Credit Corporation have agreed to resolve the motion by stipulation. The parties intend to submit a stipulation and order under certification of counsel prior to the hearing.

4.    Notice of Successful Bidder and Sale Hearing [Docket No. 964 – filed December 5, 2019]

    Objection/Response Deadline:    December 12, 2019 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.    Informal response from the Attorney General for the State of New York

    Status: The Debtors intend to file a revised form of order granting the relief requested under certification of counsel. The hearing regarding this matter is going forward at this time.

Dated: December 13, 2019
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    John H. Knight (No. 3848)
    Paul N. Heath (No. 3704)
    Amanda R. Steele (No. 5530)
    Zachary I. Shapiro (No. 5103)
    Christopher M. De Lillo (No. 6355)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Gary T. Holtzer (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Candace M. Arthur (admitted *pro hac vice*)
    Olga F. Peshko (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for the Debtors*
    *and Debtors in Possession*