**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                        :
In re                                   :          **Chapter 11**
                                        :
**INSYS THERAPEUTICS, INC.,** *et al.,*  :          **Case No. 19-11292 (KG)**
                                        :
Debtors.[1]                             :          **Jointly Administered**
                                        :
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 20, 2019 AT 11:00 A.M. (ET)[2]**

## I.    MATTERS GOING FORWARD:

1.    Motion of Bessemer Trust Company of Delaware, N.A., for Relief from the Automatic Stay [Docket No. 738 – filed October 11, 2019]

> Objection / Response Deadline:          October 25, 2019 at 4:00 p.m. (ET); extended to October 30, 2019 at 4:00 p.m. (ET) for the Debtors

> Objections / Responses Received:

> A.    Informal response from the Debtors

> Related Documents:

> i.    Re-Notice of Hearing Regarding Motion of Bessemer Trust Company of Delaware, N.A., for Relief from the Automatic Stay [Docket No. 995 – filed December 17, 2019]

> Status: The Debtors and Bessemer Trust Company of Delaware, N.A. are working to resolve the motion by stipulation of the parties. The parties intend to submit a stipulation and order under certification of counsel. The hearing regarding this matter is going forward at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear at the December 20, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Thursday, December 19, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

2.      Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and for Entry of Order Waiving the Provision of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 937 – filed December 2, 2019]

Objection/Response Deadline:          December 10, 2019 at 4:00 p.m. (ET)

Objections/Responses Received:

A.      Informal response from the Debtors

Related Documents:

i.      Re-Notice of Hearing on the Motion of Toyota Motor Credit Corporation for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 997 – filed December 17, 2019]

Status: The Debtors and Toyota Motor Credit Corporation have agreed to resolve the motion by stipulation.  The parties intend to submit a stipulation and order under certification of counsel prior to the hearing.  The hearing regarding this matter is going forward at this time.

3.      Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 554 and Fed. R. Bank. P. 2002 for Approval of (I) Procedures for the Expedited Sale, Transfer or Abandonment of De Minimis Assets, and (II) Entry into an Exclusive Auction and Sales Agreement [Docket No. 985 – filed December 13, 2019]

Objection/Response Deadline:          December 19, 2019 at 12:00 p.m. (ET)

Objections/Responses Received:      None at this time.

Related Documents:

i.      Order Shortening the Notice of Objection Periods for Motion of Debtors Pursuant to 11 U.S.C. §§ 363, and 554 and Fed. R. Bankr. P. 2002 for Approval of (I) Procedures for the Expedited Sale, Transfer or Abandonment of De Minimis Assets, and (II) Entry Into an Exclusive Auction and Sales Agreement [Docket No. 989 – entered December 16, 2019]

Status: The hearing regarding this matter is going forward.

Dated: December 18, 2019
      Wilmington, Delaware

*/s/ Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Olga F. Peshko (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors*
*and Debtors in Possession*