# **EXHIBIT A**

Amended and restated certificate of incorporation of Insys Therapeutics, Inc.

# SECOND AMENDED AND RESTATED
# CERTIFICATE OF INCORPORATION
# OF
# INSYS THERAPEUTICS, INC.

Insys Therapeutics, Inc., a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), hereby certifies as follows:

FIRST.  The original Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of Delaware (the "Secretary of State") on June 15, 1990, under the name Oncomed, Inc.

SECOND. The Amended and Restated Certificate of Incorporation (the "Amended and Restated Certificate of Incorporation") of the Corporation was filed with the Secretary of State on July 31, 2014.

THIRD. This Second Amended and Restated Certificate of Incorporation of the Corporation is made and filed pursuant to that certain Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and Its Affiliated Debtors, dated [●], which was confirmed by order of the United States Bankruptcy Court for the District of Delaware and entered on [●], 2020 in the Chapter 11 liquidation proceedings of the Corporation pending as In re Insys Therapeutics, Inc. et al. ( Case No. 19-11292).

FOURTH. This Second Amended and Restated Certificate of Incorporation was approved pursuant to Section 242, Section 245 and Section 303 of the General Corporation Law of the State of Delaware (the "DGCL").

FIFTH.  This Second Amended and Restated Certificate of Incorporation of the Corporation shall become effective upon filing with the Secretary of State.

SIXTH. The Amended and Restated Certificate of Incorporation shall be amended and restated in full as follows:

## ARTICLE I

The name of the Corporation is Insys Therapeutics, Inc.

## ARTICLE II

The address of the Corporation's registered office in the State of Delaware is 1209 Orange Street, City of Wilmington, County of New Castle, Delaware, 19801.  The name of its registered agent at such address is The Corporation Trust Company.

## ARTICLE III

The sole purpose of the Corporation is to facilitate the orderly administration of the winding up and dissolution of the Corporation.

## ARTICLE IV

The total number of shares of stock which the Corporation shall have authority to issue is one share of Common Stock, $0.01 par value.

## ARTICLE V

Unless and except to the extent that the by-laws of the corporation shall so require, the election of directors of the corporation need not be by written ballot.

## ARTICLE VI

In furtherance and not in limitation of the powers conferred by the laws of the State of Delaware, the Board of Directors of the Corporation is expressly authorized to make, alter and repeal the by-laws of the corporation.

## ARTICLE VII

A director of the Corporation shall not be liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except to the extent such exemption from liability or limitation thereof is not permitted under DGCL as the same exists or may hereafter be amended.  Any amendment, modification or repeal of the foregoing sentence shall not adversely affect any right or protection of a director of the corporation hereunder in respect of any act or omission occurring prior to the time of such amendment, modification or repeal.

## ARTICLE VIII

The Corporation reserves the right at any time, and from time to time, to amend, alter, change or repeal any provision contained in this Second Amended and Restated Certificate of Incorporation, and other provisions authorized by the laws of the State of Delaware at the time in force may be added or inserted, in the manner now or hereafter prescribed by law; and all rights, preferences and privileges of any nature conferred upon stockholders, directors or any other persons by and pursuant to this Second Amended and Restated Certificate of Incorporation in its present form or as hereafter amended are granted subject to the rights reserved in this article.

**In Witness Whereof**, Insys Therapeutics, Inc. has caused this Second Amended and Restated Certificate of Incorporation to be signed on this ___ day of January 2020.

          Insys Therapeutics, Inc.

          _____
          Name:
          Title: