## Exhibit C

## Schedule of Assumed and Assigned Contracts

| Name | Debtor | Agreement | Address | City | State | Postal Code | Proposed Cure Cost |
|---|---|---|---|---|---|---|---|
| Solium Capital LLC | INSYS THERAPEUTICS INC | Amendment to Services Access Agreement | 222 South Mill Ave., Suite 424 | Tempe | AZ | 85281 | $14,338 |
| Donnelley Financial Solutions | INSYS THERAPEUTICS INC | ActiveDisclosure Proposal dated 12/20/16 | 35 West Wacker Drive | Chicago | IL | 60601 | $0 |
| Deloitte & Touche LLP | INSYS THERAPEUTICS INC | Engagement letter dated 1/3/19 | 3020 Carrington Mill Blvd., Suite 400 | Morrisville | NC | 27560 | $0 |
| Deloitte & Touche LLP | INSYS THERAPEUTICS INC | Addendum B to the Engagement letter dated 1/3/19 | 3020 Carrington Mill Blvd., Suite 400 | Morrisville | NC | 27560 | $16,748 |
| Tridea Partners - A Columbus Company | INSYS THERAPEUTICS INC | Software Purchase Agreement | 420 Stevens Ave, Suite 350 | Solana Beach | CA | 92075 | $0 |
| ADP, LLC | INSYS THERAPEUTICS INC | Global Master Services Agreement | One ADP Boulevard | Roseland | NJ | 07068 | $0 |
| ADP, LLC | INSYS THERAPEUTICS INC | Major Accounts Agreement | One ADP Boulevard | Roseland | NJ | 07068 | $0 |
| ADP, LLC | INSYS THERAPEUTICS INC | Sales Order Quote Q2-2019-376875.1 | One ADP Boulevard | Roseland | NJ | 07068 | $0 |
| Associated Industries Insurance Company, Inc. | INSYS THERAPEUTICS INC | General Liability Policy | P.O. Box 318004 | Cleveland | OH | 44131-0880 | $0 |
| Liberty Insurance Corporation | INSYS THERAPEUTICS INC | Workers Comp Policy | 175 Berkeley Street | Boston | MA | 02116 | $0 |
| Liberty Insurance Corporation | INSYS THERAPEUTICS INC | Umbrella Policy | 175 Berkeley Street | Boston | MA | 02116 | $0 |

| Name | Debtor | Agreement | Address | City | State | Postal Code | Proposed Cure Cost |
|---|---|---|---|---|---|---|---|
| Navigators Insurance Company | INSYS THERAPEUTICS INC | Excess Liability Policy | One Penn Plaza | New York | NY | 10119 | $0 |
| U.S. Specialty Insurance Company | INSYS THERAPEUTICS INC | D&O Policy | 8 Forest Park Drive | Farmington | CT | 06032 | $0 |
| XL Specialty Insurance Company | INSYS THERAPEUTICS INC | D&O Policy | 505 Eagleview Boulevard, Suite 100 | Exton | PA | 19341-1120 | $0 |
| Beazley Insurance Company, Inc. | INSYS THERAPEUTICS INC | D&O Policy | 30 Batterson Park Road | Farmington | CT | 06032 | $0 |
| Endurance American Insurance Company | INSYS THERAPEUTICS INC | D&O Policy | 1221 Avenue of the Americas | New York | NY | 10020 | $0 |
| National Union Fire Insurance Company of Pittsburgh, PA. | INSYS THERAPEUTICS INC | D&O Policy | 777 South Figueroa St. 18th Floor | Los Angeles | CA | 90017-5814 | $0 |
| Endurance American Insurance Company | INSYS THERAPEUTICS INC | D&O Policy | 1221 Avenue of the Americas | New York | NY | 10020 | $0 |
| U.S. Specialty Insurance Company | INSYS THERAPEUTICS INC | D&O Policy | 8 Forest Park Drive | Farmington | CT | 06032 | $0 |
| Lloyds of London | INSYS THERAPEUTICS INC | Cargo Stock Throughput Policy (M-21030, WC-21030) | 66 Whitecap Drive | North Kingstown | RI | 02852 | $0 |
| Beazley Insurance Company, Inc. | INSYS THERAPEUTICS INC | Crime Policy | 30 Batterson Park Road | Farmington | CT | 06032 | $0 |
| Endurance American Specialty Insurance Company | INSYS THERAPEUTICS INC | Employment & Fiduciary Policy | 1221 Avenue of the Americas | New York | NY | 10020 | $0 |
| Ironshore Insurance Services LLC | INSYS THERAPEUTICS INC | Product Liability Policy | 3 Embarcadero Street Suite 1480 | San Francisco | CA | 94111 | $0 |

| Name | Debtor | Agreement | Address | City | State | Postal Code | Proposed Cure Cost |
|---|---|---|---|---|---|---|---|
| TDC Specialty Insurance Company | INSYS THERAPEUTICS INC | Product Liability Policy | 1050 K Street Suite 400 | Washington | DC | 20001 | $0 |
| LifeScience Risk | INSYS THERAPEUTICS INC and INSYS PHARMA INC. | Product Liability Policy | 180 N. Stetson Avenue Suite 4600 | Chicago | IL | 60601 | $0 |
| Iron Mountain | INSYS THERAPEUTICS INC | Storage Agreements (AZ, TX, IL) | 1000 Campus Dr. | Collegeville | PA | 19426 | $2,782 |
| Fidelity | INSYS PHARMA, INC. | Volume Submitter Defined Contribution Plan (Profit Sharing/401(K) Plan) | P.O. Box 73307 | Chicago | IL | 60673-7307 | $0 |
| Dell Marketing | INSYS THERAPEUTICS INC | Quote #1026884473988.1 dated 1/7/2019 | One Dell Way, Mail Stop 8129 | Round Rock | TX | 78682 | $5,813 |

RLF1 22659689v.1