**EXHIBIT E**

List of Non-Released Parties[1]

**Non-Released Parties**:

1. Paul Burnett
2. James Doroz
3. Elizabeth Gorski
4. Joseph Hennessy
5. Yoshiko Jamison
6. Vikram Malhotra
7. Angela Matt
8. Lisa McBride
9. Andrea Miele
10. Neha Parikh
11. Alexandra (Gandara) Peterson
12. Priscilla Sandoval
13. Thomas Udicious
14. Caitlin Whitaker

---

[1] The inclusion of any party on this list of Non-Released Parties is not an indication that any such party has been, or will be, accused of, or has committed any, wrongful conduct.  If no action has been instituted against a party on this list within one (1) year of the Effective Date of the Plan, such party shall be released in accordance with the Plan.