**Exhibit P**

**Class Claim Procedures for Hospital Class Claims**:

1. The Hospital Class includes all hospitals in the United States, other than those owned by the federal government, which treated patients with opioid conditions. "Patients with opioid conditions" are defined as patients with opioid overdose; patients with opioid addiction; babies born opioid addicted; opioid users committed to mental health treatment programs; and opioid users with pretextual excuses for obtaining opioids.

2. No Distributions[1] will be made to the Hospital Class Representative(s) (the trustee(s) to be appointed pursuant to the Plan) on the Hospital Class Claim under the Plan, and instead, will be held by the Liquidating Trustee for the benefit of the Hospital Class, until Hospital Class Allocation Plan (defined below) has been approved by the Bankruptcy Court.

3. Within six months of the Effective Date of the Plan, or within such other time as agreed to by the Hospital Class Representative(s) and the Liquidating Trustee or as otherwise ordered by the Bankruptcy Court, the Hospital Class Representative(s) will develop and propose an allocation plan based on the damages analysis of a Hospital Class Representative's expert's analysis and empirical observation (the "**Hospital Allocation Plan**"). The Hospital Class Representative(s) will file a motion and proposed order with the Bankruptcy Court seeking (a) approval of a notice and claims administration procedure and (b) approval of the Hospital Allocation Plan, which will include provisions for the establishment of the Hospital Escrow Account (described below).

4. If the Hospital Class Representative(s) determines, after consultation with the Liquidating Trustee and after finalization of the Hospital Allocation Plan, that paying available Distributions to Class Participants would be uneconomical based on the amount of available Distributions, the Hospital Class Representative(s) will establish an escrow account to hold Distributions (the "**Hospital Escrow Account**") until such time as the funds available to the Hospital Class Representative(s) are sufficient, in a Hospital Class Representative's sole discretion, to warrant distribution to Hospital Class participants. Upon the establishment of the Hospital Escrow Account, the Liquidating Trustee will make Distributions under the Plan into the Hospital Escrow Account. The Hospital Class Representative(s) will provide a status report to the Liquidating Trustee every 90 days reflecting the status of the Hospital Escrow Account until such time as the amount of Distributions paid under the Plan into the Hospital Escrow Account has been paid to Hospital Class participants.

5. The Hospital Class Representative(s) will retain a notice provider and claims administrator using a competitive bidding process.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and Its Affiliated Debtors* [Docket No. 928] (as may be amended or modified from time to time, the "**Plan**").

6. If Distributions paid into the Hospital Escrow Account, if any, have not been distributed to Hospital Class Participants within 2 years of the date of payment into the Hospital Escrow Account, such Distributions will be returned to the ILT Trust as Available Cash for further distribution under the Plan on account of Allowed Claims other than the Hospital Class Claim.

**Class Representatives for Hospital Class Claims**:

1. St. Vincent Charity Medical Center (at times d/b/a Rosary Hall)

2. Southwest Mississippi Regional Medical Center

3. Infirmary Health Hospitals, Inc.

4. Monroe County Healthcare Authority, d/b/a Monroe County Hospital