UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
:
In re                                          :  Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.,*            :  Case No. 19-11292 (KG)
:
Debtors.[1]                                    :  Jointly Administered
:
:  Re: D.I. 955
------------------------------------------------------x

**NOTICE OF FILING OF SECOND PLAN SUPPLEMENT PURSUANT TO THE
SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF
INSYS THERAPEUTICS, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on December 4, 2019, Insys Therapeutics, Inc. ("*Insys*") and its affiliated debtors in the above-captioned chapter 11 cases (the "*Chapter 11 Cases*"), as debtors and debtors in possession (collectively, the "*Debtors*"), filed solicitation versions of the *Second Amended Joint Chapter 11 Plan of Reorganization of Insys Therapeutics, Inc. and Its Affiliated Debtors* [Docket No. 955] (the "*Plan*") and the *Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Insys Therapeutics, Inc. and Its Affiliated Debtors* [Docket No. 956] (the "*Disclosure Statement*"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Disclosure Statement contemplate the submission of certain documents (or forms thereof), schedules, and exhibits (the "*Plan Supplement*") in advance of the hearing on confirmation of the Plan (the "*Confirmation Hearing*").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 3100 West Ray Rd, Suite 201, Chandler, Arizona 85226.

**PLEASE TAKE FURTHER NOTICE** that, on December 30, 2019, the Debtors filed the *Notice Of Filing Of Plan Supplement Pursuant To The Second Amended Joint Chapter 11 Plan Of Reorganization Of Insys Therapeutics, Inc. And Its Affiliated Debtors* [Docket No. 1049] (the "**Initial Plan Supplement**") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the following additional Plan Supplement documents:

- **Exhibit F**   Insys Liquidation Trust Agreement
- **Exhibit J**   Victims Restitution Trust Agreement

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the revised ILT Trustee, ILT Claims Arbiter and ILT Board exhibit, attached hereto as **Exhibit H**, which replaces and supersedes all prior-filed versions of such document, and that a redline of such document compared with the version filed on December 30, 2019 is attached hereto as **Exhibit H-1**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the revised VRT Asset Transfer Agreement, attached hereto as **Exhibit K**, which replaces and supersedes all prior-filed versions of such document, and that a redline of such document compared with the version filed on December 30, 2019 is attached hereto as **Exhibit K-1**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the revised VRT Trustee, VRT Claims Administrator and VRT Board exhibit, attached hereto as **Exhibit L**, which replaces and supersedes all prior-filed versions of such document, and that a redline of such document compared with the version filed on December 30, 2019 is attached hereto as **Exhibit L-1**.

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is confirmed,

the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, Creditors' Committee, and SMT Group Representatives reserve the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement any document in the Plan Supplement; provided, if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the hearing to confirm the Plan, the Debtors will file a redline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement, Plan, and Disclosure Statement may be viewed for free at the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("*Epiq*") at https://dm.epiq11.com/Insys or for a fee on the Bankruptcy Court's website at http://www.deb.uscourts.gov.  To obtain hard copies of the Plan Supplement, Plan, or Disclosure Statement, please contact Epiq at Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd., Beaverton, Oregon 97005 or by calling 866-897-6433 (Domestic) or 646-282-2500 (International).

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom 3 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, beginning on **January 16, 2020, at 9:00 a.m. (ET)**. Please be advised that the Confirmation Hearing may be continued from time to time by the Bankruptcy Court without further notice.

Dated: January 6, 2020
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Brenda L. Funk (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*