## **EXHIBIT L**

VRT Trustee, VRT Claims Administrator and VRT Board

**VRT Trustee:**

Carmin C. Reiss

**VRT Claims Administrator:**

Carmin C. Reiss - Carmin C. Reiss is a principal of Resolutions, LLC and was formerly a Senior Mediator with JAMS/Endispute. Since 1990, she has had an active mediation practice focusing on environmental, construction, commercial, insurance, employment, professional liability, and personal injury disputes, often in the form of large, complex, multi-party controversies. Ms. Reiss serves as a member of the Middlesex Multi-door Courthouse panel of mediators. She has also served on the FDIC mediation roster, and as an approved mediator for EPA matters, including large superfund cases. Prior to joining JAMS/Endispute, Ms. Reiss was a trial lawyer at Bingham & Dana and a member of that firm's Environmental Practice Group. She is the author of "Environmental Contamination Disputes," in Mediating Legal Disputes (Golann ed. 1996), winner of the 1996 CPR Book Award, and one of the ADR Editors for MCLE's recent Superior Court Practice Guide. Ms. Reiss' curriculum vitae is attached hereto.

**VRT Board**:

1. David J. Molton - David Molton is a partner of the law firm Brown Rudnick LLP. For the better part of the past two decades, David Molton has focused his practice in complex financial, commercial and mass tort litigation matters in federal, state and bankruptcy courts in the United States. David's more recent engagements include representing Professor Eric D. Green in his capacities as court-appointed Special Master of the DOJ/Takata restitution fund and Trustee of the Takata Airbag Tort Compensation Fund, established pursuant to a February 2017 criminal plea agreement between the Department of Justice and Takata Corporation to resolve felony charges brought by the government against Takata in connection with Takata's design, manufacture and sale to the public of defective Takata airbag inflators, and out of TK Holding Inc's, Takata's U.S. parent's bankruptcy cases, respectively. Additionally, David has represented creditors' committees comprised of tort claimants and other creditors in various mass tort bankruptcies. Further information about Mr. Molton may be found at http://www.brownrudnick.com/people/david-j-molton/.

2. Sara Tonnesen - Sara Tonnesen is an assistant attorney general at the Office of the Attorney General of Maryland, where she is assigned to opioids investigations, litigation, and policy matters. A 2013 graduate of the Georgetown Law Center and a 2009 magna cum laude graduate of Mount Holyoke College, Ms. Tonnesen previously worked at a national employment law firm representing plaintiffs victimized by discrimination.

3.  Anne Andrews – Anne Andrews is a founding partner of Andrews & Thornton, a firm that has litigated personal injury product liability cases against major pharmaceutical companies for over 20 years, with a particular focus on obtaining compensation for clients despite the wrongdoing company declaring bankruptcy.  She has represented members, including chairs, of official and ad hoc committees in bankruptcy cases in multiple jurisdictions across the country and has served on leadership teams in multi-district litigation cases throughout the federal courts.  Ms. Andrews has held board positions in multiple legal organizations dedicated to consumer protection and trial advocacy, and is frequently invited to lecture as a recognized expert in mass tort and bankruptcy around the country.

4.  Philip Edwards – Philip Edwards is a partner at the law firm of Murphy & Landon. After earning his undergraduate degree at the College of Charleston, Mr. Edwards attended Widener Law School in Delaware, graduating cum laude. While at Widener, Mr. Edwards served as a law clerk intern for Justice Joseph T. Walsh of the Delaware Supreme Court, and clerked at the Delaware County Pennsylvania District Attorney's Office.  Mr. Edwards joined Murphy & Landon in 2003 after working at the New York City office of Wilson, Elser, Moskowitz, Edelman and Dicker where his focus was on medical malpractice defense for some of New York City's largest hospital systems. Since joining Murphy & Landon, Mr. Edwards' practice has focused on representing plaintiffs in personal injury claims, medical malpractice actions and insurance disputes. Mr. Edwards has achieved multiple seven figure jury verdicts and settlements.

## RESOLUTIONS, LLC
125 High Street, Suite 2205, Boston, MA  02110  •  tel: 617-556-0800  •  fax: 617-556-9900

## CARMIN C. REISS

**DISPUTE RESOLUTION EXPERIENCE**

> **RESOLUTIONS, LLC.**  Principal.  Mediator, Arbitrator and Trainer. Mediator of disputes involving environmental, commercial, construction, product liability, personal injury, employment, professional malpractice, insurance and other issues.  Arbitrator of personal injury and construction disputes.  Trainer and program developer for negotiation and mediation training sessions for private and public institutions and law firms. 1997 – present
>
> **J.A.M.S./ENDISPUTE.** Senior Mediator, Arbitrator and Trainer. 1990 - 1997
>
> **RESOLVE Subcontractor.**  EPA approved subcontractor to RESOLVE, Washington, D.C. (primary EPA dispute resolution contractor) for enforcement disputes involving EPA. 1994 – 1999
>
> **Middlesex Multi-door Courthouse.**  Service on panel of mediators selected and maintained by court-annexed dispute resolution program.  Mediator of numerous multi-party disputes involving construction, personal injury, employment, insurance and other issues. 1997 – 2005
>
> **FDIC Mediation Roster.**  Service on panel of neutrals maintained by the FDIC for mediation of commercial paper disputes. 1991 - 1996

