**<u>Exhibit A</u>**

**Exhibit A**

**TABULATION SUMMARY**

| CLASS DESCRIPTION | ACCEPT | | REJECT | | CLASS VOTE |
|---|---|---|---|---|---|
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **CLASS 3 –** *CONVENIENCE CLAIMS* | $130,544.77 **100.00%** | 15 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **Accept** |
| **CLASS 4 –** *TRADE AND OTHER UNSECURED CLAIMS* | $2,473,659.27 **77.54%** | 11 **55.00%** | $716,474.74 **22.46%** | 9 **45.00%** | **Accept** |
| **CLASS 5 –** *INSURANCE RELATED CLAIMS* | $15.00 **100.00%** | 15 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **Accept** |
| **CLASS 6 –** *HOSPITAL CLAIMS AND NAS MONITORING CLAIMS* | $379.00 **100.00%** | 379 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **Accept** |
| **CLASS 7 –** *DOJ CLAIMS* | $0.00 **0.00%** | 0 **0.00%** | $0.00 **0.00%** | 0 **0.00%** | **Accept** |
| **CLASS 8(A) –** *STATE CLAIMS* | $34.00 **100.00%** | 34 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **Accept** |
| **CLASS 8(B) –** *MUNICIPALITY/ TRIBE CLAIMS* | $1,771.00 **97.74%** | 1,755 **97.72%** | $41.00 **2.26%** | 41 **2.28%** | **Accept** |
| **CLASS 9 –** *PERSONAL INJURY CLAIMS* | $52.00 **100.00%** | 52 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **Accept** |