UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                           :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,             :    Case No. 19-11292 (KG)
:
Debtors.[1]                                     :    Jointly Administered
:
---------------------------------------------------------x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 16, 2020 AT *10:30 A.M.* (ET)[3]

*THE HEARING TIME HAS BEEN RESCHEDULED FROM 9:00 A.M.
TO 10:30 A.M. AT THE DIRECTION OF THE COURT*

**I.    RESOLVED MATTER:**

1.   Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Date of Filing of This Motion [Docket No. 1019 – filed December 24, 2019]

     Objection/Response Deadline:          January 7, 2020 at 4:00 p.m. (ET)

     Objections/Responses Received:        None

     Related Documents:

     i.   Certificate of No Objection Regarding Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Date of Filing of This Motion [Docket No. 1077 – filed January 8, 2020]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 3100 West Ray Road, Suite 201, Chandler, Arizona 85226.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear at the January 16, 2020 hearing is required to contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Wednesday, January 15, 2020 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

    ii.    Order Granting Debtors' Third Omnibus Motion for an Order Authorizing the Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to December 24, 2019 [Docket No. 1083 – entered January 10, 2020]

Status: On January 10, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

## II. CONFIRMATION HEARING:

2. Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1095 – filed January 14, 2020]

    Confirmation Objection/Response Deadline: January 6, 2020 at 4:00 p.m. (ET); extended to January 7, 2020 at 12:00 p.m. (ET) for White & Case LLP; extended to January 9, 2020 at 12:00 p.m. for The Chubb Companies, Ironshore Insurance Services, LLC and Liberty Insurance Corporation; extended to January 9, 2020 at 4:00 p.m. (ET) for Pierre Lapalme, Steven Meyer, and the Non-MDL Municipalities

    Confirmation Objections/Responses Received:

    A.    The County of Williamson, Texas' Objection to the Debtors' Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 668 – filed September 27, 2019]

    B.    Notice of Objection to Liquidation Plan and Disclosure Statement (filed by S. Yu) [Docket No. 719 – filed October 8, 2019]

    C.    The County of Williamson, Texas' Objection to the Debtors' Amended Joint Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 909 – filed November 20, 2019]

    D.    Limited Objection of Securities Lead Plaintiff to Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1064 – filed January 6, 2020]

    E.    Limited Objection of the Securities and Exchange Commission to Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 1065 – filed January 6, 2020]

    F.    United States Trustee's Objection to Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1066 – filed January 6, 2020]

G. Objection of the Chubb Companies to the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1080 – filed January 9, 2020]

H. Joinder and Objection of Ironshore Insurance Services LLC and Liberty Insurance Corporation to the Objection of The Chubb Companies to the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1082 -–filed January 9, 2020]

I. Informal response from the United States Department of Justice

J. Informal response from Pierre Lapalme

K. Informal response from Steven Meyer

L. Informal response from White & Case LLP

M. Informal response from the Internal Revenue Service

N. Informal response from the Non-MDL municipalities

O. Informal response from the Securities and Exchange Commission

<u>Assumption and Assignment</u>
<u>Objection/Response Deadline</u>:        January 6, 2020 at 4:00 p.m. (ET); extended to January 9, 2020 at 4:00 p.m. (ET) for Deloitte & Touche LLP


<u>Assumption and Assignment</u>
<u>Objections/Responses Received</u>:


A. Informal response from Deloitte & Touche LLP

<u>Related Documents</u>:

i. Order (I) Approving the Disclosure Statement and the Form and Manner of the Notice of a Hearing Thereon, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Plan, and (V) Granting Related Relief [Docket No. 952 – entered December 4, 2019]

ii. Disclosure Statement for Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 956 – filed December 4, 2019]

iii. Notice of Filing of Blacklines of Solicitation Versions of Second Amended Plan and Disclosure Statement [Docket No. 957 – filed December 4, 2019]

iv. Notice of (I) Approval of the Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures, (III) Scheduling of Confirmation Hearing, and (IV) Establishment of Notice and Objection Procedures for Confirmation of the Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 958 – filed December 4, 2019]

v. Proof of Publication (New York Times) [Docket No. 1006 – filed December 19, 2019]

vi. Verification of Publication (USA Today) [Docket No. 1007 – filed December 19, 2019]

vii. Notice of Filing of Plan Supplement Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Insys Therapeutics, Inc., and its Affiliated Debtors [Docket No. 1049 – filed December 30, 2019]

viii. Affidavit of Service of Solicitation Materials [Docket No. 1056 – filed January 2, 2020]

ix. Notice of Filing of Second Plan Supplement Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1067 – filed January 6, 2020]

x. Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1086 – filed January 13, 2020]

xi. Declaration of Andrew M. Troop in Support of Payment by the Debtors of an Administrative Expense Claim for Professional Fees of Holders of State and Municipality/Tribe Claims [Docket No. 1087 – filed January 13, 2020]

xii. Declaration of David J. Molton in Support of Payment by the Debtors of an Administrative Expense Claim for Professional Fees of Holders of State and Municipality/Tribe Claims [Docket No. 1088 – filed January 13, 2020]

xiii. Declaration of Michael A. Tucker in Support of Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1089 – filed January 13, 2020]

xiv. Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors and Response to Objections to Confirmation [Docket No. 1090 – filed January 13, 2020]

xv. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of Insys

    Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1091 – filed January 13, 2020]

xvi. Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Brief [Docket No. 1094 – entered January 14, 2020]

xvii. Notice of Filing of Blackline of Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors [Docket No. 1096 – filed January 14, 2020]

<u>Status</u>: The confirmation hearing will go forward. The Debtors have resolved the objections and responses listed at agenda items A, C, and I–N, as well as the informal cure response from Deloitte & Touche LLP. The Confirmation Hearing will go forward on a contested basis at this time, at least in part, with respect to agenda items B, D–H, and O.

Dated: January 15, 2020
      Wilmington, Delaware

      */s/ Christopher M. De Lillo*
      RICHARDS, LAYTON & FINGER, P.A.
      John H. Knight (No. 3848)
      Paul N. Heath (No. 3704)
      Amanda R. Steele (No. 5530)
      Zachary I. Shapiro (No. 5103)
      Christopher M. De Lillo (No. 6355)
      One Rodney Square
      920 N. King Street
      Wilmington, Delaware 19801
      Telephone:  (302) 651-7700
      Facsimile:  (302) 651-7701

      -and-

      WEIL, GOTSHAL & MANGES LLP
      Gary T. Holtzer (admitted *pro hac vice*)
      Ronit J. Berkovich (admitted *pro hac vice*)
      Candace M. Arthur (admitted *pro hac vice*)
      Brenda L. Funk (admitted *pro hac vice*)
      767 Fifth Avenue
      New York, New York  10153
      Telephone:  (212) 310-8000
      Facsimile:  (212) 310-8007

      *Attorneys for the Debtors*
      *and Debtors in Possession*

6

RLF1 22654724v.1