## EXHIBIT E

List of Non-Released Parties[1]

**Non-Released Parties**:

1. Paul Burnett
2. James Doroz
3. Elizabeth Gorski
4. Joseph Hennessy
5. Yoshiko Jamison
6. Andrew Long[2]
7. Vikram Malhotra
8. Angela Matt
9. Lisa McBride
10. Andrea Miele
11. Neha Parikh
12. Alexandra (Gandara) Peterson
13. Priscilla Sandoval
14. Thomas Udicious
15. Caitlin Whitaker

---

[1] The inclusion of any party on this list of Non-Released Parties is not an indication that any such party has been, or will be, accused of, or has committed any, wrongful conduct. If no action has been instituted against a party on this list within one (1) year of the Effective Date of the Plan, then such party shall be released in accordance with the Plan and shall be deemed to be a Released Party under the Plan in all respects, including with respect to section 8.5 of the Plan.

[2] Notwithstanding footnote 1 hereof, if no action has been instituted against Mr. Long within six (6) months of the Effective Date of the Plan, then he shall be a Released Party in accordance with the Plan in all respects, including with respect to section 8.5 of the Plan.