# EXHIBIT H

ILT Trustee, ILT Claims Arbiter and ILT Board

## ILT Trustee:

William Henrich – William Henrich is a co-chairman of Getzler Henrich & Associates, a bankruptcy and restructuring consulting firm.  Prior to joining Getzler Henrich, Mr. Henrich was managing director and founder of the New York practice of a prominent middle-market corporate restructuring firm. He also served in Arthur Andersen's corporate recovery services group.  In 1982, Mr. Henrich started Andersen's New York bankruptcy and restructuring practice and was a member of the core Partner group responsible for establishing policy and directing the practice nationwide.  Mr. Henrich is a certified public accountant.  He holds a master's degree in business administration from Harvard Business School and a bachelor's degree from Baruch College, City University of New York.  Additional information about Mr. Henrich may be found at https://getzlerhenrich.com/people/william-henrich/.

## ILT Claims Arbiter:

Kenneth Feinberg

## ILT Board:

1. Michael J. Angelides - Mike Angelides is managing shareholder of Simmons Hanly Conroy, overseeing the firm's asbestos, pharmaceutical, environmental, personal injury and other mass tort and class action practices.  Mr. Angelides has been instrumental in the growth of the firm's pharmaceutical injury and complex litigation practices.   Firm attorneys have been appointed to leadership in numerous multidistrict litigations, including Prescription Opiates, Vioxx, Toyota Unintended Accelleration, BP Deepwater Horizon Oil Spill, DePuy Pinnacle and the Volkswagen Emission Scandal.   Further information about Mr. Angelides may be found at https://www.simmonsfirm.com/about-us/our-attorneys/profiles/michael-j-angelides/.

2. Carol Hunt - Carol Hunt has worked as an Assistant Attorney General in the Health Care Bureau of the New York State Office of the Attorney General since 2003.  Prior to that, Ms. Hunt was an Assistant Attorney General for the State of Maryland in the Consumer Protection Division.  From 1993 to 2000, Ms. Hunt worked in private practice in Baltimore, Maryland, where she practiced primarily in plaintiff-side litigation.

3. Brian Edmunds - Brian Edmunds is an assistant attorney general at the Office of the Attorney General of Maryland, where he leads opioids investigations, litigation, and policy matters.  He has previously worked as a trial and appellate lawyer in the National Courts Section of the U.S. Department of Justice and in private practice at a national law firm, where he served as national trial and appellate counsel to major product manufacturers defending complex personal injury and consumer fraud class actions.  He received his law degree from New York University in 2002.

4. Tim Daileader – Tim Daileader, CFA is a partner at Drivetrain, LLC, an independent fiduciary and advisory firm. In this capacity, Mr. Daileader leads several post-bankruptcy liquidation and litigation trusteeships, including those of the Abengoa, SunEdison and Paragon litigation trusts. He has extensive experience in investment management and research, bankruptcy and corporate restructuring, including the formation of post-restructuring operating companies and the liquidation of post-bankruptcy estates. Mr. Daileader received a B.A. in Economics from Georgetown University where he was a George F. Baker Scholar, and he is a CFA charter holder.

5. Daniel H. Golden – With more than 40 years of experience representing official and informal creditors' committees in sophisticated restructurings, Danny Golden is widely regarded as a leading lawyer of the restructuring bar. Mr. Golden was a co-chair and founding member of the Global Financial Restructuring Practice at Akin Gump Strauss Hauer & Feld LLP, where he represented official creditors' committees in some of the largest and most complex restructurings in U.S. history, including the bankruptcy cases of WorldCom, Inc. and Delta Airlines. He has routinely been recognized by publications and legal organizations as a leader in the bankruptcy and restructuring field. Effective December 31, 2019, Mr. Golden retired from the active practice of law.