IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
In re                                              :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,                :    Case No. 19-11292 (KG)
:
Debtors.[1]                                        :    Jointly Administered
:
:    Re: Docket No. 515
------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION BY AND AMONG THE DEBTORS, HIKMA
PHARMACEUTICALS USA INC., AND IMA NORTH AMERICA, INC. REGARDING
ASSUMPTION AND ASSIGNMENT OF A CONTRACT FOR PEELABLE TOOLING**

The undersigned hereby certifies as follows:

1. Insys Therapeutics, Inc. ("**Insys**," and with its affiliated debtors, as debtors and debtors in possession, collectively, the "**Debtors**") and IMA North America, Inc. ("**IMA**") are parties to that certain Purchase Order No. PO5-002661-1 for Nasal Peelable Tooling dated January 30, 2019 (the "**Contract**").

2. On August 22, 2019, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (1) Approving Asset Purchase Agreement Between Insys Therapeutic, Inc. and Hikma Pharmaceuticals USA Inc., (2) Approving Sale of the Purchases Assets Relating to Naloxone 8mg Unit-Dose Nasal Spray and Epinephrine 7Mg and 8.5mg Unit-Dose Nasal Spray Product (All Strengths, Doses and Formulations) and Certain Related Equipment Free and Clear of all Liens, Claims Encumbrances and Other Interests and (3) Approving Assumption and Assignment of Certain Contracts and Leases (4) Determining The*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 3100 West Ray Road, Ste. 201, Chandler, Arizona 85226.

*Amounts Necessary to cure such Executory Contracts and Unexpired Leases and other Liabilities and (5) Granting Related Relief* [D.I. 515] (the "**Sale Order**"),[2] pursuant to which the Court approved the Asset Purchase Agreement between Insys, as the Seller, and Hikma Pharmaceuticals USA Inc. (the "**Buyer**") as the Buyer, by which Insys sold the Purchased Assets, including certain Assumed Contracts, to the Buyer.

3. The Assumed Contracts included certain agreements with IMA, but did not include the Contract.

4. The Sale Transaction closed on August 29, 2019 (the "**Closing**").

5. Subsequent to the Closing, the Buyer informed the Debtors of its desire to acquire the Contract. IMA has informed the Debtors that it does not object to the Debtors assuming and assigning the Contract to the Buyer. To that end, the Debtors, the Buyer and IMA have entered into a stipulation (the "**Stipulation**"), which, among other things, provides for the assumption of the Contract and the assignment of such Contract to the Buyer. A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order, a copy of which is attached hereto as **Exhibit A** (the "**Proposed Order**"). The Stipulation has been circulated to, and is acceptable to, the Official Committee of Unsecured Creditors, the Buyer, and IMA.

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Sale Order.

RLF1 22786732v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: January 23, 2020
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    John H. Knight (No. 3848)
    Paul N. Heath (No. 3704)
    Amanda R. Steele (No. 5530)
    Zachary I. Shapiro (No. 5103)
    Christopher M. De Lillo (No. 6355)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Gary T. Holtzer (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Candace M. Arthur (admitted *pro hac vice*)
    Olga F. Peshko (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for the Debtors*
    *and Debtors in Possession*