IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
INSYS THERAPEUTICS, INC., *et al.*, : Case No. 19–11292 (JTD)
: 
Reorganized Debtors.[1] : (Jointly Administered)
: 
: Obj. Deadline: April 23, 2020 at 4:00 p.m. (ET)
------------------------------------------------------------ x Hearing Date: May 5, 2020 at 11:00 a.m. (ET)

### NOTICE OF THIRD INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP

| | |
|---|---|
| Name of Applicant | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | July 16, 2019 *nunc pro tunc* to June 10, 2019 |
| Interim Period for which compensation and reimbursement is sought | December 1, 2019 through February 18, 2020 (the "Third Interim Fee Period") |
| Amount of interim compensation sought as actual, reasonable, and necessary | $2,208,692.00 |
| Amount of interim expense reimbursement sought as actual, reasonable, and necessary: | $171,886.03 |
| Final Period for which compensation and reimbursement are sought | June 10, 2019 through February 18, 2020 (the "Final Fee Period") |
| Amount of final compensation sought as actual, reasonable, and necessary | $11,603,911.75 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $443,117.50 |

This is a (n) ___ monthly __X__ interim __X__ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 3100 West Ray Road, Suite 201, Chandler, Arizona 85226.

## SUMMARY OF PRIOR INTERIM APPLICATIONS

## FIRST INTERIM FEE APPLICATION

| Date Filed and ECF No. | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Paid to Date[2] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 08/02/2019 (D.I. 387) | 06/10/2019 through 06/30/2019 | $993,815.00 | $3,152.94 | $993,815.00 | $3,152.94 |
| 09/03/2019 (D.I. 545) | 07/01/2019 through 07/31/2019 | $1,821,257.00 | $11,122.66 | $1,821,257.00 | $11,122.66 |
| 10/11/2019 (D.I. 732) | 08/01/2019 through 08/31/2019 | $2,352,873.75 | $200,044.32 | $2,330,914.37 | $199,685.52 |
| **Total:** | | **$5,167,945.75** | **$214,319.92** | **$5,145,986.37** | **$213,961.12** |

---

[2] Pursuant to an agreement with the United States Trustee for the District of Delaware, Weil agreed to write off $21,959.38 in fees and $358.80 in expenses on its First Interim Fee Application.

## SECOND INTERIM FEE APPLICATION

| Date Filed and ECF No. | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Paid to Date | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses[3] |
| 11/04/2019 (D.I. 840) | 09/01/2019 through 09/30/2019 | $1,568,004.00 | $13,535.91 | $1,568,004.00 | $13,535.91 |
| 12/05/2019 (D.I. 966) | 10/01/2019 through 10/31/2019 | $1,396,462.50 | $2,801.31 | $1,396,462.50 | $2,801.31 |
| 12/30/2019 (D.I. 1042) | 11/01/2019 through 11/30/2019 | $1,262,807.50 | $40,574.33 | $1,262,807.50 | $30,628.10 |
| Total: | | **$4,227,274.00** | **$56,911.55** | **$4,227,274.00** | **$46,965.32** |

---

[3] Pursuant to the Court's Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses (Docket No. 1243), Weil was not reimbursed for $9,946.23 in expenses relating to Westlaw and Lexis research charges incurred during the Second Interim Fee Period. Weil, however, reserved its right to request approval of all Westlaw and Lexis research charges pursuant to its final fee application. Weil seeks reimbursement of those expenses pursuant to this Third Interim and Final Fee Application. *See* Exhibit G. As set forth in its Retention Application (Docket No. 81), Weil does not make a profit from Computerized Research. Weil has contracts for many of its online research providers, such as Westlaw and Lexis, and charges its clients the actual amount that it is invoiced for the specific research performed. Any discounts Weil receives from the providers is passed on to the clients. For the avoidance of doubt, Weil only charges actual amounts to its clients on whose behalf the online legal research was performed. Therefore, Weil submits that all costs incurred for Computerized Research during the Second Interim Fee Period are actual, reasonable, and necessary and eligible for reimbursement.

