# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INSYS THERAPEUTICS, INC., *et al.*, | Case No. 19-11292 (JTD) |
| Liquidating Debtors.[1] | (Jointly Administered) |

## NOTICE OF STIPULATION REGARDING CLAIMS
## OF ASCENT HEALTH SERVICES LLC

    **PLEASE TAKE NOTICE** that on May 22, 2020, William Henrich, in his capacity as liquidating trustee of the Insys Liquidating Trust, filed the *Stipulation Regarding Claims of Ascent Health Services LLC* (the "Stipulation"). The Stipulation is attached hereto as **Exhibit A**.

Dated: May 22, 2020  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Derek C. Abbott (No. 3376)
Matthew O. Talmo (No. 5120)
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: dabbott@mnat.com
        mtalmo@mnat.com

-and-

**HALPERIN BATTAGLIA BENZIJA, LLP**
Alan D. Halperin, Esq.
Julie Dyas Goldberg, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212)765-0964
E-mail: ahalperin@halperinlaw.net
        jgoldberg@halperinlaw.net

*Attorneys for the Liquidation Trustee*

---

[1] The Liquidating Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659), Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).