**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------x
: 
In re : Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*, : Case No. 19-11292 (JTD)
:
Debtors.[1] : Jointly Administered
:
: Re: D.I. 1192 & 1369
------------------------------------------------------x

**ORDER APPROVING STIPULATION BY AND AMONG THE LIQUIDATING TRUSTEE AND THE CLASS REPRESENTATIVES MODIFYING CERTAIN PLAN DEADLINES**

Upon consideration of: (i) the *Stipulation by and among the Class Representatives and the Liquidating Trustee Modifying Certain Plan Deadlines* (the "Stipulation"),[2] a copy of which is attached hereto as Exhibit 1; (ii) the *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors* [ECF No. 1115] (the "Confirmation Order"); and (iii) the Plan (as defined in the Confirmation Order); and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. § 1334; and approval of the Stipulation being a core matter pursuant to 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order approving the Stipulation consistent with Article III of the United States Constitution; and all parties in interest affected by the Stipulation having consented to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 3100 West Ray Road, Suite 201, Chandler, Arizona 85226.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to such terms in the Stipulation.

entry of this Order; and it appearing that no other notice of the same is required under the circumstances; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Stipulation is hereby approved.

2. Immediately upon the entry of this Order, the Stipulation shall become effective and binding on all parties in interest, and the Plan and Confirmation Order shall be deemed modified as described therein.

3. The Parties are authorized to take any and all actions reasonably necessary to implement and effectuate the terms of the Stipulation.

4. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

*[Signature]*
JOHN T. DORSEY UNITED STATES
BANKRUPTCY JUDGE

**Dated: June 22nd, 2020 Wilmington, Delaware**

# **EXHIBIT 1**

**Stipulation**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                                    :    Chapter 11
:
INSYS THERAPEUTICS, INC., *et al.*,   :    Case No. 19-11292 (JTD)
:
Debtors.¹                                             :    Jointly Administered
:
:    Re: D.I. 1193
---------------------------------------------------------x

**STIPULATION BY AND AMONG CLASS REPRESENTATIVES AND THE LIQUIDATING TRUSTEE MODIFYING CERTAIN PLAN DEADLINES**

This stipulation (the "Stipulation") is made and entered into by and among the Class Representatives,² by and through their respective undersigned counsel, and William Henrich, in his capacity as liquidating trustee (the "Trustee") of the Insys Liquidation Trust (the "Liquidation Trust"), by and through its undersigned counsel (collectively, the "Parties").

**RECITALS**

WHEREAS, on June 10, 2019 (the "Petition Date"), Insys Therapeutics, Inc. together with its Affiliated Debtors (the "Debtors") commenced with the United States Bankruptcy Court for the District of Delaware (the "Court") a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155). The Debtors' mailing address is 3100 West Ray Road, Suite 201, Chandler, Arizona 85226.

[2] The "Class Representatives" are the Insurance Ratepayer Class Representative, the Third Party Payor Class Representative, the Hospital Class Representative, the NAS Monitoring Class Representative, each as defined in *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and its Affiliated Debtors* [ECF No. 1115] (the "Confirmation Order"), and the ERISA Group, as defined in the *Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, inc. and its Affiliated Debtors* [ECF No. 1095] (as attached to the Confirmation Order, and as may be amended and supplemented, the "Plan"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order or the Plan, as applicable.

WHEREAS, on January 16, 2020, the Court entered the Confirmation Order, confirming the Plan;

WHEREAS, pursuant to Section 5.7(i)(i) of the Plan and Paragraph 24 of the Confirmation Order, the ILT Claims Arbiter is required to serve through the earlier of (i) sixty (60) days after the Effective Date and (ii) the date such ILT Claims Arbiter resigns;

WHEREAS, the ILT Claims Arbiter Submission Procedures included as Exhibit I to the Plan Supplement [ECF No. 1049-9] (the "ILT Claims Arbiter Submission Procedures") provide that certain claimant groups shall send joint submissions to the ILT Claims Arbiter by the 21st day after the Effective Date and shall send joint reply submissions to the ILT Claims Arbiter by the 35th day after the Effective Date;

WHEREAS, on February 14, 2020, this Court entered its *Order Approving Stipulation By and Between the Debtors, the Official Committee of Unsecured Creditors, and the Class Representatives Modifying Certain Plan Deadlines* [ECF No. 1193], pursuant to which the Court approve the following changes to the plan deadlines: (i) Section 5.7(i)(i) of the Plan was revised to start the ILT Arbiter's engagement upon the "Commencement Date" instead of the Effective Date and defining the Commencement Date as June 1, 2020; and (ii) to replace the reference in the ILT Claims Arbiter Submission Procedures of Effective Date to Commencement Date.

WHEREAS, the Parties have determined that it is necessary to modify the Commencement Date as set forth herein in order to accomplish the purposes set forth in Section 5.7(i)(ii) of the Plan;

WHEREAS, the Parties have consulted with the ILT Claims Arbiter who consents to the modification of the Commencement Date;

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The above recitals are fully incorporated herein and made an express part of this Stipulation.

2. Upon approval of this Stipulation, the Commencement Date in Section 5.7(i)(i) of the Plan shall be deemed to be September 1, 2020.

3. To the extent the Class Representatives agree that the Commencement Date shall be later than September 1, 2020, the Class Representatives shall provide notice of such Commencement Date by filing a notice with the Bankruptcy Court at least 21 days prior to the Commencement Date.

