

**DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224**

Small Business Self-Employed Division

October 29, 2020

Filed: USBC - District of Delaware
Insys Therapeutics, Inc., Et al. (COR)
19-11292 (KG)

**INS** 

0000000120

**RECEIVED**

**OCT 3 0 2020**

**LEGAL SERVICES**

Insys Therapeutics, Inc. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

Re: Insys Therapeutics, Inc. - Docket 19-11292

To Whom It May Concern:

Please withdraw claims #19, #575, #651, and #2007 filed by the Department of the Treasury/Internal Revenue Service.

If you have any questions, you may call me at (443) 853-5362 or you may write to me at Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201.

Sincerely,

Hope Agent
Bankruptcy Specialist

**Internal Revenue Service**
SB/SE, Insolvency
Room 1150
31 Hopkins Plaza
Baltimore, MD 21201-2852

Official Business
Penalty for Private Use, $300

Insys Therapeutics, Inc. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

```
MAILROOM                         0.1 LBS     LTR      1 OF 1
(443) 853-5047
IRS
31 HOPKINS PLZ
BALTIMORE  MD 21201-2852

SHIP TO:
    CLAIMS PROCESSING CENTER
    INSYS THERAPEUTICS INC.
    10300 SW ALLEN BLVD.
    BEAVERTON    OR 97005
```

OR 971 7-01

UPS NEXT DAY AIR

TRACKING #: 1Z A0W 893 01 6583 6023      1

BILLING: P/P

REF 1: J MCDONOUGH
REF 2: RM  1150    443-853-5354
WS   23.0.8 Eltron LP2844 34.0A 10/2020

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.    BRD R 0820

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Apply shipping documents or

**RECEIVED**

OCT 3 0 2020

**LEGAL SERVICES**

Serving you for more than 100 years
United Parcel Service.



or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or ities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01019511212  4/14  PAC  United Parc