## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INSYS THERAPEUTICS, INC., *et al.*,<br><br>      Liquidating Debtors. | Chapter 11<br><br>Case No. 19-11292 (JTD)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Leo B. Oppenheimer of Reid Collins & Tsai LLP, 1601 Elm Street, Suite 4200, Dallas, TX  75201 to represent the Trustee of the Insys Liquidation Trust.

Dated:  June 9, 2021
      Wilmington, Delaware

*/s/ Matthew O. Talmo*
Matthew O. Talmo (#6333)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9471
Email:  mtalmo@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the States of Texas.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  June 9, 2021

*/s/ Leo B. Oppenheimer*
Leo B. Oppenheimer
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX  75201
Telephone: 214-420-8900
Facsimile: 214-420-8909
Email: loppenheimer@reidcollins.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: June 11th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**