**LAW PRACTICE EXPERIENCE**

> **Bingham, Dana & Gould**, Boston.  Senior Associate, Litigation Area.
> Represented and advised corporate and individual clients on large and small environmental, general commercial, real estate, U.C.C., trade secret, unfair competition, product liability, insurance, partnership, tax and other matters.  Tried several cases to conclusion. 1984 - 1990
>
> **Federal Defender Office**, Boston.  Assistant Federal Public Defender.
> During six-month leave from Bingham, Dana & Gould, represented criminal defendants in United States District Court, the First Circuit Court of Appeals, and the United States Supreme Court in all stages of proceedings, from bail hearings through trial and appeal.1986
>
> **Massachusetts Appeals Court.**  Law Clerk to Justice Rose. 1983 - 84
>
> **Massachusetts Superior Court.**  Law Clerk to the Justices. 1982 - 83

## TEACHING EXPERIENCE

**Suffolk University Law School.** Adjunct Professor. Instructing courses in Negotiation and ADR. 2010-present

**Boston University School of Law.** First Year Writing Program Instructor. Instructed the full-year required course in legal method, research, and writing, including moot court and negotiation segments. 1990-91; 1983-84

## PUBLIC AND BOARD SERVICE

**Board of Selectmen, Concord, MA**, Elected 2010 - present
**Mt. Ida College, Newton, MA,** Trustee 2013 - present
**Zoning Board of Appeals, Concord, MA**, Associate Member, 2008 - 2010
**Boston Bar Association, ADR Committee** Co-Chair, 2009 - 2011

## EDUCATION

**Boston University School of Law**, Juris Doctor. 1982. Sadie Lipner Shulman Scholar, 1980-81; 1979-80.

**Brandeis University**, A.B., English/Economics, *magna cum laude*, with honors in English and American Literature. 1978.

## DISPUTE RESOLUTION TRAINING

**JAMS/Endispute Employment Mediation Program.** One-day training program for mediation and arbitration of employment disputes. 1997

**JAMS/Endispute Advanced Mediation Skills Program**. Two-day training program in advanced mediation skills in California. 1996

**Massachusetts Office of Dispute Resolution.** Two-day advanced mediation training program. 1992

**ENDISPUTE.** Apprenticeship training in mediation (observation and co-mediation) of 30+ hours. 1990-91

## BAR ADMISSIONS

Massachusetts Supreme Judicial Court, 1982
United States District Court for the District of Massachusetts, 1983
United States Court of Appeals for the First Circuit, 1983
United States Supreme Court, 1984

**CARMIN C. REISS**
Page 3

## PUBLICATIONS

Author of *Mediation of Environmental Contamination Disputes*, chapter sixteen of **Mediating Legal Disputes:  Effective Strategies for Mediators and Lawyers**, D. Golann editor and principal author, Little Brown & Co. (1996), winner 1996 CPR Book Award. 1996

ADR Editor for the *Massachusetts Superior Court Civil Practice Manual* (MCLE 1997).

## PRESENTATIONS

Boston Bar Association, ADR Committee, New Developments in Mediation
Massachusetts Continuing Legal Education, Effective Advocacy in Mediation
American Bar Association, Section on Dispute Resolution, Mediation Skills Training
Women's Business Forum, Program on Conflict Management
Boston Bar Association, Employment and Dispute Resolution Sections
Massachusetts Bar Association, Program on Resolving Business Disputes
Massachusetts Continuing Legal Education, Program on Private Cost-Recovery Claims
Mealey's Conference on Settling the Long-Tail Claim
Strategic Research Institute Conference on Environmental ADR
EPA/ACCA Conference on Environmental ADR, session facilitator
New Hampshire Bar Association, Environmental Section
Boston Bar Association, Environmental Section
Rainer & Rainer, Annual Lead Paint Poisoning Litigation Seminar
Jones, Day, Reavis & Pogue, Environmental Insurance Seminar
Boston Bar Association, Program on Mediation
American Bar Association, Program on Settling Public Construction Disputes
Association of University Technology Managers, Annual Meeting
Boston College Law School, guest lecturer on ADR on numerous occasions