## SUMMARY OF MONTHLY FEE STATEMENTS

| | | Third Interim Fee Application | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed and ECF No. | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Previously Requested with Prior Monthly Fee Statement | | Total Amount Paid to Date | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 02/06/2020 (D.I. 1169) | 12/01/2019 through 12/31/2019 | $952,079.50 | $162,346.58 | $761,663.60 | $162,346.58 | $761,663.60 | $162,346.58 | $190,415.90 |
| 03/19/2020 (D.I. 1249[4]) | 1/01/2020 through 1/31/2020 | $970,196.00 | $4,458.79 | $776,156.80 | $4,458.79 | $0.00 | $0.00 | $194,039.20 |
| 03/27/2020 (D.I. 1259[5]) | 02/01/2020 through 02/18/2020 | $286,416.50 | $5,080.66 | $229,133.20 | $5,080.66 | $0.00 | $0.00 | $57,283.30 |
| Total | | **$2,208,692.00** | **$171,886.03** | **$1,766,953.60** | **$171,886.03** | **$761,663.60** | **$162,346.58** | **$441,738.40** |

Summary of Any Objections to Monthly Fee Statements:  None.

**Compensation and Reimbursement Sought in this Third Interim Fee Application Not Yet Paid: $1,456,567.85**

---

[4] The objection deadline with respect to Weil's eighth monthly fee statement is April 8, 2020.  Upon expiration of the objection deadline, and assuming no Objections are filed, Weil will receive payment of $776,156.80, representing 80% of fees, and $4,458.79, representing 100% of expenses.

[5] The objection deadline with respect to Weil's ninth monthly fee statement is April 16, 2020.  Upon expiration of the objection deadline, and assuming no Objections are filed, Weil will receive payment of $229,133.20, representing 80% of fees, and $5,080.66, representing 100% of expenses.

**PLEASE TAKE NOTICE** that Weil, Gotshal & Manges LLP (the "*Applicant*"), counsel to the above-captioned debtors and debtors in possession (the "*Debtors*"), files this third interim and final application (the "*Third Interim and Final Fee Application*") for allowance of compensation for professional services performed by the Applicant and for reimbursement of actual and necessary expenses incurred during the period commencing (i) December 1, 2019 through February 18, 2020 (the "*Third Interim Fee Period*"), and (ii) June 10, 2019 through and including February 18, 2020 (the "*Final Fee Period*") pursuant to the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Professionals and (II) Granting Related Relief*, dated July 23, 2019 [Docket No. 329] (the "*Interim Compensation Order*")[6] and the Court's *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and Its Affiliated Debtors* dated January 16, 2020 [Docket No. 1115] (the "*Confirmation Order*").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order and the Confirmation Order, objections, if any, to the Third Interim and Final Fee Application must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be **actually received by April 23, 2020 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Third Interim and Final Fee Application will be held before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **May 5, 2020 at 11:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, (i) attached hereto as **Exhibit A** is the Applicant's summary cover sheet of the Third Interim and Final Fee Application, (ii) attached hereto as **Exhibit B** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases during the Third Interim Fee Period, (iii) attached hereto as **Exhibit C** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases during the Final Fee Period, (iv) attached hereto as **Exhibit D** is a summary of compensation by project category during the Third Interim Fee Period (v) attached hereto as **Exhibit E** is a summary of compensation by project category during the Final Fee Period (vi) attached hereto as **Exhibit F** is an expense summary for the Third Interim Fee Period (vii) attached hereto as **Exhibit G** is an expense summary for the Final Fee Period (viii) attached hereto as **Exhibit H** are the Applicant's customary and comparable compensation disclosures, (ix) attached hereto as **Exhibit I** is Applicant's budget for the Third Interim Fee Period (the "*Budget*"), (x) attached hereto as **Exhibit J** is the Applicant's staffing plan for the Third Interim Fee Period (the "*Staffing Plan*"), and (ix) attached hereto as **Exhibit K** is the certification of Ronit J. Berkovich in support of the Third and Final Interim Fee Application.

---

[6] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTIONS ARE FILED TO THIS THIRD INTERIM AND FINAL FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS THIRD INTERIM AND FINAL FEE APPLICATION WITHOUT A HEARING.**

Dated:   April 3, 2020
         New York, New York

                                                /s/ Ronit J. Berkovich
                                                WEIL, GOTSHAL & MANGES LLP
                                                Gary T. Holtzer (admitted *pro hac vice*)
                                                Ronit J. Berkovich (admitted *pro hac vice*)
                                                Candace M. Arthur (admitted *pro hac vice*)
                                                Olga F. Peshko (admitted *pro hac vice*)
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007
                                                *Attorneys for the Debtors*
                                                *and Debtors in Possession*