4. This Stipulation constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein, is not intended to confer upon any other person any rights or remedies hereunder.

5. Except as expressly set forth in this Stipulation, nothing contained herein shall be an admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of any of the parties in these chapter 11 cases, whether at law or equity.

6. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

7. This Stipulation may not be amended without the express written consent of all Parties hereto and approval by the Court.

8. It is acknowledged that each Party has participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against any Party on account of such drafting.

9. The Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

Dated:  June 19, 2020
        Wilmington, Delaware


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew O. Talmo*
Derek C. Abbott (No. 3376)
Matthew O. Talmo (No. 6333)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
mtalmo@mnat.com

-and-

HALPERIN BATTAGLIA BENZIJA, LLP
Alan D. Halperin
Ligee Gu
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
ahalperin@halperinlaw.com
lgu@halperinlaw.com

*Attorneys for the Trustee*

*/s/ Joseph H. Huston, Jr.*
STEVENS & LEE, P.C.
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3310
jhh@stevenslee.com

-and-

Nicholas F. Kajon
485 Madison Ave., 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
nfk@stevenslee.com

-and-

KELLER LENKNER LLC
Ashley Keller
Seth Meyer
150 N. Riverside Place, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5220
ack@kellerlenkner.com
sam@kellerlenkner.com

-and-

U. Seth Ottensoser
477 Madison Ave., Suite 621
New York, NY 10022
Telephone: (516) 782-3817

*Attorneys for the Insurance Ratepayer Class Representatives*

*/s/ Scott R. Bickford*
BIELLI & KLAUDER, LLC
David M. Klauder (No. 5769)
1204 King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
dklauder@bk-legal.com

-and-

MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
sbickford@mbfirm.com

-and-

THE CREADORE LAW FIRM, P.C.
Donald Creadore
450 Seventh Avenue—1408
New York, NY 10123
Telephone: (212) 355-7200
donald@creadorelawfirm.com

-and-

COOPER LAW FIRM, LLC
Celeste Brustowicz
1525 Religious Street
New Orleans, LA 70130
Telephone: (504) 399-0009
cbrustowicz@sch-llc.com

-and-

THOMPSON BARNEY LAW FIRM
Kevin W. Thompson
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: (304) 343-4401
kwthompsonwv@gmail.com
*Attorneys for the NAS Monitoring Class Representatives*

HILLER LAW, LLC
Adam Hiller (No. 4105)
1500 North French Street
Wilmington, DE 19801
Telephone: (302) 442-7677
ahiller@adamhillerlaw.com

-and-

HAGENS BERMAN SOBOL
SHAPIRO LLP
Thomas M. Sobol
Lauren Guth Barnes
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
tom@hbsslaw.com
lauren@hbsslaw.com

-and-

THE DUGAN LAW FIRM, LLC
James R. Dugan, II
David S. Scalia
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

-and-

SHEPHERD FINKELMAN MILLER &
SHAH LLP
Jayne Goldstein
1625 N. Commerce Parkway, Suite 320
Ft. Lauderdale, FL 33326
Telephone: (954) 515-0123
jgoldstein@sfmslaw.com

-and-

James Shah
Natalie Finkelman Bennett
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

-and-

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY, D/B/A BLUE
CROSS AND BLUE SHIELD OF
LOUISIANA
Allison N. Pham
Jessica W. Chapman
5525 Reitz Avenue (70809)
P.O. Box 98029
Baton Rouge, LA 70898
Telephone: (225) 295-2199
Allison.Pham@bcbsla.com
Jessica.Chapman@bcblsa.com

*Attorneys for the Third Party Payor Class Representatives*

*/s/ Jonathan W. Cuneo*
HILLER LAW, LLC
Adam Hiller (No. 4105)
1500 North French Street
Wilmington, DE 19801
Telephone: (302) 442-7677
ahiller@adamhillerlaw.com

-and-

BARRETT LAW GROUP, P.A.
John W. (Don) Barrett
David McMullan, Jr.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

-and-

CUNEO GILBERT & LaDUCA, LLP
Jonathan W. Cuneo
Monica Miller
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
evelyn@cuneolaw.com

-and-

TAYLOR MARTINO, P.C.
Steven A. Martino
W. Lloyd Copeland
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
stevemartino@taylormartino.com
lloyd@taylormartino.com

-and-

BURNS CHAREST, LLP
Warren Burns
900 Jackson St., Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
wburns@burnscharest.com

-and-

Korey A. Nelson
Lydia A. Wright
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
lwright@burnscharest.com

-and-

ABDALLA LAW, PLLC
Gerald M. Abdalla, Jr.
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 487-4590
jerry@abdalla-law.com

-and-

CLIFFORD LAW OFFICES
Robert A. Clifford
Shannon M. McNulty
120 North LaSalle Street
31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

*Attorneys for the Hospital Class Representatives*

*/s/ Michael Busenkell*
McAFEE & TAFT
Richard Nix
Two Leadership Square
211 N. Robinson - Tenth Floor
Oklahoma City, OK 73102
Telephone: (405) 552-2219
richard.nix@mcafeetaft.com

GELLERT SCALI BUSENKELL
& BROWN, LLC
Michael Busenkell
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

*Attorneys for the ERISA Group*